Kevin G. Little, SBN 149818
Michelle Tostenrude, SBN 290121
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, CA  93721
Tel.        (559) 342-5800
Fax:       (559) 242-2400
E-Mail:   kevin@kevinlittle.com

Attorneys for Plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1-30 <br><br>　　　　　　　　　　Defendants. | CASE NO.  1:23-cv-01575 JLT SAB <br><br> [~~PROPOSED~~] MODIFIED[1] ORDER RE: PLAINTIFF'S EMERGENCY EX PARTE APPLICATION FOR ORDER ALLOWING PRIVATE AUTOPSY PRIOR TO EMBALMING OR FUNERAL |

This matter is before the Court on the emergency ex parte application of the plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr., for an order permitting them to do a private autopsy prior to decedent's corpse being embalmed and prior to his funeral being held.

Upon reviewing the ex parte application, the Court agrees that emergency *ex parte* relief is necessary, and the Court further finds good cause to grant the application.  Specifically, the Court orders as follows:

**1.  Wallin Funeral Home, Ms. Sosa and the defendants in this action will have five**

---

[1] The Court has included the City of Fresno as a party who may object to this order. The Plaintiff SHALL serve this order on the City of Fresno.

1

**court days from service of this order to file any objections.[2] Wallin Funeral Home and Ms. Sosa may retain their own lawyer to file objections, or they may file their objections without a lawyer.**

2. Absent the lodging of any timely and meritorious objection, plaintiffs are authorized to perform a private autopsy on the decedent's corpse prior to any embalming and prior to any funeral being held.  Wallin Funeral Home, Ms. Sosa or the City of Fresno **SHALL NOT** to take any steps to embalm the decedent or conduct funeral proceedings that would precede the private autopsy or otherwise be inconsistent with this order.

3. Plaintiffs will be responsible for arranging and bearing the costs of round-trip transportation for the private autopsy, as well as any other costs related to the private autopsy itself.

4. Plaintiffs SHALL promptly inform the Court, Wallin Funeral Home, Ms. Sosa and the City of Fresno, of the identity of the pathologist(s) performing the autopsy as soon as a retention decision is made, and of the intended date(s) on which the decedent's corpse will have to be away from Wallin Funeral Home in connection with said autopsy.  The time allotted for completion of the autopsy, from pick up to return of the decedent's corpse, shall not exceed 72 hours.

5. Copies of this order shall be served immediately--no later than the close of business today—on Wallin Funeral Home, located at 1524 9th Street, Sanger, CA 93657, (559) 875-6555, Ms. Maria Sosa, the decedent's spouse and the City of Fresno.  Given the urgency involved, service may be effectuated in the most expedient manner possible, either personal, electronic, or via facsimile.

///

///

///

---

[2] The Court will serve the objections, if any, to the plaintiffs electronically, so neither Wallin Funeral Home nor Ms. Sosa are obligated to serve their objections on the plaintiffs.

6. Plaintiffs shall file proofs of service of this order with the Court the next business day after service is made.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

_____
UNITED STATES DISTRICT JUDGE

3