1  ANDREW JANZ, City Attorney
   CITY OF FRESNO
2  By: Travis R. Stokes, Assistant City Attorney (225122)
3  2600 Fresno Street, Room 2031
   Fresno, California 93721-3602
4  Telephone: (559) 621-7500
   Facsimile: (559) 457-1084
5
   Attorneys for Defendant, CITY OF FRESNO
6

*Exempt From Filing Fees Pursuant To Government Code Section 6103*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1 - 30<br><br>Defendants. | Case No.: 1:23-cv-01575 JLT SAB<br><br>**CITY OF FRESNO'S NON-OPPOSITION TO MODIFIED ORDER ALLOWING PRIVATE AUTOPSY PRIOR TO EMBALMING OR FUNERAL** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

///
///
///
///
///
///
///

1

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

*Olivares v. City of Fresno, et al.*
Case No.: 1:23-cv-01575 JLT SAB
City of Fresno's Non-Opposition to Modified Order Allowing Private Autopsy Prior to Embalming or Funeral

Defendant City of Fresno submits this Non-Opposition to the United States Eastern District Court's Modified Order Re: Plaintiff's Emergency Ex Parte Application for Order Allowing Private Autopsy Prior to Embalming or Funeral that was issued on November 8, 2023.

DATED: November 9, 2023

Respectfully submitted,

ANDREW JANZ
City Attorney

By: *[signature]*
TRAVIS R. STOKES
Assistant City Attorney
Attorneys for Defendant, CITY OF FRESNO

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

*Olivares v. City of Fresno, et al.*
Case No.: 1:23-cv-01575 JLT SAB
City of Fresno's Non-Opposition to Modified Order Allowing Private Autopsy Prior to Embalming or Funeral

# PROOF OF SERVICE
## CCP §§ 1011, 1013, 1013a, 2015.5
## FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Fresno Street, Fresno, CA 93721-3602.

On **November 9, 2023,** I served the document described as **CITY OF FRESNO'S NON-OPPOSITION TO MODIFIED ORDER ALLOWING PRIVATE AUTOPSY PRIOR TO EMBALMING OR FUNERAL** on the interested parties in this action identified as follows:

Kevin G. Little, Esq.
Michelle Tostenrude, Esq.
Law Office of Kevin G. Little
P.O. Box 8656
Fresno, CA 93747
Email: kevin@kevinlittle.com; michelle@kevinlittle.com

(Attorneys for Plaintiffs)

■ By: ☐ transmitting the original in a sealed envelope, ■ transmitting a true copy thereof in a sealed envelope, ■ transmitting a true copy thereof:

■ BY MAIL ☐ I deposited an envelope containing the above-referenced document in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

■ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused an envelope containing of the above-referenced document to be hand delivered.

■ (BY ELECTRONIC MAIL) I caused the above-referenced document to be transmitted by electronic mail (e-mail) to the addressee(s) at the e-mail(s) shown.

Executed on **November 9, 2023,** at Fresno, California.

■ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Anna Contreras

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

*Olivares v. City of Fresno, et al.*
Case No.: 1:23-cv-01575 JLT SAB
City of Fresno's Non-Opposition to Modified Order Allowing Private Autopsy Prior to Embalming or Funeral