Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiffs Martha Zepeda Olivares,
individually and on behalf of the Estate of
Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR. <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, AND DOES 1-30 <br><br> Defendants. | Case No.: 1:23-cv-01575-JLT-SAB <br><br> *Assigned to: The Hon. Jennifer L. Thurston* <br><br> **AFFIDAVIT OF SERVICE: ORDER AS TO MARIA SOSA** <br><br> Complaint Filed: 11/7/2023 |

AFFIDAVIT OF SERVICE: ORDER AS TO MARIA SOSA  1

# AFFIDAVIT OF SERVICE

I, Roger Wahl. declare:

1. I am employed in the County Fresno, State of California; I am over the age of 18 years and not a party to this action.

2. My business address is 1225 E Divisadero St, Fresno, CA 93721.

3. On Wednesday, November 8, 2023, I performed a public records search for Maria Sosa's phone number which returned (559) 916-6206. I thereafter contacted a relative of plaintiff Martha Zepeda Olivares who confirmed the phone number belonged to Maria Sosa.

4. On Wednesday, November 8, 2023 at 11:46 AM, I transmitted the Modified Order Re: Plaintiff's Emergency Ex Parte Application For Order Allowing Private Autopsy Prior To Embalming Or Funeral (Dkt 6) to Maria Sosa via text message to (559) 916-6206 from our office text message line (559) 426-5590. I thereafter called and left a voicemail at the same phone number requesting confirmation of receipt of the order.

5. On Wednesday, November 8, 2023, I served the Modified Order Re: Plaintiff's Emergency Ex Parte Application For Order Allowing Private Autopsy Prior To Embalming Or Funeral (Dkt 6) by enclosing a true copy in a sealed envelope, and deposited at my place of business for collection and mailing with United States Mail at Fresno, California, following our ordinary business practices with which I am readily familiar addressed to the following addresses:

    a. Maria Sosa, 5555 N Dante Avenue, Apt 123, Fresno, CA 93722-7784
    b. Maria Sosa, 5632 S Zelkovia Ave, Del Rey, CA 93616-9777

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November 2023 in Fresno, California.

_____
Roger Wahl

AFFIDAVIT OF SERVICE: ORDER AS TO MARIA SOSA     2