# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, et al., | Case No. 1:23-cv-01575-JLT-SAB |
| Plaintiffs, | ORDER VACATING DECEMBER 13, 2023 HEARING AND DENYING WITHOUT PREJUDICE PLAINTIFFS' COMPEL NONPARTY'S COMPLIANCE WITH SUBPOENA AND RELATED REQUEST FOR SANCTIONS |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |
| | (ECF No. 15) |

On November 22, 2023, Plaintiffs filed a motion to compel compliance with a subpoena served on nonparty Maria Sosa on November 11, 2023 and related request for monetary sanctions. (ECF No. 15.) Plaintiffs set a hearing before the assigned Magistrate Judge for December 13, 2023. (Id.) Plaintiffs specifically acknowledged they would comply with Eastern District Local Rule 251 by completing the ongoing meet and confer process and, no later than 14 days before the noticed hearing date of December 13, 2023, file the joint statement of discovery dispute required by Local Rule 251(c). (Id. at 2.)

Pursuant to Local Rule 251, a hearing on any discovery motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45 requires the joint statement regarding the discovery disagreement or an affidavit to be filed at least fourteen (14) days before the scheduled hearing date. L.R. 251(a). If the moving party "is unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in arranging the required conference, or in

1

preparing and executing the required joint statement, counsel for that party may file and serve an affidavit" containing specific information.  L.R. 251(d).  If a joint statement or affidavit is not timely filed, the hearing may be dropped from the calendar without prejudice.  Id.

The deadline to file the joint statement or an affidavit was November 29, 2023.  Because no joint statement or affidavit was filed by the deadline, the Court shall vacate the hearing on Plaintiffs' motion and deny the motion without prejudice to the Plaintiffs refiling.

Accordingly, pursuant to Local Rule 251(a), IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to compel compliance with a subpoena served on nonparty Maria Sosa and related request for monetary sanctions, set for December 13, 2023, at 10:00 a.m. in Courtroom 9, (ECF No. 15), is VACATED, and the motion is DENIED without prejudice to the Plaintiffs refiling the motion.

IT IS SO ORDERED.

Dated:   **November 30, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2