1  Kevin G. Little, SBN 149818
   Michelle Tostenrude, SBN 290121
2  Law Office of Kevin G. Little
   Post Office Box 8656
3  Fresno, CA  93721
   Tel.       (559) 342-5800
4  Fax:       (559) 242-2400
   E-Mail:    kevin@kevinglittle.com
5
   Attorneys for Plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of
6  Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

10

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1-30 <br><br> Defendants. | CASE NO. 1:23-cv-01575-JLT-SAB <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON NONPARTY MARIA SOSA ON NOVEMBER 11, 2023; RELATED REQUEST FOR MONETARY SANCTIONS; SUPPORTING DECLARATION AND EXHIBITS** <br><br> **Hearing:  January 3, 2024** <br> **Time: 10:00 a.m.** <br> **Courtroom: 9, 6th Floor** <br> **Hon. Stanley A. Boone, Magistrate Judge** |

19  TO THE HONORABLE COURT:

20       Plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of

21  Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr., through their counsel of record, hereby give

22  notice of this motion to compel compliance with the subpoena served on November 11, 2023 on

23  nonparty Maria Sosa.  The compliance date for said subpoena was November 21, 2023.  A copy

24  of the subpoena is attached as Exhibit A, and Ms. Sosa's subsequent objection is attached as

25  Exhibit B, and plaintiffs' response to said objection and invitation to meet and confer is attached

26  as Exhibit C.

27       In short, this is a case filed under 42 U.S.C. § 1983 related to a deadly force incident that

28

occurred in the City of Fresno on November 4, 2023.  On November 11, 2023, plaintiffs served the subject subpoena both electronically and, on November 13, 2023, in person.  The subpoena seeks information which clearly is relevant to the subject dispute, i.e., the decedent's electronic devices used near the time of his death, which are currently in the possession of Ms. Sosa, for purposes of a forensic download and examination.

Ms. Sosa, through her counsel, objects to the production of the devices on grounds that appear to lack merit, i.e., that the phone data is protected by the attorney-client privilege or work product doctrine, that the subpoena would cause undue burden/expense, and that service was improper.  Plaintiffs note that Ms. Sosa has not responded further after her objections were challenged.

Plaintiffs has complied with Eastern District Local Rule 251 by completing the meet and confer process, as required by Local Rule 251(b), and, no later than 14 days before the noticed hearing date of January 3, 2024, file the Joint Statement of Discovery Dispute required by Local Rule 251(c).

In addition to requesting compliance with the subject subpoena, plaintiffs' counsel provides notice of his intent to seek monetary sanctions, since Ms. Sosa's position on the subpoena does not appear to be substantially justified.  This issue will also be the subject of the required meet and confer process and joint statement.

Plaintiffs are of course amenable to participating in any and all informal discovery efforts the Court may suggest or require, but, given the potentially evanescent nature of the information sought, they request that any such efforts not delay the hearing date.

Dated:  December 3, 2023         /s/ Kevin G. Little
                                  Kevin G. Little
                                  Attorneys for Plaintiffs Martha Zepeda Olivares,
                                  individually and on behalf of the Estate of
                                  Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.