**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
        cmayne@galipolaw.com

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
Nicholas M. Lerman, Esq. (SBN: 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Email: nlerman@lermanslaw.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., Plaintiffs, v. CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICES, and DOES 1-30  Defendants. | Case No.: 1:23-CV-01575-JLT-SAB  Assigned to: *District Judge Hon. Jennifer L. Thurston* *Magistrate Judge Hon. Stanley A. Boone*  **NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Steven A. Lerman & Associates, Inc., associates in this action the Law Offices of Dale K. Galipo, in representation of Non-Party Maria Sosa.

Attorneys from the Law Offices of Dale K. Galipo are hereby authorized to file motions, receive notices, and make necessary court appearances. The Law Offices of Dale K. Galipo are to be noticed with any and all correspondence relative to the matter at the following address:

Dale K. Galipo, Esq.<br>
LAW OFFICES OF DALE K. GALIPO<br>
21800 Burbank Blvd., Suite 310<br>
Woodland Hills, CA 91367<br>
Email: dalekgalipo@yahoo.com / rvalentine@galipolaw.com

Dated: December 14, 2023             STEVEN A. LERMAN & ASSOCIATES, INC.

                                     By:  *s/ Nicholas M. Lerman*
                                          Nicholas M. Lerman
                                          Attorney for Plaintiffs

Dated: December 14, 2023             LAW OFFICES OF DALE K. GALIPO

                                     By:  *s/ Dale K. Galipo*
                                          DALE K. GALIPO
                                          Attorney for Plaintiffs

NOTICE OF ASSOCIATION OF COUNSEL
- 2 -