# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, et al., | Case No. 1:23-cv-01575-JLT-SAB |
| Plaintiffs, | ORDER VACATING JANUARY 10, 2024 HEARING AND WITHDRAWING PLAINTIFFS' MOTION TO COMPEL |
| v. | |
| CITY OF FRESNO, et al., | (ECF Nos. 17, 18, 20 ) |
| Defendants. | |

Plaintiffs' motion to compel compliance with a subpoena is currently set for hearing on January 10, 2024. (ECF Nos. 17, 18.) On December 19, 2023, Plaintiffs filed a notice of withdrawal of the motion. (ECF No. 20.)

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to compel compliance (ECF No. 17), is WITHDRAWN, and the hearing set for January 10, 2024, at 10:00 a.m. in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated: **December 20, 2023**

UNITED STATES MAGISTRATE JUDGE

1