**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE    FEBRUARY 23, 2024 |
| NAME OF SERVER *(PRINT)*    KEVIN G. LITTLE | TITLE    ATTORNEY |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  OFFICE OF THE CITY CLERK, CITY HALL, FRESNO, CA 93721, THROUGH MS. QUINN, AUTHORIZED EMPLOYEE, AT 4:08 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify) : _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      2-23-2024
         Date

/S/ KEVIN G. LITTLE
*Signature of Server*

1225 EAST DIVISADERO ST. FRESNO, CA 93721
*Address of Server*