Civil Action No. 1:23-cv-01575-JLT-SAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chief Paco Balderrama
was received by me on *(date)* 03/05/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Summons served on counsel for Chief Balderrama, Maya Sorenson of Manning Kass, etc., on 3-5-2024 by electronic transmission (Maya.Sorensen@manningkass.com), pursuant to agreement.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/05/2024

/s/ Kevin G. Little
*Server's signature*

Kevin G. Little, Atty for Plaintiffs
*Printed name and title*

1225 East Divisadero Street, Fresno, CA 93721
(559) 342-5800
kevin@kevinlittle.com
*Server's address*

Additional information regarding attempted service, etc: