Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Lynn L. Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Maya R. Sorensen (State Bar No. 250722)
  *maya.sorensen@maningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE RESPONSE TO COMPLAINT AND MANDATORY SCHEDULING CONFERENCE** <br><br><br>*Complaint Filed: 02/23/2024* <br>*Current Response Date: 03/08/2024* |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY MARTHA ZEPEDA OLIVARES and MAXIMILIANO SOSA, SR. ("plaintiffs"); CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA (collectively "defendants"), for the purpose of jointly requesting that the honorable Court continue defendants' responsive pleading date and the scheduling conference until decedent's wife and children, who are represented by separate counsel, join in

4866-1442-1055.1

the complaint.

**GOOD CAUSE STATEMENT.**

1. The parties hereby stipulate and request the Court to **continue the responsive pleading date and the scheduling conference** until decedent's wife and children, who are represented by separate counsel, join in the complaint.

2. On February 23, 2024, plaintiffs filed and served the First Amended Complaint ("FAC") on defendant City of Fresno.

3. On March 4, 2024, the parties met and conferred regarding defendants motion to dismiss the FAC for lack of standing.

4. The decedent in this action has additional heirs not currently named as plaintiffs, and under California law named plaintiffs "have a mandatory duty to join all known omitted heirs in the 'single action' for wrongful death." *Hall v. Superior Court* (2003) 108 Cal. App. 4th 706, 715. Should a known heir (or heirs) be omitted from a lawsuit, the plaintiff(s) would be liable to the omitted heir(s) for any damages that resulted. *Watkins v. Nutting* (1941) 17 Cal.2d 490, 499.

5. Additionally, if the defendant(s) had knowledge of any heirs that were not made a part of the wrongful death lawsuit, then the defendant(s) would have waived the 'one action rule'; meaning that those unnamed heirs may be able to bring a separate wrongful death lawsuit. *Smith v. Premier Alliance Ins. Co.* (1995) 41 Cal.App.4th 691, 697.

6. Currently unnamed heirs, who would be proper parties to a wrongful death lawsuit under California law, are represented by separate counsel. Those attorneys have indicated to the parties that they will not be filing a complaint for at least a couple more months and are considering filing around August of 2024.

7. Both parties have a legitimate interest in ensuring that the additional and currently unnamed heirs are properly added to the complaint. As such, during the parties' meet and confer, the parties agreed to request a continuance of the responsive pleading date and the mandatory scheduling conference.

**STIPULATION TO STAY ALL FURTHER PROCEEDINGS**

8. Accordingly, in light of the foregoing Good Cause, the parties hereby Stipulate to and jointly request that the Court continue the responsive pleading date and the scheduling conference until at least September of 2024.

9. The parties would also be amenable to taking the responsive pleading date and the mandatory scheduling conference off calendar until the additional heirs of the decedent are properly added to the complaint.

10. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED: March 6, 2024        Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ *Mildred K. O'Linn*
Mildred K. O'Linn, Esq.
Lynn L. Carpenter, Esq.
Maya R. Sorensen, Esq.
Attorneys for Defendants, CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA

DATED: March 6, 2024        Respectfully submitted,

**LAW OFFICE OF KEVIN G. LITTLE**

By:    /s/ *Kevin Little*
Kevin G. Little, Esq.
Michelle Tostenrude, Esq.
Attorneys for Plaintiff, MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR