# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br><br>**[PROPOSED] ORDER RE STIPULATION RE CONTINUING RESPONSE TO COMPLAINT AND MANDATORY SCHEDULING CONFERENCE** <br><br>*Complaint Filed: 02/23/2024* <br>*Current Response Date: 03/08/2024* |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

☐ the responsive pleading date and the mandatory scheduling conference are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Responsive Pleading Due Date | March 8, 2024 | September 6, 2024 |
| Mandatory Scheduling Conference | March 26, 2024 | September 24, 2024 |

☐ the responsive pleading date and the mandatory scheduling conference are hereby taken off calendar until additional heirs not currently names as plaintiffs file a complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024              **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

By: _____
    Hon. Stanley Boone,
    UNITED STATES MAGISTRATE JUDGE

4861-7296-5677.1

2

**[PROPOSED] ORDER RE STIPULATION RE CONTINUING RESPONSIVE PLEADING DATE**