1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
slermanlaw@yahoo.com
Nicholas M. Lerman, Esq. (SBN: 292656)
nlerman@lermanslaw.com
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166

*Attorneys for Non-Party, Maria Sosa*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICES, and DOES 1-30

Defendants.

Case No.: 1:23-CV-01575-JLT-SAB

**NOTICE OF RELATED CASE**

[Local Rule 123]

    **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 123, non-party Maria Sosa hereby gives notice of the following related case, *Maria Sosa, et al. v. City of Fresno, et al.*, Case No. 1:24-cv-01039-EPG, which was filed on August 30, 2024.

    Both cases fundamentally address the same events and raise similar questions regarding the use of excessive force and the policies of the City of Fresno.

The present case, filed by Martha Zepeda Olivares (decedent's mother) and Maximiliano Sosa, Sr. (decedent's father), includes claims for Fourth Amendment violations, deprivation of familial relationship under the Fourteenth Amendment, and municipal liability.

The related case, filed by Maria Sosa, the decedent's wife, and her two minor children, includes claims for excessive force under the Fourth Amendment, denial of medical care, interference with familial relationship, municipal liability, Americans with Disabilities Act violations, and various state law claims including battery, negligence, and violation of the Bane Act.

Despite the slight differences in the specific causes of action and the parties involved, both cases stem from the same incident, involve the same primary defendants, and will likely involve similar evidence and witnesses. Assignment to the same Judge and/or Magistrate Judge would likely effect a substantial savings of judicial effort and prevent duplication of labor, as the same or similar factual and legal issues will need to be addressed in both cases.

DATED: September 4, 2024       /s/   *Dale K. Galipo*
**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo
Cooper Alison-Mayne

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman
Nicholas M. Lerman

*Attorneys for Non-party Maria Sosa*