Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Lynn L. Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Maya R. Sorensen (State Bar No. 250722)
  *maya.sorensen@maningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and FORMER POLICE CHIEF PACO BALDERRAMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br> Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br> Dist. Court Judge Jennifer L. Thurston <br> Magistrate Judge Barbara A. McAuliffe <br><br> **DECLARATION OF MAYA SORENSEN IN SUPPORT OF MOTION TO DISMISS PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Action Filed:     02/23/2024 <br> Trial Date:        Not Yet Set |

I, Maya R. Sorensen, declare as follows regarding defendants' meet and confer efforts:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendants City of Fresno and Former Police Chief Paco Balderrama ("Defendants"). I have personal knowledge of the facts set forth herein, and if called as a witness, I

Case No. 1:23-cv-01575-JLT-SAB
**DECLARATION OF MAYA R. SORENSEN**

could and would competently testify thereto. I make this declaration in support of Defendants' Motion to Dismiss Portions of Plaintiffs' First Amended Complaint.

2. On March 4, 2024, I provided plaintiffs' counsel with a detailed meet and confer letter setting forth defendants' position as to plaintiffs' lack of standing to file the FAC.

3. On March 5, 2024, the parties agreed to stipulate to a postponement of the scheduling conference and defendants' response date to allow time for decedent's wife and children to enter the case. The responsive pleading date was then continued by this Court to September 6, 2024.

4. In anticipation of defendants' responsive pleading due date, I reached out to plaintiffs' counsel on August 19, 2024 to discuss the fact that the real successors in interest had not, on that date, filed a complaint. Defendants also raised concerns about plaintiffs' ADA claim addressed in the instant motion. Plaintiffs' counsel did not respond.

5. On August 26, 2024, I sent meet and confer correspondence setting forth defendants' position as to the issues and deficiencies with regard to plaintiffs' ADA claim. No one responded.

6. On September 3, 2024, I reached out to plaintiffs' counsel via phone twice and left one voice mail. I also reached out via email to further discuss the instant motion to dismiss.

7. As of the filing of this motion, plaintiffs' counsel have not responded to defendants' counsels' numerous requests to meet and confer about the ADA claim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 6th day of September, 2024, at Fresno, California.

       /s/ Maya R. Sorensen
    Maya R. Sorensen