# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,<br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB<br>Dist. Court Judge Jennifer L. Thurston<br>Magistrate Judge Barbara A. McAuliffe<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: October 11, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4<br><br>Action Filed:   02/23/2024<br>Trial Date:      Not Yet Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, including but not limited to Federal Rules of Civil Procedure 12 *et seq.*, as well as the applicable United States District Court, Eastern District of California Local Rules, and Orders of the Court; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby GRANTS Defendants' Motion to Dismiss Portions of Plaintiffs' First Amended Complaint;

2. The Court hereby dismisses Plaintiffs' fifth claim for violation of the Americans with Disabilities Act and Rehabilitation Act ("ADA") in its entirety for failure to state a claim upon which relief can be granted;

3. Additionally, in light of the foregoing, the Court finds that Plaintiffs cannot amend their First Amended Complaint to correct such defects. Accordingly, the Court hereby denies Plaintiffs leave to amend their First Amended Complaint.

IT IS SO ORDERED.

Dated: _____

Hon. Dist. Court Judge Jennifer L. Thurston

Submitted By:

Mildred K. O'Linn (State Bar No. 159055)
   mko@manningllp.com
Lynn Carpenter (State Bar No. 310011)
   llc@manningllp.com
Deann Rivard (State Bar No. 177482)
   *dyr@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Attorneys for Defendants, CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and FORMER POLICE CHIEF PACO BALDERRAMA

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**