# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| MARTHA ZEPEDA OLIVARES, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01575-JLT-SAB |
| CITY OF FRESNO, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, City Of Fresno, Unknown Law Enforcement Officers, and Police Chief Paco Balderrama.

Date: 09/10/2024

/s/ Lynn L. Carpenter
*Attorney's signature*

Lynn L. Carpenter 310011
*Printed name and bar number*
Manning & Kass Ellrod Ramirez Trester
801 S. Figueroa Street, 15th Floor
Los Angeles, CA 90017

*Address*

Lynn.Carpenter@maningkass.com
*E-mail address*

(213) 624-6900
*Telephone number*

(213) 624-6999
*FAX number*