Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
 *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO; POLICE CHIEF PACO BALDERRAMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br>Defendants. <br>_____ <br><br>MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO and DOES 1-5, <br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br>District Judge: Jennifer L. Thurston <br>Magistrate Judge: Stanley A. Boone <br><br>**STIPULATION and REQUEST TO CONSOLIDATE CASES; [PROPOSED] ORDER** <br><br>Trial Date:       N/A |

1   IT IS STIPULATED and respectfully requested that both of these matters
2   should be consolidated for all further proceedings pursuant to F.R.Civ.P., Rule
3   42(a), as the parties believe that consolidation (rather than the current relation only)
4   would serve to streamline discovery and all further proceedings for the parties and
5   the Court. Furthermore, these actions presently before the court involve common
6   questions of law and fact.

8   DATED:  December 26, 2024        Respectfully submitted,

                                     **MANNING & KASS**
                                     **ELLROD, RAMIREZ, TRESTER LLP**

                                     By:        /s/ *Mildred K. O'Linn*
                                     Mildred K. O'Linn, Esq.
                                     Lynn L. Carpenter, Esq.
                                     Maya R. Sorensen, Esq.
                                     Attorneys for Defendants, CITY OF
                                     FRESNO; UNKNOWN LAW
                                     ENFORCEMENT OFFICERS, and
                                     POLICE CHIEF PACO BALDERRAMA

17  DATED:  December 26, 2024        Respectfully submitted,

                                     **LAW OFFICE OF KEVIN G. LITTLE**

                                     By:        /s/ *Kevin Little*
                                     Kevin G. Little, Esq.
                                     Michelle Tostenrude, Esq.
                                     Attorneys for Plaintiff, MARTHA
                                     ZEPEDA OLIVARES, individually and on
                                     behalf of the ESTATE OF
                                     MAXIMILIANO SOSA, JR.
                                     MAXIMILIANO SOSA, SR

2

1  DATED:  December 26, 2024     Respectfully submitted,

2                                **LAW OFFICE OF DALE GALIPO**

3                                By:     /s/ *Dale K. Galipo*
4                                        Dale K. Galipo
5                                        Cooper Alison-Mayne
                                         Attorneys for plaintiffs Maria Sosa, L.S.,
6                                        and M.S.