UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et. al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01575 JLT SAB<br><br>**ORDER CONSOLIDATING CASES PURSUANT TO STIPULATION** |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO and DOES 1-5,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01039 JLT SAB<br><br>**ORDER CONSOLIDATING CASES PURSUANT TO STIPULATION** |

Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." The above-captioned cases have already been related because the matters involve common questions of law or fact. All

parties have now indicated by way of stipulation that they believe consolidation will serve to streamline discovery and all further proceedings for the parties and the Court. Considering that stipulation, the Court's broad discretion to consolidate cases with common issues, *see Investors Research Co. v. U.S. Dist. Ct.*, 877 F.2d 777 (9th Cir. 1989), and good cause appearing, the Court orders as follows:

1. The above captioned cases are **CONSOLIDATED FOR ALL PURPOSES**.
2. **All further filings** shall be made in lead case *Olivares, et al., v. Fresno, et al.*, No. 1:23-cv-01575-JLT-SAB.
3. The Clerk of Court is directed to administratively close the member case *Sosa, et al., v. Fresno, et al.*, No. 1:24-cv-01039-JLT-SAB.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE