1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9  MARIA SOSA, M.S. by and through          Case No.: 1:23-cv-01575-JLT-SAB
   guardian ad litem Jennifer Lopez, and    *Assigned to Hon. Jennifer L. Thurston*
10 L.S. by and through guardian ad litem     *Magistrate Judge: Stanley A. Boone*
   Jennifer Lopez,

11             Plaintiffs,                    **[PROPOSED] ORDER GRANTING
                                             PLAINTIFFS' MOTION FOR LEAVE**
12                                           **TO FILE SECOND AMENDED**
         v.                                  **COMPLAINT**
13

14 CITY OF FRESNO and DOES 1–5,
              Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

[PROPOSED] ORDER

1    Having considered Plaintiffs MARIA SOSA, individually and as successor-

2  in-interest to Maximiliano Sosa, and L.S. and M.S., minors and successors-in-

3  interest to Maximiliano Sosa, by and through their guardian ad litem, Maria Sosa's

4  Motion for Leave to File Second Amended Complaint, and good cause appearing:

5  IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

6    Plaintiffs are granted leave to file their Second Amended Complaint, a copy

7  of which was attached as Exhibit A to the Motion. Plaintiffs shall file the Second

8  Amended Complaint within five (5) court days of the issuance of this Order.

9

10    IT IS SO ORDERED.

11

12  DATED:              By:    _____

13                             Hon. Jennifer L. Thurston

14                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28