Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, AND DOES 1-30<br><br>Defendants. | Case No.:  1:23-cv-01575-JLT-SAB<br><br>*Assigned to: The Hon. Jennifer L. Thurston*<br><br>**JOINDER IN PLAINTIFFS MARIA SOSA, L.S., AND M.S.' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing Date:        July 28, 2025<br>Hearing Time:        9:00 a.m. |

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

Plaintiffs Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr., by and through their counsel of record, hereby give notice of and join in plaintiffs Maria Sosa, L.S., and M.S.' Motion for Leave to File Second Amended Complaint. (Doc. No. 57)

Plaintiffs Olivares and Sosa, Sr. seek to join in the pending motion because they are exactly similarly situated, in that recent discovery has revealed the identities of the officers personally involved in the shooting incident, i.e., Officers Ayers, Crockett, Abraham, and

KGL

1 Aguilar, who need to be named in their individual capacities as defendants in accordance with

2 the Court's scheduling order. (Doc. No. 56)  These plaintiffs would seek to add the very same

3 individual defendants in their separate complaint.  (Doc. No. 1)

4     These plaintiffs would also be adding a negligence cause of action, on behalf of the

5 Estate of Mr. Sosa, which is already included in the companion complaint.

6     Allowing plaintiffs Olivares and Sosa, Sr. to join in the pending motion would avoid

7 beleaguering the court with additional duplicative pleadings and further the just, speedy and

8 efficient disposition of this case.  FRCP 1.

9     In anticipation that they will be allowed to join in the pending motion, these plaintiffs

10 will be submitting a proposed Second Amended Complaint this week.

11 Dated: June 23, 2025                    LAW OFFICE OF KEVIN G. LITTLE

12

13                                        _/s/ Kevin G. Little_____
                                         Kevin G. Little

14                                        Attorneys for Plaintiff Martha Zepeda
                                         Olivares, individually and on behalf of the

15                                        Estate of Maximiliano Sosa, Jr. and
                                         Maximiliano Sosa, Sr.

16

17

18

19

20

21

22

23

24

25

26

27 KGL

28