Mildred K. O'Linn (State Bar No. 159055)
  missy.olinn@manningkass.com
Lynn Carpenter (State Bar No. 310011)
  lynn.carpenter@manningkass.com
Maya Sorensen (State Bar No. 250722)
  Maya.Sorensen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900

Attorneys for Defendants, CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30, <br><br> Defendants. <br><br> —— <br><br> MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br> Plaintiffs, <br> v. <br><br> CITY OF FRESNO and DOES 1-5, <br><br> Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br> District Judge Jennifer L. Thurston <br> Magistrate Judge Barbara A. McAuliffe <br><br> **Defendants' Statement of Non-Opposition to Plaintiffs' Motion to File Amended Complaints** <br><br><br> Judge:         Hon. Stanely A. Boone <br> Courtroom:  9, 7th Floor <br> Date:          July 30, 2025 <br> Time:          10:00 a.m. <br><br> Olivares SAC Filed: 2/24/2025 <br> Sosa SAC Filed: 10/04/24 <br><br> Trial Date: April 6, 2027 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants do not oppose Sosa plaintiffs' motion to amend their complaint (Doc. 57) or Olivares plaintiffs' joinder to that motion (Doc. 59). Defendants will file timely responses to both amended complaints.

DATED: June 26, 2025

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Maya R. Sorensen*
Mildred K. O'Linn
Lynn Carpenter
Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO; UNKNOWN LAW ENFORCEMENT OFFICERS, and POLICE CHIEF PACO BALDERRAMA