**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
slermanlaw@yahoo.com
Nicholas M. Lerman, Esq. (SBN: 292656)
nlerman@lermanslaw.com
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Phone: (310) 659-8166

*Attorneys for Plaintiffs Maria Sosa, L.S., and M.S.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOSA, L.S. by and through guardian *ad litem* MARIA SOSA, M.S. by and through guardian *ad litem* JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR,<br><br>Defendants. | Case No.: 1:23-cv-01575-JLT-SAB<br><br>District Judge Jennifer L. Thurston<br>Magistrate Judge Stanley A. Boone<br><br>**PROOF OF SERVICE OF SECOND AMENDED COMPLAINT AND SUMMONS** |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written agreement between the parties, Plaintiffs hereby submit their proof of service of the Summons and Second Amended Complaint on Defendants' City of Fresno, John Ayers, Brandon Crockett, Jonathan Abraham, and Anthony Aguilar. Attached hereto as Exhibit A is a copy of the email agreement containing the documents that were served on Defendants' City of Fresno, John Ayers, Brandon Crockett, Jonathan Abraham, and Anthony Aguilar, respectively.

DATED: July 15, 2025     /s/ *Cooper Alison-Mayne*
**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo
Cooper Alison-Mayne

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman
Nicholas M. Lerman

*Attorneys for Plaintiffs*

# EXHIBIT A

| | |
|---|---|
| **From:** | Maya Sorensen |
| **To:** | Darci Gilbert; Delia Flores; Missy OLinn; Lynn Carpenter; Christopher Kinney |
| **Cc:** | Cooper Mayne; nmlerman0; Kevin Little |
| **Subject:** | RE: Olivares (PC) Service of Second Amended Complaint |
| **Date:** | Tuesday, July 15, 2025 2:17:59 PM |

Hi Darci,

Yes, confirmed.


**Maya Sorensen** she/her/hers
Partner



101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Main: (415) 217-6990 | Ext.: 4679
Direct: (415) 400-0879
Maya.Sorensen@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Darci Gilbert <dgilbert@galipolaw.com>
**Sent:** Tuesday, July 15, 2025 10:33 AM
**To:** Maya Sorensen <Maya.Sorensen@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Missy OLinn <Missy.OLinn@manningkass.com>; Lynn Carpenter <Lynn.Carpenter@manningkass.com>; Christopher Kinney <Christopher.Kinney@manningkass.com>
**Cc:** Cooper Mayne <CMayne@galipolaw.com>; nmlerman0 <nmlerman0@yahoo.com>; Kevin Little <kevin@kevinlittle.com>
**Subject:** Sosa, et al. v. City of Fresno, et al. Service of Second Amended Complaint

Dear Counsel,

Attached is Plaintiff Maria Sosa, L.S., and M.S.' Second Amended Complaint and Summons Issued.

Ms. Sorensen, if you will please confirm in this email that you are accepting electronic service on behalf of all defendants pertaining to Plaintiffs' Second Amended Complaint. Defendants: City of Fresno, John Ayers, Brandon Crockett, Jonathan Abraham, and Anthony Aguilar.   Thank you very much.

Best regards,
Darci Gilbert

**Darci Gilbert, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: dgilbert@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case