1 | Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
2 | Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
3 | Maya Sorensen (State Bar No. 250722)
  *Maya.Sorensen@manningkass.com*
4 | **MANNING & KASS**
  **ELLROD, RAMIREZ, TRESTER LLP**
5 | 801 S. Figueroa St., 15th Floor
  Los Angeles, CA 90017
6 | Main: (213) 624-6900

7 | Attorneys for Defendants, CITY OF
  FRESNO, UNKNOWN LAW
8 | ENFORCEMENT OFFICERS, and
  POLICE CHIEF PACO BALDERRAMA

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

12 |

13 | MARTHA ZEPEDA OLIVARES,
  individually and on behalf of the
14 | ESTATE OF MAXIMILIANO SOSA,
  JR.; MAXIMILIANO SOSA, SR.,

15 |         Plaintiffs,

16 |     v.

17 | CITY OF FRESNO, UNKNOWN
  LAW ENFORCEMENT OFFICERS,
18 | POLICE CHIEF PACO
  BALDERRAMA and DOES 1-30,

19 |

20 |         Defendants.

21 | MARIA SOSA, L.S. by and through
  guardian ad litem MARIA SOSA, M.S.
22 | by and through guardian ad litem
  JENNIFER LOPEZ, individually and as
23 | successors-in-interest to Maximiliano
  Sosa,

24 |

25 |         Plaintiffs,
      v.

26 |

27 | CITY OF FRESNO and DOES 1-5,

28 |         Defendants.

Right column:

Case No. 1:23-cv-01575-JLT-SAB
District Judge Jennifer L. Thurston
Magistrate Judge Barbara A. McAuliffe

**DEFENDANT CITY OF FRESNO
JOHN AYERS, BRANDON
CROCKETT, JONATHAN
ABRAHAM, and, ANTHONY
AGUILAR'S ANSWER TO
PLAINTIFFS' SECOND AMENDED
COMPLAINT FOR DAMAGES**

SAC Filed:        06/30/25
Trial Date:       04/06/27

Left sidebar (vertical): MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP Attorneys at Law

Defendants CITY OF FRESNO, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and, ANTHONY AGUILAR ("Defendants") hereby answer the Second Amended Complaint of Plaintiffs MARIA SOSA, L.S., by and through guardian ad litem MARIA SOSA, and M.S., by and through guardian ad litem JENNIFER LOPEZ (Doc. 63), and Defendants hereby admit, deny, and allege as follows:

1.      Answering Paragraph 1 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

2.      Answering Paragraph 2 of the SAC: Answering Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)-(4).

3.      Answering Paragraph 3 of the SAC: Answering Defendants admit that this Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1337(a).

4.      Answering Paragraph 4 of the SAC: Answering Defendants admit that venue is proper under 28 U.S.C. § 1391(b).

5.      Answering Paragraph 5 of the SAC: Answering Defendants admit that plaintiffs submitted government tort claims to the City that were rejected.

6.      Answering Paragraph 6 of the SAC: Answering Defendants admit that plaintiffs submitted government tort claims to the City that were rejected.

7.      Answering Paragraph 7 of the SAC: Answering Defendants admit that plaintiffs submitted government tort claims to the City that were rejected.

8.      Answering Paragraph 8 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies

1  generally and specifically each and every allegation contained therein – and
2  Defendants deny all liability and/or wrongdoing.

3       9.      Answering Paragraph 9 of the SAC: Answering Defendants do not have
4  sufficient knowledge, or information or belief, to enable Defendants to answer the
5  allegations contained within this paragraph, as stated, and on those grounds denies
6  generally and specifically each and every allegation contained therein – and
7  Defendants deny all liability and/or wrongdoing.

8       10.     Answering Paragraph 10 of the SAC: Answering Defendants do not have
9  sufficient knowledge, or information or belief, to enable Defendants to answer the
10 allegations contained within this paragraph, as stated, and on those grounds denies
11 generally and specifically each and every allegation contained therein – and
12 Defendants deny all liability and/or wrongdoing.

