UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,<br><br>Defendants. | 1:23-cv-01575-JLT-SAB<br>District Judge:   Jennifer L. Thurston<br>Magistrate Judge: Stanley A. Boone<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Before the Court is a Motion to Dismiss for Failure to State a Claim by Defendants Officer John Ayers, Officer Brandon Crockett, Officer Jonathan Abraham, Officer Anthony Aguilar, (Former) Chief Paco Balderramas, and the City of Fresno. Defendants seek dismissal of the Olivares Plaintiffs' Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). After full consideration of the matter, this Court finds as follows:

The Olivares Plaintiffs do not plead facts to support their contention that Plaintiff Martha Zepeda Olivares is decedent's successor in interest or the legal representative of the estate. The Third Amended Complaint states that decedent's children survived him, and therefore the Olivares Plaintiffs, who are decedent's parents, lack standing to pursue survival claims on behalf of the

decedent's estate and to bring wrongful death claims on their own behalf under California law.

The Court further finds that the Olivares Plaintiffs have not adequately pled a Fourteenth Amendment claim for the loss of their adult child's companionship, because they have pled only their biological connection to decedent and that they are "devastated" by his death.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED and the Olivares Plaintiffs' Third Amended Complaint is hereby DISMISSED.

Dated:

Hon. Jennifer L. Thurston
United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On August 6, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address carmen.hawkins@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2025, at Los Angeles, California.

Carmen Hawkins

**SERVICE LIST**
**Martha Zepeda Olivares v. City of Fresno, et al.**
**Case No. 1:23-cv-01575-JLT-SAB**
**Our File Number: 2254-58536**

| | |
|---|---|
| Kevin G. Little, Esq.<br>Michelle Tostenrude, Esq.<br>LAW OFFICES OF KEVIN G. LITTLE<br>P.O. Box 8656<br>Fresno, CA 93747<br>Tel: (559) 342-5800<br>Fax: (559) 242-2400<br>Email: kevin@kevinlittle.com<br><br>Attorneys for Plaintiffs, Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr. and Maximiliano Sosa, Sr. | LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq.<br>Cooper Alison-Mayne, Esq.<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>Email: dalekgalipo@yahoo.com;<br>cmayne@galipolaw.com<br>dgilbert@galipolaw.com<br><br>Attorneys for Plaintiffs, MARIA SOSA, L.S. by and through Guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa |

Steven A. Lerman, Esq.
Nicholas M. Lerman, Esq.
STEVEN A. LERMAN & ASSOCIATES, INC.
6033 W. Century Blvd., Suite 740
Los Angeles, CA 90045
Tel: (310) 659-8166
Fax: (310) 285-0779
Email: nmlerman0@yahoo.com;
nlerman@lermanslaw.com

Attorneys for Plaintiffs, MARIA SOSA, L.S. by and through Guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa