Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Maya Sorensen (State Bar No. 250722)
  *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR and DOES 1-30,<br><br>Defendants.<br><br>MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>Plaintiffs,<br>v. | Case No. 1:23-cv-01575-JLT-SAB<br>District Judge Jennifer L. Thurston<br>Magistrate Judge Stanley A. Boone<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF SOSA PLAINTIFFS' NINTH CLAIM FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Olivares SAC Filed: 2/24/2025<br>Sosa SAC Filed: 10/04/24<br><br>Trial Date: April 6, 2027 |

CITY OF FRESNO JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR,

Defendants.

By and through their counsel of record in this action, plaintiffs MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, (collectively herein after as "plaintiffs") and defendant(s) CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR (collectively herein after as "Defendants") – the parties – hereby stipulate for the purpose of jointly requesting that, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, the honorable Court enter an Order amending the operative Second Amended Complaint in this action [filed by Sosa plaintiffs June 30, 2025; Dkt. Doc. 63] by dismissing portions thereof as follows.

## GOOD CAUSE STATEMENT.

1. Pursuant to the Federal Rules of Civil Procedure, the parties may stipulate to the amendment of Sosa plaintiffs' Second Amended Complaint ("SAC") and the Court has the power to strike all or portions of a Complaint and/or to dismiss any and all claims at issue therein. *See, e.g.*, Fed. R. Civ. P. 12(b), 12(c), 12(f), 41(a)(1)(ii).

2. Defendants contend that plaintiffs' Ninth Claim for Relief of the operative SAC entitles defendants to discovery related to plaintiffs' mental, psychological and therapeutic records.

3. After conferring on this issue via telephonic conference on September 19, 2025, and in prior and subsequent email correspondence (regarding defendants' anticipated motion to compel mental, psychological and therapeutic records) in light

of the foregoing and in the interests of justice, the parties hereby stipulate that there is Good Cause to dismiss with prejudice from the SAC, the Ninth Claim for Relief Negligent Infliction of Emotional Distress, alleged by Sosa plaintiffs against all defendants.

### STIPULATION FOR DISMISSAL RE FOURTH CLAIM FOR RELIEF.

4. In light of the foregoing Good Cause, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to, the following dismissal with prejudice to the following claim(s) in this action from the operative SAC [Dkt. Doc. 63].

5. Plaintiffs hereby stipulate to **dismiss with prejudice** from plaintiffs' operative claims and this civil action, any and all claims alleged against defendants CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR in plaintiffs' Ninth Claim for Relief (Negligent Infliction of Emotional Distress) in its entirety and as to all parties.

6. Defendants hereby stipulate to forgo requesting, subpoenaing or moving to compel plaintiffs' mental, psychological, and/or therapeutic records in exchange for the dismissal of plaintiffs' Ninth Claim for Relief (Negligent Infliction of Emotional Distress).

7. Furthermore, plaintiffs and defendants each affirm that the parties hereby mutually waive and release all such aforementioned dismissed/stricken claim(s) – including all claims for liability or damages or otherwise by any of the plaintiffs against any of the defendants or their agents or employees – and mutually waive and release all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto as to the aforementioned dismissed claim.

DATED: October 24, 2025        Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/ *Maya R. Sorensen*
         Mildred K. O'Linn
         Lynn Carpenter
         Maya Sorensen
         Attorneys for Defendants, CITY OF
         FRESNO, FMR. POLICE CHIEF PACO
         BALDERRAMAJOHN AYERS,
         BRANDON CROCKETT,
         JONATHAN ABRAHAM, and
         ANTHONY AGUILAR

DATED: October 24, 2025        Respectfully submitted,

**LAW OFFICE OF DALE GALIPO**

By:      /s/ *Cooper Alison-Mayne*
         Dale K. Galipo
         Cooper Alison-Mayne
         Attorneys for plaintiffs Maria Sosa, L.S.,
         and M.S.

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF SOSA PLAINTIFFS' NINTH CLAIM FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**