# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>　　Plaintiffs, <br><br>　v. <br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR and DOES 1-30, <br><br>　　Defendants. <br><hr> MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br>　　Plaintiffs, <br><br>　v. <br><br>CITY OF FRESNO JOHN AYERS, BRANDON CROCKETT, | Case No. 1:23-cv-01575-JLT-SAB <br> District Judge Jennifer L. Thurston <br> Magistrate Judge Stanley A. Boone <br><br> **[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF PLAINTIFFS' NINTH CLAIM FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** |

| | |
|---|---|
| 1<br>2<br>3 | JONATHAN ABRAHAM, and<br>ANTHONY AGUILAR,<br><br>         Defendants. |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby **dismisses with prejudice** from Sosa plaintiffs' Second Amended Complaint and this civil action, any and all claims alleged against defendants CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR in plaintiffs' Ninth Claim for Relief (Negligent Infliction of Emotional Distress) in its entirety and as to all parties.

**IT IS SO ORDERED.**

DATED: _____  **UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA**


By: _____
    Hon. Stanley A. Boone,
UNITED STATES MAGISTRATE
JUDGE

1 | Respectfully Submitted By:

2 | Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
3 | Lynn Carpenter (State Bar No. 310011)
*lynn.carpenter@manningkass.com*
4 | Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
5 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
6 | 801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
7 | Main: (213) 624-6900

8 | Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF PLAINTIFFS' NINTH CLAIM FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**