# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTH ZEPEDA OLIVARES, *individually and on behalf of the Estate of Maximiliano Sosa, Jr.*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB<br><br>ORDER REGARDING STIPULATION OF DISMISSAL AS TO SOSA PLAINTIFFS' NINTH CLAIM FOR RELIEF<br><br>(ECF No. 79) |

Before the Court is the parties' stipulation to dismiss from the Sosa Plaintiffs' second amended complaint, and this civil action, Plaintiffs' ninth claim for relief. For good cause shown, the Court approves the stipulation. It is hereby ordered that, pursuant to the terms of the stipulation, the Sosa Plaintiffs' Ninth Claim for Relief (Negligent Infliction of Emotional Distress), in the respective second amended complaint, is dismissed with prejudice in its entirety and as to all parties, including any and all claims alleged against defendants CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR in Plaintiffs' Ninth Claim for Relief.

IT IS SO ORDERED.

Dated: __October 29, 2025__

STANLEY A. BOONE
United States Magistrate Judge