Mildred K. O'Linn (State Bar No. 159055)
 *missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
 *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR and DOES 1-30,<br><br>Defendants.<br><hr><br>MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO JOHN AYERS. | Case No. 1:23-cv-01575-JLT-SAB<br>District Judge Jennifer L. Thurston<br>Magistrate Judge Stanley A. Boone<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING ORDER**<br><br>[*Proposed Order filed concurrently herewith*]<br><br>Olivares SAC Filed: 2/24/2025<br>Sosa SAC Filed: 10/04/24<br><br>Trial Date: April 6, 2027 |

BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR,

Defendants.

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between plaintiffs MARTHA ZEPEDA OLIVARES, MARIA SOSA, MAXIMILIANO SOSA, SR., L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, (collectively herein after as "plaintiffs") and defendant(s) CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR (collectively herein after as "Defendants") through their respective counsel of record, as follows:.

## GOOD CAUSE STATEMENT

1. The current Non-Expert Discovery Deadline is set for 03/31/26.

2. The Parties to this matter have conducted extensive written discovery thus far in this action and have deposed the plaintiffs in this matter.

3. For several months, the parties have been trying to schedule the depositions of the defendant officers. However, due to counsel for all parties' numerous trial conflicts, the parties have been unable to schedule mutually agreeable dates for the depositions and will be unable to complete the depositions before the current discovery cutoff.

4. Counsel for the Olivares plaintiffs had five trials between September 2025 and February 2026, and have fifteen trials scheduled from now until the end of the year.

5. Counsel for Sosa plaintiffs have trials scheduled for February 17, 2026 in Petit v. City of Los Angeles, Case No. 2:23-cv-00789 (C.D. Cal., Hon. Wright,

II); April 6, 2026 in Maccani v. City of Los Angeles, Case No. 2:24-cv-03265 (C.D. Cal., Hon. Michelle W. Court); and April 7, 2026 in Barnhill v. City of Hemet, Case No. 5:23-cv-00589 (C.D. Cal., Hon. Bernal).

6. Counsel for the City of Fresno are scheduled for trial beginning March 2, 2026 in *Regan v. City of Fresno*, 22CECG00876, Fresno Superior Court. Trailing that trial, *Gettings v. County of Shasta* is scheduled for March 23-April 10, 2:21-cv-01139-DJC-DB, Eastern District of California

7. For these reasons, the Parties jointly stipulate and respectfully request that this Court modify the existing Scheduling Order as specified below, or to a date as soon thereafter as is convenient for the Court.

8. These dates do not impact the timing of trial, the pretrial conference, or the filing of dispositive motions.

9. This is the first request by the Parties for an Order to modify the existing Scheduling Order.

## **STIPULATION**

NOW, THEREFORE, in light of the foregoing Good Cause, the Parties hereby stipulate and respectfully request a continuance of the Court's Scheduling Order (Doc. ) as follows:

1. The Non-Expert Discovery Deadline currently set for 03/31/26, is continued to 06/01/26.
2. The Expert Disclosures Deadline currently set for 05/19/26, is continued to 07/20/26.
3. The Rebuttal Expert Disclosures Deadline currently set for 07/10/26, is continued to 09/10/26.
4. The Expert Discovery Deadline currently set for 08/10/26, is continued to 10/09/26.

| | | |
|---|---|---|
| DATED: February 17, 2026 | | Respectfully submitted, |

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Maya R. Sorensen*
 Mildred K. O'Linn
 Lynn Carpenter
 Maya Sorensen
 Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMAJOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

DATED: February 17, 2026     Respectfully submitted,

**LAW OFFICE OF DALE GALIPO**

By: /s/ *Cooper Alison-Mayne*
 Dale K. Galipo
 Cooper Alison-Mayne
 Attorneys for plaintiffs Maria Sosa, L.S., and M.S.

DATED: February 17, 2026     **LAW OFFICE OF KEVIN G. LITTLE**

By: */s/ Kevin G. Little*
 Kevin G. Little, Esq.
 Attorneys for Plaintiffs, Olivares

4

Case No. 1:23-cv-01575-JLT-SAB

**STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING ORDER**