**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR and DOES 1-30, <br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br>District Judge Jennifer L. Thurston <br>Magistrate Judge Stanley A. Boone <br><br><br>**[PROPOSED] ORDER RE MODIFYING SCHEDULING ORDER** |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF FRESNO JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR, <br><br>Defendants. | |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules. After consideration of relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that the scheduling order is modified as follows:

1. The Non-Expert Discovery Deadline currently set for 03/31/26, is continued to 06/01/26.
2. The Expert Disclosures Deadline currently set for 05/19/26, is continued to 07/20/26.
3. The Rebuttal Expert Disclosures Deadline currently set for 07/10/26, is continued to 09/10/26.
4. The Expert Discovery Deadline currently set for 08/10/26, is continued to 10/09/26.

DATED: February ___, 2026

Hon. Stanley A. Boone,
**UNITED STATES MAGISTRATE JUDGE**