# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, *individually and on behalf of the Estate of Maximiliano Sosa, Jr.*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br><br> ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER <br><br> (ECF No. 82) |

Pending before the Court is the timely stipulation from the parties to modify certain dates in the scheduling order. (ECF No. 82.) It appearing that the parties are diligently engaging in discovery, and good cause otherwise appearing, the Court approves the stipulation. The Court ORDERS that the following deadlines are modified in the scheduling order:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | June 1, 2026 |
| Expert Disclosures: | July 20, 2026 |
| Supplemental Expert Disclosures: | September 10, 2026 |
| Expert Discovery Cut-Off: | October 9, 2026 |

The scheduling order (ECF No. 56) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **February 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge