Mildred K. O'Linn (State Bar No. 159055)
  *missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
  *Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
Telephone: (415) 217-6990
Facsimile: (415) 400-0879

Attorneys for Defendants, CITY OF
FRESNO, FMR. POLICE CHIEF PACO
BALDERRAMA, JOHN AYERS,
BRANDON CROCKETT, JONATHAN
ABRAHAM, and ANTHONY AGUILAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR and DOES 1-30, <br><br> Defendants. | Case No. 1:23-cv-01575-JLT-SAB <br> Dist. Court Judge Jennifer L. Thurston <br> Magistrate Judge Barbara A. McAuliffe <br><br> **ANSWER OF DEFENDANTS CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR TO OLIVARES PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES** <br><br> FAC Filed:        07/12/2026 <br> Trial Date:       04/06/2027 |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa, <br><br> Plaintiffs, <br><br> v. | |

---

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

CITY OF FRESNO JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR,

Defendants.

Defendants CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR ("Defendants") hereby answer Plaintiffs' Fourth Amended Complaint for Damages on file herein (Doc. 85, hereinafter referred to as the "FAC") and Defendants hereby admit, deny, and allege as follows:

1.    Answering Paragraph 1 of the FAC: Answering Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)-(4).  Answering further, Defendants admit that venue is proper in the Eastern District of California – Fresno Division under 28 U.S.C. § 1391(b).

2.    Answering Paragraph 2 of the FAC: Answering Defendants admit that plaintiffs submitted government tort claims to the City that were rejected .

3.    Answering Paragraph 3 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

4.    Answering Paragraph 4 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

5.    Answering Paragraph 5 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the

2

allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

6.    Answering Paragraph 6 of the FAC: Answering Defendants admit that the City of Fresno was at all times mentioned in the Complaint a municipal corporation duly authorized to operate under the laws of the state of California, and operated the Fresno Police Department under its supervision. Defendants deny all liability and/or wrongdoing.

7.    Answering Paragraph 7 of the FAC: Answering Defendants admit that Defendant Fresno Police Officer John Ayers was at all material times employed as an officer and employee of the Fresno Police Department and was acting within the course and scope of that employment.  As to the remaining allegations contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

8.    Answering Paragraph 8 of the FAC: Answering Defendants admit that Defendant Fresno Police Officer Brandon Crockett was at all material times employed as an officer and employee of the Fresno Police Department and was acting within the course and scope of that employment.  As to the remaining allegations contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

9.    Answering Paragraph 9 of the FAC: Answering Defendants admit that Defendant Fresno Police Officer Jonathan Abraham was at all material times employed as an officer and employee of the Fresno Police Department and was acting within the course and scope of that employment.  As to the remaining allegations

3

contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

10. Answering Paragraph 10 of the FAC: Answering Defendants admit that Defendant Fresno Police Officer Anthony Aguilar was at all material times employed as an officer and employee of the Fresno Police Department and was acting within the course and scope of that employment. As to the remaining allegations contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

11. Answering Paragraph 11 of the FAC: Answering Defendants admit that Defendant Chief of Police Paco Balderrama was at all material times employed as the Chief of Police of the Fresno Police Department and was acting within the course and scope of that employment. As to the remaining allegations contained in this paragraph, answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations, as stated, and on those grounds deny generally and specifically each allegation contained therein – and Defendants deny all liability and/or wrongdoing.

12. Answering Paragraph 12 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

13. Answering Paragraph 13 of the FAC: this paragraph does not contain any factual allegations against answering Defendants, and on those grounds alone this paragraph remains unanswered.

4

14. Answering Paragraph 14 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

15. Answering Paragraph 15 of the FAC: this paragraph does not contain any factual allegations against answering Defendants, and on those grounds alone this paragraph remains unanswered.

16. Answering Paragraph 16 of the FAC: this paragraph does not contain any factual allegations against answering Defendants, and on those grounds alone this paragraph remains unanswered.

17. Answering Paragraph 17 of the FAC: this paragraph does not contain any factual allegations against answering Defendants, and on those grounds alone this paragraph remains unanswered.

18. Answering Paragraph 18 of the FAC: this paragraph does not contain any factual allegations against answering Defendants, and on those grounds alone this paragraph remains unanswered.

19. Answering Paragraph 19 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

20. Answering Paragraph 20 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

21. Answering Paragraph 21 of the FAC: Answering Defendants do not have

5

sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

22. Answering Paragraph 22 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

23. Answering Paragraph 23 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

24. Answering Paragraph 24 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

25. Answering Paragraph 25 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

26. Answering Paragraph 26 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and

6

Defendants deny all liability and/or wrongdoing.

