AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California-Fresno

MARTHA ZEPEDA OLIVARES, et. al.
*Plaintiff*
v.
CITY OF FRESNO, et. al.
*Defendant*

Case No. 1:23-cv-01575-JLT-SAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Former POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM and ANTHONY AGUILAR

Date: September 17, 2026

/s/ Susannah R. Conn
*Attorney's signature*

Susannah Ruth Conn, CA Bar No. 205085
*Printed name and bar number*

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
225 Broadway, Ste 2000
San Diego, CA 92101
*Address*

Susannah.Conn@manningkass.com
*E-mail address*

(619) 515-0269
*Telephone number*

(619) 515-0268
*FAX number*