Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

---

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanley A, Boone

**DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF SUMMARY JUDGMENT**

*Filed concurrently with*
Notice of Motion and Motion
Memorandum of Points and Authorities
Joint Statement of Undisputed Facts
Declaration of Maya Sorensen
Declaration of Custodian of Records
Notice of Lodgment
[Proposed] Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

MK MANNING | KASS

**TO THE HONORABLE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD**:

Pursuant to Civil Local Rules 230 and 260, defendants CITY OF FRESNO, FORMER POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR ("Defendants") submit this Separate Statement of Undisputed Fact in support of their Motion for Summary Judgment.

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

| **NO.** | **UNDISPUTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|---|
| 1. | On November 3, 2023, Maria went out to socialize with her friends after work. | Ex. 23 [Maria Dep.] 50:19-23. |
| 2. | Max offered to pick Maria up and drive her home, and Maria agreed. | Ex. 10 [Sosa Interview] at 34.<br>Ex. 23 [Maria Dep.] 52:17-23. |
| 3. | Max and Maria joked with each other over text while Max waited outside the bar. | Ex. 12 [Screenshots]<br>Ex. 23 [Maria Dep.] 72:13-74:12. |
| 4. | Max also seemed "normal" earlier in the week, according to his father. | Ex. 25 [Max Sr. Dep.] 31:10-32:3. |
| 5. | Max and Maria left the bar together in his Tesla. | Ex. 23 [Maria Dep.] 53:18-54:12. |
| 6. | At around **3:00 a.m.**, Max woke Maria up. | Ex. 10 [Sosa Interview] at 42, 43<br>Ex. 23 [Maria Dep.] 49:14-50:15; 98:6-99:1 |
| 7. | Max called Maria a "whore" and a "liar." | Ex. 10 [Sosa Interview] at 37, 44.<br>Ex. 23 [Maria Dep.] 49:14-50:15; 98:6-99:1 |
| 8. | Maria could tell Max had been drinking. | Ex. 10 [Sosa Interview] at 34.<br>Ex. 23 [Maria Dep.] 90:8-16. |
| 9. | Max had gone through Maria's phone and found text exchanges between Maria and her affair partner that showed they were still in an intimate relationship. | Ex. 10 [Sosa Interview] at 44.<br>Ex. 12 [Screenshots]<br>Ex. 23 [Maria Dep.] 49:14-50:15; 54:23-55:24; 72:13-74:12; 77:4-25; 97:4-18. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 10. | Max texted his friends that he "found out" Maria was "still f*cking" her affair partner. | Ex. 7 [Incident Report] at FRESNO 000203.<br>Ex. 11 [Rodriguez Interview] at FRESNO 000437, 00439-440.<br>Ex. 23 [Maria Dep.] 49:14-50:15; 54:13-15; 55:20-56:1. |
| 11. | Max also texted Maria's affair partner from her phone, asking him to come to Maria's apartment to "f*ck" her and that "the door is unlocked." | Ex. 10 [Sosa Interview] at 45.<br>Ex. 12 [Screenshots]<br>Ex. 23 [Maria Dep.] 99:12-100:4. |
| 12. | Max also sent himself Maria's affair partner's contact information from her phone. | Ex. 10 [Sosa Interview] at 45.<br>Ex. 12 [Screenshots] |
| 13. | Max and Maria argued. | Ex. 23 [Maria Dep.] 50:1-2; 54:13-15; 59:23-60:4; 114:16-21. |
| 14. | Max was "out of control" and acting in a way Maria had never seen before. | Ex. 23 [Maria Dep.] 50:1-2; 54:13-15; 59:23-60:4; 114:16-21. |
| 15. | Max was "highly emotional" and Maria tried to calm him down. | Ex. 23 [Maria Dep.] 49:14-50:15; 56:6-17; 57:3-5; 58:19-23. |
| 16. | Max told Maria he was going to find the affair partner and kill him and kill himself, and left the apartment. | Ex. 10 [Sosa Interview] at 46, 48.<br>Ex. 23 [Maria Dep.] 49:14-50:15; 56:12-16; 57:3-5; 58:19-23. |
| 17. | Maria told the dispatcher that Max had taken a bottle of tequila and had gone to confront her affair partner. | Ex. 1 [911 Tr.] at 2-3.<br>Ex. 3 [CAD Report] at FRESNO 000242.<br>Ex. 14 [911 Audio].<br>Ex. 23 [Maria Dep.] 63:1-5. |
| 18. | Maria told the dispatcher she was scared Max was going to kill himself and her affair partner. | Ex. 1 [911 Tr.] at 1-2.<br>Ex. 14 [911 Audio]. |
| 19. | Maria provided the dispatcher a description of Max, what he was wearing, and the car he was driving. | Ex. 1 [911 Tr.] at 1-2.<br>Ex. 14 [911 Audio]. |
| 20. | At **3:10 a.m.**, Fresno Police Department created a zero-priority call for a suicidal male. | Ex. 3 [CAD Report] at FRESNO 000241, 000260. |



