Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

---

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanely A. Boone

**JOINT STATEMENT OF UNDISPUTED FACTS**

*Filed concurrently with*
Notice of Motion and Motion
Memorandum of Points and Authorities
Joint Statement of Undisputed Facts
Declaration of Maya Sorensen
Declaration of Custodian of Records
Notice of Lodgment
[Proposed] Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

MK MANNING | KASS

**TO THE HONORABLE COURT:**

The parties, having met and conferred, agree that the following facts are undisputed:

1. Plaintiff Maria Sosa called 9-1-1 at 3:08 a.m. on November 4, 2023.

2. Fresno Police Department deemed the call "Emergency, Presumed Lifethreatening."

3. A zero priority call is the highest priority call.

4. At 3:21 a.m. on November 4, 2023, Fresno Police Officers Ayers, Abraham and Equihua arrived at Maria Sosa's apartment.

5. During the incident, Officer Abraham said, "She [Maria] has to come with me."

6. Maximiliano Sosa, Jr. said, "That's my boys' mom. I'm not gonna hurt her."

7. At 4:58 a.m. Maximiliano Sosa, Jr. was pronounced dead at the scene.

8. M.S. and L.S. are Maximiliano Sosa, Jr.'s children.

9. Maximiliano Sosa, Jr. and Maria Sosa were married on July 11, 2014.

10. At all relevant times, Officer John Ayers was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

11. At all relevant times, Officer Jonathan Abraham was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

12. At all relevant times, Officer Brandon Crockett was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

13. At all relevant times, Officer Anthony Aguilar was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

DATED: October 16, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen
Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

MANNING | KASS