Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

---

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanley A. Boone

**DECLARATION OF MAYA SORENSEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*Filed concurrently with*
Notice of Motion
Memorandum of Points and Authorities
Separate Statement of Undisputed Facts
Joint Statement of Undisputed Facts
Declaration of Custodian of Records
Notice of Lodgment
[Proposed] Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

**DECLARATION OF MAYA SORENSEN**

I, Maya Sorensen, declare as follows:

I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants City of Fresno, Former Chief Paco Balderrama, Officer John Ayers, Officer Jonathan Abraham, Officer Brandon Crockett and Officer Anthony Aguilar in this action. I submit this declaration in support of Defendants' Motion for Summary Judgment. The facts set forth in this declaration are based on my personal knowledge and documents maintained by Manning & Kass in the ordinary course of business. These facts and events are true, or believed by me to be true, and I would testify competently to them if called upon to do so.

1. Attached as **Exhibit 1** is a true and correct copy of a transcript of Maria Sosa's call to 9-1-1 at 3:08 a.m. on November 4, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 0005740 through FRESNO 0005749. The audio recording is lodged concurrently as Exhibit 14. This transcript was marked as Exhibit 2 to Ms. Sosa's deposition.

2. Attached as **Exhibit 2** is a true and correct copy of is a true and correct copy of a transcript of Maria Sosa's call to 9-1-1 at 3:44 a.m. on November 4, 2023. The audio recording is lodged concurrently as Exhibit 15. This transcript was marked as Exhibit 2 to Ms. Sosa's deposition..

3. Attached as **Exhibit 3** is a true and correct copy of Fresno Police Department's CAD Report dated November 4, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 000241 through FRESNO 000299.

4. Attached as **Exhibit 4** is a true and correct copy of American Ambulance's report dated November 4, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 000301 through FRESNO 000303.

5. Attached as **Exhibit 5** is a true and correct copy of the Fresno County Coroner's report of Maximilano Sosa, Jr.'s death dated December 18, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 000226 through FRESNO 000240.

6. Attached as **Exhibit 6** is a true and correct copy of a toxicology report from Central Valley Toxicology, Inc. dated November 15, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000300.

7. Attached as **Exhibit 7** is a true and correct copy of a Fresno Police Department Supplemental Report dated November 15, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 000165 through 000225.

8. Attached as **Exhibit 8** is a true and correct copy of a crime scene photograph related to the subject incident. It is excerpted from a larger document and was produced to plaintiffs in this action bearing Bates No. FRESNO 001073.

9. Attached as **Exhibit 9** is a true and correct copy of a crime scene photograph related to the subject incident. It is excerpted from a larger document and was produced to plaintiffs in this action bearing Bates No. FRESNO 001083.

10. Attached as **Exhibit 10** is a true and correct copy of a transcript of Detective Ryan Rockwell's interview with Maria Sosa on November 4, 2023, produced to plaintiffs in this action bearing Bates nos. FRESNO 000414 through FRESNO 000431. The audio recording is lodged concurrently as Exhibit 22. This transcript was marked as Exhibit 7 to Ms. Sosa's deposition.

11. Attached as **Exhibit 11** is a true and correct copy of a transcript of Detective Ryan Rockwell's interview with Damian Rodriguez dated November 8, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 000433 through FRESNO 000443.

12. Attached as **Exhibit 12** are screenshots taken from Maria Sosa's cell phone. These screenshots were authenticated by Ms. Sosa and entered as Exhibit 5 to her deposition.

13. Attached as **Exhibit 13** is a true and correct copy of Fresno Police Department's Policy 300 dated July 4, 2023, produced to plaintiffs in this action bearing Bates Nos. FRESNO 001538 through FRESNO 001544.

14. Attached as **Exhibit 14** to the Notice of Lodgment is a true and correct copy of the audio recording of Maria Sosa's 3:08 a.m. call to 9-1-1 on November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 005739. Ms. Sosa authenticated this recording at her deposition.

