# EXHIBIT 1

EXHIBIT
2
Depo of M. Sosa
July 28, 2025



**911 CALL**
**Q=911 Dispatch**
**A=Maria Sosa**

Recording: Call 1, call on Saturday, November 4, 2023, 3:08 and 25 seconds am.

Q: 911 state your emergency.

A: Hurry, I need you to please come to my apartment. I'm at 5555 North Dante Avenue, 124. My ex is - is - he's - he's - he's trying to kill himself.

Q: Okay. What's the name of the street?

A: 5555 North Dante Avenue.

Q: Dante?

A: Yes.

Q: Okay. Does he have any weapons right now?

A: No.

Q: Okay. What's his name?

A: His name is (Max) Sosa. And he's...

Q: What's his date of birth?

A: May 20, 1990.

Q: What's your name?

A: Maria Sosa.

Q: You have the same last name?

A: Yes.

Q: Okay. Who else is there besides the two of you?

A: Nobody, it's just me and him.

Q: Okay - okay. And he doesn't have any weapons right now?

A: No, he's - whatever is in my kitchen.

Q: Okay. Is he drunk or high?

A: He's drunk.

Q: Okay. What's he wearing tonight - what color shirt - what color pants?

A: He's wearing a - he's wearing like a pink salmon shirt. He just walked out of my apartment and he's wearing jeans.

Q: Okay. Does he have...

A: He's calling...

Q: ...access to a car?

A: Uh, yes, he does. He has a Tesla. I don't know what license plate number. He just walked out with my - with my bottle of tequila. He's calling - he's - he's my ex and he's calling this guy that I've been talking to. And he's just acting crazy. Please hurry.

Q: What color Tesla does he have in case...

A: It's like a...

Q: ...he drives away?

A: It's - it's a dark gray - it's a dark gray Tesla Model 3.

Q: Okay. Any idea where he's going?

A: He says he wants to go see where this guy is at. 'Cause he says he wants to kill him and himself.

Q: Okay. And where does the guy live?

A: He lives - he lives, um, I don't know - I don't know his address. He doesn't know his address. He just has a general idea of where his apartment complex is. I don't want to...

Q: (Unintelligible).

A: ...involve the other guy.

Q: I understand that, but if he's going that direction, we may be able to intercept...

A: It...

Q: ...him.

A: It's...

Q: Where is it?

A: It's, um, it's the Villa Lucia - the Villa...

Q: Okay.

A: ...Lucia apartments on - on Fig-...

Q: On Figarden?
A: ...garden, yes.

Q: Okay - okay. Take a couple of breaths. Is he injured at all right now?

A: He - he - he walked out of my apartment a minute or so ago.

Q: Do you still see him, yes or no?

A: I don't...

Q: Are you able to look out...

A: Uh...

Q: ...the window or something...

A: I'm looking...

Q: ...and see him?

A: ...out the window of my room.

Q: Okay.

A: And I see his car, but I don't see him. I think he's somewhere in the apartment complex.

Q: Okay. What's the name of your apartment complex?

A: It's Dante Apartments. All I know is I keep - keep calling him. And it's going - it's delayed. He's not gonna answer, but I keep calling him. So go- and it's going to voicemail.

Q: Take a couple of breaths, okay? Is he your ex-husband?

A: Yes, we're still...

Q: Okay.

A: …legally m- married, but we've been separated since February.

Q: Okay.

A: Oh, oh, oh, oh.

Q: Where has he been living?

A: My - he - he - my ex, he lives at 5552 West Oak Avenue in Fresno, 937-...

Q: Is it a house or an apartment?

A: ...22. It's - it's a house - it's a house on Oak by Liddell Elementary.

Q: Okay. All right. The officers are on their way. I'm just keeping them updated. Do you still see his car?

A: Ye- yeah, I - I - I think it's his car. It's parked outside of my apartment. It's - it's - I think...

Q: So you - you think that's his car, but you're not...

A: I...

Q: ...positive?

A: I - I - I think so, yes, uh, yeah, it's in a handicap stall.

Q: Okay. And is his name - is it really (Matt) or is it (Matthew) and he goes by (Matt)?

A: It's (Max), no, my - my ex's name is (Max) - (Maxamiliano).

