# EXHIBIT 2

EXHIBIT
4
Depo of M. Sosa
July 28, 2025



**INTERVIEW WITH MARIA SOSA**
**Q=Woman**
**A=Maria Sosa**

Recording: Call one, call on Saturday, November 4th, 2023, 3:44 and 34 seconds am.

Q: 911 state your emergency.

A: Hi, I've been trying to get a hold of someone from Fresno PD. I called in several minutes ago about my ex he's - I think he's been drinking and driving, and he drove off, and I was just interviewed by police maybe 15 minutes ago.

Q: Uh-huh.

A: And I've been trying to get a hold of someone because he - my - my ex, he called me and I just wanna say what's going on because he's talking crazy, and I know - I'm just really worried about him. I know he doesn't have any kind of weapon on him, but I'm just really worried that he's gonna make it look like he does so that he can get, like, shot by the police or something.

Q: Okay ma'am, I understand. Um, they already made contact with you?

A: They did.

Q: Okay.

A: They interviewed me about ten, 15 minutes ago.

Q: Okay. We still have officers on the call, so I'll go ahead and make sure they get that update that he does not have any weapons.

A: He does not. I know for a fact...

Q: Right.

A: ...that he does not - he does not have any kind of weapon, and he's just talking crazy 'cause he's been drinking, but he's making comments about wanting to die and he - I think he wants to do something where he makes the police shoot him. I just want to...

Q: Okay, and has he mentioned anything like that?

A: Say that again.

Q: Did he mention anything like that?

A: He did.

Q: Okay. We still have units on the call. They're still trying to get to him.

A: Yeah, please just let them know he does not have any kind of weapon on him.

Q: Yes, I'll go ahead and note that

A: He might make it seem like it, but he doesn't.

Q: How long ago did he call again?

A: He called me about five minutes ago.

Q: Did he mention anywhere he was at?

A: No. He just said that he had lost the cops. I think they were following him, and he lost them.

Q: Okay - okay. I do have them updated. Um, we'll have someone contact you, uh, after they, uh, contact him...

A: Okay.

Q: ...and go from there. Okay.

A: Thank you.

Q: You're welcome. Uh-huh. Bye - bye.

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.

Signed ___________________________________________________________