# EXHIBIT 4

EMS # : **202311040130**
DOS : **11/04/2023**

# American Ambulance

Patient # : **1 of 1** Page 1
Unit : **417**

Sosa, Maximiliano
1144

## Patient

**Name :** Sosa, Maximiliano
**Address :** 5552 west oak
Fresno, CA, 93722
**Phone :** N/A
**Disposition :** 1144

**Age :** 33 Years **DOB :** 05/20/1990
**Gender :** Male **Weight :** 200.0 lbs / 90.7 kg
**Effects :** None

## Scene

**Address :** Dante Apt Homes
Patient Residence
5555 N Dante Ave 124
Fresno, CA 93722

## Destination

**Address :**

**Destination Reason :**
**Recv/Priv MD :**

## Patient Condition

**Protocol :** Cardiac Arrest-Asystole
**Complaint :** Hemorrhage, uncontrolled or significant (T79.2XXA)
**Impressions :** Obvious Death
**Symptoms :** Obvious Death
**PMH :** Not Available
**Medications :** None
**Allergies :** None
**LOC :** No
**Posible Injury :** Yes

## Narrative

33 Y / O male status pos multiple gun shot wounds to the upper chest and neck following an altercation with Fresno PD for unknown etiology. Fresno Pd informed us to stage prior to arrival due to an unsecure scene. Fresno Fire Department Engine 12 dispatched prior to our arrival.
Unknown pts past medical history. Unknown recreational drug use or alcohol ingestion.
unknown Covid status.
AOS to find Engine 12 provided CPR on pt for over 10-12 minutes. Received report from Engine 12. pt was shot by Fresno Pd with a nine millimeter hand guns. Unknown amount of bullets entered our pt
Pt placed on our Zoll monitor for a rhythm analysis. Allowed Engine 12 to complete their 2 minutes of CPR with closed loop communication.
Lots of blood surrounding pt's neck and pooling around upper torso. Unable to obtain an actual estimate of blood loss. Removed pts 100 mm OPA and inserted size 4 I gel without incident. Confirmed clear and bilateral Lungs sounds.
Confirmed with Engine 12 actual CPR time 10-12 minutes.
Completed another 2 minutes of CPR for another rhythm analysis.
stopped CPR and confirmed 1144 . Time of death at 0458. Thanked everyone for their work and explained to Fresno PD of 1144 status.
A Fresno Officer obtained my personal certificate information. We were released from scene and allowed to return back to our ambulance .
Notified our communications department of 1144 status and waited further instructions.
Our communications department explained , complete my PCR and clear from scene. Fresno Pd will contact Fresno County Coroners office. I agreed and understood their request.
Relinquished care over to Fresno PD.

## Injury

**MOI :** Blunt, Penetrating
**Cause of Injury :** Firearm injury

## Cardiac Arrest

**Arrest Time :**
**Etiology :** Exsanguination
**Witness :** Unwitnessed
**PTA CPR :** No
**PTA CPR by :** Responding EMS Personnel
**PTA AED :** No
**PTA AED by :**
**CPR Attempted :** Yes
**CPR Type :** Compressions-Continuous

**Start of CPR :** 11/4/2023 4:46:37 AM
**First Monitored :** Asystole
**Rhythm at Dest. :**
**ROSC :** No
**Discontinued :** 11/04/2023 04:58
**Discont. Reason :** Obvious Signs of Death
**Arrest End :** Expired in the Field

## Vital Signs

### CNS

| Time | *** Glasgow *** V | M | E | GCS | Blood Sugar | ******* Pupil Reactions ******* Left | Right | Pain |
|---|---|---|---|---|---|---|---|---|
| 05:31 | 1 | 1 | 1 | = 3 | | | | 0 |

### Cardiovascular

| Time | ** Pulse ** Rate | Quality | B/P | CapRefil | ECG | Rhythm | Ectopics | ******** Skin ******** Color | Moist | Temp |
|---|---|---|---|---|---|---|---|---|---|---|
| 05:31 | | Absent | */ | | 4 Lead | Asystole | | Normal | | |

* Unable to Complete

## Exam

**Assessed By : Espinosa, Narciso**
**Time Taken : 05:29**
**Head :** Normal
**Mental : Unresponsive**
**Neuro : Unable to Perform**
**Face :** Normal
**Neck : Bleeding Uncontrolled, Foreign Body**
**Chest :** All Normal
**Lung :** All Normal
**Heart :** Normal
**Pelvis :** Normal
**Abdomen :** All Normal
**Skin :** Normal
**Back & Spine :** All Normal
**Extremity :** All Normal

## Treatments

**05:00** : Electrocardiographic monitoring Successful: Yes Response: Unchanged By: Narciso Espinosa
**05:00** : Airway - I-Gel Insertion Attempts: 4 Successful: Yes Response: Unchanged By: Narciso Espinosa

## Monitoring

Airway Monitoring, Cardiac Monitoring, Pain Monitoring, Vital Sign Monitoring

## Response

**Agency :** (AA) American Ambulance
**Department :** Fresno County
**Unit :** 417
**Vehicle :** 194
**# of Patients :** 1
**Miles to Scene :**
**Miles to Dest :**
**Crew Exposure :** No

**Response Priority :** 1 - Immediate Response, Life-Threatening
**Transport Priority :**
**Call Received :** 04:41
**Unit Alert :** 04:41
**Enroute :** 04:41 Distance
**On Scene :** 04:57
**Patient Contact :** 04:58
**Depart Scene :**

EMS # : **202311040130**
DOS : **11/04/2023**

**American Ambulance**

Patient # : **1 of 1**
Unit : **417**



Sosa, Maximiliano
1144

**Paramedic :** Espinosa, Narciso
**EMT-Basic :** Hernandez-Aguilar, Kevin

**Arrived at Dest :**
**Call Completed :** 06:09

## Crew Signatures

Paramedic & Documenter : Espinosa, Narciso P19650

EMT-Basic : Hernandez-Aguilar, Kevin B22-12323





## Monitored Vitals




************************ End Of PCR ***** 20231025 *********** Res 1522508 Pt 1366272 T 2983652 Rva 6151310 Td 1183309