# EXHIBIT 5

**JOHN ZANONI, SHERIFF**
**CORONER UNIT**
**3333 E. AMERICAN AVENUE, SUITE G**
**FRESNO, CA 93725**

# # 23-11-0032

| Section | | | | |
|---|---|---|---|---|
| DECEDENT | NAME OF DECEASED (LAST, FIRST MIDDLE)<br>**Sosa, Jr, Maximiliano** | MANNER OF DEATH<br>**Homicide** | | MANNER TYPE<br>**Officer Involved** |
| | DATE OF DEATH<br>11/04/2023 | TIME OF DEATH<br>04:58 | AGE<br>[redacted] | GENDER<br>Male |
| | RACE<br>Mexican American | | | |
| | IDENTIFICATION METHOD<br>Law Enforcement | DATE<br>11/04/2023 | FOUND<br>No | |
| REPORTED BY | CALL DATE<br>11/04/2023 | CALL TIME<br>12:04 | Deputy Coroner<br>Strong, Jenny | |
| | REPORTED BY<br>Rockwell, Ryan | REPORTED BY AGENCY<br>Fresno Police Department | | |
| PLACE OF DEATH | LOCATION OF DEATH<br>Apartment Complex | PLACE OF DEATH<br>-- | | |
| | ADDRESS (STREET, CITY, COUNTY, STATE, ZIP)<br>[redacted] | | | |
| NOK | LEGAL NEXT OF KIN<br>[redacted] | RELATIONSHIP<br>Wife | TELEPHONE NO.<br>Home Phone: [redacted] | |
| COD | Cause A | GUNSHOT WOUNDS TO CHEST | | |
| | Other Conditions | NONE | | |
| INCIDENT | LOCATION OF INJURY<br>Apartment Complex | AT WORK<br>No | | |
| | ADDRESS (STREET, CITY, COUNTY, STATE, ZIP)<br>[redacted] | DATE AND TIME OF INCIDENT<br>11/04/2023 04:30 | | |
| | INVESTIGATING AGENCY<br>Fresno Police Department | AGENCY CASE #<br>2311040123 | OFFICER<br>Rockwell, Ryan (P1479) | |
| DISP | FUNERAL HOME<br>Wallin's Sanger Funeral Home | | | |
| | EXAM TYPE<br>Autopsy | CAUSE OF DEATH PROVIDED BY<br>Dr. Bennett, Thomas | | |

**JOHN ZANONI, SHERIFF**
**CORONER UNIT**
**3333 E. AMERICAN AVENUE, SUITE G**
**FRESNO, CA 93725**

**Sosa, Jr, Maximiliano** **#23-11-0032**

**INITIAL REPORT:**

While on duty at the Fresno County Sheriff's Office, Coroner's Unit, I received a call at 1204 hours on November 4, 2023 from Detective Rockwell with Fresno Police Department. He was calling to report a death that occurred at [redacted] in front of apartment [redacted]. The decedent was identified as Maximiliano Sosa, Jr. He was a [redacted] year old male. He was pronounced deceased at 0458 hours on November 4, 2023.

**CIRCUMSTANCES:**

Per information received from Detective Rockwell (P1479), the decedent and his estranged wife, [redacted], were together at [redacted] apartment, located at [redacted], the early morning of November 4, 2023. The two had been out together the night before, went back to her apartment, and fell asleep. On November 4, 2023 around 0300 hours [redacted] woke up and discovered the decedent awake and going through her personal cell phone. [redacted] confronted the decedent about going through her cell phone and an argument started. The situation escalated and the decedent got violent towards [redacted]. [redacted] then called 911 around 0310 hours to report the domestic violence.

Shortly after Fresno Police Department officers arrived to the apartment complex. As officers were approaching the apartment, the decedent who was leaving in his car attempted to strike an officer with his car. This resulted in officers pursuing the decedent in their vehicles. The officers were unable to locate the decedent during a portion of the pursuit and stopped the pursuit completely to return to the apartment complex. Officers arrived back to the apartment complex around 0430 hours to speak with [redacted] As they were speaking with [redacted] the decedent arrived back to the apartment complex. The decedent started making threats towards the officers and at one point charged the officers with scissors. At that point one officer discharged their taser. The taser was ineffective and the decedent continued to charge the officers. Thus resulting in the officers firing their weapons. Four rounds were fired by three separate officers. Life saving efforts were started immediately by officers and continued by EMS upon their arrival, however the decedent remained asystole and time of death was called.

