# EXHIBIT 6

CENTRAL VALLEY TOXICOLOGY, INC.

2023 NOV 26 AM 6: 06

**Case Name:** **TOXICOLOGY NUMBER:** CVT-23-7372

Sosa, Maximiliano

**Specimen Description:** 10 ml blood (1 lavender top vial) unlabeled in a sealed evidence envelope labeled "Maximiliano Sosa; DOB 5/20/90; Doctor Bennett; 11/07/23; 11115 hrs"

**Delivered by** RNC **Date** 15-Nov-23 **Received by** Anna Coil **Date** 15-Nov-23

**Request:** Complete Drug Screen & THC **Agency Case #** 2311040123

**Requesting Agency**

Fresno City Police Department
Attn: Business Office
P.O. Box 1271
Fresno CA 93715-1271

**Report To**

Fresno City Police Department
Attn: Records
2323 Mariposa Street
Fresno CA 93715

## RESULTS

Specimen: Blood Sample

Blood Ethyl Alcohol = 0.09 grams%
Ethyl Alcohol analysis performed and recorded on: 11/15/2023

Complete Drug Screen: No common acidic, neutral or basic drugs detected.

Single Drug Screen: Cannabinoids (THC metabolite) by Immunoassay = Negative

"I certify, under penalty of perjury, that this is a true and correct copy of results of the analysis on blood or urine obtained during the regular course of my duties. I certify, that I am qualified to perform these analyses pursuant to Title 17 of the California Code of Regulations and that the equipment used in arriving at the results was in proper working order and that a recording of the result was done at the time of the analysis using a method specified under Title 17 of the California Code of Regulations."

Eduardo Espiritu, PhD November 21, 2023

**EDUARDO ESPIRITU**
*Director*
1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502