# EXHIBIT 7

| DATE 12/13/2023 | FRESNO POLICE DEPARTMENT SUPPLEMENTAL REPORT | CASE NUMBER 2311040123 |
|---|---|---|

| Crime | Victims | Location of Occurrence | Date |
|---|---|---|---|
| PC664/187(a) Attempted Murder | Officer Angel Equihua<br>Officer John Ayers<br>Officer Brandon Crockett | 5555 N. Dante Ave. #124 (Dante Apartments) | 11/04/2023 |
| **Cleared by:** Exceptional Circumstances (the suspect was killed by the police). | | | |

## SUSPECT INFORMATION

SUS: Maximiliano Sosa Jr. (05/20/1990) **DECEASED*
Alias: Max Sosa
Gender: Male Race: Hispanic
Height: 5-11 Weight: 230
Hair: Black Eyes: Brown
CDL: E2087363
Address: 5552 W. Oak Ave. - Fresno, CA 93722
Phone: 559-284-7984

## ADDITIONAL WITNESSES & REPORTING PARTIES

WIT: Ofc. Jonathan Abraham #P2122, 2323 Mariposa Mall - Fresno, CA, 559-621-7000

WIT: Ofc. Anthony Aguilar Jr. #P2012, 2323 Mariposa Mall - Fresno, CA, 559-621-7000

RP: Maria Sosa (05/05/1990), 5555 N. Dante Ave. #124 - Fresno, CA, 559-916-6206

OTH: Damian Rodriguez (11/17/1990), 3306 M St. - Merced, CA, 559-531-5369

OTH: Cody McDivitt (11/29/1990), 6073 N. McCaffrey Ave., - Fresno, CA, 559-273-9936

OTH: Christina Gutierrez (05/09/1990), 631 Edgar Ave. - Sanger, CA, 559-994-8370

## VEHICLES

SUS VEH: 2023 Tesla - Model 3 (gray)
Plate: California # 9DWR807
VIN: 5YJ3E1EA6PF410819
RO: Maximiliano Sosa Jr. (5552 W. Oak Ave. - Fresno, CA 93722)

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Ryan Rockwell | P1479 | Homicide | 11/04/2023 | Sgt. Chris Serrano #S180 | 12/14/2023 |

# NARRATIVE

**INVESTIGATIVE PERSONNEL**

Detective R. Rockwell #P1479 – Fresno Police Department

Detective M. Moreno #P1609 – Fresno Police Department

Detective R. Montoya #P984 – Fresno Police Department

Detective A. Nieto #P1910 – Fresno Police Department

Detective D. Mendez #P2026 – Fresno Police Department

Detective K. Gregory #P1814 – Fresno Police Department

Detective B. Hance #P731 – Fresno Police Department

Officer W. Padilla #P1123 – Fresno Police Department

Sergeant C. Serrano #S180 – Fresno Police Department

Sergeant C. Martin #S228 – Fresno Police Department

Lieutenant P. Cervantes #L67 – Fresno Police Department

**CRIME SCENE INVESTIGATION SECTION**

Crime Scene Technician (CST) M. Shafer #ID90 – Fresno Police Department

Crime Scene Technician (CST) M. Machado #ID116 – Fresno Police Department

Crime Scene Technician (CST) S. May #ID85 – Fresno Police Department

Crime Scene Technician (CST) F. Esquibel #ID119 – Fresno Police Department

Crime Scene Technician (CST) C. Murillo #ID109 – Fresno Police Department

**PATROL OFFICERS**
Officer A. Equihua #P2174 – Fresno Police Department

Officer J. Ayers #P2101 – Fresno Police Department

Officer B. Crockett #P2102 – Fresno Police Department

Officer J. Abraham #P2122 – Fresno Police Department

Officer A. Aguilar Jr. #P2012 – Fresno Police Department

Sergeant B. Oliver #S263 – Fresno Police Department

Sergeant J. Snow #S261 – Fresno Police Department

**FRESNO COUNTY CORONER'S OFFICE**
Deputy Coroner (DC) Jenny Strong – Fresno County Coroner's Office

Dr. Thomas Bennett (Forensic Pathologist) – Fresno County Coroner's Office

**SOURCE OF ACTIVITY**
On 11/04/2023, I was detailed as a Detective (off-duty) assigned to the Fresno Police Department - Homicide Unit. At approximately 0500 hours, I received a call from Sergeant Serrano advising me of an Officer Involved Shooting (OIS) that just occurred at the Dante Apartments, 5555 N. Dante Ave. I responded to the Dante Apartments at the direction of Sergeant Serrano to investigate the incident.

*Statements documented in this report were audio and/or video recorded, and they are written as summaries. Refer to the related video/audio recordings and transcripts for the statements in their entirety. Also, the OIS incident and the events preceding it were recorded by the involved officers' body-worn-cameras (BWC). Refer to the related BWC videos for further details and context.*

**INVESTIGATION**
Upon arriving at the Dante Apartments, I met with Detective Moreno, Detective Montoya, Detective Nieto, and Sergeant Serrano. We were checked into the crime scene by Officer Urbina at 0629 hours and then met with Sergeant Oliver and Sergeant Snow.

Sergeant Oliver and Sergeant Snow provided us with information they obtained from the involved officers during their public safety statements. In summary, Sergeant Oliver and Sergeant Snow advised that three officers discharged their handguns during the OIS incident. Officer Ayers fired his weapon 2-

3 times, and Officer Crockett and Officer Abraham both fired their weapons once. Officer Ayers and Officer Crockett shot in a northern direction, and Officer Abraham shot in a southeastern direction.

After talking to Sergeant Oliver and Sergeant Snow, we met with Detective Mendez and Detective Gregory who briefed us on preliminary information they developed about the incident up to this point. The following is a summary of the on-scene briefing provided by Detective Mendez and Detective Gregory.

**ON-SCENE BRIEFING**

Officer Ayers, Officer Abraham, and Officer Equihua responded to 5555 N. Dante Ave. #124 regarding a call-for-service that was generated on 11/04/2023 at 0310 hours. The reporting party was Maria Sosa who called the police requesting a welfare check of her husband Maximiliano Sosa (05/20/1990). Maria reported that Maximiliano was intoxicated, and he was making suicidal statements.

Upon officers arriving at the Dante Apartments, they contacted Maria and learned that Maximiliano had left the location driving his gray Tesla - Model 3. After talking to Maria, the officers walked to their vehicles, and around this time, Maximiliano returned to the apartment complex driving his Tesla. Maximiliano drove his vehicle in the direction of Officer Equihua and swerved towards him. Officer Equihua had to jump out of the way to avoid being struck by Maximiliano's vehicle.

Maximiliano then drove his Tesla out of the apartment complex, and the three officers pursued him in their patrol vehicles, but they quickly lost sight of the Tesla. Over the course of the next hour, officers spotted Maximiliano's Tesla in the area of the Dante Apartments two more times. Officers pursued the Tesla both times, but they were unable to keep up with it.

At approximately 0340 hours, Maria called the police and reported that she had just received a call from Maximiliano who told her he was intent on committing suicide-by-cop.

After evading the police three times, Maximiliano returned to the Dante Apartments, and he confronted officers who were with Maria at her apartment (#124). Maximiliano was armed with a pair of kitchen shears. The confrontation resulted in three officers discharging their handguns at Maximiliano.

The three officers who discharged their weapons were Officer Ayers, Officer Crockett, and Officer Abraham. Officer Aguilar was also said to have discharged his ECD (Electronic Control Device) during the incident.

Maximiliano Sosa was pronounced deceased on-scene by Paramedic Narciso Espinosa (American Ambulance) at 0458 hours.

The involved officers were transported to the Fresno Police Wellness Center at 1617 S. Cedar Ave., and their body-worn-cameras (BWC) were in the process of being docked so videos recorded by the devices could be uploaded/viewed.

Maria Sosa was transported to Fresno Police Headquarters where she was waiting to be interviewed.
END OF SUMMARY

After the briefing, assisting detectives and I were walked through the crime scene by Detective Mendez and Detective Gregory. The following is a summary of what I observed. – Refer to the sketch prepared by CST Machado and the crime scene reports written by CST Shafer and Detective Mendez for further details regarding a description of the scene and evidence that was located within it.

**CRIME SCENE DESCRIPTION**

The crime scene was located in the breezeway area outside apartment #124 at 5555 N. Dante Ave. The decedent, Maximiliano Sosa Jr., was laying on his back and covered by a sheet in the breezeway. The decedent's head was facing south, and his feet were facing north.

Detective Nieto removed the sheet, and I noticed a large pool of blood beneath the decedent's body. The decedent was shirtless and medical patches were affixed to his torso and a breathing apparatus was inserted into his mouth. I also noticed a single ECD dart embedded into the right side of the decedent's torso.

I observed three expended 9mm cartridge cases in the breezeway area. One cartridge case was located under the staircase that leads up to apartment #224, another was located outside the front door of apartment #123, and the other was located near the decedent's right hand. I observed a fourth expended 9mm cartridge case south of the decedent near a walkway that leads to the breezeway area.

I also observed a pair of kitchen shears in a flower bed just east of the fourth expended cartridge case. It is worth noting that the kitchen shears were later measured and found to be approximately 9 inches in length, from the end of the handle to the tip of the blades.

West of the kitchen shears, near the bottom of the staircase that leads up to apartment #224, there is another flower bed. I observed an ECD cartridge and some latex gloves in this flower bed.

Lastly, I noticed a gray Tesla - Model 3 (California plate # 9DWR807) parked in a handicap stall facing east in the parking lot, approximately 75 feet west of the decedent. This vehicle was said to belong to the decedent.
END OF SUMMARY

After the crime scene walk-through, Detective Montoya and Detective Nieto responded to the Fresno Police Wellness Center and met with CSI to photograph the involved officers and to inventory/collect their ammunition and firearms as evidence. Detective Montoya also later walked through the crime scene with the involved officers and their attorney while I was occupied conducting interviews at Fresno Police Headquarters. – Refer to Detective Montoya's report for further details regarding his involvement in the investigation.

Detective Moreno and I met with Sergeant Martin on-scene who showed us video recorded by Officer Aguilar's and Officer Abraham's body-worn-cameras (BWC). Said videos were the only pertinent videos uploaded and available for viewing prior to me leaving the crime scene. – The involved officers' BWC video is summarized later in this narrative.

Prior to leaving the crime scene, I met with personnel from the Fresno Police Department's Internal Affairs Bureau, the Fresno County District Attorney's Office, and the City of Fresno Attorney's Office. I provided them with a briefing and walked them to a sidewalk west of the shooting scene where they viewed evidence markers and privacy screens from a distance of approximately 60-70 feet. Said personnel remained behind crime scene tape at the sidewalk, and I provided them with a description of the evidence and where it was located.

Detective Moreno and I were checked out of the crime scene by Officer Robertson at 0835 hours. Prior to leaving the scene, Sergeant Serrano informed me that Lieutenant Cervantes had already informed Maximiliano Sosa's family that Maximiliano was deceased. As we were leaving the scene, Maximiliano's family was gathered on Dante Ave. outside the apartment complex, and they asked me for details regarding the incident. I informed them that I could not provide them with details at this time, and I gave them my business card, and left the scene with Detective Moreno.

Detective Moreno and I arrived at Fresno Police Headquarters at approximately 0900 hours and met with Officer Ledbetter who drove Maria Sosa to the location.

At approximately 0945 hours, Detective Moreno and I interviewed Maria Sosa in the Homicide Unit interview room at Headquarters. Maria was accompanied by her friend, Christina Gutierrez, for emotional support. – *Maria referred to her husband, Maximiliano Sosa Jr., by his nickname "Max". For clarity purposes, the suspect in this case, Maximiliano Sosa Jr., will be referred to as Max throughout the remainder of this narrative.*

**<u>STATEMENT OF MARIA SOSA</u>**

Maria Sosa met her husband Maximiliano "Max" Sosa Jr. in June 2011, and they got married in July 2014. Max is the father of Maria's two sons, Maximiliano Sosa III (4-years-old) and Lucas Sosa (2-

years-old). Both Maximiliano III and Lucas were spending the night with Maria's mother in Del Rey when the OIS incident occurred.

Maria and Max separated in February 2023 after almost nine years of marriage. Upon separating, Max remained living at their residence at 5552 W. Oak Ave., and Maria moved in with her mother for a few weeks. On 03/01/2023, Maria moved into her current residence at the Dante Apartments, 5555 N. Dante Ave. #124, where she has lived separately from Max ever since. Although they have been separated since February 2023, Maria and Max maintained almost daily communication because of their two sons who they share custody of.

Maria said Max has never physically or verbally abused her during their relationship. However, she did mention their relationship suffered due to financial issues and a large amount of debt that Max incurred.

When asked about Max's mental health, Maria indicated that he did not start exhibiting any issues until after their separation about nine months ago. About two weeks after they separated, Max found out that Maria was having an affair with a male named Matt. Shortly thereafter, Max's mother called Maria and told her that Max was feeling suicidal. Max also told Maria that he had been having suicidal thoughts since their separation in February.

Maria referred to an incident in February where Max called her while intoxicated. She was concerned that Max was drunk driving, so she drove to the Oak address where he lives. Upon arriving there, Maria noticed Max's dark gray Tesla was parked at the residence, so she went inside to check on him. Maria found Max on the floor in a bedroom closet with a necktie secured around his throat. She described the necktie as not being affixed to anything, as if Max was trying to hang himself, and said it was only secured around his throat.

With the benefit of hindsight, Maria said she should have called the police to report this, but she did not. Maria did not report it because she felt that Max was trying to emotionally manipulate her at the time. Maria remained with Max at the Oak address, and he later apologized for his behavior. Max did not tell Maria that he was trying to kill himself, and all he told her was his actions were stupid.

In the months following their separation, Max was seeing a therapist, but he stopped after a few visits. Max told Maria the therapist said he was depressed, and they offered him medication, but he declined the offer. Max self-medicated with alcohol instead.

Maria felt that Max believed they could fix their marriage issues and get back together at some point. She maintained communication with Max during their separation because she was afraid that he might hurt himself if she did not.

Although it was an infrequent occurrence, Maria said she had sex with Max just a couple days ago. While she was with Max on this day, he asked Maria if she was still in a relationship with Matt, and she told him she was not. Maria told me this was untrue, and she lied to Max. The truth is, Maria was still involved in a sexual relationship with Matt.

On the morning of 11/03/2023, Maria was running late for work, so she called Max and asked him to help her deal with their sons so she could get ready without being distracted. Max drove to Maria's apartment, picked up their sons, and ultimately drove them to Del Rey where they spent that night with Maria's mother.

Later in the evening on 11/03/2023, Maria went out drinking with her friends in the Tower District. Max called Maria around midnight after he finished watching a high school football game in Sanger. He offered to pick Maria up and give her a ride home, and Maria accepted the offer.

Max arrived in the Tower District to pick Maria up at about 0100 hours on 11/04/2023. Maria said she was intoxicated, and it was obvious to her that Max was intoxicated too. They then bought hotdogs from a street vendor and left the Tower District at approximately 0200 hours. Max drove Maria home in his vehicle which she described as a dark gray Tesla - Model 3. Nobody else was with Max and Maria when they drove back to Maria's apartment. Maria said she fell asleep during the drive home, and she did not recall arriving at her apartment.

The next thing Maria remembered was being woken up in her bed by Max who was standing over her. Max had Maria's cell phone in his hand, and he called her a whore, a liar, and a slut. Max also told Maria that he was going to kill Matt and kill himself.

Maria grabbed her phone from Max and saw her text message conversation with Matt displayed on its screen. She also saw messages that Max sent to Matt with her phone while she was asleep. Said messages were encouraging Matt to come to Maria's apartment and have sex with her. Maria also noticed multiple unanswered calls that were made to Matt with her phone while she was asleep, and Matt's contact information was sent to Max's phone via text message.

Max walked outside Maria's apartment towards the parking lot area to the west and made a comment that he wanted to kill Matt and himself. A short time later Maria walked outside, and Max followed her as she walked around her apartment building, and he called her obscene names. Max grabbed the back of Maria's arms (triceps) from behind, but she pulled away and kept walking. She continued around the building and walked back into her apartment via the front door. As she was entering her apartment, Max grabbed the back of Maria's arms (triceps) from behind again, and this time she stumbled and fell to the floor. Maria believes she fell down because Max pushed her from behind, but she was unsure. She was surprised by this because it was the first time Max had ever been physical with her.

