# EXHIBIT 8




FRESNO 001073
CONFIDENTIAL