# EXHIBIT 9




FRESNO 001083
CONFIDENTIAL