13      11.     Answering Paragraph 11 of the SAC: Answering Defendants do not have
14 sufficient knowledge, or information or belief, to enable Defendants to answer the
15 allegations contained within this paragraph, as stated, and on those grounds denies
16 generally and specifically each and every allegation contained therein – and
17 Defendants deny all liability and/or wrongdoing.

18      12.     Answering Paragraph 12 of the SAC: Answering Defendants admit that
19 the City of Fresno was at all times mentioned in the Complaint a municipal
20 corporation duly authorized to operate under the laws of the state of California, and
21 operated the Fresno Police Department under its supervision. As to the remaining
22 allegations of this paragraph, Defendants do not have sufficient knowledge, or
23 information or belief, to enable Defendants to answer the allegations contained within
24 this paragraph, as stated, and on those grounds denies generally and specifically each
25 and every allegation contained therein – and Defendants deny all liability and/or
26 wrongdoing.

27      13.     Answering Paragraph 13 of the SAC: Answering Defendants do not have
28 sufficient knowledge, or information or belief, to enable Defendants to answer the

allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

14.    Answering Paragraph 14 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

15.    Answering Paragraph 15 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

16.    Answering Paragraph 16 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

17.    Answering Paragraph 17 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

18.    Answering Paragraph 18 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

19.    Answering Paragraph 19 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

20.    Answering Paragraph 20 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

21.    Answering Paragraph 21 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

22.    Answering Paragraph 22 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

23.    Answering Paragraph 23 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

24.    Answering Paragraph 24 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies

1  generally and specifically each and every allegation contained therein – and
2  Defendants deny all liability and/or wrongdoing.

3       25.    Answering Paragraph 25 of the SAC: Answering Defendants do not have
4  sufficient knowledge, or information or belief, to enable Defendants to answer the
5  allegations contained within this paragraph, as stated, and on those grounds denies
6  generally and specifically each and every allegation contained therein – and
7  Defendants deny all liability and/or wrongdoing.

8       26.    Answering Paragraph 26 of the SAC: Answering Defendants do not have
9  sufficient knowledge, or information or belief, to enable Defendants to answer the
10 allegations contained within this paragraph, as stated, and on those grounds denies
11 generally and specifically each and every allegation contained therein – and
12 Defendants deny all liability and/or wrongdoing.

13      27.    Answering Paragraph 27 of the SAC: Answering Defendants do not have
14 sufficient knowledge, or information or belief, to enable Defendants to answer the
15 allegations contained within this paragraph, as stated, and on those grounds denies
16 generally and specifically each and every allegation contained therein – and
17 Defendants deny all liability and/or wrongdoing.

18      28.    Answering Paragraph 28 of the SAC: Answering Defendants do not have
19 sufficient knowledge, or information or belief, to enable Defendant to answer the
20 allegations contained within this paragraph, as stated, and on those grounds denies
21 generally and specifically each and every allegation contained therein – and
22 Defendant denies all liability and/or wrongdoing.

23      29.    Answering Paragraph 29 of the SAC: Answering Defendants do not have
24 sufficient knowledge, or information or belief, to enable Defendants to answer the
25 allegations contained within this paragraph, as stated, and on those grounds denies
26 generally and specifically each and every allegation contained therein – and
27 Defendants deny all liability and/or wrongdoing.

28      30.    Answering Paragraph 30 of the SAC: Answering Defendants do not have

sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

31.     Answering Paragraph 31 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

32.     Answering Paragraph 32 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

33.     Answering Paragraph 33 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

34.     Answering Paragraph 34 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

35.     Answering Paragraph 35 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

1    Defendants deny all liability and/or wrongdoing.

2        36.    Answering Paragraph 36 of the SAC: Answering Defendants repeat,

3    reiterate, and re-allege all of the admissions and denials contained in the foregoing

4    Answer which are set forth to each and every allegation contained in paragraphs 1

5    through 35, inclusive, of the SAC.