27. Answering Paragraph 27 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

28. Answering Paragraph 28 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

29. Answering Paragraph 29 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

30. Answering Paragraph 30 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 29, inclusive, of the FAC.

31. Answering Paragraph 31 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

32. Answering Paragraph 32 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny

7

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

33. Answering Paragraph 33 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

34. Answering Paragraph 34 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

35. Answering Paragraph 35 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

36. Answering Paragraph 36 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

37. Answering Paragraph 37 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

38. Answering Paragraph 38 of the FAC: Answering Defendants do not have

8

sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

39.     Answering Paragraph 39 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

40.     Answering Paragraph 40 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

41.     Answering Paragraph 41 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 40, inclusive, of the FAC.

42.     Answering Paragraph 42 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

43.     Answering Paragraph 43 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

9

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

44.     Answering Paragraph 44 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

45.     Answering Paragraph 45 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

46.     Answering Paragraph 46 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

47.     Answering Paragraph 47 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

48.     Answering Paragraph 48 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

49.     Answering Paragraph 49 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny

10

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

50.   Answering Paragraph 50 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

51.   Answering Paragraph 51 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

52.   Answering Paragraph 52 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

53.   Answering Paragraph 53 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

54.   Answering Paragraph 54 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 53, inclusive, of the FAC.

55.   Answering Paragraph 55 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the

11

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

56. Answering Paragraph 56 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

57. Answering Paragraph 57 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

58. Answering Paragraph 58 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

59. Answering Paragraph 59 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

60. Answering Paragraph 60 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

61. Answering Paragraph 61 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

62. Answering Paragraph 62 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

63. Answering Paragraph 63 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

64. Answering Paragraph 64 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 63, inclusive, of the FAC.

65. Answering Paragraph 65 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

66. Answering Paragraph 66 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and

13

Defendants deny all liability and/or wrongdoing.

67.     Answering Paragraph 67 of the FAC including subsections (a) – (g): Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

68.     Answering Paragraph 68 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

69.     Answering Paragraph 69 of the FAC including subsections (a) – (f): Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

70.     Answering Paragraph 70 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

71.     Answering Paragraph 71 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

72.     Answering Paragraph 72 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the

14

allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

73.    Answering Paragraph 73 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

74.    Answering Paragraph 74 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 73, inclusive, of the FAC.

75.    Answering Paragraph 75 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

76.    Answering Paragraph 76 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

77.    Answering Paragraph 77 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

78.    Answering Paragraph 78 of the FAC: Answering Defendants do not have

15

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

79. Answering Paragraph 79 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

80. Answering Paragraph 80 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

81. Answering Paragraph 81 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 80, inclusive, of the FAC.

82. Answering Paragraph 82 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

83. Answering Paragraph 83 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

16

ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES

84.     Answering Paragraph 84 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

85.     Answering Paragraph 85 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

86.     Answering Paragraph 86 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

87.     Answering Paragraph 88 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

88.     Answering Paragraph 88 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

89.     Answering Paragraph 89 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on

17

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

90.    Answering Paragraph 90 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 89, inclusive, of the FAC.

91.    Answering Paragraph 91 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

92.    Answering Paragraph 92 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

93.    Answering Paragraph 93 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

94.    Answering Paragraph 94 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

95.    Answering Paragraph 95 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable

18

Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

96.     Answering Paragraph 96 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

97.     Answering Paragraph 97 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

98.     Answering Paragraph 98 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

99.     Answering Paragraph 99 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 98, inclusive, of the FAC.

100.    Answering Paragraph 100 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

101.    Answering Paragraph 101 of the FAC: Answering Defendant City of

19

Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

102.    Answering Paragraph 102 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

103.    Answering Paragraph 103 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

104.    Answering Paragraph 104 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

105.    Answering Paragraph 105 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

106.    Answering Paragraph 106 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained

20

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

therein – and Defendant denies all liability and/or wrongdoing.

107.    Answering Paragraph 107 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

108.    Answering Paragraph 108 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 98, inclusive, of the FAC.

109.    Answering Paragraph 109 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

110.    Answering Paragraph 110 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

111.    Answering Paragraph 111 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

112.    Answering Paragraph 112 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

113.   Answering Paragraph 113 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

114.   Answering Paragraph 114 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

115.   Answering Paragraph 115 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 114, inclusive, of the FAC.

116.   Answering Paragraph 116 of the FAC: Answering Defendant City of Fresno does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within this paragraph, as stated, and on those grounds denies generally and specifically each and every allegation contained therein – and Defendant denies all liability and/or wrongdoing.