MANNING | KASS

MANNING | KASS

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 21. | Maria told the officers that Max had left, saying he was going to kill her affair partner or himself. | Ex. 10 [Sosa Interview] at 65.<br>Ex. 23 [Maria Dep.] 65:19-66:7 |
| 22. | Maria gave the officers Max's and her affair partner's addresses. | Ex. 7 [Incident Report] at FRESNO 000186-187, FRESNO 000196-197. |
| 23. | Ayers, Abraham and Equihua told Maria they would search the area for him and let her know if they found him. | Ex. 7 [Incident Report] at FRESNO 000186-187, FRESNO 000196-197. |
| 24. | At **3:30 a.m.** Max returned to the Dante Apartment Complex. | Ex. 17 [Abraham BWC #1] at 3:30:58. |
| 25. | Max attempted to strike Equihua with his vehicle before driving away again. | Ex. 17 [Abraham BWC #1] at 3:30:59. |
| 26. | Before driving away, Max shouted, "You want to play games?" | Ex. 17 [Abraham BWC #1] at 3:31:08. |
| 27. | Equihua commanded Max to "Stop! Stop the vehicle!" | Ex. 17 [Abraham BWC #1] at 3:31:13. |
| 28. | Abraham commanded Max to "Stop your car!" | Ex. 17 [Abraham BWC #1] at 3:31:14. |
| 29. | Max drove away at high speed. | Ex. 17 [Abraham BWC #1] at 3:31:14. |
| 30. | At **3:32 a.m.** Equihua broadcast, "He tried to run me over." | Ex. 3 [CAD Report] at FRESNO 000242, 000262. |
| 31. | At **3:33 a.m.** dispatch broadcast "Confirmed 245 [assault with a deadly weapon] on an officer." | Ex. 3 [CAD Report] at FRESNO 000243, 000264 |
| 32. | Between **3:33 a.m.** and **3:58 a.m.**, Max led officer on several high-speed chases. | Ex. 29 [Aguilar Dep.] 28:13-18. |
| 33. | During the vehicle pursuits, Max drove recklessly: speeding, driving opposite traffice, ignoring traffic signs, and performing evasive maneuvers. | Ex. 3 [CAD Report] at FRESNO 000243, 000245, 000263, 000266, 000269 |
| 34. | Officers lost sight of Max's Tesla several times. | Ex. 3 [CAD Report] at FRESNO 000263, 000269 |
| 35. | While the vehicle pursuits were in progress, Maria and Max spoke on the phone. | Ex. 10 [Sosa Interview] at 65-66. |
| 36. | Max told Maria that he was going to commit suicide by cop. | Ex. 23 [Maria Dep.] 103:3-13 |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 37. | Max told Maria that he was going to “take a cop” or “take a pig” with him. | Ex. 23 [Maria Dep.] 101:16-102:21 |
| 38. | At **3:42 a.m.** Ayers broadcast that he was going back to the Dante Apartment Complex in case Max returned there. | Ex. 3 [CAD Report] at FRESNO 000244, 000265. |
| 39. | At **3:44 a.m.** Maria called 9-1-1 again to report that Max made comments about wanting to die. | Ex. 15 [2nd 911 Audio].<br>Ex. 23 [Maria Dep.] at 67:10-22. |
| 40. | Maria told the dispatcher she was worried Max would make it look like he was armed so the police would shoot him. | Ex. 2 [Second 911 Tr.] at 1-2.<br>Ex. 15 [Second 911 Audio].<br>Ex. 23 [Maria Dep.] 68:3-22. |
| 41. | Maria told the dispatcher Max had evaded the police and she did not know where he was. | Ex. 2 [Second 911 Tr.] at 2.<br>Ex. 15 [Second 911 Audio]. |
| 42. | At **3:46 a.m.**, dispatch broadcast Max’s intention to commit suicide by cop. | Ex. 3 [CAD Report] at FRESNO 000244, 000267. |
| 43. | At **3:55 a.m.** Ayers returned back to Maria’s apartment. | Ex. 18 [Ayers BWC] at 3:55:29. |
| 44. | When Ayers returned, Maria was on the phone with Max and handed the phone to Ayers. | Ex. 18 [Ayers BWC] at 3:55:58-3:56:08. |
| 45. | Max cursed at Ayers and hung up. | Ex. 18 [Ayers BWC] at 3:56:08-3:56:23. |
| 46. | At **3:57 a.m.** Maria called Max. | Ex. 18 [Ayers BWC] at 3:57:17-3:57:43. |
| 47. | Ayers tried to talk to Max again but Max hung up. | Ex. 18 [Ayers BWC] at 3:57:17-3:57:43 |
| 48. | Ayers told Maria that her calling Max was not helping but was making Max angry, and told her not to call him again. | Ex. 18 [Ayers BWC] at 3:57:40-3:57:50. |
| 49. | After officers lost track of Max for a third time, FPD Sergeant Oliver directed units to cease pursuit. | Ex. 3 [CAD Report] at FRESNO 000246, 000269.<br>Ex. 29 [Aguilar Dep.] 28:24-29: |
| 50. | At **3:59 a.m.** Maria spoke to Max’s close friend, Damian. | Ex. 18 [Ayers BWC] at 3:59:30-4:00:59. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 51. | At **4:00 a.m.** Maria told Ayers Max has never done anything like this, has never been arrested or placed on an involuntary psychiatric hold. | Ex. 18 [Ayers BWC] at 4:00:59-4:01:10. |
| 52. | At **4:03 a.m.** Ayers called Max. | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 53. | Ayers told Max he wanted to help him and wanted a "peaceful resolution" to the evening. | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 54. | Max told Ayers there was no peaceful resolution. | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 55. | Max said, "Tonight I die or he [the affair partner] dies or one of your cops dies." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 56. | Max said, "There is no helping me." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 57. | Max said, "You're gonna have to f*cking kill me." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 58. | Max said, "There is no other way out of this." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 59. | Max said, "One person is gonna die tonight." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 60. | Max said, "I'm not one of those you can save." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 61. | Max said, "I tried to run over one of your cops. I don't give a f*ck." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 62. | Max said, "I want blood tonight." | Ex. 18 [Ayers BWC] at 4:03:09-4:10:47. |
| 63. | At **4:10 a.m.** Max hung up the phone, ending the conversation with Ayers. | Ex. 3 [CAD Report] at FRESNO 000246. |
| 64. | At **4:11 a.m.** Maria told Ayers that Max had never threatened suicide before and that he had no diagnoses of any mental health disorder. | Ex. 18 [Ayers BWC] at 4:11:03-4:11:40.<br>Ex. 23 [Maria Dep.] 40:10-24. |
| 65. | At **4:12 a.m.** Abraham arrived at Maria's apartment. | Ex. 18 [Ayers BWC] at 4:12:14.<br>Ex. 19 [Abraham BWC #2] at 4:12:14. |
| 66. | Ayers and Abraham conferred on the sidewalk outside the apartment. | Ex. 18 [Ayers BWC] at 4:12:14-4:14:40.<br>Ex. 19 [Abraham BWC #2] at 4:12:14-4:14:40. |