15. Attached as **Exhibit 15** to the Notice of Lodgment is a true and correct copy of the audio recording of Maria Sosa's 3:44 a.m. call to 9-1-1 on November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000670. Ms. Sosa authenticated this recording at her



MK MANNING | KASS

deposition.

16. Attached as **Exhibit 16** to the Notice of Lodgment is a true and correct copy of Fresno Police Department radio traffic from the subject incident on November 4, 2023, produced by Defendants in this action bearing Bates No. FRESNO 000671.

17. Attached as **Exhibit 17** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video of Officer Jonathan Abraham dated November 4, 2023 (start time 3:30:23 a.m.), produced to plaintiffs in this action bearing Bates No. FRESNO 000689.

18. Attached as **Exhibit 18** to the Notice of Lodgment is a true and correct copy of the bodyworn camera from Officer John Ayers dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000705.

19. Attached as **Exhibit 19** to the Notice of Lodgment is a true and correct copy of the bodyworn camera from Officer Jonathan Abraham dated November 4, 2023 (start time 4:11:47 a.m.), produced to plaintiffs in this action bearing Bates No. FRESNO 000690. Officer Abraham authenticated this video, which was then marked as Exhibit 3, at his deposition.

20. Attached as **Exhibit 20** to the Notice of Lodgment is a true and correct copy of the bodyworn camera from Officer Brandon Crockett dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000696. Officer Abraham authenticated this video, which was then marked as Exhibit 3, at his deposition.

21. Attached as **Exhibit 21** to the Notice of Lodgment is a true and correct copy of the bodyworn camera from Officer Anthony Aguilar dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000687.

22. Attached as **Exhibit 22** to the Notice of Lodgment is a true and correct copy of the audio recording of Detective Ryan Rockwell's interview with Maria Sosa on November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000432.

23. Attached as **Exhibit 23** are true and correct excerpts of the deposition of Maria Sosa, taken in this action on July 28, 2025.

24. Attached as **Exhibit 24** are true and correct excerpts of the deposition of Martha Olivares, taken in this action on

25. Attached as **Exhibit 25** are true and correct excerpts of the deposition of Maximiliano Sosa, Sr., taken in this action on

26. Attached as **Exhibit 26** are true and correct excerpts of the deposition of Officer John Ayers, taken in this action on April 22, 2026.

27. Attached as **Exhibit 27** are true and correct excerpts of the deposition of Officer Jonathan Abraham, taken in this action on April 23, 2026.

28. Attached as **Exhibit 28** are true and correct excerpts of the deposition of Officer Brandon Crockett, taken in this action on April 22, 2026.

29. Attached as **Exhibit 29** are true and correct excerpts of the deposition of Officer Anthony Aguilar, taken in this action on April 23, 2026.

30. Attached as **Exhibit 30** are true and correct excerpts of the deposition of Captain Joe Alvarez, taken in this action on June 9, 2026.

31. The authenticity of Exhibits 1, 3 through 11, and 13 through 22 is supported by the declaration of Lt. Zeb Price, filed concurrently herewith.

32. On October 5, 2026, Susannah Conn and I met and conferred with Plaintiffs' counsel regarding this motion by Zoom for approximately 40 minutes. Cooper Alison-Mayne participated for Plaintiffs Maria Sosa, M.S. and L.S. Kevin Little participated for Plaintiffs Martha Zepeda Olivares and Maximiliano Sosa, Sr. Except as otherwise noted in the motion, the parties did not reach any agreements.

33. On October 9, 2026, my office sent Messrs. Alison-Mayne and Little Defendants' proposed joint statement of facts. Messrs. Alison-Mayne and Little each responded on October 15, 2026. The parties' stipulated facts are set forth in the concurrently filed Joint Statement of Undisputed Facts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2026, in San Franscisco, California.

/s/ *Maya Sorensen*
Maya Sorensen
Attorney for Defendants



MANNING | KASS