Q: (Maxamiliano), okay.

A: Yeah - yeah.

Q: And S-O-Z-A or S-A?

A: S-O-S-A.

Q: (Unintelligible).

A: Oh, my God. I don't know if he maybe grabbed...

Q: (Unintelligible).

A: ...something from the kitchen when he grabbed the bottle. I don't want to walk outside. I don't want to see if he did...

Q: You don't...

A: (Unintelligible) himself.

Q: Keep yourself safe.

A: Oh.

Q: We have help on the way, okay?

A: Oh, okay.

Q: Is he from Del Rey - did he used to live in Del Rey?

A: Yeah, we used to live at my parents, 5632 South Delkovia Avenue in Del Rey.

Q: Okay.

A: So I'm guessing that's what's on his license. But he lives at 5552 West Oak Avenue in Fresno.

Q: Right.

A: We only live about a five-minute drive away from each other.

Q: Right. Do you guys have any...

A: Oh.

Q: ...kid together?

A: We do, but they're not here. They're at my parents.

Q: Okay.

A: I - I think he's getting into his Tesla right now. I seen him.

Q: Okay.

A: He's going in.

Q: Let me know if he leaves, okay?

A: He's in his car.

Q: Okay.

A: Oh, he's, oh, I can see (unintelligible) putting his seatbelt on, but I know he's...

Q: Okay.

A: ...been drinking.

Q: Okay. And you said he has...

A: I don't...

Q: ...a bottle of tequila with him?

A: He walked out with one, yeah. He - his car is not on, but he's sitting in the car. Are they - are they near?

Q: They're getting there, yeah.

A: Okay.

Q: Okay. Just keep me updated if he leaves. I need to know right away.

A: I will - I will let you know.

Q: Okay.

A: Oh, my God, oh. His car is on.

Q: Okay.

A: He's backing out - he's backing out.

Q: Okay.

A: He's backing out and it looks like he's exiting (unintelligible) he's speeding.

Q: What?

A: He's speeding. He drove off really fast. He's probably going towards Villa Lucia Apartments. He doesn't know where the other - where the guy lives. Like he just knows that that's where he lives in that apartment complex 'cause he came (unintelligible) his - his gate was locked or closed. Are they near, please?

Q: Yes, I'm updating them, hold on.

A: Oh, oh, my God - oh, my God (unintelligible).

Q: They're probably gonna try and catch up with him first.

A: Okay.

Q: Okay. Just stay on the line with me for a minute.

A: Yeah, I just don't want anything to happen to him. I don't want him to do anything stupid.

Q: Right.

A: God, oh, my God, oh.

Q: Has he ever done anything like this before or is (unintelligible)?

A: Yeah.

Q: (Unintelligible).

A: I mean, when we were in - when we (unintelligible) split up.

Q: Uh-huh.

A: Uh, he knew about this other guy. But we've been separated since January - February.

Q: Okay.

A: And then just tonight he picked me up from hanging out with my girlfriends. And then he brought me home. And then he went away for a while.

Q: Okay.

A: He went away for a while and he saw that I was still talking to this other guy, but we'd been - we've been separated for nine months now.

Q: Uh-huh.

A: And when (unintelligible) he was gonna die. And he left. In all honest, I've been drinking. So I - I literally was at home when I drink. I fell asleep.

Q: Okay.

A: Oh.

Q: He wasn't injured when he left, right?

A: No.

Q: Okay.

A: Not that I was aware of. Not that I saw.

Q: Okay.

A: I didn't (unintelligible) him.

Q: Yeah, they've arrived.

A: I believe.

Q: Hold on.

A: Oh, my God. Is he with them?

Q: They haven't said yet whether they were able to catch up with him or not. So - but they are arrived. So they'll be looking for him. Then they'll come contact you at your apartment.

A: Okay.

Q: All right.

A: Oh, God - oh, God. I - I see a police car pull up.

Q: What?

A: I see a police...

Q: Okay.

A: ...car is pulled up.

Q: Okay. They'll be at your door shortly, then. Go ahead and hang up and talk with them.

A: Okay. Thank you.

Q: Bye-bye, uh-huh.

A: Thank you, bye.

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed ____________________________________________