**JOHN ZANONI, SHERIFF**
**CORONER UNIT**
**3333 E. AMERICAN AVENUE, SUITE G**
**FRESNO, CA 93725**

**Sosa, Jr, Maximiliano** **#23-11-0032**

**SCENE DESCRIPTION AND BODY EXAMINATION:**

The decedent was observed laying supine on the walkway leading to apartment 124. He was clad in jeans, tennis shoes, and a shirt that had been cut by EMS. A large pool of blood was located underneath the upper half of his body. EMS equipment was present on his chest and an endotracheal tube had been placed. One gunshot wound was observed to his upper right chest. One gunshot wound was observed to his upper right arm. One gunshot wound was observed to the region of his right neck/shoulder. One gunshot wound was observed to the middle of the left side of his back. Two taser probes were located to the right side of his abdomen. Rigor was present and lividity was observed to his back. His eyes were clear.

Four shell casings were recovered on scene. As well as, a pair of scissors which were located in a rock bed approximately five feet from the decedent. The decedent's hands were bagged on scene and blue lock with seal number 055470 was used to lock the body bag.

The decedent was taken to the Fresno County Sheriff's Office. Coroner's Unit, where Dr. Thomas Bennett performed an autopsy. Per Dr. Bennett's findings the decedent died as a result of gunshot wounds to the chest.

**TOXICOLOGY:**

Toxicology testing shows the decedent positive for alcohol.

**ADDITIONAL INFORMATION:**

For further information refer to Fresno Police Department case 2311040123.

**PROPERTY:**

No property collected by our office.

Signed on December 20, 2023

JOHN ZANONI, SHERIFF-CORONER

By: Lt. Jon Alvarado, Commander

**Thomas L. Bennett, M.D.**
**Forensic Medicine and Pathology**

# REPORT OF POSTMORTEM EXAMINATION

**Case Number:** 23-11-0032 **Name of Decedent:** Maximiliano Sosa, Jr.

---

**Date/Time of Exam**: 11-7-23 (Tuesday) / 1000. **Agency**: Fresno County, CA.
**Where performed**: Fresno County Coroner Office, Fresno, CA. **Extent of Exam**: Complete.
**Others present**: Marcella Halverson & Kristie Sorensen; FPD.
**Body identified by**: FCCO left great toe tag and body bag tag.
**Age**: [redacted] years. **Race**: Hispanic. **Sex**: Male.
**Length**: ~71-inches. **Weight**: 215 pounds. **Eye color**: Brown. **Pupils**: 3 / 3 mm
**Hair color**: Black. **Beard:** Yes. **Moustache**: Yes. **Decomposition**: None.
**Rigor mortis**: Moderate, throughout, late. **Livor mortis**: Reddish-violet, posterior, fixed.

---

## Pathologic Diagnoses

A - Penetrating, distant/indeterminate-range, medium-caliber gunshot wound to right upper shoulder:
- Perforation of apex of right chest cavity:
  - Perforation of right lung upper, middle and lower lobes, with right hemothorax.
- Penetration into posterior chest wall, just right of midline:
  - Bullet recovered from mid-back subcutaneous tissues, along right side of spine.

B - Penetrating, distant/indeterminate-range, medium-caliber gunshot wound to anterolateral right shoulder:
- Perforation of musculocutaneous tissues of right shoulder.
- Perforation of right chest wall and right pleural cavity:
  - Perforation of right lung lower lobe, with right hemothorax.
- Perforation of inferior mediastinum:
  - Perforation of distal esophagus, with hemomediastinum.
- Perforation of left hemidiaphragm dome and fundus of stomach:
  - Stomach contents spilled into peritoneal cavity, with chemical peritonitis.
- Bullet recovered from left pleural cavity gutter, with mild left hemothorax.