Max walked away from Maria's apartment moments later. Maria then looked out a window from her apartment and saw Max driving away at a high rate of speed in his Tesla.

Maria called 911 at 0308 hours and told the dispatcher about her disturbance with Max and the fact she believed he was going to her boyfriend Matt's residence at the Villa Lucia Apartments. She provided Max's identifying information and a description of his Tesla to the dispatcher. However, she did not tell the dispatcher anything about Max grabbing her arms and causing her to fall to the ground. Maria ended her phone call with the dispatcher when a couple of police officers arrived at her apartment a short time later.

Upon being contacted by the police, Maria told the officers she was concerned because Max told her he was going to kill himself and her boyfriend Matt.

Maria later had multiple brief phone conversations with Max, and he told her that he was going to do something to make the police shoot him. This was the first time she had ever heard Max say anything like this. Maria said Max has never had any issues with law enforcement in the past. Also, around this time, Maria received a message from Max's friend Damian who told her that Max was at a charging station (for his vehicle).

At one point, Maria handed her phone to one of the officers so he could talk to Max. She recalled hearing Max threaten the officer on the phone, but she could not remember exactly what he said. The officers asked Maria if Max was armed with any weapons, and she told them he was not, but she did say he left her residence with a bottle of tequila in his possession.

Maria estimated that two officers were with her in her apartment for about a half hour, and then Max showed up at the location. Max walked into the apartment through the front door which was open. At this moment, Maria was sitting on the couch in her living room with an officer standing beside her, and the other officer was standing in the hallway.

Max walked through the front door and into Maria's apartment with a pair of kitchen shears in his right hand. Maria said the shears looked like the ones she keeps in the knife block in her kitchen. Max appeared "angry" and "determined" to Maria, and it seemed like he had no fear of the officers based on the way he was talking to them. Max proceeded to open and close the shears with his hand while demanding to know which officer was the one that he was previously talking to on the phone.

The officers reacted by drawing their firearms. They tried to calm Max down by telling him, "We don't have to do this", and Max responded, "Yes we do". Maria was unable to recall if Max made any statements about wanting to hurt her, himself, or the officers while the officers were talking to him.

Maria said, based on Max's actions, she felt he was trying to commit "suicide-by-cop".

Eventually, the officer who was standing in the living room repositioned himself outside the front door of Maria's apartment. Max followed this officer out the front door with the kitchen shears still in his hand, and the officer in the hallway followed Max outside. Maria then heard a sound that she recognized as a taser, followed by the sound of two loud pops, and then silence. She described these events as occurring very quickly.

Maria estimated that Max was only inside her apartment for a couple minutes before he followed the officer outside while armed with shears. She remained seated on the couch in her living room the entire time as the events unfolded in front of her.

After hearing the taser and the loud pops, Maria still remained seated on her couch for what felt like a very long time. After a while, an officer asked Maria to wait in her bedroom and not go outside. Eventually, a female detective contacted Maria in her bedroom, and arranged for her to exit her apartment by climbing over the patio fence using a stepstool.

Towards the end of the interview, Maria allowed me to take photos of messages, call logs, and contacts on her cell phone. – Refer to the summary below for details pertaining to said photos. The photos are also attached to this case.

Maria also provided verbal consent to enter and document her apartment as part of the crime scene related to this case.

I ended the interview by informing Maria that Max had passed away. Maria was overcome with emotion and grief upon receiving this news. I provided Maria with my contact information, and Detective Moreno escorted her and her friend Christina outside Headquarters.
END OF STATEMENT

The photos that I took of Maria's cell phone are attached to this case. The following is a summary of what the photos depict.

**PHOTOS OF MARIA SOSA'S CELL PHONE (SUMMARY)**
Maria called 911 three times on the morning of 11/04/2023. The first call was made at 3:08AM and it lasted 12 minutes. The second call was made at 3:40AM and it lasted 16 seconds. The third call was made at 3:44AM and it lasted 2 minutes. There was also a call made to the Fresno Police non-emergency line at 3:40AM hours which lasted 15 seconds.

Maria showed me the contact information on her phone for her husband Max and her boyfriend Matt which displayed the following details.

- Max Sosa (559) 284-7984
- Matt Lea (559) 906-4191

Maria showed me numerous calls between her and Max which were made between her first call to 911 at 0308 hours and shots being fired by officers at 0439 hours. Below is a list of said calls.

- 3:38AM – incoming call from Max (2 minutes).
- 3:41AM – outgoing call to Max (45 seconds).
- 3:54AM – outgoing call to Max (43 seconds).
- 3:55AM – outgoing call to Max (48 seconds).
- 3:57AM – outgoing call to Max (27 seconds).
- 4:13AM – incoming call from Max (4 minutes).
- 4:18AM – missed call from Max.
- 4:28AM – incoming call from Max (2 minutes).

Maria also showed me four calls that were made to her boyfriend Matt from her phone while she was asleep. Said calls went unanswered. There were two calls made at 3:03AM and two more calls made one minute later at 3:04AM.

Lastly, Maria showed me the text message conversation with her boyfriend Matt. At 2:36AM, three messages were sent to Matt from Maria's phone while she was asleep. The three messages read as follows.

- "Come over now please."
- "I want you to fuck me."
- "My door is unlocked unlocked."

It is worth noting, these messages were preceded by a sexually explicit text message conversation between Maria and Matt. Also noteworthy, Matt did not reply to the three aforementioned messages until 9:21AM. Matt's reply read, "Bro… 10 missed calls from you and your ex. And he tried to pull up to my apartment?"

<u>END OF SUMMARY</u>

After interviewing Maria, I spoke with Marshall Hodgkins who is the attorney representing the officers involved in this case. Mr. Hodgkins informed me that Officer Ayers, Officer Crockett, and Officer Abraham would be available for interviews on 11/06/2023.

At approximately 1220 hours, Detective Moreno and I interviewed Officer Anthony Aguilar in the Homicide Unit interview room at Headquarters. The interview was audio and video recorded. Officer Aguilar was accompanied by his attorney, Marshall Hodgkins, during the interview. Prior to the interview, Officer Aguilar viewed video of the OIS incident that was recorded by his BWC. He viewed said BWC video in private with his attorney present. Detective Montoya read a Video Recording Admonishment to Officer Aguilar before he viewed his BWC video.

I also viewed Officer Aguilar's BWC video prior to the interview. In summary, the video depicts Officer Aguilar arriving outside 5555 N. Dante Ave. #124, less than two minutes before the OIS occurred. Officer Aguilar met with Officer Crockett outside the front door of unit #124 while Max Sosa was inside the apartment armed with kitchen shears. After about one minute, Officer Ayers repositioned himself outside the front door with Officer Crockett while Officer Aguilar spoke with Dispatch on the radio. Moments later, Max exited the apartment armed with kitchen shears and advanced towards Officer Crockett and Officer Ayers. Officer Aguilar deployed his ECD at Max which resulted in Max charging towards Officer Crockett and Officer Ayers. Multiple gunshots were fired as Max charged at the officers, and then Max fell to the ground.

**STATEMENT OF OFFICER ANTHONY AGUILAR JR.**

Officer Aguilar has been a sworn peace officer with the Fresno Police Department for about 3.5 years. He is currently assigned to the Patrol Division in the Northwest District, Watch-3. Officer Aguilar was detailed as 5C32 (Five Charles Thirty-Two) and was wearing a full police uniform when the OIS incident related to this case occurred. His assigned vehicle was unit #101216 which is a marked Fresno Police Department patrol vehicle.

At approximately 0300 hours, Officer Aguilar was at the Northwest District station when he heard Officer Equihua call for assistance over the radio. Officer Equihua broadcast information saying that he was almost run over by a suspect vehicle. Officer Aguilar could not recall the exact address that Officer Equihua was at, but he knew it was an apartment complex on Dante Ave.

Officer Aguilar left the Northwest District station and started driving to Officer Equihua's location. While responding to the incident, Officer Aguilar learned the suspect vehicle was a gray Tesla, the suspect/driver was named Max, and officers were pursuing the Tesla. The incident stemmed from a call-for-service regarding a welfare check of a male who was said to be intoxicated and suicidal.

Upon responding to the incident, Officer Aguilar was nowhere near the vehicle pursuit, so he responded to the address where the Tesla is registered to, at the direction of his supervisor. He was unable to recall the registered owner's address or the street name for the address. Officer Aguilar parked down the street from the registered owner's address and remained there in the event the suspect vehicle/Tesla showed

up, which it did not. He was accompanied by Officer Andrade, and they never saw the Tesla while parked by the registered owner's address.

After waiting near the registered owner's address for about 45 minutes, Officer Aguilar was relieved by another officer so he could use the restroom. Around this time, Officer Aguilar recalled hearing Officer Ayers make a radio broadcast advising that he was on the phone with the suspect who was making suicidal statements and threatening to take an officer's life.

Officer Aguilar then began driving back to the Northwest District station to take a restroom break, and while on his way, he heard an officer broadcasting that they spotted the suspect vehicle again, but they did not pursue it at the direction of the on-duty supervisor. Officer Aguilar then stopped and spoke with Officer Crockett who was parked at Dante & Bullard, near the Dante Apartments.

While talking to Officer Crockett, Officer Aguilar heard Officer Ayers on the radio requesting Code-3 assistance and advising that the suspect just arrived at his location. Officer Aguilar and Officer Crockett then responded to Officer Ayers' location at the Dante Apartments. Officer Aguilar entered the apartment complex via the south gate, and he thought Officer Crockett followed him in, but he did not.

Upon entering the apartment complex, Officer Aguilar drove around to the west side of the property and noticed the gray Tesla suspect vehicle in a parking stall. He noticed the vehicle was turned on, but it was unoccupied. It wasn't until this time that Officer Aguilar realized Officer Crockett was not with him.

Officer Aguilar then approached apartment #124, which is where Officer Ayers was requesting assistance. As he approached apartment #124, Officer Aguilar could hear yelling coming from inside and he noticed Officer Crockett standing outside the open front door. Officer Crockett had his handgun unholstered and he was pointing it inside the apartment.

Officer Aguilar stood near Officer Crockett at the open front door of apartment #124 and he peeked inside. He was able to see a Hispanic male suspect wearing glasses and yelling in the kitchen area. The suspect was armed with a pair of scissors that he was holding in his right hand. Officer Aguilar also saw Officer Abraham in the hallway and Officer Ayers in the living room. It seemed as though the suspect was primarily focused on Officer Ayers, so Officer Aguilar began talking to him to divert his attention, but the suspect did not want to talk to him.

At one point, the suspect walked further into the kitchen area where Officer Aguilar was unable to see him. The suspect then began banging on something, possibly a wall. Around this time, Officer Aguilar drew his department issued ECD (Electronic Control Device) for the purpose of having a less-lethal option readily available. Officer Aguilar stepped further back into the breezeway outside apartment

#124 and he broadcast information on the radio that the suspect was inside the apartment armed with scissors and he was not complying with officers' commands.

During the short time that Officer Aguilar stepped into the breezeway to broadcast information on the radio, Officer Ayers exited apartment #124 and positioned himself next to Officer Crockett outside the front door. The suspect was still inside the apartment armed with scissors and he made statements saying the police were going to have to shoot him.

About ten seconds later, Officer Ayers and Officer Crockett started taking steps backwards while ordering the suspect to not come any closer to them. The suspect did not obey their commands, and instead he proceeded to advance towards them while still armed with scissors in his hand. Officer Aguilar described the suspect as gripping around the handle portion of the scissors and the bladed portion was pointed downwards. Officer Ayers and Officer Crockett ordered the suspect to stop but he did not comply, and they continued walking backwards as the suspect approached them.

Officer Aguilar was behind Officer Ayers and Officer Crockett who were standing side-by-side as they were retreating backwards away from the suspect. As they moved backwards, they split apart just enough to allow Officer Aguilar room to deploy his ECD at the suspect, which he did. Officer Aguilar only had enough time to say "taser" one time before deploying his ECD. Upon Officer Aguilar Deploying his ECD, it struck the suspect, but it was ineffective, and it only seemed to agitate him. The ECD only seemed to make the suspect pause for about one second, and then he continued advancing towards the officers.

The suspect proceeded to advance quickly in the direction of Officer Crockett, Officer Ayers, and Officer Aguilar (who was behind them). The suspect was still armed with scissors in his hand, and he raised his weapon upwards as he approached the officers who were backing away from him. Officer Aguilar then recalled hearing 3-4 gunshots, and he believes Officer Ayers and Officer Crockett discharged their firearms at the suspect. The suspect immediately fell to the ground after being shot and he put up no further resistance.

Officer Aguilar confirmed that all officers on-scene were uninjured, and he then broadcast information on the radio about the OIS. Although the suspect was down on the ground, the scissors were still in his hand. Officer Aguilar put gloves on his hands, approached the suspect, removed the scissors from his possession, and tossed them aside. Officer Aguilar and assisting units then began rendering medical aid to the suspect which included administering CPR.

Officer Aguilar spoke about how small the breezeway area outside apartment #124 is, and his belief that officers could have bumped into each other allowing the suspect an opportunity to stab one of them. He deployed his ECD because he believed the suspect was going to stab one of his fellow officers. Officer

Aguilar estimated that less than five seconds elapsed from the suspect exiting apartment #124 and advancing towards officers, to the moment the suspect was shot by the police.

Officer Aguilar said he's had no prior contacts with the suspect in this case. He is generally familiar with the area surrounding the Dante Apartments, but he is not familiar with the apartment complex itself.

When asked if there was anything he wanted to tell me about that was not captured on video by his BWC, Officer Aguilar said there was not.
END OF STATEMENT

At approximately 1400 hours, Detective Moreno and I interviewed Officer Angel Equihua in the Homicide Unit interview room at Headquarters. The interview was audio and video recorded. Prior to the interview, Officer Equihua privately viewed videos of events recorded by his BWC that preceded the OIS incident. I provided Officer Equihua with a Video Recording Admonishment which he read and signed before viewing his BWC video.

I also viewed Officer Equihua's BWC video prior to the interview. In summary, the most pertinent video depicts Officer Equihua shining his flashlight at Max Sosa's Tesla as it is driving through the Dante Apartments parking lot at 0330 hours on 11/04/2023. Officer Equihua was standing near the taillamp on the driver side of Officer Ayers' patrol vehicle as he shined his flashlight at the Tesla. The driver of the Tesla then drove towards Officer Equihua and swerved the vehicle in his direction, almost striking him. Officer Equihua reacted by getting into his patrol vehicle and attempting to stop the Tesla, but he lost sight of it after a short pursuit.

**STATEMENT OF OFFICER ANGEL EQUIHUA**

Officer Equihua has been a sworn peace officer with the Fresno Police Department for about one year and one month. He is currently assigned to the Patrol Division in the Northwest District, Watch-3. Officer Equihua was detailed as 5G32 (Five George Thirty-Two) and was wearing a full police uniform when the OIS incident related to this case occurred. His assigned vehicle was unit #101135 which is a marked Fresno Police Department patrol vehicle.

Sometime after 0300 hours, Officer Equihua was near Shaw & West when he heard a call-for-service broadcast on the radio regarding the welfare check of a suicidal male with the last name Sosa. He was unable to recall the male's first name, but he remembered the reporting party's name was Maria. The location for the event was an apartment complex on Dante Avenue (unknown exact address).

Officer Equihua volunteered to respond, as did Officer Ayers and Officer Abraham. They arrived at the apartments on Dante Ave. together a short time later.

While responding to the location, further information was relayed by Dispatch indicating the suicidal male was leaving the location with a bottle of tequila and he was driving a gray Tesla. The male was said to be upset/suicidal because he discovered the reporting party was cheating on him.

Upon arriving at the Dante Apartments, Officer Equihua accompanied Officer Ayers and Officer Abraham while they contacted the reporting party at apartment #124. They confirmed the suicidal male had in fact left the apartment complex in his gray Tesla prior to their arrival. Officer Ayers acted as the contact-officer and spoke with Maria while Officer Equihua acted as a cover-officer and stood by the front door in case the suicidal male returned. Officer Equihua was not paying close attention to what the reporting party was saying, but he recalled her being concerned that the suicidal male might be going to her boyfriend's house.