6        37.    Answering Paragraph 37 of the SAC: Answering Defendants do not have

7    sufficient knowledge, or information or belief, to enable Defendants to answer the

8    allegations contained within this paragraph, as stated, and on those grounds denies

9    generally and specifically each and every allegation contained therein – and

10   Defendants deny all liability and/or wrongdoing.

11       38.    Answering Paragraph 38 of the SAC: Answering Defendants do not have

12   sufficient knowledge, or information or belief, to enable Defendants to answer the

13   allegations contained within this paragraph, as stated, and on those grounds denies

14   generally and specifically each and every allegation contained therein – and

15   Defendants deny all liability and/or wrongdoing.

16       39.    Answering Paragraph 39 of the SAC: Answering Defendants do not have

17   sufficient knowledge, or information or belief, to enable Defendants to answer the

18   allegations contained within this paragraph, as stated, and on those grounds denies

19   generally and specifically each and every allegation contained therein – and

20   Defendants deny all liability and/or wrongdoing.

21       40.    Answering Paragraph 40 of the SAC: Answering Defendants do not have

22   sufficient knowledge, or information or belief, to enable Defendants to answer the

23   allegations contained within this paragraph, as stated, and on those grounds denies

24   generally and specifically each and every allegation contained therein – and

25   Defendants deny all liability and/or wrongdoing.

26       41.    Answering Paragraph 41 of the SAC: Answering Defendants do not have

27   sufficient knowledge, or information or belief, to enable Defendants to answer the

28   allegations contained within this paragraph, as stated, and on those grounds denies

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

42.    Answering Paragraph 42 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

43.    Answering Paragraph 43 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

44.    Answering Paragraph 44 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

45.    Answering Paragraph 45 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

46.    Answering Paragraph 46 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

47.    Answering Paragraph 47 of the SAC: Answering Defendants do not have

1  sufficient knowledge, or information or belief, to enable Defendants to answer the
2  allegations contained within this paragraph, as stated, and on those grounds denies
3  generally and specifically each and every allegation contained therein – and
4  Defendants deny all liability and/or wrongdoing.

5      48.    Answering Paragraph 48 of the SAC: Answering Defendants do not have
6  sufficient knowledge, or information or belief, to enable Defendants to answer the
7  allegations contained within this paragraph, as stated, and on those grounds denies
8  generally and specifically each and every allegation contained therein – and
9  Defendants deny all liability and/or wrongdoing.

10      49.    Answering Paragraph 49 of the SAC: Answering Defendants repeat,
11  reiterate, and re-allege all of the admissions and denials contained in the foregoing
12  Answer which are set forth to each and every allegation contained in paragraphs 1
13  through 48, inclusive, of the SAC.

14      50.    Answering Paragraph 50 of the SAC: Answering Defendants do not have
15  sufficient knowledge, or information or belief, to enable Defendants to answer the
16  allegations contained within this paragraph, as stated, and on those grounds denies
17  generally and specifically each and every allegation contained therein – and
18  Defendants deny all liability and/or wrongdoing.

19      51.    Answering Paragraph 51 of the SAC: Answering Defendants do not have
20  sufficient knowledge, or information or belief, to enable Defendants to answer the
21  allegations contained within this paragraph, as stated, and on those grounds denies
22  generally and specifically each and every allegation contained therein – and
23  Defendants deny all liability and/or wrongdoing.

24      52.    Answering Paragraph 52 of the SAC: Answering Defendants do not have
25  sufficient knowledge, or information or belief, to enable Defendants to answer the
26  allegations contained within this paragraph, as stated, and on those grounds denies
27  generally and specifically each and every allegation contained therein – and
28  Defendants deny all liability and/or wrongdoing.

53.     Answering Paragraph 53 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

54.     Answering Paragraph 54 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

55.     Answering Paragraph 55 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

56.     Answering Paragraph 56 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant deny all liability and/or wrongdoing.

57.     Answering Paragraph 57 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants dey all liability and/or wrongdoing.

58.     Answering Paragraph 58 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies

ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES

1  generally and specifically each and every allegation contained therein – and

2  Defendants deny all liability and/or wrongdoing.

3      59.    Answering Paragraph 59 of the SAC: Answering Defendants do not have

4  sufficient knowledge, or information or belief, to enable Defendants to answer the

5  allegations contained within this paragraph, as stated, and on those grounds denies

6  generally and specifically each and every allegation contained therein – and

7  Defendants deny all liability and/or wrongdoing.

8      60.    Answering Paragraph 60 of the SAC: Answering Defendants repeat,

9  reiterate, and re-allege all of the admissions and denials contained in the foregoing

10  Answer which are set forth to each and every allegation contained in paragraphs 1

11  through 59, inclusive, of the SAC.