117.   Answering Paragraph 117 of the FAC: Answering Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 116, inclusive, of the FAC.

118.   Answering Paragraph 118 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny

22

generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

119. Answering Paragraph 119 of the FAC: Answering Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

120. Answering plaintiffs' Prayer For Relief, including subsections (1) through (9), Defendants deny all liability to plaintiffs, including, but not limited to, all liability for any and all damages, including general damages, special damages, funeral and burial expenses, punitive and exemplary damages, statutory damages, attorneys' fees, costs of suit, prejudgment interest, treble damages, and/or for any relief of any kind from Defendants to plaintiffs.

121. To the extent plaintiffs assert any other claims or contentions not specifically addressed herein above, Defendants generally and specifically deny each and every remaining allegation and/or claim – and Defendants deny all liability and/or wrongdoing.

## AFFIRMATIVE DEFENSES

1. As separate and affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

2. Plaintiffs' Complaint, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

3. Plaintiffs' Complaint also fails to state a claim against any Defendant in this action.

### SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

4. This action is barred by plaintiffs' failure to comply with the government

23

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

5. The Complaint is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

6. Plaintiffs' recovery is barred because the causes of action stated in the Complaint do not correspond with the legal claims asserted in plaintiffs' written claim. The Complaint thereby alleges legal bases for recovery which are not fairly reflected in the written claim.

### THIRD AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Unclean Hands)

7. Defendants allege that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiff(s) may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

8. Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any. Plaintiffs have failed to mitigate the damages, if any, which plaintiff(s) has/have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

9. Plaintiffs' claims are barred or limited by plaintiff's

24

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

contributory/comparative negligence or other conduct, acts, or omissions, and to the extent plaintiff suffered any injury or damages, it was the result of plaintiff's own negligent or deliberate actions or omissions.

10. Plaintiffs' recovery is barred because any injury or damage suffered by plaintiff was caused solely by reason of the plaintiff's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

11. Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

12. The answering Defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendants. To the extent that plaintiffs' damages were so caused, any recovery by plaintiffs as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

13. There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

14. Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

diligence.

15.    A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, the answering defendants are immune from liability for any injuries claimed by plaintiffs, herein.

16.    Defendant(s) is/are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

17.    To the extent that the Complaint attempts to predicate liability upon any public entity defendant or any employee thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury

26

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

18. Defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

19. Defendant City and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert the individual defendant's Qualified Immunity from liability to the fullest extent applicable.

20. Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his actions and conduct were objectively reasonable under the totality of the circumstances. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate plaintiff's clearly established constitutional or statutory rights of which a reasonable officer would have known.

21. At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules, and regulations, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

27

ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

22.   At the time and place referred to in the Complaint, and before such event, plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

## ELEVENTH AFFIRMATIVE DEFENSE

23.   Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' Complaint.  Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## TWELFTH AFFIRMATIVE DEFENSE

24.   Defendants assert that, to the extent any Individual Defendant Officers are not alleged to have used or directed the use of force, given commands integral to the use of force, or otherwise personally participated in, caused, or set in motion the alleged constitutional violation, Plaintiffs cannot establish personal participation, causation, or a failure to intervene theory as to those individuals, and the claims against such defendants are barred in whole or in part.

## THIRTEENTH AFFIRMATIVE DEFENSE

25.   Defendants assert that Plaintiffs cannot establish any underlying violation of the decedent's or Plaintiffs' constitutional rights; therefore, Plaintiffs' municipal liability and supervisory liability claims fail in whole or in part for lack of a predicate constitutional violation.

## FOURTEENTH AFFIRMATIVE DEFENSE

26.   Defendants assert that Plaintiffs cannot establish that any official policy, longstanding practice, or custom of the City of Fresno caused the alleged deprivation

28

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

of rights, including any alleged policy permitting excessive force, discouraging de-escalation, or tolerating violations, and therefore the Monell claims are barred.

## FIFTEENTH AFFIRMATIVE DEFENSE

27.    Defendants assert that Plaintiffs cannot establish deliberate indifference in training, supervision, investigation, or discipline, nor that any municipal act or omission was the moving force behind any alleged injury; as such, municipal liability is barred.

## SIXTEENTH AFFIRMATIVE DEFENSE

28.    Defendants assert that Plaintiffs cannot establish that a final policymaker made a deliberate choice to approve the specific conduct alleged after full knowledge of the material facts; therefore, any theory of municipal liability based on ratification fails.