MK MANNING | KASS

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 67. | At **4:14 a.m.**, Abraham and Ayers returned to the apartment, where Maria was again talking to Max on the phone. | Ex. 18 [Ayers BWC] at 4:14:45-4:15:01.<br>Ex. 19 [Abraham BWC #2] at 4:12:14-4:14:40. |
| 68. | Ayers took the phone from Maria and tried again to talk to Max. | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26.<br>Ex. 19 [Abraham BWC #2] at 4:12:14-4:14:40. |
| 69. | Ayers told Max he wanted to help him. | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 70. | Max said, "There's nothing you can do." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 71. | Max said, "When a man reaches rock bottom, that's it." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 72. | Max said, "It's either me, him [the affair partner], or one of you f*cking police officers." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 73. | Max said, "Listen, if my wife didn't give a f*ck about me, you think I'm gonna f*cking believe that you give a f*ck about me? No." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 74. | Max said, "I'm gonna take down not just myself, but you with me." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 75. | Max said, "I'm gonna come after you, motherf*cker." | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 76. | At **4:18 a.m.** Ayers hung up the call. | Ex. 18 [Ayers BWC] at 4:15:00-4:18:26. |
| 77. | At **4:24 a.m.** Abraham, who was holding Maria's phone, told Maria that Damian texted that Max was at a charging station. | Ex. 18 [Ayers BWC] at 4:24:37-4:25:00.<br>Ex. 19 [Abraham BWC #2] at 4:24:37-4:25:00. |
| 78. | Ayers broadcast that Max was at a charging station, possibly at Herndon & 99. | Ex. 3 [CAD Report] at FRESNO 000246.<br>Ex. 18 [Ayers BWC] at 4:25:13-4:25:32. |
| 79. | At **4:28 a.m.**, Abraham and Ayers exited the apartment to canvas the area. | Ex. 18 [Ayers BWC] at 4:28:00-4:28:58.<br>Ex. 19 [Abraham BWC #2] at 4:28:00-4:28:58. |
| 80. | Ayers radioed that he did not see Max or Max's Tesla. | Ex. 3 [CAD Report] at FRESNO 000271.<br>Ex. 18 [Ayers BWC] at 4:28:55-4:28-59. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 81. | At **4:29 a.m.**, Abraham and Ayers stepped back in to the apartment, where Maria was once again on the phone with Max asking him to "please just tell me where you are." | Ex. 18 [Ayers BWC] at 4:29:30-4:30:18. |
| 82. | Max said, "Tonight I die." | Ex. 18 [Ayers BWC] at 4:29:30-4:30:18. |
| 83. | Max said, "You ruined me." | Ex. 18 [Ayers BWC] at 4:29:30-4:30:18. |
| 84. | Max said, "Congratulations, you won." | Ex. 18 [Ayers BWC] at 4:29:30-4:30:18. |
| 85. | At **4:30 a.m.** Ayers took the phone from Maria and hung up, telling her not to answer it again. | Ex. 18 [Ayers BWC] at 4:29:30-4:30:18. |
| 86. | At **4:35 a.m.** Abraham said "I think a door just – " and went to investigate. | Ex. 18 [Ayers BWC] at 4:35:04-4:35:10.<br>Ex. 19 [Abraham BWC #2] at 4:35:04-4:35:10.<br>Ex. 26 [Ayers Dep.] 36:2-12.<br>Ex. 27 [Abraham Dep.] 35:21-23; 49:9-25; 75:2-6. |
| 87. | Abraham opened the door to the apartment and saw Max coming up the walkway. | Ex. 19 [Abraham BWC #2] at 4:35:04-4:35:15.<br>Ex. 26 [Ayers Dep.] 37:18-25.<br>Ex. 27 [Abraham Dep.] 38:13-18; 45:21-46:12. |