C - Penetrating, distant/indeterminate-range, medium-caliber gunshot wound to anterior right chest:
- Perforation of right anterior ribs and cartilages.
- Perforation of right lung, with large right hemothorax.
- Penetration of right side of T6 vertebral body:
  - Mild subarachnoid hemorrhage around mid-thoracic spinal cord.
  - Bullet recovered from vertebral body.

D - Penetrating, distant/indeterminate-range, medium-caliber gunshot wound to right mid-back:
- Perforation of right posteromedial chest wall, with marked right hemothorax.
- Perforation of inferior vena cava-right atrial junction, with marked hemopericardium.
- Perforation of right heart, exiting anterior right ventricular wall.
- Laceration of liver upper midline.
- Penetration into mid-sternal body.
  - Bullet recovered from within sternum.

Fresh abrasions of elbows and knees ("leading surfaces").

Agonal cardiopulmonary resuscitation.

Taser probe embedded in skin of right lateral flank:
- Nearby small abrasion and superficial skin puncture suggesting where second taser probe failed to stay.

Postmortem toxicology studies per Adventist Lab reports, reporting only a trace of alcohol.

Other: Atherosclerotic coronary artery disease, multivessel and mild-to-moderate.
Cholelithiasis, multiple cholesterol stones, non-obstructing.

**Cause of Death**: Gunshot wounds to chest (minutes).

## Summary and Comment

From the history available at the start of the autopsy, this man was involved with an argument with his estranged wife at her apartment, he leaving and then returning while officers had responded. He apparently tried to hit officers with his Tesla as he left. When he returned, he threatened the officers with scissors and also made statements of hurting himself. The officers tazed him but he reportedly continued to charge the officers, with the officers firing shots, four shots reportedly fired by the three officers, reportedly fired while two officers were standing together, and one officer was off to one side. The decedent collapsed, with resuscitation efforts started "immediately", but upon arrival of EMS no signs of life were found, the decedent pronounced dead at the scene. Due to the violent nature of this death associated with law enforcement, jurisdiction was assumed by the Coroner with autopsy authorized.

Toxicology studies were performed by Adventist Labs, reporting only noting a trace of alcohol (BAC = 0.01%) in his liver, with no other drugs found at levels that reached their thresholds for detection or significance.

At the postmortem examination, he had sustained four penetrating gunshot wounds to his torso, all four bullets remaining in his torso (see the Lodox films below), with the bullets recovered during the autopsy. I will use the letter designations of "A" thru "D" to describe each wound, arbitrarily assigning these letters as the entrance wounds descend from the top of his head, and will use the anatomic position (i.e., a body standing upright with palms open and facing forwards) as the basis for describing the wounds and bullet paths, this just for purposes of description, and not to infer either this "anatomic position" is the order the wounds were received or the position his body was in when the shot(s) were sustained. No soot, stippling, gunpowder residue, searing or muzzle imprints are seen on the skin surfaces surrounding the entrance holes, so the wounds are each designated as "distant/indeterminate-range". As a brief summary, the four bullet paths are as follows:

A – from right upper shoulder down and back through the right lung to the mid-back soft tissues.
B – from the right outer shoulder down and to the left through the right chest and lung, the mediastinum and esophagus, the stomach fundus and into the left chest cavity.
C – from the right breast back, down and to the midline through the right chest and lung to the T6 spine.
D – from his mid-back forwards and upwards through the right chest and lung, through the heart and into the mid-sternum.






Bullet D
Bullet C
Bullet B
Bullet A

**A - GUNSHOT WOUND TO TOP OF RIGHT SHOULDER**: This penetrating gunshot wound enters the top of his right shoulder through a hole centered ~1-inch lateral to the right neck-shoulder skin fold. The entrance hole measures ~¼-inch diameter with an ~3/8th-inch diameter abrasion collar that is wider at the outer posterior edge. No soot, stippling or gunpowder is found on the skin surfaces surrounding the wound or seen in the wound depths. The bullet path is **downwards, backwards and to the left**, through the apex of his right chest cavity, perforating the right chest cavity plus the right upper, middle and lower lobes, then through the posterior chest wall to penetrate the mid back, just right of the midline, to the final resting position of the bullet in the lower mid-back subcutaneous tissues, near entrance wound D, where it is palpated in the middle of a fresh bruise, the bullet recovered. Massive hemorrhage is present along the wound path, filling the right pleural cavity with blood. (see photos below)