After talking to the reporting party for some time, Officer Equihua, Officer Ayers, and Officer Abraham walked back to the area of their patrol vehicles that were parked west of apartment #124. Officer Ayers then sat in the driver seat of his vehicle that was parked in an uncovered stall facing east, while Officer Equihua and Officer Abraham stood on a nearby sidewalk researching department policy on their phones regarding the Tarasoff Statute.

After just a couple minutes of standing near their patrol vehicles, Officer Equihua noticed headlights from a Tesla approaching from east and south of his position. He told Officer Ayers and Officer Abraham that he believed the suicidal male had returned to the location in his vehicle.

Officer Equihua then stepped off the sidewalk and moved towards the rear driver side of Officer Ayers' patrol vehicle. At this moment, Officer Abraham was somewhere behind Officer Equihua, and he last saw Officer Ayers sitting in the driver seat of his vehicle. Officer Equihua positioned himself near the taillight on the driver side of Officer Ayers vehicle, and about half of his body was concealed by the rear quarter panel. The Tesla was initially approaching Officer Equihua at a normal rate of speed, and there was plenty of room in the roadway for it to pass by him unimpeded.

Officer Equihua shined his flashlight at the driver of the Tesla as it approached him, and he activated its strobe-light feature. The driver of the Tesla reacted by accelerating and swerving in the direction of Officer Equihua as he was standing at the rear end of Officer Ayers' patrol vehicle. Officer Equihua recalled hearing the tires on the Tesla screeching and he had to quickly move backwards to the driver door of Officer Ayers' vehicle to avoid being struck. Officer Equihua described feeling wind/breeze caused by the Tesla as it narrowly missed striking him. After almost being struck by the Tesla, Officer Equihua attempted to broadcast this information on the radio, but he was covered by assisting officers' radio traffic.

The driver of the Tesla stopped his vehicle about 20-30 feet beyond Officer Equihua's position and he yelled out his window, "You wanna play games?" He then made a U-turn and drove back past the officers from the way he had just come. Based on his actions, Officer Equihua was unsure what the driver was going to do next, so he unholstered his handgun and commanded him to stop his vehicle, which he did not. Instead, the driver drove away from the officers towards the southern entrance/exit gate.

Officer Equihua was able to see the driver of the Tesla as he drove by him after making the U-turn. He described the driver as being a male with a beard who was wearing glasses, and there were no passengers in the Tesla with him.

As soon as the Tesla drove out of their view, Officer Equihua and his assisting units got into their patrol vehicles and went looking for it. Officer Equihua found the Tesla stopped inside the apartment complex, and as he approached it from behind, he activated his vehicle's emergency lights and broadcast information about the driver attempting to run him over. – It is worth noting that Officer Equihua said he left the main gate of the apartment complex open when he first arrived there, which would have allowed the driver of the Tesla plenty of time to flee from the area before he caught up to him.

Once Officer Equihua activated his vehicle's emergency lights, the Tesla drove out of the apartment complex at a high rate of speed and proceeded north on Dante Ave. Officer Equihua pursued the Tesla but quickly lost sight of it somewhere near Polk Ave.

After a while, Officer Equihua spotted the same Tesla again near Dante & Roberts. He crossed paths with the Tesla as they were driving in opposite directions, and he saw the same male driver that was driving the Tesla inside the apartment complex. The driver smiled at Officer Equihua as he drove by him. Officer Equihua initiated another pursuit of the Tesla, but he soon lost sight of it again while other officers continued pursuing it.

Requests were then made for officers to wait in the area of the Dante Apartments and the address that the Tesla is registered to. Officer Equihua assisted with this by parking and waiting at Herndon & Milburn, which is near the registered owner's address. After some time, Officer Equihua drove into the registered owner's neighborhood and waited there with Officer Andrade.

While waiting in the neighborhood with Officer Andrade, Officer Equihua heard officers requesting Code-3 assistance at the Dante Apartments because the suicidal male arrived there armed with scissors. Officer Equihua started driving to the Dante Apartments to assist, but prior to his arrival, officers broadcast information on the radio about shots being fired.

When asked if there was anything he wanted to tell me about that was not captured on video by his BWC, Officer Equihua said there was not.

END OF STATEMENT

After interviewing Officer Equihua, I spoke with Detective Montoya who briefed me with information regarding the inventory/collection of the involved officers' ammunition, the walk-throughs of the crime scene he conducted with the involved officers and their attorney, his on-scene meeting with Deputy Coroner (DC) Jenny Strong, the removal of Max's body, and his final walk-through of the crime scene. Based on the inventory of the involved officers' ammunition, it was evident that Officer Ayers fired his weapon twice and Officer Crockett and Officer Abraham both fired once. All three involved officers discharged their department issued Glock G45 9mm handguns. The serial numbers for said handguns are BNLE987 (Ofc. Ayers), BNLE990 (Ofc. Crockett), and BNLE477 (Ofc. Abraham). The serial number for Officer Aguilar's ECD is X1300AF8D. – Refer to Detective Montoya's report for further details regarding his involvement in the investigation.

On the evening of 11/04/2023, I received audio files related to this case. The audio files consisted of 911 calls Maria Sosa made to Fresno Police Dispatch and radio traffic/communication between officers involved in this case and Dispatch. The audio files were emailed to me by Heather Hummel who is a Supervisor with Fresno Police Department's Communication Center (Dispatch). The following are summaries of said audio files which were recorded during the early morning hours of 11/04/2023.

**911 CALLS – MARIA SOSA**

At 03:08:25, Maria Sosa called Fresno Police Dispatch and the call lasted about 12 minutes. Maria was crying and she reported that her husband Max Sosa was intoxicated and suicidal. Maria provided a description of Max and his vehicle and advised that he just left her apartment with a bottle of tequila. She indicated the issues with Max stemmed from him learning she had been talking to another male, and Max said he wanted to kill the male and himself. About 7 minutes into the call, Maria told Dispatch that Max had just driven out of her apartment complex in his Tesla at a high rate of speed. She expressed concern that Max was going to confront her male friend who lives at the Villa Lucia Apartments. Maria remained on the phone with Dispatch until the police arrived at her apartment.

At 03:44:34, Maria Sosa called Fresno Police Dispatch again and the call lasted less than 3 minutes. Maria said she had just received a call from Max who told her he evaded the police, and he was making comments that he wanted to die. When asked if Max was armed with any weapons, Maria said he was not, but she expressed concern that Max might make it look like he was armed so the police would shoot him. Maria had no information pertaining to Max's current whereabouts.

**POLICE RADIO COMMUNICATION**

At 03:10:40, Fresno Police Dispatch broadcast a call-for-service at 5555 N. Dante Ave. regarding the report of a suicidal male (Maximiliano "Max" Sosa Jr.) at the location who was preparing to leave in a dark gray Tesla. Officer Ayers, Officer Abraham, and Officer Equihua volunteered to handle the call. About seven minutes later, prior to the officers arriving, Dispatch advised that Max left the location driving his Tesla at a high rate of speed.

At 03:30:59, Officer Abraham broadcast information that Max arrived at the Dante Apartments and he attempted to strike Officer Equihua with his vehicle. Officer Equihua also advised that Max tried running him over with his vehicle. Officers pursued Max's vehicle, but they quickly lost sight of it near Dante & Polk.

At 03:42:35, Officer Equihua spotted Max's Tesla near Dante & Roberts, and another pursuit was initiated. Assisting units pursued the vehicle to the area of Veterans & Riverside where they lost sight of the vehicle a second time.

At 03:47:58, Dispatch provided an update advising the reporting party (Maria Sosa) said she just spoke with Max on the phone, and he was intent on committing suicide-by-cop.

At 03:56:31, Officer Ayers advised that he just tried talking to Max on the phone, but he shouted obscenities at him and hung up on him.

At 03:58:59, Officer Crockett spotted Max's Tesla near Bullard & Dante, and another pursuit was initiated. The third/final pursuit ended when officers lost sight of Max's Tesla near Shaw & Marty, after it ran a red light and was said to have been driving approximately 80 mph. Sergeant Oliver instructed officers to no longer pursue Max's Tesla after they lost sight of it for a third time.

At approximately 04:10:00, Officer Ayers broadcast that he spoke with Max Sosa on the phone, and he threatened to kill himself or a police officer.

At 04:26:43, Officer Crockett advised that he spotted Max's Tesla southbound on Dante from Bullard, and he was not pursuing the vehicle. About six minutes later, Officer Crockett also advised that Max's Tesla was driving behind him, but it made a U-turn and proceeded south on Dante from Bullard.

At 04:35:22, Officer Ayers requested emergency radio traffic and Code-3 assistance at his location, 5555 N. Dante Ave. Officer Crockett broadcast that officers were contacting a suspect who was armed with scissors, and they had the suspect at gunpoint. Officer Aguilar also advised that the suspect was not cooperating, and he was telling the police he wanted them to shoot him. Moments later, Officer Aguilar broadcast that shots were fired, and the suspect was down.

<u>END OF SUMMARIES</u>

On 11/06/2023, Detective Moreno and I interviewed Officer Ayers, Officer Crockett, and Officer Abraham (in that order). The interviews were conducted in the Homicide Unit interview room at Fresno Police Headquarters.

Prior to their respective interviews, all three officers viewed video of the OIS incident that was recorded by their body-worn-cameras (BWC). They viewed said BWC videos in private with their attorney, Marshall Hodgkins. Prior to viewing the BWC videos, all three officers read and signed a Video Recording Admonishment.

I also viewed the video that was recorded by Officer Ayers', Officer Crockett's, and Officer Abraham's body-worn-cameras. The following are summaries of what the BWC videos depict.

**BODY-WORN-CAMERA (BWC) VIDEO – OFFICER JOHN AYERS**

Officer Ayers first contacted Maria Sosa at her apartment on 11/04/2023 at 0321 hours, and he was accompanied by Officer Abraham and Officer Equihua. Officer Ayers obtained preliminary information from Maria, and this initial contact only lasted about six minutes.

At 0355 hours, Officer Ayers recontacted Maria at her apartment, and she happened to be on the phone with Max Sosa when she answered the door. Maria handed Officer Ayers her phone and he spoke with Max who cursed at him and ultimately hung up on him.

Over the next 20 minutes, Officer Ayers spoke with Max on the phone three more times. The duration of all three calls was a total of about 10 minutes. Max seemed very upset, and Officer Ayers tried reasoning with him, but Max said he could not be helped or saved. Max told Officer Ayers that the police were not good at vehicle pursuits, and he admitted to trying to run over an officer earlier. Max also threatened that he was going to kill himself, kill the male Maria was having an affair with, or kill a police officer.

At 0412 hours, Officer Abraham arrived at Maria's apartment to assist Officer Ayers.

At 0435 hours, Officer Abraham opened the front door of Maria's apartment and Max Sosa walked inside armed with a pair of kitchen shears in his right hand. Officer Ayers stepped backwards into the living room (near Maria), and Officer Abraham backed up into the hallway. Over the next four minutes, Officer Ayers and Officer Abraham tried to calm Max down and get him to put down the kitchen shears, but Max refused to comply. Max exchanged words with the officers while pacing around the area between the living room and kitchen, near the front door.

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 12/13/2023 | SUPPLEMENTAL REPORT | 2311040123 |

Eventually, Officer Ayers repositioned himself outside the front door of Maria's apartment with Officer Crockett who had just arrived at the location. About 30 seconds later, Max Sosa walked out the front door of Maria's apartment while armed with kitchen shears in his right hand, and he began advancing towards Officer Ayers and Officer Crockett.

An ECD was deployed at Max as soon as he stepped outside the front door. Max reacted to the ECD deployment by charging towards Officer Ayers and Officer Crockett while still armed with the kitchen shears in his right hand. Officer Ayers discharged his handgun at Max at 0439 hours, as he came within just a few feet of him and Officer Crockett. Max fell to the ground and offered no more resistance after he was shot. – Approximately four seconds elapsed from Max exiting the apartment to the moment shots were fired.

**BODY-WORN-CAMERA (BWC) VIDEO – OFFICER BRANDON CROCKETT**

Officer Crockett arrived outside 5555 N. Dante Ave. #124, about two minutes before the OIS occurred. As he approached the open front door of unit #124, Max Sosa was standing inside the apartment armed with kitchen shears. After about two minutes, Officer Ayers repositioned himself outside the front door with Officer Crockett. Moments later, Max exited the apartment armed with kitchen shears in his right hand and advanced towards Officer Crockett and Officer Ayers.

An ECD was deployed at Max as soon as he stepped outside the front door. Max reacted to the ECD deployment by charging towards Officer Crockett and Officer Ayers while still armed with the kitchen shears in his right hand. Officer Crockett discharged his handgun at Max at 0439 hours, as he came within just a few feet of him and Officer Ayers. Max fell to the ground and offered no more resistance after he was shot. – Approximately four seconds elapsed from Max exiting the apartment to the moment shots were fired.

Officer Crockett ran to Officer Ayers' patrol vehicle immediately after the shooting and he retrieved a first-aid box from the trunk. Officer Crockett returned to Max with the first-aid box and assisted in rendering him with medical aid about one minute after the shots were fired.

**BODY-WORN-CAMERA (BWC) VIDEO – OFFICER JONATHAN ABRAHAM**

Officer Abraham arrived at Maria's apartment to assist Officer Ayers at 0412 hours. At 0435 hours, Officer Abraham opened the front door of Maria's apartment and Max Sosa walked inside armed with a pair of kitchen shears in his right hand.

Officer Abraham stepped backwards into the hallway, and Officer Ayers backed up into the living room (near Maria). Over the next four minutes, Officer Abraham and Officer Ayers tried to calm Max down and get him to put down the kitchen shears, but Max refused to comply. Max exchanged words with the officers while pacing around the area between the living room and kitchen, near the front door.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Ryan Rockwell | P1479 | Homicide | 11/04/2023 | Sgt. Chris Serrano #S180 | 12/14/2023 |

Eventually, Officer Ayers repositioned himself outside the front door of Maria's apartment with Officer Crockett who had just arrived at the location. About 30 seconds later, Max Sosa walked out the front door of Maria's apartment while armed with kitchen shears in his right hand, and he began advancing towards Officer Ayers and Officer Crockett.

An ECD was deployed at Max as soon as he stepped outside the front door. Max reacted to the ECD deployment by charging towards Officer Ayers and Officer Crockett while still armed with the kitchen shears in his right hand. Officer Abraham followed Max outside and discharged his handgun in the direction of Max's back at 0439 hours, as he came within just a few feet of Officer Ayers and Officer Crockett. Max fell to the ground and offered no more resistance after he was shot. – Approximately four seconds elapsed from Max exiting the apartment to the moment shots were fired.
END OF BWC VIDEO SUMMARIES

The following are summaries of the statements provided by Officer Ayers, Officer Crockett, and Officer Abraham. The interviews/statements were audio recorded. Marshall Hodgkins accompanied the officers during their interviews.

**STATEMENT OF OFFICER JOHN AYERS**
I contacted Officer John Ayers at 0948 hours and read him an admonishment advising him that he was going to be interviewed about this case. The admonishment also advised Officer Ayers that any statement he provided would be voluntary and no discipline would come to him for not talking to me. Officer Ayers agreed to provide a voluntary statement. He also confirmed that nobody pressured him into providing a statement and he had not spoken with anyone (other than his attorney) about this case.

Officer Ayers has been a sworn peace officer with the Fresno Police Department for about 1.5 years. He is currently assigned to the Patrol Division in the Northwest District, Watch-3. Officer Ayers was detailed as 5D31 (Five David Thirty-One) and was wearing a full police uniform when the OIS incident related to this case occurred. His assigned vehicle was unit #100762 which is a marked Fresno Police Department patrol vehicle.

Officer Ayers discharged his department issued 9mm Glock G45 handgun during the OIS incident. Said firearm is Officer Ayers' primary duty weapon and there have been no modifications made to it. Officer Ayers was issued this firearm approximately two years ago while he was attending the Police Academy.

On 11/04/2023 at approximately 0300-0345 hours, Officer Ayers responded to 5555 N. Dante Ave. #124 regarding the report of a suicidal male at the location named Max. Officer Abraham and Officer Equihua also responded to this location with Officer Ayers to assist him.