12      61.    Answering Paragraph 61 of the SAC: Answering Defendants do not have

13  sufficient knowledge, or information or belief, to enable Defendants to answer the

14  allegations contained within this paragraph, as stated, and on those grounds denies

15  generally and specifically each and every allegation contained therein – and

16  Defendants deny all liability and/or wrongdoing.

17      62.    Answering Paragraph 62 of the SAC including subsections (a) – (k):

18  Answering Defendants do not have sufficient knowledge, or information or belief, to

19  enable Defendants to answer the allegations contained within this paragraph, as stated,

20  and on those grounds denies generally and specifically each and every allegation

21  contained therein – and Defendants deny all liability and/or wrongdoing.

22      63.    Answering Paragraph 63 of the SAC: Answering Defendants do not have

23  sufficient knowledge, or information or belief, to enable Defendants to answer the

24  allegations contained within this paragraph, as stated, and on those grounds denies

25  generally and specifically each and every allegation contained therein – and

26  Defendants deny all liability and/or wrongdoing.

27      64.    Answering Paragraph 64 of the SAC including subsections (a) – (f):

28  Answering Defendants do not have sufficient knowledge, or information or belief, to

1  enable Defendants to answer the allegations contained within this paragraph, as stated,

2  and on those grounds denies generally and specifically each and every allegation

3  contained therein – and Defendants deny all liability and/or wrongdoing.

4        65.    Answering Paragraph 65 of the SAC: Answering Defendants do not have

5  sufficient knowledge, or information or belief, to enable Defendants to answer the

6  allegations contained within this paragraph, as stated, and on those grounds denies

7  generally and specifically each and every allegation contained therein – and

8  Defendants deny all liability and/or wrongdoing.

9        66.    Answering Paragraph 66 of the SAC: Answering Defendants do not have

10  sufficient knowledge, or information or belief, to enable Defendants to answer the

11  allegations contained within this paragraph, as stated, and on those grounds denies

12  generally and specifically each and every allegation contained therein – and

13  Defendants deny all liability and/or wrongdoing.

14        67.    Answering Paragraph 67 of the SAC: Answering Defendants do not have

15  sufficient knowledge, or information or belief, to enable Defendants to answer the

16  allegations contained within this paragraph, as stated, and on those grounds denies

17  generally and specifically each and every allegation contained therein – and

18  Defendants deny all liability and/or wrongdoing.

19        68.    Answering Paragraph 68 of the SAC: Answering Defendants do not have

20  sufficient knowledge, or information or belief, to enable Defendants to answer the

21  allegations contained within this paragraph, as stated, and on those grounds denies

22  generally and specifically each and every allegation contained therein – and

23  Defendants deny all liability and/or wrongdoing.

24        69.    Answering Paragraph 69 of the SAC: Answering Defendants do not have

25  sufficient knowledge, or information or belief, to enable Defendants to answer the

26  allegations contained within this paragraph, as stated, and on those grounds denies

27  generally and specifically each and every allegation contained therein – and

28  Defendants deny all liability and/or wrongdoing.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

70.     Answering Paragraph 70 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

71.     Answering Paragraph 71 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

72.     Answering Paragraph 72 of the SAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 71, inclusive, of the SAC.

73.     Answering Paragraph 73 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

74.     Answering Paragraph 74 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

75.     Answering Paragraph 75 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and

1  Defendants deny all liability and/or wrongdoing.

2      76.    Answering Paragraph 76 of the SAC including subparagraphs (a)-(e):

3  Answering Defendants do not have sufficient knowledge, or information or belief, to

4  enable Defendants to answer the allegations contained within this paragraph, as stated,

5  and on those grounds denies generally and specifically each and every allegation

6  contained therein – and Defendants deny all liability and/or wrongdoing.