## SEVENTEENTH AFFIRMATIVE DEFENSE

29.    Defendants assert that Plaintiffs cannot establish a pattern of sufficiently similar incidents to place the City on notice of a need for different training, supervision, or policies, and any reliance on dissimilar incidents or settlements/verdicts is insufficient to establish municipal liability.

## EIGHTEENTH AFFIRMATIVE DEFENSE

30.    Defendants assert that to the extent Plaintiffs' Fourteenth Amendment familial association claim is based on the same conduct alleged to constitute a Fourth Amendment seizure, it is barred or limited as duplicative where the Fourth Amendment provides the explicit textual source of protection.

## NINETEENTH AFFIRMATIVE DEFENSE

31.    Defendants assert that Plaintiffs cannot establish threats, intimidation, or coercion independent of the alleged force itself, nor any detention/arrest accomplished by impermissible coercion separate from the alleged force, and thus the Bane Act claim is barred in whole or in part.

## TWENTIETH AFFIRMATIVE DEFENSE

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

32. Defendants assert that Plaintiffs cannot establish that any Defendant acted with the specific intent to violate rights secured by the Constitution or laws; absent such specific intent, liability under Civil Code section 52.1 does not lie.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

33. Defendants assert that Plaintiffs cannot establish that decedent was excluded from or denied services, programs, or activities, or otherwise discriminated against, by reason of disability; any actions taken were based on contemporaneous safety assessments and not discriminatory animus or disability-based motive.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

34. Defendants assert that Plaintiffs cannot establish that a reasonable accommodation was requested, obvious, or necessary to avoid discrimination, or that any such accommodation was clearly identified and refused; therefore, Title II and Rehabilitation Act claims fail in whole or in part.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

35. Defendants assert that to the extent any accommodation is alleged, it was not reasonable or feasible under the exigent, rapidly evolving circumstances; emergency safety considerations and operational constraints precluded the accommodations alleged, defeating ADA/RA liability.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

36. Defendants assert that actions taken were necessitated by an objectively reasonable belief that there was a significant risk to the health or safety of others that could not be eliminated by reasonable modification; Title II and Rehabilitation Act claims are barred to the extent of such safety-based determinations.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

37. Defendants assert that Plaintiffs cannot establish intentional discrimination as required under the Unruh Civil Rights Act, and, to the extent alleged, the statute does not apply to the provision of law enforcement services by a public entity; therefore, the Unruh Act claim is barred.

30

ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

38.    Defendants assert that punitive or exemplary damages are not recoverable against public entities, and Plaintiffs cannot establish malice, oppression, or fraud by any individual defendant; accordingly, punitive damages are barred in whole or in part as to all Defendants.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

39.    Defendants assert that to the extent any Plaintiff lacks standing or capacity to sue on certain claims, or any required successor(s)-in-interest or wrongful death heir(s) have not been properly joined, those claims are barred or limited until proper capacity and joinder are established. The Fourth Amended Complaint pleads that Martha Zepeda Olivares is currently the legal representative of the Estate and references a pending petition to terminate the estate with anticipated successor-in-interest proceedings.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

40.    Defendants assert that any injury or damages were proximately caused, in whole or in part, by superseding and/or intervening acts, including the conduct and state of mind of the decedent, third parties, and circumstances beyond Defendants' control; any recovery must be barred or proportionally reduced by apportionment, including based on suicidal ideation or self-harm intent to the extent proven. The Fourth Amended Complaint alleges that decedent told a 911 dispatcher he wanted officers to kill him and was in a mental health crisis.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

41.    Defendants assert that some or all claims are barred, in whole or in part, by applicable statutes of limitation, including any time-barred claims asserted through Doe designations that do not properly relate back; Plaintiffs' ability to add parties or new theories through amendment is limited to the extent relation back does not apply.

## THIRTIETH AFFIRMATIVE DEFENSE

42.    Defendants assert that Plaintiffs have failed to join one or more

31

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**

indispensable parties whose interests are necessary for just adjudication, including, to the extent applicable, all successors-in-interest or heirs with wrongful death standing; claims are barred or should be dismissed or limited unless and until such parties are joined.

## JURY DEMAND

43.    Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants pray as follows:

1.    That plaintiffs take nothing by this action;

2.    That Defendants be awarded attorneys' fees, costs of suit and costs of proof, and such other relief as the Court deems just

DATED: July 17, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Mildred K' O'Linn
       Mildred K. O'Linn
       Maya Sorensen
       Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**ANSWER OF DEFENDANTS TO PLAINTIFFS' FOURTH AMENDED COMPLAINT FOR DAMAGES**