| 88. | Max said, "Are you ready for this?" while raising his right hand, in which he was holding scissors. | Ex. 10 [Sosa Interview] at 74, 76.<br>Ex. 18 [Ayers BWC] at 4:34:14-4:35:17.<br>Ex. 19 [Abraham BWC #2] at 4:35:14-4:35:17.<br>Ex. 26 [Ayers Dep.] 37:18-25.<br>Ex. 27 [Abraham Dep.] 26:25-27:5; 45:21-46:2. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 89. | The scissors Max was holding were kitchen shears, just over 9 inches long, with cutting blades approximately 4 inches long. | Ex. 7 [Incident Report] at FRESNO 000201.<br>Ex. 8 [Photo] at FRESNO 001073.<br>Ex. 9 [Photo] at FRESNO 001083.<br>Ex. 10 [Sosa Interview] at 74, 76. |
| 90. | Abraham said twice, "Don't do it, bro." | Ex. 19 [Abraham BWC #2] at 4:35:14-4:35:19. |
| 91. | There was no time for Abraham to safely close the door. | Ex. 27 [Abraham Dep.] 46:14-47:5; 48:1-12. |
| 92. | Max entered the apartment and focused his attention on Maria and Ayers. | Ex. 10 [Sosa Interview] at 70.<br>Ex. 18 [Ayers BWC] at 4:35:15-4:35:24.<br>Ex. 19 [Abraham BWC #2] at 4:35:15-4:35:24.<br>Ex. 27 [Abraham Dep.] 46:3-12. |
| 93. | Ayers and Abraham both drew their guns and pointed them at Max. | Ex. 18 [Ayers BWC] at 4:35:15-4:35:24.<br>Ex. 19 [Abraham BWC #2] at 4:35:15-4:35:24. |
| 94. | Ayers and Abraham moved back to increase the distance between themselves and Max. | Ex. 18 [Ayers BWC] at 4:35:15-4:35:24.<br>Ex. 19 [Abraham BWC #2] at 4:35:15-4:35:24.<br>Ex. 26 [Ayers Dep.] 38:1-4. |
| 95. | Max raged the Officers, stepping towards them and Maria with the scissors pointed at them. | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:35:54.<br>Ex. 26 [Ayers Dep.] 38:5-7.<br>Ex. 27 [Abraham Dep.] 51:10-17; 52:21-53:15. |
| 96. | Max came within a yard of Abraham with the scissors. | Ex. 26 [Ayers Dep.] 38:24-39:10.<br>Ex. 27 [Abraham Dep.] 61:9-17. |
| 97. | Max told Maria, "This is what you wanted. This is what you f*cking wanted." | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 98. | Maria pleaded with Max, "Please don't do this" and to think of his children. | Ex. 10 [Sosa Interview] at 78.<br>Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54 |
| 99. | Ayers and Abraham broadcast that Max had returned to the apartment, and requested assistance. | Ex. 28 [Crockett Dep.] 22:13-23:6. |
| 100. | Between **4:35 a.m.** and **4:38 a.m.**, Abraham and Ayers told Max seven times to "Get back!" and also warned him, "Stop it!" and "I'm telling you." | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 101. | Ayers and Abraham spoke to Max firmly but respectfully. | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 102. | Ayers and Abraham repeated their offers to help Max. | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 103. | Max continued to curse at the Officers and said that no one understood the sacrifices he had made for Maria. | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 104. | Max did not comply with the Officers' commands and rejected their attempts to engage him. | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54.<br>Ex. 27 [Abraham Dep.] 81:6-82:6. |
| 105. | At **4:35:18 a.m.** Abraham said, "Don't do it, bro." | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 106. | At **4:35:23 a.m.** Ayers radioed that Max was inside Maria's apartment armed with scissors. | Ex. 18 [Ayers BWC] at 4:35:23-4:35:27. |
| 107. | At **4:36:04 a.m.**, Max said to Abraham, "Pop it, dude. Are you ready for this?" | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 108. | At **4:36:54 a.m.** Max said, "Have you shot anybody before? Today's gonna be the day." | Ex. 18 [Ayers BWC] at 4:35:24-4:38:54.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |

MANNING | KASS

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
| --- | --- | --- |
| 109. | At **4:37:06 a.m.** Crockett arrived to the apartment. | Ex. 20 [Crockett BWC] at 4:37:06. |
| 110. | Crockett saw that Max was holding kitchen shears in his right hand and pointing them towards Ayers and Maria. | Ex. 28 [Crockett Dep.] 28:6-15; 51:24-52:9. |
| 111. | At **4:37:16 a.m.** Crockett told Max, "Let's chill out, man," to which Max responded "No! F*ck no!" | Ex. 18 [Ayers BWC] at 4:37:16-4:37:19.<br>Ex. 19 [Abraham BWC #2] at 4:37:16-4:37:19.<br>Ex. 20 [Crockett BWC] at 4:37:15-4:37:22.<br>Ex. 28 [Crockett Dep.] 53:5-12. |
| 112. | At **4:37:29 a.m.** Crockett broadcast "One at gunpoint, scissors in right hand." | Ex. 3 [CAD Report] at FRESNO 000248, 000273.<br>Ex. 20 [Crockett BWC] at 4:37:29-4:37:37.<br>Ex. 28 [Crockett Dep.] 55:12-56:1. |
| 113. | At **4:37:35 a.m.** Aguilar arrived to Maria's apartment. | Ex. 21 [Aguilar BWC] at 4:37:35-4:37:40. |
| 114. | Crockett, who was standing outside the doorway, quickly described the situation inside. | Ex. 20 [Crockett BWC] at 4:37:39-4:37:43.<br>Ex. 21 [Aguilar BWC] at 4:37:40-4:37:43. |
| 115. | At **4:37:43 a.m**. Max said, "This is how it ends. This is what you wanted." | Ex. 18 [Ayers BWC] at 4:37:43-4:37:45.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54. |
| 116. | At **4:38:01 a.m.** Max said, "Sorry you guys have to do this, but it's gonna happen either way." | Ex. 18 [Ayers BWC] at 4:37:57-4:38:03.<br>Ex. 19 [Abraham BWC #2] at 4:35:24-4:38:54.<br>Ex. 21 [Aguilar BWC] at 4:37:55-4:37:59. |
| 117. | At **4:38:05 a.m.** Abraham said, "If you don't want to talk to us, talk to one of my partners. How about that?" | Ex. 18 [Ayers BWC] at 4:38:03-4:38:10.<br>Ex. 19 [Abraham BWC #2] at 4:38:03-4:38:10.<br>Ex. 20 [Crockett BWC] at 4:38:02-4:38:10.<br>Ex. 21 [Aguilar BWC] at 4:37:59-4:38:05. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 118. | Max responded, “No, I don’t want to talk to any of them f*cking guys. My fate is sealed, my guy.” | Ex. 18 [Ayers BWC] at 4:38:03-4:38:10.<br>Ex. 19 [Abraham BWC #2] at 4:38:03-4:38:10.<br>Ex. 20 [Crockett BWC] at 4:38:02-4:38:10.<br>Ex. 21 [Aguilar BWC] at 4:38:03-4:38:07. |
| 119. | At **4:38:29 a.m.** Aguilar asked Max, “Hey, can we talk?” | Ex. 20 [Crockett BWC] at 4:38:25-4:38:33.<br>Ex. 21 [Aguilar BWC] at 4:38:25-4:38:27.<br>Ex. 29 [Aguilar Dep.] 41:1-18; 43:6-18. |
| 120. | Max responded, “F*ck no!”and “I am done with this, dude.” | Ex. 19 [Abraham BWC #2] at 4:38:26-4:38:31.<br>Ex. 20 [Crockett BWC] at 4:38:25-4:38:33.<br>Ex. 21 [Aguilar BWC] at 4:38:26-4:38:31. |
| 121. | At **4:38:13 a.m.** Max talked about killing Maria’s affair partner. When Ayers said, “He’s not here, Max,” Max responded, “Exactly. So it’s gonna be my life or you guys. That’s it. That’s all it’s gonna come down to.” | Ex. 18 [Ayers BWC] at 4:38:13-4:38:26.<br>Ex. 19 [Abraham BWC #2] at 4:38:13-4:38:31. |
| 122. | At **4:38:38 a.m.** Aguilar readied his Taser. | Ex. 20 [Crockett BWC] at 4:38:37-4:38:43.<br>Ex. 29 [Aguilar Dep.] 30:9-24. |
| 123. | At **4:38:50 a.m.** Abraham gestured to Ayers and Maria to get out of the apartment. | Ex. 19 [Abraham BWC #2] at 4:38:50-4:38:54.<br>Ex. 21 [Aguilar BWC] at 4:38:45-4:38:50.<br>Ex. 26 [Ayers Dep.] 13-23.<br>Ex. 27 [Abraham Dep.] 58:3-23. |
| 124. | Ayers walked toward the door and exited the apartment. | Ex. 18 [Ayers BWC] at 4:38:50-4:38:55.<br>Ex. 19 [Abraham BWC #2] at 4:38:50-4:38:54. |
| 125. | Maria remained seated on the couch. | Ex. 19 [Abraham BWC #2] at 4:38:50-4:38:54. |