**B - GUNSHOT WOUND TO RIGHT SHOULDER/UPPER ARM**: This penetrating gunshot wound enters his right shoulder through an entrance wound on the anterolateral right shoulder. The entrance hole measures ~3/8th-inch diameter with a very narrow concentric abrasion collar. No soot, stippling or gunpowder is found on the skin surfaces surrounding the wound or seen in the wound depths. The bullet path is **slightly backwards, downwards and to the left**, through the right shoulder musculocutaneous tissues, then through the right lateral chest wall, perforating the right pleural cavity and right lung lower lobe, perforating the mediastinum, where it lacerates the esophagus, perforates the left hemidiaphragm to perforate the fundus of the stomach, then lacerates the diaphragm to come to lie in the left pleural cavity, where the bullet is recovered. Massive hemorrhage is present along the wound path, with hemothoraces, hemomediastinum and stomach contents spillage into the peritoneal cavity and chemical peritonitis. (see photos below)





**C - GUNSHOT WOUND TO RIGHT ANTERIOR CHEST**: This penetrating gunshot wound enters his right anterior chest through a hole centered 2-inches above and lateral to his right nipple. The entrance hole measures ~¼ x ½-inches in diameters with a large and irregular abrasion collar measuring ~1 x 1¼-inches in diameters (see photos below). No soot, stippling or gunpowder is found on the skin surfaces surrounding the wound or seen in the wound depths. The bullet path is **to the left, slightly backwards and downwards**, through his right anterior rib cartilages, entering the right chest cavity, perforating the right lung lower lobe, then penetrating into the right side of the T6 vertebra body, where the bullet is recovered. Massive hemorrhage is present into the right chest cavity and into the lung parenchyma surrounding the bullet wound path.





**D - GUNSHOT WOUND TO RIGHT MID-BACK**: This penetrating gunshot wound enters his midback ~2-inches right of the posterior midline and 5-inches above his beltline. The entrance hole measures ~¼-inch diameter with a concentric ~3/8th-inch diameter abrasion collar. No soot, stippling or gunpowder is found on the skin surfaces surrounding the wound or seen in the wound depths. The bullet path is **forwards, slightly upwards and to the midline/left**, through his right chest cavity, perforating the right lung lower lobe medial portion, perforating the inferior vena cava and right atrial junction, perforating the heart and exiting the right ventricular anterior wall to penetrate the posterior surface of the mid-sternal body, where the bullet was recovered. Massive hemorrhage is present along the wound path, filling the right pleural cavity and pericardial sac with blood (see photos below).






**Forensic Medicine and Pathology, PLLC**
4205 Solace Street, Las Vegas, NV 89135
Office and cell phone: 406-855-5447 Fax: 307-316-0663
Email: doctor4n6@gmail.com





## Gross Description

**External Description:** His body is received clothed in blue denim jeans with brown belt, a lowcut laced white shoe on his right foot over a black sock (corresponding removed left shoe and sock lying between his feet), his hands in separate brown paper bags gathered with tape on paper around the wrists, he lying supine inside a closed, labeled and sealed white plastic body bag on the gurney. Multiple medical appliances were still in place. A left wrist black apparent Apple wristwatch is in place, plus a right wrist braided black string bracelet with round pendant. He is an average height and stocky man who appears his state age. Multiple tattoos are present and are photographed.



His hands were reportedly processed at the scene, save prints, so prints were taken. The gunshot wound findings are described above and diagrammed. His conjunctivae are clear without significant petechiae. A taser probe is embedded in his right anterolateral abdominal wall with a similar small abrasion with superficial skin puncture present ~3-inches above and in front of the taser probe (see photos below). Fresh abrasions are seen on his knees and elbows ("leading surfaces", see photo below)


Taser wounds


Taser probe and wounds



Fresh abrasions on back of left elbow

**Serosal Cavities:** Organs are in their usual anatomic positions and interrelationships. Over a liter of fresh clotted blood is present in his right chest cavity, plus over 400 mL similar blood in the pericardial sac, and mild additional hemorrhage into the left chest cavity and peritoneal cavity, the upper peritoneal cavity having prominent acute chemical peritonitis. His great blood vessels are collapsed with minimal remaining blood.