Upon their arrival, Officer Ayers spoke with the reporting party Maria who is Max's wife. Maria told officers that she was separated from Max, and he became angry when he found text messages on Maria's phone between her and another male. Max left Maria's apartment driving his gray Tesla - Model 3. Max told Maria that he was going to kill himself and the male Maria had been communicating with. Maria told Officer Ayers that Max did not physically assault her prior to leaving her apartment.

After talking to Maria, Officer Ayers turned off his BWC and returned to his patrol vehicle that was parked outside. Officer Abraham and Officer Equihua followed Officer Ayers outside. Officer Ayers then sat in the driver seat of his patrol vehicle and called his supervisor to provide him with an update about the information Maria told him.

While sitting in the driver seat of his patrol vehicle, Officer Ayers heard Officer Equihua say that Max had returned to the apartment complex in his Tesla. Officer Ayers then stuck his head out his open driver door and looked behind him, towards the back of his vehicle where Officer Equihua had moved to. He saw a gray Tesla drive by Officer Equihua at a high rate of speed, and the Tesla swerved in Officer Equihua's direction as it passed by him. Officer Abraham made a radio broadcast advising the Tesla had almost struck Officer Equihua.

After almost striking Officer Equihua, the driver of the Tesla stopped, made a U-turn, and then drove back past the officers from the way he had just come. The driver said something like, "Fuck you guys", as he drove past the officers.

Officer Ayers, Officer Abraham, and Officer Equihua all got into their patrol vehicles and initiated a pursuit of the Tesla. Officer Ayers said his vehicle was the last car involved in the pursuit, and he never actually saw the Tesla by the time he exited the apartment complex. The pursuing officers lost sight of the Tesla a short time later.

Officers located, pursued, and lost sight of the Tesla about 4-5 more times prior to the OIS occurring. Officer Ayers was not involved in the subsequent pursuits.

After a while, Officer Ayers decided to recontact the reporting party Maria because he was worried about her safety. He was concerned Max might return to her location because the subsequent pursuits were initiated after Max's Tesla was spotted in the area of Maria's apartment complex.

Upon recontacting Maria at her apartment, Officer Ayers spoke with Max on the phone several times. Some of the calls to Max were made using Officer Ayers' department issued cell phone, and some were on Maria's phone because Max continued to call her. Max shouted obscenities at Officer Ayers and hung up on him during some of these phone conversations. Also, during these phone calls, Max told Officer Ayers that there was nothing the police could do to help him, and he said either him, the male

Maria was having an affair with, or an officer was going to lose their life. Officer Ayers tried reasoning with Max and told him that he wanted to help him. Max told Officer Ayers that he tried to run over a police officer. Max also threatened that he was going to come looking for Officer Ayers and said he would never forget this night.

Officer Ayers estimated that he spent a total of about 15-20 minutes trying to reason with Max on the phone. Based on his conversations with Max, it was clear to Officer Ayers that Max did not want to hear the things he was saying to try and calm him down.

At the time, Officer Ayers was alone with Maria at her apartment, so he called Officer Abraham to assist him. Due to the fact Max had already tried to run over a police officer and he was evading the police in pursuits, Officer Ayers felt that Max had no regard for anyone's life, including his own. Officer Ayers was concerned that Max might show back up at Maria's apartment and he was afraid to be there alone without an assisting officer.

After about five minutes, Officer Abraham arrived at Maria's apartment to assist Officer Ayers. Before this, Officer Ayers said it felt like he was alone with Maria for a long time, which he estimated to be about 25-30 minutes.

While with Maria, Officer Ayers and Officer Abraham began obtaining further background information about Max. They asked questions about Max's mental health history and his criminal history. Maria told them that Max had no known mental health issues, and he had only been arrested one time in the past for being drunk & disorderly. Dispatch also checked Max's name and found nothing of concern. However, Maria did tell the officers that Max was intoxicated, and he left her residence with a bottle of vodka.

Around this time, Officer Ayers called Officer Crockett and requested he remain in the area of the apartment complex because he was concerned Max was going to show up there. A couple minutes later, Officer Crockett broadcast that he spotted the Tesla on Dante Ave. near the apartments, but he did not pursue the vehicle per the direction of the on-duty supervisor.

Officer Crockett then called Officer Ayers and advised him they should check the parking lot in the apartment complex because the entrance gate had been left open by officers, and he was unsure if the Tesla drove into the complex. Based on this information, they looked outside but did not see the Tesla.

Officer Ayers tried calling his supervisor, Sergeant Oliver, to provide him with updates but he received no answer. He was also unable to reach Sergeant Oliver on the radio. Officer Ayers said Sergeant Oliver tried calling him back about 15 minutes later, but he missed the call because the ringer on his phone was turned off.

Officer Ayers and Officer Abraham remained inside Maria's apartment with her. After some time, they heard what sounded like a car door closing outside the apartment. Officer Abraham opened the front door of the apartment, and Max walked in through the door while armed with scissors in his right hand. Officer Ayers immediately recognized Max because Maria showed him a photo of Max while he was talking to her.

Officer Ayers described the scissors in Max's hand as being a common pair of scissors with a black handle. He estimated the scissors were 6-8 inches in length. Max was holding the handle portion of the scissors in his right hand and the blade portion was exposed. At one point, Officer Ayers recalled Max was flicking the scissors open and closed while he held them in his hand. Max maintained possession of the scissors in his right hand from the moment he walked through the door until the moment he was shot by the police just minutes later.

As soon as Max entered the apartment armed with scissors, Officer Ayers, and Officer Abraham unholstered their handguns and pointed them at Max. Both officers backed away from Max. Officer Ayers stepped further back into the living room and Officer Abraham backed up into the hallway. Maria remained seated on a couch near Officer Ayers in the living room.

Officer Ayers described this moment as being the most scared he had ever been in his entire life, and he recalled that his entire body was shaking. He became emotional while explaining this. Officer Ayers said he was frightened because Max had already told him that he was going to come after him, he had made threats to kill a police officer, and he told him that he would never forget this night.

Officer Ayers was unable to remember everything that Max said while he was inside the apartment armed with scissors, but he did recall Max asking which officer he was talking to on the phone. Max also asked Officer Ayers and Officer Abraham if they had ever shot someone, and he told them they were about to.

Officer Ayers and Officer Abraham implored Max to let them help him, but he shouted obscenities at them and told them there was nothing they could do to help. They tried calming Max down by talking to him and asked him to put his scissors down multiple times, but he refused to comply. Officer Ayers said Max was pacing around near the front door, and at this time, he felt Max was not doing anything that warranted the use of lethal force.

Around this time, Officer Crockett arrived outside the front door of the apartment. Officer Ayers tried to encourage Max to talk to Officer Crockett since it was apparent that he was not listening to him.

Max then moved into the kitchen area, and he began slamming the handle of his scissors on a counter. While Max was in the kitchen, Officer Abraham motioned for Officer Ayers to exit the apartment, which he did. With the benefit of hindsight, Officer Ayers believes that Officer Abraham was actually motioning for Maria to exit the apartment, but she remained seated on the couch in the living room.

Officer Ayers exited the apartment and repositioned himself beside Officer Crockett just outside the front door. It wasn't until around this time that Officer Ayers realized that Officer Aguilar had also arrived outside the apartment and was standing behind them. At this time, Officer Abraham was still standing in the hallway inside the apartment.

Max noticed that Officer Ayers moved outside the apartment, and he asked him where he was going. Max also made a remark that he had no intention of harming Maria.

Max then proceeded to exit the front door of Maria's apartment with the scissors still in his right hand. Max walked quickly and advanced in the direction of Officer Ayers, Officer Crockett, and Officer Aguilar outside the apartment. Officer Ayers said he was afraid as this was occurring. The three officers walked backwards and retreated approximately 15 feet, and Max continued to advance towards them while armed with scissors. Officer Aguilar then deployed his ECD at Max, but it was ineffective, and it only seemed to anger him.

Upon being struck by the ECD, Max switched his focus to Officer Crockett, and he charged at him. Max quickly closed the distance between him and the officers and was able to get within about one foot of them while still armed with scissors in his hand. As Max closed the distance between him and the officers, Officer Ayers discharged his handgun one time at Max.

Officer Ayers thought he fired more than one time but based on the round count of his weapon (after the OIS) he believes he only shot once. He estimated that it took approximately 45 seconds from Max exiting the front door and charging at officers to the moment shots were fired.

Max immediately fell to the ground (face down) after being shot and he put up no more resistance. However, the scissors were still in Max's hand after he fell down.

Officer Aguilar broadcast information about the OIS and he then approached Max and removed the scissors from his hand. As this was occurring, Officer Crockett went to a patrol vehicle and grabbed a first-aid box. Officers began rendering medical aid to Max within about one minute of him being shot.

Officer Ayers said, based on Max's actions, he believed that Max did not want a peaceful resolution and he was intent on committing suicide-by-cop.

After the shots were fired, Officer Ayers checked on Maria who was still inside her apartment. He tried calming Maria down, while at the same time, he was trying to calm himself down. A short time later, Officer Ayers was contacted by a supervisor who relieved him of his duties on-scene.

As relates to other force options, Officer Ayers explained the only available options that were reasonable given the circumstances were a handgun and an ECD. However, Officer Ayers felt an ECD was not a practical option due to the risk of it being ineffective and Max's close proximity to him and other officers.

When asked if there was anything he wanted to tell me about that was not captured on video by his BWC, Officer Ayers said the only thing his camera did not capture were the emotions and fear he was feeling during the incident.

Before the OIS incident, Officer Ayers never had any contact with Max or Maria, and he had only handled a couple unrelated prior calls-for-service at their apartment complex.

**STATEMENT OF OFFICER BRANDON CROCKETT**

I contacted Officer Brandon Crockett at 1137 hours and read him an admonishment advising him that he was going to be interviewed about this case. The admonishment also advised Officer Crockett that any statement he provided would be voluntary and no discipline would come to him for not talking to me. Officer Crockett agreed to provide a voluntary statement. He also confirmed that nobody pressured him into providing a statement and he had not spoken with anyone (other than his attorney) about this case.

Officer Crockett has been a sworn peace officer with the Fresno Police Department for about 1.5 years. He is currently assigned to the Patrol Division in the Northwest District, Watch-3. Officer Crockett was detailed as 5D32 (Five David Thirty-Two) and was wearing a full police uniform when the OIS incident related to this case occurred. His assigned vehicle was unit #100733 which is a marked Fresno Police Department patrol vehicle.

Officer Crockett discharged his department issued 9mm Glock G45 handgun during the OIS incident. Said firearm is Officer Crockett's primary duty weapon and the only modifications made to it is the factory grip was replaced by a larger grip. Officer Crockett was issued this firearm approximately 1.5 years ago.

During the early morning hours of 11/04/2023, around 0230-0300 hours, Officer Crockett was returning to the Northwest District after assisting on a call-for-service in the Southeast District. He was driving in the area of Blackstone & Ashlan when he heard muffled radio traffic being broadcast by an officer, possibly Officer Equihua. Said radio traffic advised that a suspect had returned to the officer's location and tried to run the officer over with his vehicle.

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 12/13/2023 | SUPPLEMENTAL REPORT | 2311040123 |

Upon hearing the radio traffic, Officer Crockett initiated a Code-3 response to the officer's location, which was the Dante Apartments at 5555 N. Dante Ave. The suspect vehicle was described as a gray Tesla. Officer Crockett continued westbound on Ashlan Ave., and he heard further radio traffic indicating that officers lost sight of the Tesla. Officer Crockett later read a summary of the related call-for-service which stemmed from a suicidal subject leaving the Dante Apartments driving a Tesla.

Sergeant Oliver then instructed that two officers respond to the reporting party's address and two officers respond to the address the Tesla is registered to. Officer Crockett recalled the reporting party's name was Maria. Officer Crockett could not recall the address the Tesla is registered to, but it was located in the area of Milburn & Alluvial.

At the direction of Sergeant Oliver, Officer Crockett drove to the address the Tesla is registered to. Upon his arrival, Officer Crockett contacted Officer Aguilar and Officer Andrade who were parked near the registered owner's address. The Tesla was not at the location, and it did not appear that anyone was home.

While at the registered owner's address, Officer Crockett heard Officer Equihua on the radio broadcasting that he spotted the Tesla again. He could not recall exactly where Officer Equihua spotted the Tesla, but further updates advised that officers were pursuing the vehicle to the area of Veterans Blvd., which is under construction.

Officer Crockett drove to Veterans Blvd, and upon his arrival, he noticed a traffic barricade had been moved, as though a vehicle had collided into it. Another update on the radio indicated that the Tesla was last seen driving westbound from Veterans Blvd. Sergeant Oliver made another request on the radio for two officers to respond to the reporting party's address and two officers respond to the address the Tesla is registered to.

Officer Crockett left the area of Veterans Blvd. and drove to the area of Bullard & Figarden which is near the Dante Apartments. Upon arriving at Bullard & Figarden, Officer Crockett spotted a gray Tesla, but he was unable to see who was inside the vehicle. He got behind the Tesla and it started driving away from him at a high rate of speed. Officer Crockett activated his patrol vehicle's Code-3 equipment, and he chased after the Tesla.

The Tesla then turned south on Dante from Bullard and drove past other officer's vehicles who were parked/waiting by the Dante Apartments. These officers drove in front of Officer Crockett and pursued the Tesla to the area of Shaw & Marty where they lost sight of it again. After losing sight of the Tesla a third time, Sergeant Oliver instructed officers to no longer pursue it.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Ryan Rockwell | P1479 | Homicide | 11/04/2023 | Sgt. Chris Serrano #S180 | 12/14/2023 |

Officer Crockett recognized that the Tesla had been spotted near the Dante Apartments multiple times, so he decided to wait nearby at Dante & Roberts in case it returned again. At this time, Officer Ayers was with the reporting party Maria. Officer Ayers broadcast information on the radio advising that the male subject driving the Tesla (Max Sosa) called Maria and said he wanted to commit suicide-by-cop.

At one point, while parked at Dante & Roberts, Officer Crockett noticed the gray Tesla driving through a stop sign at Bullard & Dante at a high rate of speed with its headlights off. Officer Crockett did not pursue the Tesla, but he broadcast this information on the radio. Around this time, Officer Crockett drove to the Dante Apartments and closed the south entrance gate which was left open by officers. He decided to close the gate to prevent easy access into the apartment complex in the event the Tesla returned to the location again.

Officer Ayers later made a radio broadcast advising that Max may be charging his vehicle at a charging station, possibly at Herndon & Riverside. Officer Crockett then started driving to the charging station, and while on his way, he spotted the Tesla again at Bullard & Dante. Officer Crockett had already turned on to Bullard when he spotted the Tesla, and the Tesla turned south on to Dante. Officer Crockett had to drive a short distance and turn around a median before he was able to drive back to Dante Ave. where he last saw the Tesla.

Officer Crockett returned to the area of the Dante Apartments, but by the time he got there, he did not see the Tesla. He broadcast this information on the radio.

Officer Crockett then resumed his position at Dante & Roberts, and while parked there, the Tesla appeared again. This time, the Tesla stopped in front of Officer Crockett's patrol vehicle. Officer Crockett decided not to exit his vehicle because he was aware the driver of the Tesla had previously tried running over an officer. He also thought the driver might try and crash his vehicle into his patrol vehicle. Instead, Officer Crockett decided to drive his vehicle around and behind the Tesla, but as he did this, the Tesla made a U-turn and got behind Officer Crockett's vehicle as they were driving north on Dante approaching Bullard. The Tesla then turned around and drove away from Officer Crockett in the direction of the Dante Apartments, and Officer Crockett broadcast this information on the radio.

Officer Crockett turned his vehicle around and drove back towards the Dante Apartments where he last saw the Tesla driving. He estimated that he was about 5-10 seconds behind the Tesla, and by the time he got to the apartments, the Tesla was nowhere to be seen.

Upon arriving at the Dante Apartments, Officer Crockett noticed the south exit gate of the complex was closing. Officer Crockett relayed this information to Officer Ayers and Officer Abraham who were still at the apartment with the reporting party Maria. He told them they should check the parking lot in the complex for the Tesla because he was unsure if it made its way inside before he arrived there.