7      77.    Answering Paragraph 77 of the SAC: Answering Defendants do not have

8  sufficient knowledge, or information or belief, to enable Defendants to answer the

9  allegations contained within this paragraph, as stated, and on those grounds denies

10  generally and specifically each and every allegation contained therein – and

11  Defendants deny all liability and/or wrongdoing.

12      78.    Answering Paragraph 78 of the SAC: Answering Defendants do not have

13  sufficient knowledge, or information or belief, to enable Defendants to answer the

14  allegations contained within this paragraph, as stated, and on those grounds denies

15  generally and specifically each and every allegation contained therein – and

16  Defendants deny all liability and/or wrongdoing.

17      79.    Answering Paragraph 79 of the SAC: Answering Defendants do not have

18  sufficient knowledge, or information or belief, to enable Defendants to answer the

19  allegations contained within this paragraph, as stated, and on those grounds denies

20  generally and specifically each and every allegation contained therein – and

21  Defendants deny all liability and/or wrongdoing.

22      80.    Answering Paragraph 80 of the SAC: Answering Defendants do not have

23  sufficient knowledge, or information or belief, to enable Defendants to answer the

24  allegations contained within this paragraph, as stated, and on those grounds denies

25  generally and specifically each and every allegation contained therein – and

26  Defendants deny all liability and/or wrongdoing.

27      81.    Answering Paragraph 81 of the SAC: Answering Defendants do not have

28  sufficient knowledge, or information or belief, to enable Defendants to answer the

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
_____ Attorneys at Law _____

1  allegations contained within this paragraph, as stated, and on those grounds denies

2  generally and specifically each and every allegation contained therein – and

3  Defendants deny all liability and/or wrongdoing.

4       82.    Answering Paragraph 82 of the SAC: Answering Defendants repeat,

5  reiterate, and re-allege all of the admissions and denials contained in the foregoing

6  Answer which are set forth to each and every allegation contained in paragraphs 1

7  through 81, inclusive, of the SAC.

8       83.    Answering Paragraph 83 of the SAC: Answering Defendants do not have

9  sufficient knowledge, or information or belief, to enable Defendants to answer the

10  allegations contained within this paragraph, as stated, and on those grounds denies

11  generally and specifically each and every allegation contained therein – and

12  Defendants deny all liability and/or wrongdoing.

13       84.    Answering Paragraph 84 of the SAC: Answering Defendants do not have

14  sufficient knowledge, or information or belief, to enable Defendant to answer the

15  allegations contained within this paragraph, as stated, and on those grounds deny

16  generally and specifically each and every allegation contained therein – and

17  Defendants deny all liability and/or wrongdoing.

18       85.    Answering Paragraph 85 of the SAC: Answering Defendants do not have

19  sufficient knowledge, or information or belief, to enable Defendant to answer the

20  allegations contained within this paragraph, as stated, and on those grounds deny

21  generally and specifically each and every allegation contained therein – and

22  Defendants deny all liability and/or wrongdoing.

23       86.    Answering Paragraph 86 of the SAC: Answering Defendants do not have

24  sufficient knowledge, or information or belief, to enable Defendant to answer the

25  allegations contained within this paragraph, as stated, and on those grounds deny

26  generally and specifically each and every allegation contained therein – and

27  Defendants deny all liability and/or wrongdoing.

28       87.    Answering Paragraph 87 of the SAC: Answering Defendants do not have

1  sufficient knowledge, or information or belief, to enable Defendant to answer the
2  allegations contained within this paragraph, as stated, and on those grounds deny
3  generally and specifically each and every allegation contained therein – and
4  Defendants deny all liability and/or wrongdoing.

5       88.    Answering Paragraph 88 of the SAC: Answering Defendants do not have
6  sufficient knowledge, or information or belief, to enable Defendant to answer the
7  allegations contained within this paragraph, as stated, and on those grounds deny
8  generally and specifically each and every allegation contained therein – and
9  Defendants deny all liability and/or wrongdoing.

10       89.    Answering Paragraph 89 of the SAC: Answering Defendants do not have
11  sufficient knowledge, or information or belief, to enable Defendant to answer the
12  allegations contained within this paragraph, as stated, and on those grounds deny
13  generally and specifically each and every allegation contained therein – and
14  Defendants deny all liability and/or wrongdoing.