| 126. | At **4:38:52 a.m.** Aguilar stepped away to call in the details of the Officers’ situation. | Ex. 21 [Aguilar BWC] at 4:38:49-4:39:10.<br>Ex. 29 [Aguilar Dep.] 31:20-32:15. |
| 127. | At **4:38:59 a.m.** Max told Abraham he could also leave by the front door. | Ex. 18 [Ayers BWC] at 4:38:55-4:39:06.<br>Ex. 19 [Abraham BWC #2] at 4:38:55-4:39:06. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 128. | At **4:39:02 a.m.** Crockett, standing at the threshold, motioned for Maria to come outside. | Ex. 18 [Ayers BWC] at 4:39:03-4:39:12.<br>Ex. 20 [Crockett BWC] at 4:39:02-4:39:15.<br>Ex. 28 [Crockett Dep.] 56:8-11; 59:7-14. |
| 129. | At **4:39:20 a.m.** Abraham said twice, "Maria, get out." | Ex. 18 [Ayers BWC] at 4:39:19-4:39:22.<br>Ex. 19 [Abraham BWC #2] at 4:39:19-4:39:22.<br>Ex. 21 [Aguilar BWC] at 4:39:15-4:39:19. |
| 130. | Maria stood and started walking toward the door. | Ex. 20 [Crockett BWC] at 4:39:15-4:39:23. |
| 131. | At **4:39:23 a.m.** Max turned and approached the door, facing Ayers, Crockett and Aguilar. | Ex. 18 [Ayers BWC] at 4:39:23-4:39:25.<br>Ex. 19 [Abraham BWC #2] at 4:39:23-4:39:25.<br>Ex. 20 [Crockett BWC] at 4:39:20-4:39:24. |
| 132. | Crockett and Ayers stepped back. | Ex. 18 [Ayers BWC] at 4:39:23-4:39:25<br>Ex. 20 [Crockett BWC] at 4:39:20-4:39:27.<br>Ex. 21 [Aguilar BWC] at 4:39:21-4:39:23. |
| 133. | The Officers shouted: "Wait!" (one time), "Stop!" (one time); "Get back, bro!" (two times) "Hey!" (one time) and "Chill out!" (two times). | Ex. 18 [Ayers BWC] at 4:39:22-4:39:26<br>Ex. 19 [Abraham BWC #2] at 4:39:22-4:39:26.<br>Ex. 20 [Crockett BWC] at 4:39:24-4:39:27.<br>Ex. 21 [Aguilar BWC] at 4:39:20-4:39:26.<br>Ex. 27 [Abraham Dep.] 58:3-23.<br>Ex. 28 [Crockett Dep.] 45:10-18; 57:21-58:1; 58:12-16; Crockett 59:15-21<br>Ex. 29 [Aguilar Dep.] 38:9-17. |
| 134. | At **4:39:25 a.m.** Max crossed the threshold and exited the apartment. | Ex. 18 [Ayers BWC] at 4:39:25.<br>Ex. 19 [Abraham BWC #2] at 4:39:25.<br>Ex. 20 [Crockett BWC] at 4:39:20-4:39:25.<br>Ex. 21 [Aguilar BWC] at 4:3922-4:39:23. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 135. | At **4:39:26 a.m.** Aguilar deployed his Taser, striking Max. | Ex. 18 [Ayers BWC] at 4:39:26.<br>Ex. 20 [Crockett BWC] at 4:39:27.<br>Ex. 21 [Aguilar BWC] at 4:39:24.<br>Ex. 27 [Abraham Dep.] 58:25-59:19.<br>Ex. 28 [Crockett Dep.] 59:22-24. |
| 136. | The Taser did not immobilize Max, who stumbled briefly and swatted the air in front of him. | Ex. 18 [Ayers BWC] at 4:39:26-4:39:28.<br>Ex. 20 [Crockett BWC] at 4:39:27-4:39:32.<br>Ex. 21 [Aguilar BWC] at 4:39:24-4:39:26.<br>Ex. 28 [Crockett Dep.] 40:10-22; 43:8-16.<br>Ex. 27 [Abraham Dep.] 58:25-59:19.<br>Ex. 29 [Aguilar Dep.] 18:14-23. |
| 137. | Aguilar did not have time to, and did not attempt to, reload and redeploy the Taser. | Ex. 29 [Aguilar Dep.] 26:20-27:19 |
| 138. | At **4:39:27 a.m.** Max yelled, gritted his teeth, and charged toward Crockett, Aguilar and Ayers. | Ex. 18 [Ayers BWC] at 4:39:27-4:39:29.<br>Ex. 19 [Abraham BWC #2] at 4:39:27-4:39:29.<br>Ex. 20 [Crockett BWC] at 4:39:27-4:39:32.<br>Ex. 21 [Aguilar BWC] at 4:39:26-4:39:27.<br>Ex. 27 [Abraham Dep.] 86:24-87:3; 88:6-16.<br>Ex. 28 [Crockett Dep.] 44:20-24; 46:15-21; 67:12-68:6; 68:13-17; 74:14-20.<br>Ex. 29 [Aguilar Dep.] 62:9-25. |
| 139. | Max was gripping the scissors as he charged the Officers. | Ex. 19 [Abraham BWC #2] at 4:39:27-4:39:29.<br>Ex. 20 [Crockett BWC] at 4:39:28-4:39:30.<br>Ex. 28 [Crockett Dep.] 66:2-9; 67:8-21; 75:6-10; 76:15-23;<br>Ex. 27 [Abraham Dep.] 86:24-87:3; 88:6-16. |