**Heart**: 424 grams. Slightly-larger size with normal shape, the chambers contracted. His coronary arteries have left vessel dominance, with multivessel <40-70% atheromatous narrowings, no occlusions found. Epicardium is thin and glistening, the bullet path perforating from the right atrial-IVC junction into the interatrial septum and tricuspid valve, then exiting the anterior right ventricular free wall. The myocardium is brown, firm and rubbery, with no fresh infarcts or old scars found, the left ventricular free wall averaging 1.4 cm thickness, the septum 2.1 cm in thickness, the right ventricular free wall 0.3 cm in thickness. Endocardium, valves and intimal surfaces are thin and glistening, the tricuspid valve lacerated along the interventricular septum, the other valves with normal configuration. Aorta appears intact with mils atheromatous changes, the major vessel ostia patent.

**Neck Organs**: Hyoid intact, as is the larynx, the laryngotracheal mucosa pale red-brown with bloody fluid but no significant froth. Thyroid gland is normal-sized with normal consistency on external and cut surfaces. Cervical musculoskeletal tissues are intact with no laxity.

**Lungs**: Right – 444, left – 356 grams. Overall normal size and shape. Both lungs are deflated/atelectatic, the right lung moreso, with deep red-violet contusions/consolidation of the parenchyma along the bullet wound paths. Pleural surfaces are thin and glistening with mild anthracosis, the parenchyma otherwise pale red with no aspiration of blood, gross aspiration of gastric contents or significant emphysematous changes. Blood vessels are patent, no emboli found. Airways are patent.

**Gastrointestinal System:** His lips are intact, with no contusions or other acute injuries found. His teeth are native and in good condition. Oropharynx contains blood. Esophagus intact with no tears or varices. Stomach contains 101 grams thick, brown and pasty multicolored, poorly-chewed and early-digested foodstuff fragments, no pills or pill fragments found. Small intestines, appendix and colon appear otherwise intact, with liquid-to-soft brown colonic fecal consistency. Anus is intact.

**Liver:** 1,473 grams. Normal size with normal shape, the capsule smooth with slight rounding of the free edge. The bullet wound perforates the midportion of his liver, producing a jagged ~2-inch diameter laceration through the upper midline. Parenchyma is brown and firm, with no cirrhosis, increased fibrosis, nutmeg appearance or bile stasis. Gallbladder contains ~20 mL yellow watery bile with multiple ~0.1-0.3 cm yellow non-obstructing stones. Extrahepatic biliary system is patent.

**Pancreas:** Normal size and firm, with red-brown lobular configuration on external and serial cut surfaces, and with no cysts, calcifications or gross hemorrhage found.

**Spleen**: 122 grams. Small size with normal shape, the capsule thin and dimpled, the parenchyma dark red and soft with indistinct white pulp. No lymphadenopathy is identified, nor metastatic disease found.

**Adrenals:** Normal size and normal shape on external and cut surfaces, the cortices thin yellow-brown strips with normal lipid content. Medullae are unremarkable.

**Kidneys**: Right – 158, left – 157 grams. Normal size and normal shapes. Capsules intact and strip with ease, the cortical surfaces smooth with minimal lobulation. Cut surfaces are pale red and firm, with prominent pallor to the pyramid tips. Calyces, pelves and ureters are otherwise intact and patent.

**Urinary Bladder**: ~100 cc clear light-yellow fluid remains in lumen, the wall intact.

**Internal Genitalia**: Normal and intact adult male to palpation.

**External Genitalia**: Intact adult male, the penis [redacted] and the testes descended and soft.

**Skeletal System:** The bullet paths to his chest injure the anterior right rib cartilages, the lateral right 5th-6th ribs, the right posteromedial 11th-12th ribs, and the right T6 vertebral body. No old fractures found.

**Scalp:** No fresh injuries are seen over the external or underlying surfaces.

**Central Nervous System**: Brain weighs 1,651 grams. Meninges are intact, the CSF clear, colorless and watery. There is mild flattening of the gyral surfaces and uncal grooving. Brainstem and cerebellum appear intact. Blood vessels at the base of the brain are intact with no atheromatous streaks. Cranial nerves appear intact with normal configuration. On serial coronal sections of the cerebral tissues and sagittal sections of the cerebellum, the gray and white matter appear intact and symmetrical.