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 12/13/2023 | SUPPLEMENTAL REPORT | 2311040123 |

Officer Crockett then drove to the area of Bullard & Dante where he met with Officer Aguilar who had just arrived there. While talking to Officer Aguilar, Officer Crockett heard an officer's panicked voice on the radio. He was unsure which officer was on the radio, but they requested Code-3 assistance and advised the suspect just arrived at their location.

Both Officer Crockett and Officer Aguilar responded to the Dante Apartments to assist the officer who was requesting help. Officer Crockett initially had trouble opening the north gate, but he eventually got it open. During this time, Officer Aguilar separated from Officer Crockett and went to the south gate. Officer Crockett did not reconnect with Officer Aguilar until they located the officers at the reporting party Maria's apartment.

Upon opening the north gate, Officer Crockett ran into the complex, and he eventually found the apartment where the officers were located. As he approached the apartment, he noticed a dark colored sweater lying on the ground on some bark chips.

Officer Crockett approached the open front door of the apartment, and upon looking inside, he noticed a Hispanic male (Max Sosa) with a pair of scissors in his right hand. He described Max as having curly hair and he was wearing a pink/salmon colored shirt and jeans. Max's scissors were described as being a large common pair of scissors with silver-colored blades and possibly an orange-colored handle, approximately 6-8 inches in length.

Max was standing in the kitchen area, about 12-15 feet inside the apartment from the front door. He was holding the scissors in his right hand and was gripping around the middle portion of the scissors with the bladed end pointed downwards.

Officer Crockett unholstered his handgun and held it near his chest while standing just outside the front door of the apartment, and off-set to the left. He looked further into the apartment and noticed Officer Ayers to his left in the living room and Officer Abraham was across from him in the hallway. Both Officer Ayers and Officer Crockett had their handguns unholstered as well. Officer Crockett also noticed a female (Maria) sitting on a couch in the living room near Officer Ayers.

Officer Ayers and Officer Abraham tried talking to Max and told him to calm down and drop his scissors, but he refused. Officer Crockett made a radio broadcast advising that they were contacting a subject armed with scissors and they had him at gunpoint. Officer Ayers and Officer Abraham continued talking to Max, but he seemed upset, and he was making comments to Maria that Officer Crockett could not recall. The officers told Max to calm down, but he remained non-compliant, and he said something to the effect of, "I'm done, I'm done". Max also pointed his scissors in Maria's direction and said something about the struggles he had been dealing with.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Ryan Rockwell | P1479 | Homicide | 11/04/2023 | Sgt. Chris Serrano #S180 | 12/14/2023 |

About 20-30 seconds after Officer Crockett arrived at the apartment, Officer Aguilar walked up behind him. They both maintained a position outside the front door of the apartment. Officer Aguilar asked Officer Crockett if any officers had their ECD out, and he told him they did not. Officer Aguilar then unholstered his ECD. Officer Aguilar also tried talking to Max, but Officer Crockett could not recall what he said. All he remembered was Officer Aguilar tried to calm Max down, but he was unsuccessful.

Max then stepped further into the kitchen area out of Officer Crockett's view. Officer Crockett was able to partially see Max through the gap in the front door where the hinges are located. Through said gap, Officer Crockett was able to see Max pounding his scissors on a counter.

Around this time, Officer Ayers stepped out of the apartment and repositioned himself outside the front door with Officer Crockett and Officer Aguilar. Officer Abraham remained inside the hallway of the apartment while Max was in the kitchen area and Maria was in the living room. Officer Crockett then told Maria to exit the apartment, and she stood up from the couch. Max reacted by saying that Maria wasn't going anywhere, and he proceeded to walk to the front door of the apartment where Officer Crockett, Officer Ayers, and Officer Aguilar were standing.

Max exited the front door of the apartment and advanced towards the three officers outside while still armed with scissors in his right hand. The three officers backed up and retreated from Max as he continued to advance towards them in the breezeway outside the apartment.

Officer Aguilar reacted by deploying his ECD at Max from a distance of about 10-15 feet. The ECD appeared to momentarily cause Max some pain, but it did not incapacitate him. Immediately after the ECD was deployed, Max made a grunting noise and he charged towards the three officers with an angry look on his face. The officers continued to back up in the breezeway as Max was charging at them.

Officer Crockett felt Max's attention was focused on him after the ECD was deployed because he got closest to him before shots were fired. Officer Crockett described Max as being a big guy and said he was leaning forward while charging towards him. Max was able to charge forward faster than the officers were able to retreat backwards. Officer Crockett estimated that Max was able to get within a couple feet of him, and this is when he discharged one round from his firearm at Max. He also estimated that only 5-6 seconds elapsed from Max exiting the front door and advancing towards officers to the moment shots were fired.

Officer Crockett described feeling scared as Max charged at him after the ECD was ineffective. He believes he could have been hurt by Max if he did not shoot him and said there were no other reasonable force options available given the circumstances.

Max fell to the ground on his face/chest immediately after being shot. Officer Crockett then ran to Officer Ayers vehicle, retrieved a first-aid box, and then returned to Max to start rendering him with medical aid. Upon returning to Max, he noticed Officer Aguilar removing the scissors from Max's possession. Officer Crockett estimated that it took only about 20-30 seconds for officers to start rendering medical aid after he retrieved the first-aid equipment.

When asked if there was anything he wanted to tell me about that was not captured on video by his BWC, Officer Crockett told me there was not.

Prior to the OIS incident, Officer Crockett had no contacts with Max or Maria, nor had he handled any calls-for-service in their apartment complex.

**STATEMENT OF OFFICER JONATHAN ABRAHAM**

I contacted Officer Jonathan Abraham at 1327 hours and read him an admonishment advising him that he was going to be interviewed about this case. The admonishment also advised Officer Abraham that any statement he provided would be voluntary and no discipline would come to him for not talking to me. Officer Abraham agreed to provide a voluntary statement. He also confirmed that nobody pressured him into providing a statement and he had not spoken with anyone (other than his attorney) about this case.

Officer Abraham has been a sworn peace officer with the Fresno Police Department for a little more than one year. He is currently assigned to the Patrol Division in the Northwest District, Watch-3. Officer Abraham was detailed as 5F32 (Five Frank Thirty-Two) and was wearing a full police uniform when the OIS incident related to this case occurred. His assigned vehicle was unit #100824 which is a marked Fresno Police Department patrol vehicle.

Officer Abraham discharged his department issued 9mm Glock G45 handgun during the OIS incident. Said firearm is Officer Abraham's primary duty weapon and the only modifications made to it is a grip enhancement (grip tape). Officer Abraham was issued this firearm approximately 1.5 years ago while attending the Police Academy. It is worth noting that the magazines for Officer Abraham's handgun have a five-round extension.

Sometime during the last half of Officer Abraham's shift, on 11/04/2023, he responded to a call-for-service at the Dante Apartments near Dante & Bullard. The call was regarding the welfare check of a suicidal male named Max Sosa. The reporting party was Max's girlfriend, Maria Sosa. Maria reported that Max was making suicidal statements, and he was possibly drunk driving. Maria provided Max's identifying information and described his vehicle as a gray Tesla. The license plate for the Tesla was also provided, and Officer Abraham recalled the last three digits of the plate were 907.

Officer Abraham responded to the Dante Apartments to assist with handling said call-for-service. He was accompanied by Officer Ayers, who was the primary officer, and Officer Equihua. Upon their arrival, they spoke with Maria and learned that Max had left the location before they got there. Officer Ayers obtained preliminary information from Maria, who told them she was involved in a verbal disturbance with Max, and he left driving his Tesla after making suicidal statements.

After talking to Maria, the three officers walked outside to discuss how they were going to handle the incident. Officer Ayers sat in the driver seat of his patrol vehicle and made a phone call while Officer Abraham and Officer Equihua stood near his vehicle.

A short time later, Officer Abraham and Officer Equihua noticed a gray Tesla driving through the parking lot in the apartment complex. Officer Equihua walked towards the rear driver side of Officer Ayers vehicle as the Tesla drove closer to them, and Officer Abraham was standing about three yards behind him. The Tesla was moving at a high rate of speed, and it swerved in Officer Equihua's direction as it drove by him. Officer Abraham recalled hearing the tires on the Tesla screeching as it drove by Officer Equihua, and it came within inches of striking him.

The Tesla continued past Officer Equihua after almost striking him, and Officer Abraham noticed the rear plate on the vehicle matched the plate to Max's Tesla that was listed in the related call-for-service. The driver of the Tesla then made a U-turn and drove away in an eastern direction. Officer Abraham broadcast information on the radio advising the driver of the Tesla attempted to strike Officer Equihua with their vehicle, and he relayed information about the Tesla's direction of travel.

Officer Abraham then got into his patrol vehicle and drove out of the parking lot looking for the Tesla. Upon turning on to Dante Ave., Officer Abraham spotted the Tesla driving away northbound. He activated the Code-3 equipment on his patrol vehicle and pursued the Tesla but was unable to catch up to it. He quickly lost sight of the Tesla, somewhere near Polk Ave.

After losing sight of the Tesla, Officer Abraham canvassed the surrounding area looking for it. He heard officers on the radio saying they were responding to the address the Tesla is registered to, somewhere near Milburn & Alluvial. Officer Abraham drove to Alluvial Ave. and waited there for some time in case the Tesla showed up there, but it never did. During this time, Officer Abraham heard radio traffic regarding officers pursuing the Tesla again, but he did not get involved in the second pursuit.

After a while, Officer Abraham returned to the area of the Dante Apartments, and while there, he spotted the Tesla driving south on Dante from Bullard. Officer Abraham initiated a third pursuit of the Tesla, and he chased it to the area of Shaw & Marty where he lost sight of it again. The driver of the Tesla

drove through stop signs and red lights during this pursuit. After the third pursuit, Sergeant Oliver instructed officers to no longer pursue the Tesla.

Officer Abraham was then contacted by Officer Ayers who was at the Dante Apartments with the reporting party Maria Sosa. Officer Ayers requested that Officer Abraham respond to his location to assist him, which he did.

Upon arriving at Maria's apartment, Officer Abraham contacted Officer Ayers and they obtained further information from Maria. It wasn't until this time that Officer Abraham learned that Maria and Max have children in common.

While at the apartment, Officer Ayers spoke with Max on the phone. Officer Ayers tried reasoning with Max, and told him they could work things out, but Max continued yelling at Officer Ayers and talking over him. Officer Ayers tried to calm Max down during the phone calls, but he was unable to. Max then began threatening Officer Ayers on the phone, and he made a remark indicating that he (Max) was going to lose his life, or an officer was going to lose their life. Max also told Officer Ayers that he was going to come after him.

Officer Abraham also recalled that Maria was texting with a male named Damian who is a mutual friend of her and Max. Damian told Maria that he had been talking to Max on the phone.

After some time passed, Officer Abraham heard the sound of a car door closing outside Maria's apartment. Upon hearing this, he initially thought it was another officer arriving at the location. Officer Abraham then opened the front door of Maria's apartment and took one step outside. As soon as he opened the door, he was confronted by Max Sosa who was approaching him through the breezeway outside.

Officer Abraham estimated that Max was about 1-2 yards away from him when he opened the door. Max was armed with a pair of scissors in his right hand, and he made a stabbing motion with the scissors while pointing the bladed end downwards. Max stared into Officer Abraham's eyes as he approached him while armed with scissors and asked him, "Are you ready for this?"

Officer Abraham said he was surprised by the fact that Max showed up at the location because he has never handled a domestic violence incident in which the male showed up while the police were on-scene.

Max's scissors were described as having a black handle with a long-bladed portion, and they looked like kitchen shears. Max was gripping around the middle portion of the scissors with the handle sticking out

from the top of his hand and the blades sticking out from the bottom of his hand. Approximately 3-4 inches of the bladed portion was exposed on the bottom of Max's hand.

Max entered the apartment via the front door immediately after Officer Abraham opened it. Officer Abraham reacted by retreating backwards into the hallway and unholstering his handgun, while Max stood in the area between the kitchen and living room. Officer Abraham estimated that Max was only a couple of yards away from his position. Officer Ayers also unholstered his handgun while standing in the living room near Maria who was seated on the couch. Officer Abraham also estimated that Max was only a couple of yards away from Officer Ayers and Maria.

Officer Abraham recalled that his heart was beating fast at this moment and felt that he, Officer Ayers, and Maria were in danger. He was concerned that if Max decided to charge at one of them, he might kill them.

Max proceeded to pace around in the area between the kitchen and living room with scissors in his hand. Officer Abraham broadcast information about Max arriving at the location armed, and he requested a K9 Unit and citywide Code-3 assistance.

Officer Abraham tried reasoning with Max and told him they could talk things out, but Max said he did not want to talk. Max asked the officers if they had ever shot someone, and also asked which officer he previously spoke to on the phone. He also made a comment about the fact Maria had been cheating on him.

Eventually, Max walked further into the kitchen area, and at this time, Officer Abraham signaled with his left hand for Officer Ayers and Maria to exit the apartment. Officer Ayers then repositioned himself outside the apartment by the front door, but Maria remained in the living room.

Max told Officer Abraham that he too could exit the apartment, but he told Max that Maria had to go with him. Max responded by telling Officer Abraham that he was not going to hurt Maria because she is the mother of his children.

Around this time, Officer Abraham noticed that Officer Crockett and Officer Aguilar were standing outside the front door of the apartment with Officer Ayers. Officer Aguilar also tried talking to Max, and he spoke to him calmly, but Max was not listening to him. Officer Abraham also noticed that Officer Aguilar had unholstered his ECD, providing a less-lethal force option for the incident.

Max then walked from the kitchen area to the front door, and he exited the apartment armed with scissors while advancing towards the three officers outside. Officer Abraham told Max to stop but he did not listen.

Officer Abraham followed Max outside the apartment as he was advancing towards the three officers who were walking backwards and retreating from him. As Officer Abraham exited, he was approximately two yards behind Max, and Max was within about three yards of the three officers in front of him. Officer Aguilar then deployed his ECD at Max, which resulted in Max briefly wincing in pain, and then Max appeared to pull the ECD darts/wires from his body. Max then quickly charged at the three officers, and he got within arm's reach of them while still armed with scissors. Officer Abraham reacted by firing one shot at Max from behind in a southeastern direction.

Officer Abraham explained that Max was close enough to grab one of the officers' firearms when he shot him. He believes that if he did not shoot, Max would have stabbed and killed one of his fellow officers. Officer Abraham estimated that only 1-2 seconds elapsed from Max exiting the apartment and advancing towards officers to the moment the shooting occurred.

Max fell to the ground face first immediately after being shot. Although he was not moving after the shooting, Max still had the scissors in his hand. Officer Aguilar removed the scissors from Max's hand and tossed them aside. The officers then began rendering medical aid to Max which included CPR.

Officer Abraham said the only thing his BWC did not capture was him signaling with his hand for Officer Ayers and Maria to exit the apartment.

Before the OIS incident, Officer Abraham never had any contact with Max or Maria, and he had only handled a couple unrelated prior calls-for-service at their apartment complex.
END OF STATEMENT

Detective Moreno authored a search warrant for Max Sosa's Tesla - Model 3. The warrant was reviewed and signed by Judge D. Tyler Tharpe on 11/07/2023 at 0835 hours.

On the morning of 11/07/2023, at 1000 hours, Detective Moreno and I attended the autopsy of Max Sosa. The autopsy was performed by Forensic Pathologist, Dr. Thomas Bennett. Max Sosa's manner of death was ruled a homicide caused by multiple gunshot wounds. Detective Moreno documented the autopsy and CST Esquibel assisted by taking photos and collecting evidence. – Refer to the reports written by Detective Moreno and CST Esquibel for further details regarding the autopsy.

At approximately 1400 hours, Detective Moreno and I responded to Fortney Towing at 2501 N. Business Park Ave. and searched Max Sosa's Tesla. CST Murillo assisted us by taking photos and collecting evidence. The only item of evidentiary value collected during the search was a USB drive which was found inserted into a port in the glovebox. Said USB drive contained video recorded by the Tesla's camera system, specifically video depicting events related to this case. – Refer to Detective

Moreno's report for details regarding the search of the Tesla and a summary of the video stored on the Tesla's USB drive.