15       90.    Answering Paragraph 90 of the SAC: Answering Defendants do not have
16  sufficient knowledge, or information or belief, to enable Defendant to answer the
17  allegations contained within this paragraph, as stated, and on those grounds deny
18  generally and specifically each and every allegation contained therein – and
19  Defendants deny all liability and/or wrongdoing.

20       91.    Answering Paragraph 91 of the SAC: Answering Defendant repeat,
21  reiterate, and re-allege all of the admissions and denials contained in the foregoing
22  Answer which are set forth to each and every allegation contained in paragraphs 1
23  through 90, inclusive, of the SAC.

24       92.    Answering Paragraph 92 of the SAC: Answering Defendants do not have
25  sufficient knowledge, or information or belief, to enable Defendant to answer the
26  allegations contained within this paragraph, as stated, and on those grounds deny
27  generally and specifically each and every allegation contained therein – and
28  Defendants deny all liability and/or wrongdoing.

93.    Answering Paragraph 93 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

94.    Answering Paragraph 94 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

95.    Answering Paragraph 95 of the SAC: Answering Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 94, inclusive, of the SAC.

96.    Answering Paragraph 96 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

97.    Answering Paragraph 97 of the SAC including subparagraphs (a)-(k): Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

98.    Answering Paragraph 98 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and

Defendants deny all liability and/or wrongdoing.

99.    Answering Paragraph 99 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

100.    Answering Paragraph 100 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

101.    Answering Paragraph 101 of the SAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 100, inclusive, of the SAC.

102.    Answering Paragraph 102 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

103.    Answering Paragraph 103 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

104.    Answering Paragraph 104 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

105.   Answering Paragraph 105 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

106.   Answering Paragraph 106 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

107.   Answering Paragraph 107 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

108.   Answering Paragraph 108 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

109.   Answering Paragraph 109 of the SAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 108, inclusive, of the SAC.

110.   Answering Paragraph 110 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer

**ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

1 the allegations contained within this paragraph, as stated, and on those grounds deny
2 generally and specifically each and every allegation contained therein – and
3 Defendants deny all liability and/or wrongdoing.

4     111.  Answering Paragraph 111 of the SAC: Answering Defendants do not
5 have sufficient knowledge, or information or belief, to enable Defendant to answer
6 the allegations contained within this paragraph, as stated, and on those grounds deny
7 generally and specifically each and every allegation contained therein – and
8 Defendants deny all liability and/or wrongdoing.

9     112.  Answering Paragraph 112 of the SAC: Answering Defendants do not
10 have sufficient knowledge, or information or belief, to enable Defendant to answer
11 the allegations contained within this paragraph, as stated, and on those grounds deny
12 generally and specifically each and every allegation contained therein – and
13 Defendants deny all liability and/or wrongdoing.

14     113.  Answering Paragraph 113 of the SAC: Answering Defendants do not
15 have sufficient knowledge, or information or belief, to enable Defendant to answer
16 the allegations contained within this paragraph, as stated, and on those grounds deny
17 generally and specifically each and every allegation contained therein – and
18 Defendants deny all liability and/or wrongdoing.

19     114.  Answering Paragraph 114 of the SAC: Answering Defendants do not
20 have sufficient knowledge, or information or belief, to enable Defendant to answer
21 the allegations contained within this paragraph, as stated, and on those grounds deny
22 generally and specifically each and every allegation contained therein – and
23 Defendants deny all liability and/or wrongdoing.

24     115.  Answering Paragraph 115 of the SAC: Answering Defendants do not
25 have sufficient knowledge, or information or belief, to enable Defendant to answer
26 the allegations contained within this paragraph, as stated, and on those grounds deny
27 generally and specifically each and every allegation contained therein – and
28 Defendants deny all liability and/or wrongdoing.

**ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

116.   Answering Paragraph 116 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

117.   Answering Paragraph 117 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

118.   Answering Paragraph 118 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

119.   Answering Paragraph 119 of the SAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 118, inclusive, of the SAC.