MANNING | KASS

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 140. | Shots fired at **4:39:28 a.m.** | Ex. 18 [Ayers BWC] at 4:39:28.<br>Ex. 19 [Abraham BWC #2] at 4:39:28.<br>Ex. 20 [Crockett BWC] at 4:39:28.<br>Ex. 21 [Aguilar BWC] at 4:39:27.<br>Ex. 29 [Aguilar Dep.] 35:2-8. |
| 141. | Max fell to the ground, still holding the scissors. | Ex. 18 [Ayers BWC] at 4:39:30.<br>Ex. 19 [Abraham BWC #2] at 4:39:30.<br>Ex. 20 [Crockett BWC] at 4:39:31.<br>Ex. 21 [Aguilar BWC] at 4:39:30. |
| 142. | At **4:39:38 a.m.** Max moved his arm and Abraham commanded him to "Let go of – " | Ex. 18 [Ayers BWC] at 4:39:38-4:39:43.<br>Ex. 19 [Abraham BWC #2] at 4:39:38-4:39:43.<br>Ex. 21 [Aguilar BWC] at 4:39:38-4:39:39. |
| 143. | Aguilar called in "Shots fired." | Ex. 3 [CAD Report] at FRESNO 000248, 000274.<br>Ex. 21 [Aguilar BWC] at 4:39:36-4:39:45. |
| 144. | Max was approximately a foot to a foot-and-a-half away from Crockett when all four Officers fired their service weapons. | Ex. 26 [Ayers Dep.] 85:3-10.<br>Ex. 28 [Crockett Dep.] 45:6-9; 73:15-23; 76:15-23.<br>Ex. 29 [Aguilar Dep.] 63:1-4. |
| 145. | Max was close enough to Crockett to have grabbed Crockett's gun. | Ex. 27 [Abraham Dep.] 58:25-59:19. |
| 146. | At **4:39:50 a.m.** Crockett retrieved a medical kit from his vehicle. | Ex. 20 [Crockett BWC] at 4:39:27-4:39:50. |
| 147. | At **40:40:10 a.m.** Aguilar approached Max, retrieved the scissors and tossed them away. | Ex. 20 [Crockett BWC] at 4:40:10-4:40:12.<br>Ex. 21 [Aguilar BWC] at 4:40:07-4:40:10. |
| 148. | At **4:40:40 a.m.** the Officers began administering emergency medical aid to Max. | Ex. 20 [Crockett BWC] at 4:40:40.<br>Ex. 21 [Aguilar BWC] at 4:40:38. |
| 149. | The coroner determined the cause of Max's death was a gunshot wound to the chest. | Ex. 5 [Coroner's Report] at FRESNO 000239. |
| 150. | Max's blood alcohol level was 0.09. | Ex. 6 [Toxicology Report] at FRESNO000300. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 151. | Max Sr. is Max's biological father. | Ex. 23 [Max. Sr. Dep.] 12:13-18. |
| 152. | Martha is Max's biological mother. | Ex. 23 [Max. Sr. Dep.] 12:13-18; 14:9-10.<br>Ex. 24 [Martha Dep.] 20:25-21:11. |
| 153. | M.S. and L.S. are Max's biological children. | Ex. 23 [Maria Dep.] 32:5-10. |
| 154. | Max and Maria were married on July 11, 2014. | Ex. 23 [Maria Dep.] 18:3-4. |
| 155. | Max and Maria were married but living separately as of November 4, 2023. | Ex. 23 [Maria Dep.] 26:1-17; 42:14-17;<br>Ex. 25 [Max Sr. Dep.] 27:4-7. |
| 156. | One of the reasons Max and Maria separated was that Maria had a relationship with another man, who was one of her coworkers. | Ex. 10 [Sosa Interview] at 9, 10.<br>Ex. 23 [Maria Dep.] 30:3-7; 30:24-31:16; 137:19-25.<br>Ex. 25 [Max Sr. Dep.] 28:20-25. |
| 157. | Max Sr., Martha, M.S. and L.S. were not present when Max was shot and killed. | Ex. 25 [Max. Sr.] 21:4-12. |
| 158. | Maria was in the apartment when Max was shot and killed and did not see Max's actions towards the Officers or the Officers' actions towards Max once Max left the apartment. | Ex. 10 [Sosa Interview] at 80.<br>Ex. 23 [Maria Dep.] 47:15-17; 108:23-109:4. |
| 159. | In 2014, Max Sr. signed over his business to Max. | Ex. 10 [Sosa Interview] at 5, 6.<br>Ex. 23 [Maria Dep.] 116:8-15;<br>Ex. 25 [Max. Sr. Dep.] 16:15-22; 25:25-26:6. |
| 160. | Max assumed over $50,000 in debt as a result of taking over his father's business. | Ex. 10 [Sosa Interview] at 5, 6, 8.<br>Ex. 23 [Maria Dep.] 115:19-25. |
| 161. | Max's wages were garnished for a period of time due to the business liability he assumed from his father. | Ex. 23 [Maria Dep.] 116:22-24. |
| 162. | The business debt from Max Sr.'s business had not resolved at the time of Max's death. | Ex. 23 [Maria Dep.] 116:16-21. |
| 163. | Max did not provide Max Sr. with financial support during his lifetime. | Ex. 23 [Max Sr. Dep.] 29:14-16; 45:24-46:9. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 164. | Max Sr. testified Max helped him with his business and that Max Sr. planned to have Max take over the business. | Ex. 23 [Max Sr. Dep.] 45:24-46:9. |
| 165. | Max Sr. testified he was relying on his business to support him after he retired. | Ex. 23 [Max Sr. Dep.] 45:24-46:9. |
| 166. | Max did not provide Martha with financial support during his lifetime. | Ex. 24 [Martha Dep.] 37:5-11. |
| 167. | Martha testified Max "was always talking about supporting me whenever I became old." | Ex. 24 [Martha Dep.] 37:5-11. |
| 168. | All of the Officers were trained in crisis management, deescalation techniques and dealing with individuals in crisis as part of their training. | Ex. 26 [Ayers Dep.] 16:18-17:13; 22:7-14.<br>Ex. 27 [Abraham Dep.] 20:2-12.<br>Ex. 28 [Crockett Dep.] 15:5-16:3; 73:5-14.<br>Ex. 29 [Aguilar Dep.] 59:18-24.<br>Ex. 30 [Alvarez Dep.] at 39:11-40:22; 47:2-49:20; 65:1-67:1. |
| 169. | The Officers tried several deescalation techniques during the incident, including: increasing distance from the suspect; trying to establish rapport, including using the suspect's first name; speaking in a calm tone; offering assistance and reassurance; showing force; training a weapon on the suspect; and requesting additional officers to the scene. | Ex. 23 [Maria Dep.] 104:18-107:3.<br>Ex. 26 [Ayers Dep.] 22:7-14; 56:25-57:11; 62:21-24.<br>Ex. 27 [Abraham Dep.] at 84:25-25:3.<br>Ex. 28 [Crockett Dep.] 55:12-56:1.<br>Ex. 29 [Aguilar Dep.] 58:12-59:4; 59:25-60:9; 60:10-17. |
| 170. | Ayers tried to contact his sergeant to discuss the availability of other resources, including a crisis negotiator, had the sergeant deemed one necessary. | Ex. 26 [Ayers Dep.] 42:14-43:5; 80:23-81:9; 18:8-16. |
| 171. | The Officers were trained that deadly force is justified if a suspect poses an immediate threat of death or serious bodily injury, based on the totality of the circumstances. | Ex. 28 [Crockett Dep.] 31:17-23; 35:24-36:5.<br>Ex. 27 [Abraham Dep.] 18:11-23; 56:22-57:1.<br>Ex. 26 [Ayers Dep.] 19:18-22. |