**Microscopic Description** - No microscopic slides are being prepared at the time of this report.

**Disposition of Evidence**

Blood, urine, liver and vitreous fluid were collected for forensic studies.
Photographs taken by Coroner and FPD.
DNA blood cards obtained.
Tissue samples retained in formalin at Fresno County Coroner Office, per protocol.
Bullets, bags from hands, fingerprints and clothing released to FPD.

Date signed: 12-18-23. Thomas C Bennett, M.D.

Adventist Health

Adventist Health Toxicology
880 E Merritt Ave, Suite 107
Tulare, CA 93274
Phone: (559) 605-0775 Fax: (559) 605-0776
Medical Director: Daniel Phillips M.D.

Case/Pt Name: FCC-23-11-0032, MAXIMILIANO SOSA
MRN: [redacted] Acct: [redacted]
DOB: [redacted] Sex: Male
Birth Sex: Male
Age: [redacted] years
Client: Fresno County Sheriff Coroners Office

## Lab - Forensic Toxicology Alcohol

@ = Abnormal ! = Critical ^ = Interpretive Data C = Corrected Results L = Low H = High * = Performing Locations * = Order Comments

**Accession Number: 55-23-311-20701**

**Collected Date/Time: 11/7/2023 10:30 PST** **Verified: 11/15/2023** **Verified By: Ruvalcaba,Edward**

| Procedure | Result | Reference Range | Units |
|---|---|---|---|
| Alcohol (Ethanol) Liver | 0.01 *1 | | |

Order Comments

*1: Alcohol Liver Tox Lab
Performed at: Adventist Health Toxicology Laboratory, 880 E Merritt Ave, Suite 107, Tulare CA 93274, Medical Director: Daniel Phillips, MD

Adventist Health

Adventist Health Toxicology
880 E Merritt Ave, Suite 107
Tulare, CA 93274
Phone: (559) 605-0775 Fax: (559) 605-0776
Medical Director: Daniel Phillips M.D.

Case/Pt Name: FCC-23-11-0032, MAXIMILIANO SOSA
MRN: [redacted] Acct: [redacted]
DOB: [redacted] Sex: Male
Birth Sex: Male
Age: [redacted] years
Client: Fresno County Sheriff Coroners Office

## Lab - Forensic Toxicology

@ = Abnormal ! = Critical ^ = Interpretive Data C = Corrected Results L = Low H = High * = Performing Locations * = Order Comments

**Accession Number: 55-23-311-20701**

**Collected Date/Time: 11/7/2023 10:30 PST** **Verified: 11/13/2023** **Verified By: Bulosan,Steven**

| Procedure | Result | Reference Range | Units |
|---|---|---|---|
| Barbiturates Scrn Liver | Negative *1 | | |
| Benzodiazepines Scrn Liver | Negative *1 | | |
| Cannabinoids Scrn Liver | Negative *1 | | |
| Cocaine (Metabolite) Scrn Liver | Negative *1 | | |
| Opiates Scrn Liver | Negative *1 | | |
| Phencyclidine Scrn Liver | Negative *1 | | |
| Drug Scrn Liver Cutoffs | See Note ^ *1 | | |

^:

| Drug | ( ng/mL) | Drug | ( ng/mL) |
|---|---|---|---|
| Amphetamines | 5 | Cocaine | 10 |
| Barbiturates | 5 | Opiates | 5 |
| Benzodiazepines | 5 | Phenyclidine | 5 |
| Cannabinoids | 5 | | |

**Collected Date/Time: 11/7/2023 10:30 PST** **Verified: 11/15/2023** **Verified By: Bornales,Kristian**

| Procedure | Result | Reference Range | Units |
|---|---|---|---|
| Amphetamines Scrn Liver | Negative *1 | | |

Order Comments

*1: Drug Screen Liver Tox Lab
Container/Specimen: 1 ORANGE TOP CONTAINER- LIVER Performed at: Adventist Health Toxicology Laboratory, 880 E Merritt Ave, Suite 107, Tulare CA 93274, Medical Director: Daniel Phillips, MD