After searching the Tesla at Fortney Towing, Detective Moreno and I responded to the Sanger Cemetery at 568 S. Rainbow Route (Sanger, CA), to speak with Maria Sosa and release some of Max's property to her. We contacted Maria at the cemetery at approximately 1530 hours and I obtained further information from her before giving her Max's property which included his driver's license, debit card, and prescription glasses. The driver's license and debit card were found in a storage sleeve on the back of Max's cell phone and his glasses were found within the crime scene outside Maria's apartment.

**CONTINUED STATEMENT OF MARIA SOSA**

I showed Maria a photo of the scissors that Max was armed with. Maria told me the scissors in the photo resemble her scissors which are missing from the knife block in her kitchen. She also said the scissors in the photo look like the scissors that Max was armed with. – Below is the photo that I showed to Maria.



I asked Maria if she had spoken with her boyfriend Matt since the OIS incident, and she told me she had. I also asked her if Max actually contacted Matt on that day. Maria told me that Max never contacted Matt because he did not know his apartment number. All Max knew was that Matt lived in the Villa Lucia Apartments.

I further inquired about Damian who was briefly mentioned by Maria when I spoke to her at Headquarters, and also mentioned by Officer Abraham in his statement. Maria told me that Damian was Max's best friend, and he lives in Merced. Damian is also the owner of the Oak address and Max & Maria were renting his home. Maria said Damian was in communication with Max prior to the OIS occurring, and he messaged Maria telling her that Max was at a charging station. Maria provided this information to the officers who were with her at her apartment.

Maria allowed me to take a photo of said message from Damian that was sent to her at 4:24AM on 11/04/2023. The message advised Maria that Max was at a charging station, but no specific location was provided. Maria also allowed me to take a photo of Damian's contact information which displayed the name, Damian Rodriguez.

Lastly, I asked Maria if she knew anyone by the name of Cody. This name was brought to my attention by Detective Moreno who found communication on Max's phone between him and Cody shortly before the OIS occurred. Maria recognized Cody's name as being one of Max's friends from school, and she believes his last name is McDivitt. Maria had only met Cody once in the past and she had no contact information for him.

I concluded my contact with Maria by releasing Max's driver's license and debit card (Item 26) and his glasses (Item 27) to her. Maria signed a receipt confirming that she took possession of these items.
END OF STATEMENT

On 11/08/2023 at approximately 0830 hours, I called Max Sosa's friend, Damian Rodriguez. I received no answer and left a voice message requesting a call back. Damian returned my call at 0836 hours.

**STATEMENT OF DAMIAN RODRIGUEZ**

I informed Damian that his name came to my attention based on my conversations with Maria Sosa, and I learned he was in communication with Max Sosa on the morning of 11/04/2023. Damian said he was in communication with both Maria and Max on that morning and he agreed to provide me with a statement.

Max had been Damian's best friend since the 6th grade, and Damian met Maria when Max started dating her. Damian and his wife are the godparents of one of Max's and Maria's children.

During my conversation with Damian, he referred to the call log on his cell phone to assist in refreshing his memory regarding the exact times he communicated with Max and Maria on the morning of 11/04/2023. Damian said he was out-of-town and staying in Manteca when he communicated with Max and Maria that morning.

At 3:47AM, Damian received a call from Maria which lasted only one minute. Maria told Damian that Max was very upset, and he was driving under the influence. She asked Damian to call Max and talk to him. After briefly talking to Maria, Damian called Max, but he received no answer.

At 4:19AM, Max called Damian back and the call lasted three minutes. This was the only phone call between Damian and Max on the day the OIS occurred. During this call, Max told Damian that he evaded the police three times, and he mentioned calling a suicide hotline. Max said something to the effect that the person he spoke with on the hotline either hung up on him or gave up on him. Damian thought Max was driving so he told him to pull over, but Max told him he was at a charging station for his Tesla (unknown location). Damian told Max to stop what he was doing and talk to the police. Max responded by telling him he almost hit an officer with his vehicle, and he was not going to cooperate with the police. Max also said either him, the male Maria was having an affair with, or a police officer were going to lose their life.

Max provided Damian with no context about why he was feeling and acting this way. Damian tried calming Max down, but Max promptly ended the call by telling him he had to go, thanking him for everything, and telling him that he loved him.

Damian said he had never known Max to act this way and he was unaware of Max being suicidal in the past.

It wasn't until Damian woke up later in the morning that he noticed an unread text message sent to him by Max at 3:25AM. The text message read, "I found out she's still fucking him (sad emoji)".
END OF STATEMENT

At approximately 1200 hours, I met with Maria Sosa outside Fresno Police Headquarters and released some more of Max's property to her. I provided Maria with personal effects belonging to Max that were found in his Tesla during the warrant service and a watch and bracelet that were collected from his body during the autopsy. The items included a wallet, two sets of keys, two wedding bands, a bracelet, and an Apple Watch. Said items were booked under this case number as Items 47, 48, 52, and 53. Maria signed a receipt confirming that she received these items.

At 1300 hours, I responded to the California Department of Justice (DOJ) Bureau of Forensic Services (BFS) laboratory which is located on the California State University of Fresno campus. I delivered the

three involved officers' handguns and the four expended cartridge cases (from the crime scene) to the BFS laboratory for analysis. I specifically requested the firearms be tested for functionality and to verify which handgun each cartridge case was fired from. I delivered the firearms and expended cartridge cases to DOJ Crime Analyst, Nati Diaz.

At 1450 hours, I called Cody McDivitt who was in communication with Max shortly before the OIS occurred. Detective Moreno found a brief call and a couple text messages sent to Max by Cody when he inspected Max's cell phone.

**STATEMENT OF CODY MCDIVITT**

Cody lives at 6073 N. McCaffrey Ave., which is located not far from the Dante Apartments. During the early morning hours of 11/04/2023, Cody was sleeping inside his residence with his windows open when he heard police sirens nearby. He then turned on his police scanner and heard the name Maximiliano Sosa, who he recognized as a friend from high school. Cody said he had not spoken with Max in about 1.5 years.

Cody then called Max, and when Max answered, he said he was just involved in a wild police chase. Cody told Max that he was aware of this because he was listening to his police scanner. Max provided no context or information regarding why he was being chased by the police. Within less than one minute, Max told Cody that he had to go because his friend Damian was calling him, and he ended the call. Cody said Max sounded normal during the phone call, and he did not seem to be intoxicated.

Cody mentioned hearing something on the police scanner about Max wanting to commit suicide-by-cop. Cody has never known Max to be suicidal, and he always seemed like a happy person.

After briefly talking to Max on the phone, Cody tried calling Max's sister, but he received no answer. He also texted Max a couple times encouraging him to pull over and to be safe.

Cody said he was very surprised about what happened to Max.
END OF STATEMENT

On 11/09/2023 at 0900 hours, I met with Detective Hance at Fortney Towing, and he downloaded data from the Event Data Recorder (EDR) in Max's Tesla pursuant to the warrant that was signed by Judge Tharpe two days prior. Detective Hance later provided me with a copy of the EDR report which is attached to this case.

On 11/26/2023, I received a report from Central Valley Toxicology (CVT) documenting the analysis of a blood sample obtained from Max Sosa's body during his autopsy. The CVT report showed that Max's

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 12/13/2023 | SUPPLEMENTAL REPORT | 2311040123 |

Blood Ethyl Alcohol level was 0.09%. No drugs were detected in the blood sample according to the CVT report.

On 12/12/2023, I received a report from Sergeant Hoagland which documents data that was downloaded from Officer Aguilar's ECD. Sergeant Hoagland advised that the ECD was downloaded by Officer Padilla. A copy of the ECD report is attached to this case.

It is worth noting that Max Sosa's cell phone was searched and documented by Detective Moreno. Also, Detective Moreno documented video that was recorded by cameras at the entrance gates of the Dante Apartments, and cameras at 5555 N. Dante Ave. #224. The video from 5555 N. Dante Ave. #224 depicts an overhead perspective of Max Sosa attempting to strike Officer Equihua with his vehicle. – Refer to Detective Moreno's report for details regarding the search of Max's phone and a summary of the video from the two above noted locations.

**CONCLUSIONS & DEDUCTIONS**

During the early morning hours of 11/04/2023, Maximiliano "Max" Sosa Jr. found sexually explicit text messages on his wife Maria Sosa's cell phone. Said text messages were between Maria and another male. Max became angry upon discovering the text messages and he told Maria that he was going to kill himself and kill the male she was having an affair with.

Maria called the police at 0308 hours and reported the suicidal/homicidal statements that Max was making. Officer Ayers, Officer Abraham, and Officer Equihua responded to Maria's apartment at 5555 N. Dante Ave. #124, but by the time they arrived, Max had already left the location in his gray Tesla - Model 3.

At 0330 hours, Max returned to Maria's apartment complex, and drove his Tesla towards Officer Equihua who was standing in the parking lot. Max swerved his Tesla in the direction of Officer Equihua who had to quickly move backwards to avoid being struck by the vehicle.

Officers attempted to stop Max, but he fled from the area at a high rate of speed in his Tesla. Officers pursued Max's Tesla but lost sight of it after a short distance. Over the next hour, officers spotted Max's Tesla two more times and initiated two more pursuits of the vehicle. Max was able to successfully evade the police both times.

At 0344 hours, Maria called the police again and advised that she had just received a call from Max who told her he evaded the police. Also, Maria expressed concern that Max was intent on committing suicide-by-cop.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Ryan Rockwell | P1479 | Homicide | 11/04/2023 | Sgt. Chris Serrano #S180 | 12/14/2023 |

At 0356 hours, Officer Ayers and Officer Abraham recontacted Maria at her apartment and obtained further information from her. While with Maria, Officer Ayers spoke to Max on the phone multiple times. Officer Ayers tried reasoning with Max, but he said there was nothing the police could do to help him. Max told Officer Ayers that he was intent on killing an officer, the male Maria was having an affair with, or himself. Max also referred to the fact that he tried to run over an officer (Officer Equihua) with his Tesla earlier.

At 0435 hours, Max Sosa returned to Maria's apartment and entered the residence while armed with a pair of kitchen shears. Max confronted Officer Ayers and Officer Abraham inside the apartment. Officer Ayers and Officer Abraham tried to calm Max down and get him to put down the kitchen shears, but Max refused to comply. A couple minutes later, Officer Crockett and Officer Aguilar arrived at the front door of Maria's apartment. Officer Ayers repositioned himself outside the front door with them.

At 0439 hours, Max walked out the front door of Maria’s apartment while armed with kitchen shears in his right hand, and he began advancing towards Officer Crockett and Officer Ayers. Officer Aguilar deployed his ECD at Max as soon as he stepped outside the front door. Max reacted to the ECD deployment by charging towards Officer Crockett and Officer Ayers while still armed with the kitchen shears in his right hand. Multiple shots were fired at Max as he came within just a few feet of Officer Crockett and Officer Ayers.

Max fell to the ground and offered no more resistance after he was shot. He was pronounced deceased on-scene by EMS at 0458 hours.

Approximately four seconds elapsed from Max exiting the apartment to the moment shots were fired. A total of four shots were fired by three officers. Officer Ayers fired twice, and both Officer Crockett and Officer Abraham fired once.

Officer Ayers and Officer Crockett both reasonably feared that their lives were in danger by Max Sosa who was armed and approaching them after an ECD was deployed at him. Officer Abraham also reasonably feared that his fellow officers’ lives were in danger as they were being approached by Max Sosa who was armed. All three officers resorted to using deadly force by discharging their firearms at Max Sosa after they had no other means to safely deescalate the rapidly evolving situation.

Based on the statements and evidence obtained during the investigation of this case, I am of the opinion that the lethal force utilized by Officer Ayers, Officer Crockett, and Officer Abraham was reasonable and necessary in response to the imminent danger that Max Sosa posed to them.

Maximiliano "Max" Sosa Jr. committed three felony violations of California Penal Code 664/187(a) by attempting to strike Officer Equihua with his vehicle and by attempting to assault Officer Crockett and Officer Ayers with kitchen shears.

**DISPOSITIONAL INFORMATION**

Audio recordings of the interviews documented in this report, the related 911 calls, and the related police radio communication are attached.

Data imaged from the decedent's cell phone is attached.

Data obtained from the decedent's Tesla - Model 3 and data obtained from Tesla Inc. pursuant to a search warrant is attached. A copy of said search warrant is also attached.

Copies of the admonishments mentioned in this report are attached.

Photos taken of Maria Sosa's phone during this investigation are attached.

The photo of the kitchen shears shown to Maria Sosa is attached.

The report documenting the download of Officer Aguilar's ECD is attached.

The related American Ambulance EMS Run Sheet is attached.

The related Central Valley Toxicology (CVT) report is attached.

Receipts documenting the release of Max Sosa's property to Maria Sosa are attached.

Refer to the related reports written by assisting detectives, officers, and CSI personnel for further details.

As of this report being submitted on 12/13/2023, DOJ-BFS analysis of the involved officers' firearms and ballistic evidence collected from the crime scene is pending. – The related DOJ-BFS submission form and case summary is attached.

| DATE 11/04/2023 | FRESNO POLICE DEPARTMENT SUPPLEMENTAL REPORT | CASE NUMBER 2311040123 |
|---|---|---|

| Crime | Victim | Location of Occurrence | Date |
|---|---|---|---|
| PC 245(c) ADW | Fresno Police Officers | 5555 N. Dante Ave #124 | 11/04/2023 |
| **Cleared by:** (explain exceptional circumstances) | | | |

## SUSPECT INFORMATION

Refer to the original report.

## ADDITIONAL WITNESSES & REPORTING PARTIES

Refer to the original report.

## VEHICLES

Refer to the original report.

# NARRATIVE

**INVESTIGATIVE PERSONNEL:**
SVB – Homicide Detective R. Montoya #P984

**SOURCE OF ACTIVITY:**
On Saturday, November 4th, 2023, at approximately 5:11 a.m., I was off duty, assigned to the Street Violence Bureau – Homicide Unit, when I was called at home by Unit Supervisor Sergeant C. Serrano #S180 regarding an Officer involved shooting at 5555 N. Dante Ave, in the City and County of Fresno and the State of California. I responded from home and arrived at the scene at approximately 6:15 a.m.

**INVESTIGATION:**
When I arrived at the scene, I saw that the location of occurrence was a large, multi-unit, two-story apartment complex on the west side of North Dante Ave. Uniform personnel had already cordoned off the entrances with yellow crime scene tape and utilized their marked Fresno Police Department patrol vehicles to redirect vehicular traffic and pedestrians. I proceeded to the crime scene in the rear of the complex but first checked in with Officer B. Urbina #P2244 at 6:18 a.m., who controlled the crime scene log. I then met with the rest of the Homicide Unit in preparation for the on-scene briefing. Night Detective D. Mendez #P2026 provided the following summarized briefing:

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. R. Montoya | P984 | Homicide | 11/04/2023 | Sgt. S. Serrano S180 | 11/05/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

**ON SCENE BRIEFING:**

Detective Mendez explained to us that Officers from the Northwest Policing District were dispatched to 5555 N. Dante Ave #124 to check the welfare of a suicidal male, Maximilliano Sosa, DOB 05/20/1990. Mr. Sosa became involved in an argument with his estranged wife and made suicidal comments to her. He was last seen leaving in his gray Tesla, Cal. Plate #9DWR807.

When the officers arrived at the apartment, Mr. Sosa tried hitting one of the officers with his vehicle. A pursuit ensued, and officers were unable to locate Sosa. Officers went back to the apartment and contacted the estranged wife.

While the officers talked with the estranged wife, Sosa returned holding scissors. Sosa charged the officers with scissors, and they shot him. Officers provided immediate first aid to Sosa until EMS arrived. Unfortunately, Sosa succumbed to his injuries and was pronounced deceased by Paramedic N. Espinosa #A1654P at 4:58 a.m.

Detective Mendez provided us with the names of the Officers involved, along with the Officer who fired his taser. Names of the officers will be detailed in the administrative duties/gun exchange portion of this report. Refer to Detective Mendez and Rockwell's reports for further details.

**CRIME SCENE WALKTHROUGH:**

Detective Mendez showed us where Mr. Sosa's vehicle was parked. It was in the handy-cap parking stall at the west end of the walkway south of the crime scene. The crime scene was in the breezeway area of the primary apartment: two ground-level apartments and two on the second floor. A cement staircase was on the left side of the breezeway. The gunfire struck no structures or vehicles.

The decedent was lying on his back in the middle of the breezeway. Medical trauma equipment was situated around the decedent and attached to him. There were three expended shell casings on the right side of the decedent and one under the staircase. Refer to Detective Mendez and Rockwell's reports for further details.

**INVESTIGATION CONTINUED:**

At 7:56 a.m., I facilitated the officer's gun exchange and round count at the Wellness Center at 1617 S. Cedar Ave. The term "Gun Out" will refer to the officer's firearm collected by CSI. The term "Gun In" will refer to the officer's newly assigned firearm:

**ADMINISTRATIVE DUTIES / GUN EXCHANGE / ROUND COUNT:**

**Officer Jonathan Abraham #P2122:**

**GUN OUT:**

Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BMYN080.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. R. Montoya | P984 | Homicide | 11/04/2023 | Sgt. S. Serrano S180 | 11/05/2023 |

- 17 Round Glock Magazine with 5 Round Extension: 21 + 1 live round inside the firearm.
- 17 Round Glock Magazine with 5 Round Extension: 22 live rounds in vest carrier.
- 17 Round Glock Magazine with 5 Round Extension: 22 live rounds in vest carrier.
- 17 Round Glock Magazine on his duty belt with 17 live rounds.
- 30 Round rifle magazine on his duty belt with 28 live .223 rounds

**GUN IN:**
Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BNLE477.

- Three 17-round Glock Magazines with 52 live rounds.

**Officer John Ayers #P2101:**
**GUN OUT:**
Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BNLE987.

- 17 Round Glock Magazine: 15 +1 live rounds inside the firearm.
- 17 Round Glock Magazine with 17 live rounds in vest carrier.
- 17 Round Glock Magazine with 17 live rounds in vest carrier.

**GUN IN:**
Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BWME987.

- Three 17-round Glock Magazines with 52 live rounds.

**Officer Brandon Crockett #P2102:**
**GUN OUT:**
Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BNLE990.

- 17 Round Glock Magazine: 16 + 1 live rounds inside firearm.
- 17 Round Glock Magazine with 5 Round Extension: 21 live rounds in vest carrier.
- 17 Round Glock Magazine with 5 Round Extension: 22 live rounds in vest carrier.

**GUN IN:**
Glock 45, .9mm with a Stream light TLR-7A attached to the bottom frame, serial #BNLE590.

- Three 17-round Glock Magazines with 52 live rounds.

**Officer Anthony Aguilar #P2012:**

- Electronic Control Device (ECD), serial #X1300AF8D. One cartridge was deployed.

**OFFICER'S CRIME SCENE WALKTHROUGH:**
At approximately 9:45 a.m., I met with the officers and their legal representative, Marshall Hodgkins, back at the crime scene to conduct a walkthrough:

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

I then met with Officer John Ayers in the presence of his legal representative. It was previously discussed and agreed that Officer Ayers would conduct a walkthrough. I told Officer Ayers the purpose of the crime scene walkthrough was to identify the area he stood when he discharged his duty firearm and the direction of fire. I escorted Officer Ayers to the area of the breezeway.

Officer Ayers led me to the breezeway area at 5555 N. Dante #124. He told me he was standing next to the cement stairway when he discharged his firearm in a northwest direction. I then escorted him and Attorney Hodgkins out of the crime scene.

I then met with Officer Brandon Crockett in the presence of his legal representative. It was previously discussed and agreed that Officer Crockett would conduct a walkthrough. I told Officer Crockett the purpose of the crime scene walkthrough was to identify the area where he stood when he discharged his duty firearm and the direction of fire. I escorted Officer Crockett to the area of the breezeway.

Officer Crockett led me to the breezeway area at 5555 N. Dante #124. He told me he was standing next to the rock wall on the right side of the breezeway when he discharged his firearm in a north direction. I then escorted him and Attorney Hodgkins out of the crime scene.

I then met with Officer Jonathon Abraham in the presence of his legal representative. It was previously discussed and agreed that Officer Abraham would conduct a walkthrough. I told Officer Abraham the purpose of the crime scene walkthrough was to identify the area where he stood when he discharged his duty firearm and the direction of fire. I escorted Officer Abraham to the area of the breezeway.

Officer Abraham led me to the breezeway area at 5555 N. Dante #124. He told me he was standing next to the doorway of #124 and discharged his firearm toward the rock wall on the right side of the breezeway in an east direction. I then escorted him and Attorney Hodgkins out of the crime scene.

I then met with Officer Anthony Aguilar in the presence of his legal representative. It was previously discussed and agreed that Officer Aguilar would conduct a walkthrough. I told Officer Aguilar the purpose of the crime scene walkthrough was to identify the area where he stood when he discharged his taser and the direction of fire. I escorted Officer Aguilar to the area of the breezeway.

Officer Aguilar led me to the breezeway area at 5555 N. Dante #124. He told me he was standing at the base of the stairway and discharged his taser in a northwest direction. I then escorted him and Attorney Hodgkins out of the crime scene.

**INVESTIGATION CONTINUED:**

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. R. Montoya | P984 | Homicide | 11/04/2023 | Sgt. S. Serrano S180 | 11/05/2023 |

| DATE | FRESNO POLICE DEPARTMENT SUPPLEMENTAL REPORT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | | 2311040123 |

At approximately 10:32 a.m., I returned to Police Headquarters and set up Officer Aguilar's body-worn camera video on a laptop so he could review it with his legal representative. I then read him the video recording admonishment and provided Detective Rockwell with a copy.

At approximately 12:41 p.m., I met the coroner at the crime scene. Deputy Coroner J. Strong #11818 and Deputy Coroner M. Ochoa #11713 processed and documented the decedent and his property. In his right front pocket was a black with blue rear cover Apple iPhone. Attached to the rear case were his CDL, EECU Debit Card, and Tesla key. The key remained with the vehicle.

The removal service arrived and secured the decedent inside a white body bag and secured it with lock #055470. The removal service and Coroner departed the scene at 1:40 p.m.

At 1:45 p.m., I did a final walkthrough of the crime scene with night detectives and CSI. I departed the crime scene at 2:02 p.m.

**CONCLUSIONS & DEDUCTIONS:**
I assisted with this Officer-involved shooting by facilitating the gun exchange/round count, body-worn, camera video review, and the removal of the decedent from the crime scene.

**DISPOSITIONAL INFORMATION:**
I provided Detective Rockwell with a copy of the Video Admonishment form.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. R. Montoya | P984 | Homicide | 11/04/2023 | Sgt. S. Serrano S180 | 11/05/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

| Crime | Victim | Location of Occurrence | Date |
|---|---|---|---|
| PC 245(c) | Officer Angel Equihua #2174 | 5555 N Dante Avenue | 11/04/2023 |
| **Cleared by:** | | | |

**SUSPECT INFORMATION**

1. **MAXIMILIANO SOSA, 05/20/1990, 5552 W. Oak Ave, Fresno, CA 93722, (559) 284-7984, CDL: E2087363, HMA, 5-11, 230, Black, Brown, Social Security: 607-387-6328**

# NARRATIVE

**INVESTIGATIVE PERSONNEL**

Sgt. Chris Serrano #S180
Sgt. Conrado Martin #S228
Detective Martin Moreno #1609
Detective Ryan Rockwell #1479
Detective Rudy Montoya #984
Detective Antonio Nieto #1910
Detective Katherine Gregory #1814
Detective Dominik Mendez #2026
Detective Naomi Gonzalez #1819
Crime Scene Technician (CST) F. Esquibel #ID119
Crime Scene Technician (CST) C. Murillo #ID109

**SOURCE OF ACTIVITY**

On 11/04/23 at 0514 hours, I was off-duty and assigned to the Street Violence Bureau Homicide Unit. Homicide Sergeant Chris Serrano contacted me via telephone. Sgt. Serrano advised of an officer-involved shooting that occurred at 5555 N. Dante Avenue. I responded to initiate an investigation.

**INVESTIGATION**

Upon arrival, I was checked into the crime scene with Officer Urbina #2244 at 0629 hours. I met with Sgt. Serrano, Sgt. Martin, Detectives Rockwell, Nieto, Montoya, Mendez, and Gregory for a briefing on what had occurred. Refer to Detective Rockwell's report regarding the briefing.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

Additionally, I participated in a walk-through of the crime scene with the investigators mentioned above. I exited the scene at 0820 hours with Officer Robertson #2249. I re-entered the crime scene at 0826 hours and then again left the scene at 0835 hours with Officer Robertson.

I assisted Detective Rockwell with several witness interviews, involved officer interviews, and reviewed video surveillance. I assisted Detective Rockwell with reviewing Maximiliano Sosa's iPhone.

On 11/04/2023 at about 1700 hours, I was advised that Detective Naomi Gonzalez downloaded video surveillance from the south main entry gate. These surveillance cameras captured the exit and entrance. I began to review surveillance footage from Dante Apartments.

**5555 N. Dante Avenue (Dante Apartments)**

**South Main Gate**

**CHANNEL 17**

This camera faces in a westerly direction toward the west side of the vehicle gate. Channel 17 is labeled Exit Main Gate. Detective Gonzalez captured a time stamp for comparison to real-time. The camera was time stamped 11-04-2023 Sat. 11:06:15. The time stamp used showed Saturday, November 4, 2023, 11:05:53 AM.

On 11/04/20203 at 0203 hours, a gray Tesla arrived in the apartment complex and was seen exiting at 0316 hours. At 0318 hours, three Fresno PD marked vehicles arrive in the apartment complex. At 0330 hours, the gray Tesla arrived at the apartment complex and exited at 0332 hours. At 0332 hours, two Fresno PD-marked vehicles left the apartment complex. A glare of code-3 lights was observed from a block wall. At 0341 hours, the Tesla arrived at the apartment complex with its hazard lights. At 0354 hours, Fresno PD marked vehicles arrived at the complex. At 0359 hours, a Fresno PD-marked vehicle arrived at the complex and was observed leaving the complex. Code-3 lights are observed reflecting off a block wall. At 0410 hours, a Fresno PD marked patrol vehicle arrived at the apartment complex. At 0434 hours, the gray Tesla arrived at the apartment complex. At 0437 hours, a Fresno PD-marked vehicle arrived at the apartment complex. At 0440 hours, additional Fresno PD-marked vehicles arrived at the apartment complex.

**CHANNEL 20**

This camera faces easterly toward the east side of the vehicle gate, including Dante Ave. Channel 20 is labeled Entrance Main Gate. Detective Gonzalez captured a time stamp for comparison to real-time. The camera was time stamped 11-04-2023 Sat. 11:06:15. The time stamp used showed Saturday, November 4, 2023, 11:05:53 AM.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

On 11/04/2023 at 0203 hours, a gray Tesla entered the apartment complex. At 0316, the Tesla exited the apartment complex and turned north on Dante Ave. At 0317 hours, Fresno PD marked vehicles arrived at the apartment complex. At 0330 hours, the gray Tesla was observed returning from southbound Dante Ave and then entered the apartment complex.

At 0332 hours, the gray Tesla exited the north side of the open gate, stopped at a posted stop sign before entering Dante Ave, and then left northbound Dante Ave when a Fresno PD-marked vehicle was observed exiting the open entrance.

At 0341 hours, the gray Tesla returned through the open gate. At 0349 hours, Fresno PD marked vehicles arrived on Dante Ave and parked in front of the Dante apartments on the east side of the road facing northbound. At 0351 hours, a Fresno PD-marked parked on the west side of Dante Ave just south of the Dante apartments and faced in a southbound direction. At 0354 hours, the Fresno PD marked vehicle parked south of the Dante Apartments entered the complex. At 0355 hours, a Fresno PD-marked vehicle arrived on Dante Ave just north of the Dante apartments on the west side of Dante Ave just north of the apartment complex facing southbound.

At 0359 hours, a Fresno PD-marked vehicle entered the Dante apartments; the two Fresno PD-marked vehicles that were parked on Dante Ave made a U-turn and went north on Dante Ave. At this same time, a Fresno PD-marked vehicle exited the Dante Apartments. A gray car, which appeared to be a gray Tesla, was southbound on Dante Ave at a high rate of speed and being pursued by several Fresno PD-marked vehicles. From 0403 to 0409 hours, Fresno PD marked vehicles are observed canvassing the Dante Apartments.

At 0410 hours, a Fresno PD-marked vehicle entered the apartment complex. At 0422 hours, a Fresno PD officer approached the gate and closed it. At 0427 hours, a Fresno PD marked vehicle parked next to the lock box to enter the apartment complex and then left. From 0430 to 0431 hours, Fresno PD vehicles were driving in the area on Dante Ave.

At 0434 hours, the gray Tesla arrived and was observed at the keypad to the gate. The driver was able to open the gate. The Tesla then entered the apartment complex. At 0436 hours, a Fresno PD-marked vehicle arrived. The officer exited his vehicle, unlocked the gate, and entered the complex.

**<u>5555 N Dante Ave Apartment 224</u>**

I was informed that Detective Jonathan Jalomo downloaded video surveillance from 5555 N Dante Ave #224. This apartment is located upstairs from #124. There were three Blink cameras situated at #224. One camera faced the parking lot to the west of #224, labeled Parking Lot. The second camera, labeled sidewalk, faced the breezeway to the south of #124 and #224. The third camera was east of the front door and captured the stairwell to #224. Camera #224 was labeled Front Door.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

**Sidewalk**

At 0207 hours, Maximiliano Sosa and Maria Sosa are captured walking from a westerly to an easterly direction. Maximiliano was wearing a salmon/pink shirt, dark jeans, and what appeared to be a baseball hat. Maria was wearing dark clothing. Maximiliano is walking on the north side of the sidewalk, and Maria is walking on the south side of the sidewalk. As they walked, he had his right arm around her. It appeared that she was not able to walk on her own and was staggering. Maximiliano continued to guide her as they went out of camera view. At 0303 hours, Maximiliano appeared in camera view and walked from an easterly to a westerly direction toward the parking lot. At 0315 hours, I observed headlights on a vehicle in the parking lot to the west of #224 and then a matching car driving south in the parking lot at a high rate of speed. At 0435 hours, a vehicle's headlights appeared to the west of #224. As the headlights turn off, Maximiliano appears from a westerly to easterly direction. Maximiliano walked out of camera view.

**Parking Lot**

At 0300 hours, a gray Tesla appeared in the parking lot, driving from the north to the south and parked in a handicap stall southwest of #224. Maximiliano exited the driver's side of the Tesla. Maximiliano walked in front of the Tesla, stopped, and stared to the north of his direction. Maximiliano walked toward an easterly direction and went out of camera view. At 0304 hours, Maximiliano is in the parking lot to the southwest of #224. A female (Possibly Maria) wearing a red shirt and black shorts is walking north on the sidewalk west of #224. Maximiliano is on the phone and follows the female wearing a red shirt and black shorts. They both go out of camera view.

At 0315 hours, Maximiliano sits in the gray Tesla with the headlights on. Maximiliano reversed out and drove south in the parking lot at a high rate of speed. At 0331 hours, headlights are observed from the north of the parking lot southwest of #224. There was a Fresno PD-marked vehicle parked southwest of #224 in a handicap stall and facing toward an easterly direction. Two Fresno PD marked vehicles are parked side by side, southwest of #224, near a dumpster enclosure and facing north. One officer was in front of the Fresno PD-marked vehicle parked in the handicap stall. There was an officer at the rear driver's side of the Fresno PD-marked vehicle that was parked in the stall. The officer to the rear of the Fresno PD marked vehicle, the officer used his flashlight to illuminate the vehicle approaching him. The vehicle traveling north in the parking lot veered toward the officer, who jumped backward to avoid being struck. Once the vehicle passed the officers, I was able to identify the vehicle as a gray Tesla. The Tesla passed the officers, and the officers walked toward the north of the parking lot. The officers are observed moving away from the roadway of the parking lot. The Tesla then drove southbound, passing the officers at a high rate of speed.

At 0342 hours, the Tesla returned from the south to the north and out of camera view. At 0345 hours, the Tesla returned from the south and parked in a handicap stall that was located southwest of #224. Maximiliano exited from the driver's side of the Tesla and walked in an easterly direction.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

At 0439 hours, a Fresno PD-marked vehicle was observed driving from the north to the south of the parking lot. An officer was observed running from the east to the west and to the rear of a Fresno PD-marked vehicle.

**Front door**

At 0443 hours, one officer is observed running up the stairs, and several officers observed rendering aid at the bottom of the stairwell.

END OF SURVEILLANCE FOOTAGE

**INVESTIGATION CONTINUED**

On 11/06/2023, I authored a search warrant for Maximiliano Sosa's Tesla California license plate 9DWR807. The search warrant included the search of the Tesla, Infotainment system, and Tesla Company. On 11/07/2023, the search warrant was signed by the Honorable Judge Tharpe of the Fresno County Superior Court.

The following is documentation of the autopsy that was conducted on Maximiliano Sosa. Det. Rockwell and I were present.

**FRESNO COUNTY CORONER'S OFFICE PERSONNEL**

Dr. T. Bennett- Forensic Pathologist

Assisted by Forensic Autopsy Technicians

On 11/07/2023 at approximately 1000 hours, I responded to the Fresno County Coroner's Office at 3150 East Jefferson Avenue for the autopsy of decedent, Maximiliano Sosa (DOB 05/20/1990). The autopsy was scheduled for 1000 hours and started at approximately that time.

**INVESTIGATION**

Upon my arrival, I contacted Dr. Bennett and his staff. I provided Dr. Bennett with a summary of the investigation up to this point.

CST F. Esquibel assisted by taking photographs and collecting evidence.

I documented the autopsy of the decedent, Maximiliano Sosa. The following is a summary of the autopsy and Dr. Bennert's findings.

**AUTOPSY OF DECEDENT – Maximiliano Sosa**

**Observations of Investigator:**

The body of Maximiliano Sosa was inside a closed/sealed white body bag and was lying on top of a metal examination table when I arrived. The bag was sealed with a blue lock which was cut in my presence.

There was also a white paper tag tied to the body bag that displayed the following information.
Name: Maximiliano Sosa
Date of death: 11/ 04/2023
Investigator: Strong

There was also a white paper on the body bag that displayed the following information.
Maximiliano Sosa
23-11-0032
11/4/2023 04:58
HT: WT:215 lb

Upon the body bag being opened, I observed that Sosa was wearing jeans, a brown belt, one white Nike shoe on his right foot and no shirt. Sosa's right shoe was removed, and he was wearing black socks. Sosa's jeans were removed, and he was wearing gray, red, and black Under Armour brand underwear. On the big toe of Sosa's left foot, there was a white paper tag that displayed the same information as the paper tag on the body bag (noted above).

Sosa was removed from the body bag and placed on the metal examination table.

Sosa's body was measured and weighed by the assisting Forensic Autopsy Technicians. Sosa's height was 5'11", and his weight was 215 pounds.

Sosa had short hair with a beard. All clothing and jewelry were removed from Sosa's body.

Sosa was wearing a black Apple watch on his left wrist and a black bracelet with a medallion on his right wrist. CST F. Esquibel collected Sosa's jewelry.

Sosa had the following tattoos/scars on his body.

- Tattoo: Left forearm unknown writing.
- Tattoo: Left chest "Sosa" with a rose at each end.
- Tattoo: Left wrist a heart with unknown writing.
- Tattoo: Left wrist a colorful Slurpee with the numbers 7-11.

Sosa's hands were preserved/sealed with paper bags and tape. The bags were removed, and CST F. Esquibel collected a right thumb print impression from Sosa and a vial of blood.

**Clothing:** CST F. Esquibel brought in a shirt belonging to Sosa.
Dr. Bennett examined Sosa's clothing and observed holes consistent with the gunshots. Below is a list of Sosa's clothing that was removed from his body and inspected by Dr. Bennet.

- Blood-soaked salmon colored t-shirt.

After Sosa's body was washed, Dr. Bennett identified and measured four gunshot wounds. The wound and related injuries are described in detail below.

**Injuries (external):**

- Right shoulder wound.
- Right chest wound.
- Middle back wound.
- Trapezius wound.
- Small abrasion to the right flank.
- Small abrasion on the right elbow.
- Small abrasion on the right knee.

**Injuries (internal):**

- Perforation of the inferior Vena cava.
- Perforation of all three lobes of the right lung.
- Perforation of the right Ventricular.
- Bruising to the left lung.

**Decedent's hands:**
Right hand: Dr. Bennett did not observe any injuries to Sosa's right hand.
Left hand: Dr. Bennett did not observe any injuries to Sosa's left hand.

**Evidence:**
The following evidence was removed from Sosa's body by Dr. Bennett. The evidence was photographed and collected by CST F. Esquibel.

- Bullet near left kidney. The bullet was lead and it was flattened/deformed.
- Bullet in the ninth Thoracic vertebrae. The bullet was lead and it was flattened/deformed.
- Bullet in the middle of the back, about two inches under back wound. The bullet was lead and it was flattened/deformed.

- Bullet in breast plate. The bullet was lead and it was flattened/deformed.
- Fragment in the abdominal cavity which fell out of the left kidney.
- ECD prong to right flank.

**Coroner's Conclusion:**
Based on the forensic examination, it was determined that Sosa suffered from four gunshot wounds. Sosa's manner of death was ruled a homicide by Dr. Bennett due to a gunshot wound to the chest.

At the conclusion of the autopsy, I exited the facility at 1210 hours.

**INVESTIGATION CONTINUED**
On 11/04/2023 at about 1645 hours, I picked up Maximiliano's cell phone from CSI per Det. Rockwell's request. On 11/05/2023 at about 1430 hours, Det. Rockwell handed me Maximiliano Sosa's cell phone and requested that I go through the cell phone device. Det. Rockwell attached a phone extraction to the report.

The following is a cell phone review that was relevant to the investigation.

**Maximiliano Sosa Cell phone review 11/05/2023 1430 hours**

| DATE | TIME | DIRECTION | PHONE # | CALL / MESSAGE |
|---|---|---|---|---|
| 11/04/2023 | 0307 | OUTGOING | 559-906-4191 (MATT LEA) | 2 SECONDS |
| 11/04/2023 | 0308 | OUTGOING | 559-906-4191 (MATT LEA) | 2 SECONDS |
| 11/04/2023 | 0308 | OUTGOING | 559-906-4191 (MATT LEA) | 2 SECONDS |
| 11/04/2023 | 0309 | OUTGOING | 559-906-4191 (MATT LEA) | 2 SECONDS |
| 11/04/2023 | 0309 | OUTGOING | 559-906-4191 (MATT LEA) | 2 SECONDS |
| 11/04/2023 | 0309 | OUTGOING | 559-906-4191 (MATT LEA) | You're a fucking piece of shit you motherfucker I hope you know that |
| 11/04/2023 | 0325 | OUTGOING | Eli Sierra 559-269-4847 Damian Rodriguez 559-531-5369 559-875-6913 | I found out she's still fucking him (Sad face emoji) |
| 11/04/2023 | 0351 | INCOMING | Damian Rodriguez 559-531-5369 | Max Compa what's going on |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

| | | | | |
|---|---|---|---|---|
| | | | 559-875-6913 | |
| 11/04/2023 | 0401 | INCOMING | 805-204-7297 | who is this |
| 11/04/2023 | 0402 | INCOMING | CODY MCDINGDONG 559-273-9936 | 42 SECONDS |
| 11/04/2023 | 0403 | INCOMING | CODY MCDINGDONG 559-273-9936 | Just pull over bro I'm listening to the scanner |
| 11/04/2023 | 0403 | INCOMING | 559-203-7284 | 6 MINUTES |
| 11/04/2023 | 0403 | INCOMING | 559-203-7284 | 6 SECONDS |
| 11/04/2023 | 0406 | INCOMING | CODY MCDINGDONG 559-273-9936 | Besafe brother. My heart was beating as soon as I heard your name on my scanner and I want you safe my man. |
| 11/04/2023 | 0419 | OUTGOING | Damian Rodriguez 559-531-5369 559-875-6913 | 3 MINUTES |
| 11/04/2023 | 0426 | INCOMING | Damian Rodriguez 559-531-5369 559-875-6913 | You can still make good decision Max. You don't have to do what you think are your only choices. I love you too Compa. I need you to make the right choice and work with the people trying to reach out to you |
| 11/04/2023 | 0431 | INCOMING | Damian Rodriguez 559-531-5369 559-875-6913 | You remember when we were kids and we found out we were living behind each other |
| 11/04/2023 | 0444 | INCOMING | Damian Rodriguez 559-531-5369 559-875-6913 | Remember when we said we wouldn't let any girl get in the way of our friendship. Even when the whole thing with Kiana happened we didn't let that |

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| | | | | |
|---|---|---|---|---|
| | | | | get in the way of our friendship. If you do something now, that means you're letting a girl get in the way of our friendship. Don't do something like that Compa |

**INVESTIGATION CONTINUED**

On 11/07/2023 at about 1415 hours, Detective Rockwell and I arrived at Fortney Towing, to search the Tesla pursuant to the warrant. CST C. Murillo assisted with photographs, latent prints, and evidence collection. Refer to CST Murillo's follow-up.

The Tesla was parked outside in the tow yard. The following items were located inside of the Tesla.

Item #1- Small brown box with a silver and black wedding band in the center console between the driver and passenger armrest. Detective Rockwell located this item.

Item #2- A brown wallet with miscellaneous cards such as a Costco card, health insurance card, Mastercard, Blood Center card, Delta Dental card, Apple card, and a health insurance card for Maria Del Carmen, which was in the center console toward the front. Detective Rockwell located this item.

Item #3- A Tesla USB 128GB located in the glove box. Detective Moreno located this item.

Item #4- Two sets of house keys located in the center console toward the front. Detective Rockwell located this item.

All the items that were located were given to CST. Murillo for photographs and booked into evidence.

**INVESTIGATION CONTINUED**

On 11/08/2023 at about 1045 hours, I was provided a USB drive containing video for the Tesla belonging to Maximiliano Sosa. I reviewed the USB drive. The Tesla had four different camera views, which were left repeater, right repeater, front, and back. The Tesla USB was divided into Recent Clips, Saved Clips, and Sentry Clips. The following is a synopsis of what the Tela cameras captured.

**Recent Clips**

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

These clips were from 11/07/2023, the day we searched the vehicle and did not capture any evidentiary value.

**Sentry Clips**

On 11/04/2023 at 0147 hours, Maximiliano helped Maria into the Tesla. At 0430 hours, the Tesla is in the general area of Fig Garden and Gates Ave. The Tesla drove into the turn pocket at westbound Bullard Ave at Fig Garden. At 0431 hours, the Tesla was westbound on Bullard Ave and turned southbound on Dante Ave. At 0432 hours, the Tesla stopped near Dante Ave and Roberts Ave, made a U-turn to go northbound on Dante Ave, and began following a Fresno PD-marked vehicle. The Tesla then makes a U-turn at Bullard Ave. to go southbound on Dante. At 0433 hours, the Tesla entered the south entrance of Dante Apartments. At 0434 hours, the Tesla parked in a handicap stall that was located southwest of unit #124 and just north of a Fresno PD-marked vehicle. Maximiliano exited the Tesla wearing the same clothing he was observed wearing in prior video surveillance. Maximiliano was observed walking toward unit #124, and as he was walking, he was observed pulling out an object from his left pants pocket using his left hand and then placing it in his right hand. Maximiliano walked toward unit #124 and went out of camera view.

At 0436 hours, a Fresno PD officer was observed running from east to west toward unit #124. Another officer was observed running from north to south and then east toward unit #124. At 0438 hours, officers are observed retreating away from unit #124. At 0439 hours, an officer was observed running to a Fresno PD-marked vehicle, and then officers were observed rendering aid.

**Saved Clips**

At about 0323 hours, the Tesla was at a charging station and left about four minutes later. At 0328 hours, the Tesla exited a parking lot and entered a roadway. At 0329 hours, the Tesla entered the Dante Apartments. At 0330 hours, the Tesla was observed veering toward a Fresno PD officer, then continued past the officer. The Tesla stopped, reversed, and passed the officers. The Tesla stopped in the parking lot, waited for Fresno PD marked vehicles, and sped away. The Tesla stopped before exiting the parking lot, waited for Fresno PD marked cars, and then sped northbound on Dante Ave. Fresno PD initiated a pursuit using Code-3 lights. At 0332 hours, Code-3 lights behind the Tesla are at a distance. During this time, the Tesla was able to lose Fresno PD marked vehicles, failed to stop at a posted stop sign, and lost control, causing undercarriage parts to come off. The Tesla continued to drive at a high rate of speed. At 0333 hours, the Tesla is observed driving in an opposing lane and crashed through barricades.

At 0334 hours, the Tesla pulled over on the side of a road and crossed in front of the Tesla to check the front-end damage. The person who was observed checking the front-end damage of the Tesla was confirmed to be Maximiliano Sosa, wearing the same clothing from other video surveillance. At 0335 hours, the Tesla captured driving east on W. Barstow Ave., in front of the Island Waterpark. At 0336 hours, the Tesla pulled into the Storage Quest Self Storage at 5365 N. Island Waterpark Dr. The Tesla

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| DATE | FRESNO POLICE DEPARTMENT | CASE NUMBER |
|---|---|---|
| 11/04/2023 | SUPPLEMENTAL REPORT | 2311040123 |

parked in a handicap stall. Maximiliano was identified as he exited his vehicle and checked the front-end damage to the Tesla. The Tesla drove off and entered the roadway. At 0337 hours, the Tesla was driving south on Island Waterpark Dr and arrived at the intersection of Shaw Ave and Polk Ave. At 0338 hours, the Tesla traveled east on W. Shaw Ave from Polk Ave. At 0339 hours, the Tesla traveled north on Jennifer Ave and then north on Gates Ave. At 0340 hours, the Tesla traveled north on Gates Ave., west on San Jose Ave, which turned into Dante Ave. At 0341 hours, the Tesla entered the south entrance of the Dante Apartments and then exited the north exit of the complex. At 0342 hours, the Tesla was traveling northbound on Dante Ave., passed a Fresno PD marked vehicle which activated their Code-3 equipment. The Tesla made a U-turn to go south on Dante Ave and another U-turn to go north on Dante Ave while followed by Fresno PD-marked vehicles. The Tesla then traveled eastbound on Bullard Ave while being pursued by the Fresno PD marked vehicles and made a U-turn prior to arriving at Fig Garden Dr. At 0343 hours, the Tesla was traveling westbound on Bullard Ave at a high rate of speed and failed to stop at a posted stop sign. At 0344 hours, the Tesla lost Fresno PD marked vehicles as it traveled westbound on Bullard Ave. The Tesla drove onto Veterans Blvd in opposing lanes. At 0345 hours, the Tesla entered a residential area.

END OF TESLA CAMERA FOOTAGE

**CONCLUSIONS & DEDUCTIONS**

On 11/04/2023, Sgt. Serrano advised of an officer-involved shooting that occurred at 5555 N. Dante Avenue. I responded to initiate an investigation. I assisted Detective Rockwell with several witness interviews, involved officer interviews, and reviewed video surveillance. I assisted Detective Rockwell with reviewing Maximiliano Sosa's iPhone.

On 11/07/2023, I attended the autopsy of Maximiliano Sosa. The autopsy was conducted by Dr. Bennett at the Fresno County Coroner's Office at 3150 East Jefferson Avenue and began at approximately 1000 hours.

**DISPOSITIONAL INFORMATION**

1. Refer to Detective Rockwell's report for further information.
2. Refer to case 2311040123 for further information.
3. Refer to CST F. Esquibel's related report and photos for further details regarding the autopsy.
4. Refer to CST C. Murillo's related report and photos for further details pertaining to the Tesla search warrant.
5. Tesla Video uploaded.
6. Gate Video uploaded.
7. Unit #224 Video uploaded.

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |

| DATE<br>11/04/2023 | FRESNO POLICE DEPARTMENT<br>SUPPLEMENTAL REPORT | CASE NUMBER<br>2311040123 |
|---|---|---|

| Reporting Officer | Badge | Unit | Assigned Date | Supervisor Approval | Approved |
|---|---|---|---|---|---|
| Det. Martin Moreno | 1609 | Homicide | 11/04/20263 | Sgt. Chris Serrano | 11/15/2023 |