120.   Answering Paragraph 120 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

121.   Answering Paragraph 121 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and

Case No. 1:23-cv-01575-JLT-SAB

**ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

1    Defendants deny all liability and/or wrongdoing.

2       122.   Answering Paragraph 122 of the SAC: Answering Defendants do not

3    have sufficient knowledge, or information or belief, to enable Defendant to answer

4    the allegations contained within this paragraph, as stated, and on those grounds deny

5    generally and specifically each and every allegation contained therein – and

6    Defendants deny all liability and/or wrongdoing.

7       123.   Answering Paragraph 123 of the SAC: Answering Defendants do not

8    have sufficient knowledge, or information or belief, to enable Defendant to answer

9    the allegations contained within this paragraph, as stated, and on those grounds deny

10   generally and specifically each and every allegation contained therein – and

11   Defendants deny all liability and/or wrongdoing.

12      124.   Answering Paragraph 124 of the SAC: Answering Defendants do not

13   have sufficient knowledge, or information or belief, to enable Defendant to answer

14   the allegations contained within this paragraph, as stated, and on those grounds deny

15   generally and specifically each and every allegation contained therein – and

16   Defendants deny all liability and/or wrongdoing.

17      125.   Answering Paragraph 125 of the SAC: Answering Defendants do not

18   have sufficient knowledge, or information or belief, to enable Defendant to answer

19   the allegations contained within this paragraph, as stated, and on those grounds deny

20   generally and specifically each and every allegation contained therein – and

21   Defendants deny all liability and/or wrongdoing.

22      126.   Answering Paragraph 126 of the SAC: Answering Defendants repeat,

23   reiterate, and re-allege all of the admissions and denials contained in the foregoing

24   Answer which are set forth to each and every allegation contained in paragraphs 1

25   through 125, inclusive, of the SAC.

26      127.   Answering Paragraph 127 of the SAC: Answering Defendants do not

27   have sufficient knowledge, or information or belief, to enable Defendant to answer

28   the allegations contained within this paragraph, as stated, and on those grounds deny

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  generally and specifically each and every allegation contained therein – and
2  Defendants deny all liability and/or wrongdoing.

3      128.  Answering Paragraph 128 of the SAC: Answering Defendants do not
4  have sufficient knowledge, or information or belief, to enable Defendants to answer
5  the allegations contained within this paragraph, as stated, and on those grounds deny
6  generally and specifically each and every allegation contained therein – and
7  Defendants deny all liability and/or wrongdoing.

8      129.  Answering Paragraph 129 of the SAC: Answering Defendants do not
9  have sufficient knowledge, or information or belief, to enable Defendants to answer
10  the allegations contained within this paragraph, as stated, and on those grounds deny
11  generally and specifically each and every allegation contained therein – and
12  Defendants deny all liability and/or wrongdoing.

13      130.  Answering Paragraph 130 of the SAC: Answering Defendants do not
14  have sufficient knowledge, or information or belief, to enable Defendants to answer
15  the allegations contained within this paragraph, as stated, and on those grounds deny
16  generally and specifically each and every allegation contained therein – and
17  Defendants deny all liability and/or wrongdoing.

18      131.  Answering Paragraph 131 of the SAC: Answering Defendants do not
19  have sufficient knowledge, or information or belief, to enable Defendants to answer
20  the allegations contained within this paragraph, as stated, and on those grounds deny
21  generally and specifically each and every allegation contained therein – and
22  Defendants deny all liability and/or wrongdoing.

23      132.  Answering Paragraph 132 of the SAC: Answering Defendants do not
24  have sufficient knowledge, or information or belief, to enable Defendants to answer
25  the allegations contained within this paragraph, as stated, and on those grounds deny
26  generally and specifically each and every allegation contained therein – and
27  Defendants deny all liability and/or wrongdoing.

28      133.  Answering Paragraph 133 of the SAC: Answering Defendants do not

Case No. 1:23-cv-01575-JLT-SAB

**ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

134.   Answering Paragraph 134 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

135.   Answering Paragraph 135 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

136.   Answering Paragraph 136 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

137.   Answering Paragraph 137 of the SAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

138.   Answering plaintiffs' Prayer For Relief, including subsections (1) through (8), Defendants deny all liability to plaintiffs, including, but not limited to, all liability for any and all damages, including compensatory damages, special damages, funeral and burial expenses, punitive and exemplary damages, statutory

damages, attorneys' fees, costs of suit, pre-death pain and suffering and loss of life, wrongful death damages, and/or for any relief of any kind from Defendants to plaintiffs.

139.   To the extent plaintiffs assert any other claims or contentions not specifically addressed herein above, Defendants generally and specifically denies each and every remaining allegation and/or claim – and Defendants deny all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

1.   As separate and affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

2.   Plaintiffs' SAC, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

3.   Plaintiffs' SAC also fails to state a claim against any Defendant in this action.

### SECOND AFFIRMATIVE DEFENSE

#### (Tort Claims Act Violation)

4.   This action is barred by plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

5.   The SAC is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

6.   Plaintiffs' recovery is barred because the causes of action stated in the SAC do not correspond with the legal claims asserted in plaintiffs' written claim.  The SAC thereby alleges legal bases for recovery which are not fairly reflected in the written claim(s).

///

1  ///

2  ### THIRD AFFIRMATIVE DEFENSE

3  ### (Waiver, Estoppel, Unclean Hands)

4       7.    Defendants allege that plaintiffs' actions are barred by reason of conduct,

5  actions and inactions of plaintiffs which amount to and constitute a waiver of any

6  right plaintiff(s) may or might have had in reference to the matters and things alleged

7  in the SAC, or that otherwise estop plaintiffs from recovery in this action, including

8  but not limited to the doctrine of unclean hands.

9  ### FOURTH AFFIRMATIVE DEFENSE

10 ### (Failure to Mitigate Damages)

11      8.    Plaintiffs' claims are barred or limited to the extent plaintiffs failed to

12 mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to

13 mitigate the damages, if any, which plaintiff(s) has/have sustained, and to exercise

14 reasonable care to avoid the consequences of harms, if any, in that, among other

15 things, plaintiffs have failed to use reasonable diligence in caring for any injuries,

16 failed to use reasonable means to prevent aggravation of any injuries and failed to

17 take reasonable precautions to reduce any injuries and damages.

18 ### FIFTH AFFIRMATIVE DEFENSE

19 ### (Contributory and/or Comparative Liability)

20      9.    Plaintiffs' claims are barred or limited by plaintiff's decedent's

21 contributory/comparative negligence or other conduct, acts, or omissions, and to the

22 extent plaintiffs' decedent suffered any injury or damages, it was the result of his own

23 negligent or deliberate actions or omissions.

24      10.    Plaintiffs' recovery is barred because any injury or damage suffered by

25 plaintiffs' decedent was caused solely by reason of his wrongful acts and conduct and

26 the willful resistance to a peace officer in the discharge their duties.  The conduct set

27 forth in the SAC, if and to the extent it occurred, was privileged and justified and done

28 with a good faith belief that it was correct and no action may be taken against the

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1 | answering Defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12.    The answering Defendants is/are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendant.  To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering Defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

13.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

14.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

15.    A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

821.2.  Based thereon, the answering defendants is/are immune from liability for any injuries claimed by plaintiffs, herein.

16.    Defendant(s) is/are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

17.    To the extent that the SAC attempts to predicate liability upon any public entity defendant or any employee thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint.  *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

18.    Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

1 | *Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

19.    Defendant City and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert the individual defendant's Qualified Immunity from liability to the fullest extent applicable.

20.    The individual defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his acts and conduct were objectively reasonable under the totality of the circumstances. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights of which a reasonable officer would have known. Defendants are also immune from liability under the doctrine of Qualified Immunity.

21.    At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

22.    At the time and place referred to in the SAC, and before such event, plaintiffs' decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

23.    Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

plaintiffs' Complaint. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## JURY DEMAND

24.     Defendants demands a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendant prays as follows:

1.     That plaintiffs take nothing by this action;

2.     That Defendants be awarded attorneys' fees, costs of suit and costs of proof, and such other relief as the Court deems just and proper.

DATED: August 5, 2025             **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


                                  By:  _____/s/ Mildred K. O'Linn_____
                                       Mildred K. O'Linn
                                       Lynn L. Carpenter
                                       Maya R. Sorensen
                                       Attorneys for Defendants, CITY OF
                                       FRESNO