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 172. | Ayers believed Max presented a threat of death or serious bodily injury to Ayers, Maria and the other Officers at all times while Max was in Maria's apartment. | Ex. 26 [Ayers Dep.] 39:11-22; 39:24-40:5; 48:4-19; 55:1-22; 56:1-6; 62:25-63:21; 64:5-17; 72:12-73:5. |
| 173. | Abraham believed Max presented a threat of death or serious bodily injury to Abraham, Maria and the other Officers at all times while Max was in Maria's apartment. | Ex. 27 [Abraham Dep.] 43:9-24; 50:19-51:8; 54:7-56:20; 63:8-14; 63:22-64:5. |
| 174. | Crockett believed Max presented a threat of death or serious bodily injury to Crockett, Maria and the other Officers from the moment he arrived on the scene until shots were fired. | Ex. 28 [Crockett Dep.] 28:23-30:11; 30:12-31:4; 31:25-32:3; 35:17-23; 49:4-14. |
| 175. | Aguilar believed Max presented a threat of death or serious bodily injury to Aguilar, Maria and the other Officers from the moment he arrived on the scene until shots were fired. | Ex. 29 [Aguilar Dep.] 49:21-50:11 |
| 176. | The Department's Use of Force Policy states:<br>"The use of deadly force is only justified when the officer reasonably believes it is necessary in the following circumstances (Penal Code § 835a):<br>(a) An officer may use deadly force to protect themselves or others from what they reasonably believe is an imminent threat of death or serious bodily injury to the officer or another person.<br>(b) An officer may use deadly force to apprehend a fleeing person for any felony that threatened or resulted in death or serious bodily injury, if the officer reasonably believes that the person will cause death or serious bodily injury to another unless immediately apprehended." | Ex. 13 [Policy 300] at 4. |

MK MANNING | KASS

| NO. | UNDISPUTED FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 177. | In the five years preceding Max's death, there were six other incidents of the use of deadly force against an individual in crisis who was armed with an edged weapon. | Ex. 30 [Alvarez Dep.] 11:6-12:25. |
| 178. | Only one of the six cases resulted in settlement and none resulted in a verdict. | Ex. 30 [Alvarez Dep.] 60:22-61:7. |
| 179. | The use of force was determined to be within policy and justified in each of the six cases. | Ex. 30 [Alvarez Dep.] 19:8-20; 22:19-23:1; 28:9-14; 32:17-21; 33:8-16; 37:19-25. |
| 180. | The District Attorney or Department of Justice reviewed each of the six cases and did not bring charges or make any findings of criminality. | Ex. 30 [Alvarez Dep.] 19:8-20; 22:19-23:1; 28:9-14; 32:17-22; 33:8-16; 37:19-25. |
| 181. | In the five years preceding Max's death, the Fresno Police Department has never determined in connection with a use of deadly force that the officers involved did not use sufficient deescalation efforts. | Ex. 30 [Alvarez Dep.] 44:20-45:1. |
| 182. | Before Max returned to Maria's apartment a final time, he spoke to his friend Damian, who tried to persuade Max to stop what he was doing. | Ex. 11 [Incident Report] at FRESNO000436, FRESNO 000441. |
| 183. | Max just said, "Thank you for everything. I love you." | Ex. 11 [Incident Report] at FRESNO000436, FRESNO 000441. |

MANNING | KASS

DATED: October 16, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen

Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR