# EXHIBIT 10

EXHIBIT
7
Depo of M. Sosa
July 28, 2025

**INTERVIEW WITH MARIA SOSA**
**Q=Det. Ryan Rockwell**
**Q1=Det. Martin Moreno**
**A=Maria Sosa**
**A1=(Christina Gutierrez)**

Q: Uh, it's Detective Rockwell and Detective Moreno. It's, uh, November 4, 2023, at 0946 hours, case 2311040123. We're at Fresno Police headquarters. This is gonna be a interview of Maria Sosa. Current with her is her friend, uh, correction. Currently with her in the interview room is her friend (Christina Gutierrez), date of birth 5-9 of 1990. Briefly spoke with (Christina) outside prior to bringing her into the interview room. She is here for emotional support. Okay. Sorry to keep you waiting. Uh, again Maria, I'm Ryan and this is my partner Martin, okay? Um, I understand you've been through a lot, uh, last night and - and that's what we're here to talk about. Um, uh, before I get into anything I just wanna make sure I have your information right. How do you spell, uh, your full name?

A: Maria Del Carmen.

Q: Sorry?

A: Maria Del Carmen.

Q: Spell that.

A: D-E-L C-A-R-M-E-N...

Q: Uh-huh.

A: ...Sosa.

Q: S-O-S or Z?

A: S. S-O-S-A.

Q: S-O-S-A? Birthday?

A: May 5, 1990.

Q: Current address?

A: 5555 North Dante Avenue, apartment 124, Fresno 93722.

Q: And your phone number?

A: 559-916-6206.

Q: And who do you live there with?

A: I live by myself with my two boys, Maximiliano and Lucas Sosa. They're 4 and 2 and a 1/2.

Q: Two sons. Okay.

A: Yeah.

Q: Uh, let's go with the spelling of both their names.

A: It's [redacted]

Q: Uh-huh.

A: [redacted] And...

Q: The last name?

A: Sosa.

Q: Birthday?

A: [redacted].

Q: [redacted]?

A: Mm-hm.

Q: Birthday?

A: [redacted].

Q: Where are they at?

A: They're with my parents in Del Rey.

Q: And then when all this stuff went down tonight were they present?

A: No.

Q: They were with your folks in Del Rey?

A: They were with them the whole - the whole time, the whole night. They're still there.

Q: Okay. Who is the father of those children?

A: Maximiliano Sosa, Jr.

Q: Mm-kay. I've been provided a name. That name, uh, is a person that was involved in this incident tonight, so that person is the father of these children. Got it.

A: He's my husband. We're still legally married but we've been separated since February.

Q: Living at different locations?

A: Yes.

Q: So you've been staying at Dante and where's he been staying?

A: Since March. I moved out in February when we separated. Um, I was living with my parents until I got the apartment in March and he, uh, is at 5552 West Oak Avenue in Fresno, 93722.

Q: And that's where you guys were living together when you guys were, uh, not separated, prior to your separation when you were married.

A: Mm-hm.

Q: Okay. And you separated. Then you moved into the apartments over there on Dante.

A: Mm-hm.

Q: Got it. Uh, his name, uh, same as, uh, the III?

A: Yes.

Q: He's just, uh...

A: Junior.

Q: ...Junior. Okay. What's his birthday if you know it by...

A: May 20, 1990.

Q: His current phone number?

A: 559-284-7984.

Q: And he have a vehicle?

A: He has a Tesla Model 3.

Q: Color?

A: Dark. It's like a gray, dark gray and it's black.

Q: Okay. What's, uh, I need to talk about your guys' past and your history a little bit. Just gotta touch on that here upfront before we start talking about, um...

A: Mm-hm.

Q: ...what happened tonight, right? So, um, how would you describe your guys' relationship? I mean, first of all how long have you known him and, you know, like, when did you guys start dating? When did you get married? Like, just kinda those landmark, uh, dates.

A: We met, um, when we were 21 so back in 2011. It was summer. It was, like, June. We started dating and we got engaged, like, a year later. We did break

up for a period but then we got back together and we got married in 2014, July 11, 2014.

Q: You said July 11 of '14?

A: Mm-hm. We've been married since. We've truthfully had a lot of problems since the beginning of the relationship. Um, (unintelligible).

Q: Any of these problems reported to law enforcement? You ever get the police involved?

A: No. No. It was never like that. It was never domestic violence-type. It was - it was - so about a year into our marriage, um, his dad, um, owns a - a diesel business.

Q: Okay.

A: He had a partner and he was going through a really nasty divorce so he gifted the business to Max.

Q: Okay.

A: Come to find out years later they weren't reporting EDD and IRS stuff correctly so Max acquired a lot of debt or, um, with the IRS.

Q: So with this business that he inherited he also inherited problems.

A: It - it wasn't even...

Q: Was it his doing or was it...

A: No, it was - it wasn't even his business. It was more like here's - I'm gonna give you - gift you this business because she's trying to take everything from me. That way it stays with us.

Q: Oh it was just kind of a way to hide the ownership. I understand. Okay.

A: And s-...

Q: But now he's mixed up in...

A: And...

Q: ...these financial issues and...

A: Yes.

Q: ...which I imagine would bring a lot of stress into his life.

A: It did. And so since we've been married we've struggled financially. We couldn't buy a house because of that. Um, our checks would get - his checks would get garnished. I'm sorry. Our accounts would get wiped by the IRS.

Q: Mm-hm.

A: It happened a couple times throughout the years so that was a huge stressor.

Q: Mm-hm.

A: Um...

Q: How much debt are we talking about...

A: Oh god. It was...

Q: ...approximately?

A: Truthfully I stopped asking because it was such a sore subject that he wouldn't want to discuss it. I learned throughout the relationship because of all the problems we had - again it was never physical but I just - I just learned to just keep my comments to myself because we were raised differently.

Q: Mm-hm.

A: He comes from a very broken home. I have my parents so whenever I would voice anything, um, he is not the oldest. However he would provide a lot to his mom, his siblings, his sister. He was always there to help her when she would get a DUI, whenever she would have issues with boyfriends, whenever she ment- mental breakdown, what have you. He was always there and that also created a lot of stress in our relationship because we had a lot going on in our relationship. And he was giving money to his mom and helping his sister and, like, we can even - we couldn't even get by ourselves.

Q: Mm-hm.

A: So I just learned to not say anything because a lot of the times his response would be, "You were raised spoiled. You don't understand what my family's been through. You don't know what my sister's been through so I'm gonna be there to help her." It was a battle that I would always end up losing.

Q: Mm.

A: So I learned just to keep my comments to myself related to his family who I've always felt like they didn't care for me, especially because after we got married I - I feel like - I - I felt like his mom, his sister didn't like me for taking him away from them...

Q: Mm-hm.

A: ...and kind of putting boundaries.

Q: Mm-hm.

A: And so...

Q: Okay. Well...

A: ...there was a lot of - that was a lot of the issues so, I mean, the - the whole IR...

Q: Well it sounds like a lot of the issues stem from, um, financial troubles...

A: Yeah.

Q: ...and stress that that's bringing into the relationship.

A: That's the whole - I know I went off on a tangent to...

Q: No. That's okay.

A: ...answer your question about the amount of debt - is I just learned to just - he's - it's being taken care of.

Q: Okay.

A: There was a point where...

Q: But you knew - you knew there was a substantial amount of debt. You don't know how much.

A: It was - I wanna say the last time that he told me it was, like, $50,000.

Q: $50,000?

A: And this was literally maybe this year, end of last year.

Q: Okay. Well I w- I wanna shift focus to, um, you know, your guys' relationship as it relates to any abuse, uh, physical or emotional, verbal. Uh, was he physically abusive to you?

A: No. No he was never physically abusive. Um, he was never physically abusive. I think we were both at fault in, like, emotionally manipulating each other.

Q: Okay.

A: Um, like...

Q: How about verbal abuse?

A: No, never.

Q: Okay.

A: Never.

Q: Um, cops ever been called...

A: Never.

Q: ...to the, uh, either location, Oak or Dante...

A: Never.

Q: ...for arguing? Nothing like that? Okay.

A: Like I said I would just shut down and that was kinda the end of that so...

Q: What about his mental health?

A: He struggled a lot. He struggled a lot throughout our relationship. He slowly started talking about some of the trauma he had when he was younger. Um, his parents were divorced. Um, he told me one day that he was raped when he was little when he was living with his mom in a trailer park in Fowler, that an older boy - he said it was an older boy raped him. He had told me that he was molested before but he barely just recently maybe within the last two years or so told me that he was raped. His parents argued a lot and so I think all of that definitely affected him. And then all of our stressors, all of our relationship problems definitely affected...

Q: Did he - has he ever been...

A: So...

Q: ...like, uh, like, clinically diagnosed with any mental health disorders?

A: I don't know.

Q: Is he on any medication?

A: So when we separated we sep- we s- the way it happened was we had already - we had a lot of problems. I had talked about separation. I ended up cheating on him with Matt, the individual that he was threatening.

Q: Mm-hm.

A: Um, I ended up having - cheating on him with Matt. Everything happened within the span of two weeks. Max found out. He saw the messages and from what he was telling me is when he found out he immediately called his mom and told her that he was having suicidal thoughts.

Q: Had you ever heard him say anything like this before two weeks ago or you're saying this is two...

A: Oh no, no. No. I'm sorry. Like, when we separated back in February...

Q: Oh I misunderstood. I'm sorry.

A: ...the s- like, the whole, like, me cheating on him and him finding out was literally, like, just two weeks. So, um, he...

Q: Okay. So this wasn't just two weeks ago he's making these statements?

A: No. He said, um, when...

Q: When was he making these suicidal statements?

A: In February.

Q: I see.

A: And so, um, he had expressed when e- when all - when we started kinda talking a little bit more and, um, he did say that he struggled with that throughout his life. He...

Q: He, uh - uh, okay. And I'm - can I j- let me just interject...

A: Yeah.

Q: ...so I understand clearly. Um, so what you're telling me is that, you know, earlier this year, uh, close to the time that you guys separated, uh, he discovered that you were, uh, having an affair.

A: Mm-hm.

Q: And as a result of this you heard from his mom that he was making suicidal statements or did you hear it directly as well?

A: He - he told me that he had - because it - so when - when...

Q: And did he say s- did - did I misunderstand. He said something to his mom or...

A: You - no, no. You heard that clearly. So when he found out about the affair he called his mom because he was having suicidal thoughts.

Q: Okay.

A: And the reason that I know that is because his mom sent me a text message just basically telling me I'm the worst. And that created problems because

people started to know our problems, but he said the reason why he told his mom and then it started to get out was because he was having - he was contemplating suicide.

Q: Okay.

A: And so that's how it came out.

Q: And this - this all kinda came to a head approximately when this year? You said February?

A: February. It was, like, maybe February 8. I - I just remember it was, like, near Valentine's Day.

Q: Okay. In February this year.

A: Um, yeah. And so with that in having conversations trying to, like, just talk and, like, I encouraged him to go to therapy. He shared that he had been struggling with suicidal thoughts since he was a child because of the trauma.

Q: And this was news to you.

A: Mm-hm.

Q: So this was the first time you heard him say - confide this information about, you know, having these thoughts since he was a kid.

A: Mm-hm.

Q: Uh, and the first time you'd ever heard him say anything or anything about him being...

A: Like that...

Q: ...suicidal was in February...

A: Mm-hm.

Q: ...of this year. All right. Was this a recurring theme or was this, like, a one-off thing that happened in February?

A: So since February...

Q: Mm-hm.

A: ...um, he had made statements about how he - and a lot of them were - I don't wanna say it was a joke but more, like, dark humor.

Q: Okay.

A: Like, he would say things like, um, if I, like, saying, like, I just wanna die and then he'll say, "Take me with you or let's do it together." But I always took it as not a joke but I wouldn't take it seriously and so, um...

Q: Did you save those messages?

A: No. It was, like, in person.

Q: Oh. Oh. These were things that were said in person.

A: Yeah.

Q: Okay.

A: Yeah.

Q: Okay.

A: And, um...

Q: A- and on the topic of messages before I - it escapes me, you said something about he said something to his mom or something like that?

A: Yeah. He had called his mom when he found out.

Q: It was just a call...

A: It was a call.

Q: ...not a message?

A: It's my understanding it was a call.

Q: What's her name?

A: Martha Zepeda.

Q: Martha?

A: I don't have her number or contact information. She lives in Yreka.

Q: And last name again?

A: Zepeda, Z-E-P-E-D-A.

Q: Yreka?

A: Yreka. Mm-hm.

Q: Where is - is that Northern Cal?

A: Yeah. It's like 30 minutes south of the Oregon border.

Q: Yeah. Okay. Yeah. Humboldt County?

A: Mm-hm.

Q: Okay. Um, so the - I want to focus on the - the suicidal statement stuff, right? Um, uh, you're saying this was kind of a recurring theme after this...

A: Since Febru- yeah.

Q: ...this initiated since February?

A: Not, like, as severe as that where he's, like, saying I am gonna kill myself. I - sorry. I do remember there was a time when it all kinda happened. Everything happened. Um, he had called me drunk 'cause he has a Tesla so it, like, drives itself, right. He told me that he was drinking. He had drank and he was driving around. He wouldn't tell me his location. This was when I was living in my parents in February 'cause I moved into Dante Apartments March 1.

Q: Mm-hm.

A: Yes March 1. Sorry. And, um, so I went all the way to his house on Oak and I found him in the closet with a t- a - a tie, um, wrapped around his neck.

Q: Oh.

A: Mm-hm. I probably should've called the police then but I knew that he had been drinking and I felt like it was more of, like, an emotional manipulation...

Q: So...

A: ...to get me to come.

Q: ...the reason you responded was...

A: 'Cause he had been drinking and that was my concern that he would get into a car accident. He wasn't saying I'm driving around drunk and I'm gonna kill myself, but I was very concerned because he stopped answering my phone calls.

Q: Okay. So you just got, like, a call from him basically saying that he's out drunk driving kinda thing.

A: Drunk driving. He was like, "I'm on the 180." I was in Del Rey with my parents and then he just stopped answering. So I drove to Oak and I still had the garage clicker so I went in and he was in the closet, like, just laid there.

Q: You found the Tesla there I'm assuming?

A: Yeah the Tesla was parked inside.

Q: So that's when you go and check.

A: Yeah.

Q: So the - in detail, like, can you describe what you saw and, like, what condition he was in and...

A: He was, like, so the bedroom is - I'm coming in like this. There's the bed here and then there's a dresser here against the wall and there's, like, a little hallway that leads into the two...

Q: Mm-hm.

A: ...walk-in closets and the restroom. He was in what used to be my closet laying down and he had a tie. It was just kinda wrapped, uh - uh, tied right here on his neck.

Q: Like, he was laying down?

A: Like, he was just laying down with the tie.

Q: And what was the tie tied to?

A: He had just - to just himself.

Q: Right. Was it, uh, was it...

A: It wasn't...

Q: ...secured to something or...

A: No.

Q: No. Okay. So he's just laying there...

A: No.

Q: ...like, with - did he have a shirt on, like, the collared shirt or was it just a...

A: No. It was just the tie. He...

Q: Just the tie. T-shirt or...

A: ...got the tie from his closet. I think he was in a t-shirt.

Q: And then a tie.

A: And he just...

Q: Was it secured really tightly around his neck?

A: I mean, I wouldn't say it was tight but he definitely tied it. It wasn't just, like, on there loosely.

Q: Okay. So upon seeing this you're thinking what?

A: I - yeah, I mean, I got scared and...

Q: What do you think he's trying to do?

A: I - I - my immediate thing - I was upset because - that he had told me that he had been drinking and driving and I felt - like I said it was, like, emotional manipulation and so I was initially upset. I was scared. I was upset and then when he woke up I realized, like, he was just shit-faced drunk.

Q: Mm-hm.

A: And so I put him on the bed and I stayed with him and he apologized the next day saying that it was really stupid and that he shouldn't have done that, that that wasn't his intention. And we just - we had a conversation about the boys and that was kinda it but...

Q: Did he indicate that he was actually trying to kill himself by doing that?

A: No I don't - I don't - he didn't say, like, I wanted to kill myself. He just said that was really stupid.

Q: Mm-kay.

A: And so ever since then it's just been, like, little - little comments that I wouldn't take - I - sorry. I don't wanna come off as insensitive because I know that he was struggling mentally but, I mean, I was going to therapy as well so we have pretty dark humor. So sometimes I'll say things like I just wanna fucking kill myself because I'm having a rough day. I necessarily don't mean it.

Q: Right.

A: But, um...

Q: You don't have to worry about coming off insensitive in this room, okay. You can - I just want you to understand you can tell me anything.

A: Okay.

Q: I'm not here to stand in judgment of you. I'm just here to try and gather as much information about...

A: Yeah.

Q: ...you and Max and, you know, what happened last night, okay. So...

A: And - and so I know that he - I had been pressuring him to go to therapy. He told me that he didn't wanna go because he - he was forced to go to therapy when he was around 6 when CPS removed them from his mom's home. And he - it was like trauma to him because he - he didn't like it.

Q: Mm-hm.

A: He was forced to and his thing was always I don't understand why we need to go to somebody to fix our problems. We should fix it ourselves.

Q: Yeah.

A: And so it took a lot of me pressuring him to try therapy which he did. I think he - because - so when we - when we separated I was fully done but I wanted us to work on ourselves separately. Maybe we can come together and do couples therapy and who knows? Maybe, like, I don't know but I told him I would like for us to do therapy individually. Like, we have a lot of stuff that we need to work on and so...

Q: So were you guys doing that?

A: I - yeah. I...

Q: Both of you?

A: I - he stopped. He only went to I don't know how many sessions because he had to pay out of pocket and it was becoming too expensive for him is what he said.

Q: And separate sessions, not joint.

A: Separate sessions.

Q: Okay.

A: He went to his own therapist through I don't know who and I went with my therapist at fam- Family Therapy.

Q: So he barely gave it a chance.

A: He barely - yeah. But he did tell me that his therapist told him that he was depressed. I don't know if that was a diagnosis but she - they had a conversation about medication which he declined. He said that he doesn't believe in medication and so, um...

Q: When was this that he went to ther- or tried therapy and then - it was just one session and he gave up?

A: No it...

Q: Mm-hm.

A: ...it had - and maybe, like, a handful of sessions. Maybe, like...

Q: A few.

A: Yeah maybe five tops I would say.

Q: Okay.

A: Um, this must've been around April, March.

Q: Okay. A- and you know what? I don't know if I covered it but, uh, d- did you tell me when approximately the closet incident occurred? I may have just not noted it.

A: It was sometime in February because...

Q: So it was really cl- early into the separation.

A: It - it was between this - yeah between s- if - if I moved out February 8 and I moved into Dante March 1...

Q: Yeah.

A: ...it had to have been...

Q: Sometime during that time. You said there was a window that you're just staying with your folks. Okay.

A: Yeah. For a few weeks.

Q: Understood. So you're saying he's refused medication.

A: He's refused medication.

Q: During - during this - these handful of counseling visits, uh...

A: And I think...

Q: ...he told you that, uh, the therapist is telling him that he's dealing with some depression issues and - and extended...

A: (Unintelligible).

Q: ...an offer for some medication but he declined it. So to your knowledge is he on any prescription medication at all specifically as it relates...

A: Mental health?

Q: ...just cycle - psycha- psychiatric issues?

A: No.

Q: Nothing.

A: No.

Q: Okay. All right.

A: Not that I'm aware of.

Q: What about, like, does he maybe self-medicate with alcohol or drugs or...

A: He did tell me that he had been drinking a lot.

Q: Okay.

A: And he told me that he had stopped sometime around, gosh, I don't know. I wanna say it was towards the end of summer. I wanna say that he said that he was developing a problem and that he's - he wanted to stop and he stopped. But, I mean, obviously it wasn't true because...

Q: Him talking about suicide, you know, throughout the - kinda these recurring themes, uh, do you have any, uh, like, text messages or anything like that or - or videos or a- you know, audio record, you know, maybe he sent you an audio message, like, actually saying these things or were these all in perps - person and in phone call?

A: No I think everything was really in person.

Q: Mm-kay. All right.

A: And I don't - I - if - I don't. I probably don't have any messages on...

Q: Okay. I j- I just had to ask.

A: ...(unintelligible) deleting them.

Q: That's - that's all.

A: But a lot - no. Like, a lot of the conversations related to that were in person.

Q: Had he ever referred to a method of suicide, like, how he w- would wanna do that if he were to, you know, follow through with that?

A: No.

Q: Never?

A: Like, he would s- he would just, like, make little comments about, like, oh driving - driving off.

Q: Okay. With you guys, you know, being separated, um, you know, I know, you know, every couple would handle things differently, right. I mean, some couple - couples it's very strict separation, no communication, you know, and it's on the path to divorce, right. Some are trying to work things out, you know, and, uh, you know, maybe have still a, you know, a - a relationship with that person and even maybe visit on occasion and that kinda stuff, right.

A: Yeah.

Q: It sounds like you guys were trying to at least - or you were trying to make...

A: I...

Q: ...some efforts at - at one point and he was trying to make some efforts at one point.

A: Honestly I think...

Q: Were you guys still seeing each other here and there and...

A: S- yeah sometimes. Not...

Q: Okay.

A: ...frequently but I feel like I - and he picked up on it. Um, I - I would kinda, like, entertain the idea of us getting back together because I was afraid that he would actually do something.

Q: But were you guys, I mean, do you think - and deep down did you think it was ever gonna work or...

A: I - I knew, like, in the moment, like, no but I had hopes that if we could just work on ourselves separately and deal with our individual trauma we could come and do a couple's therapy. And if it comes out that, you know, the relationship ran its course then we could have a healthy separation but he just never wanted to do therapy. And I feel like the only reason he even agreed to therapy was because that was the hope that we would get back together. Like, it - 'cause he would even tell me like, "Everything I do is for you. All the effort I put in is - is to please you."

Q: Mm-hm.

A: "It's things that you've asked me to do." And so for a lot of the time in the beginning of the separation I felt like I was just entertaining that to keep him alive I think, like, and...

Q: You thought at - at - at - at a - some point he was gonna make good on these suicidal statements?

A: I think keep down yeah. I mean, it would - yeah I think deep down that was my fear...

Q: Mm-hm.

A: ...that if I were to just tell him, like, I don't wanna be with you, I'm not in love with you anymore that he would do something because he would always say how he just wanted our family. He wanted our family back together. He w- he still loved me despite everything that happened. He still wanted to be with me.

Q: Okay. Well not going into what happened tonight but, uh, other than the incident with the tie in the closet can you think of any other, uh, incidents since your separation up until now where he, you know, took some kind of action that could be perceived as suicidal...

A: No. No.

Q: ...and trying to kill himself?

A: No action. Just what he would say about how it - and it wasn't even, like, explicitly, like, I wanna kill myself because of this but him saying, "I just want us. Like, I'm - I just want us to be together." Like, just the hopelessness in his voice...

Q: Mm-hm.

A: ...in - in that conversation, like, deep down told me, like, if he doesn't get this, like, he has nothing because that's literally what he said. "Without you I have nothing." And so I - that - that was my fear. So he wouldn't explicitly say he didn't have a plan. He wasn't - he didn't explicitly say that he wanted to kill himself but that was my fear.

Q: Understood. Okay. Uh, before I shift gears and we start talking about, you know, everything that happened involving the police last night, uh, partner do you have anything you wanna fill in on background history-type stuff like that that maybe I didn't touch on?

Q1: Mmm, no. I know you touched on - on the alcohol use and...

Q: Okay. And I - drugs, like, street drugs. I know you were saying no prescription drugs or anything like that.

A: No.

Q: I do - I think I just asked the word, you know, kinda self-medicating...

A: Yeah.

Q: ...uh, alcohol but narcotics?

A: No. I know, um, he disclosed to me and my sister - we went to the pumpkin patch a couple weeks ago or last weekend and he just said that he had tried cocaine...

Q: Okay.

A: ...one time.

Q: But dabbling with it, like, you don't know him to, you know...

A: So, I mean...

Q: ...you're finding stashes of drugs or...

A: ...that was a surprise to me. No, no.

Q: ...him, you know, him...

A: Not like that but...

Q: ...showing behavior that might be indicative of someone developing a - a coke habit.

A: No. I mean...

Q: Nothing l- just he told you he tried it.

A: He just - yeah, and...

Q: Was it, like, in a social setting or something or...

A: Yeah with his friend. They were drinking.

Q: Okay. Okay. But outside of that - and that was when?

A: This was he said a few months ago.

Q: Okay. Do you think he was on coke tonight?

A: I don't know.

Q: You have no idea. Okay.

A: No idea but that - that was a little bit of a shock to me because, I mean, I know he tried drugs when he was younger but, I mean, we're 33 now so that was a shock.

Q: Got it. Understandable. Okay. Uh, so, uh, I wanna talk about everything that occurred last night or even before, uh, you know, the - the day or night before, you know, and led up to what occurred, uh, you know, involving the police, right, uh, at your apartment over there on Dante. So, um, when - when did you first initiate contact with, um, is it - you - is it easier to refer to him as Max? Is that how you refer to him?

A: Max.

Q: It's - okay. Is it okay if I refer to him as Max?

A: Mm-hm.

Q: All right. So, like, when did you first have contact with Max yesterday before all this...

A: He texted...

Q: ...uh, police, uh, involvement came to be?

A: We had been - we - so our arrangement with the boys is Wednesday to Wednesday we alternate. Every morning since his work is close to where my mom lives in Del Rey -- he works at Cummins off the 99 -- he takes the boys to her. So whether it's - they're - the boys are with him or they're with me he comes by and picks...

Q: So it's like a full week at a time? You said Wednesday to Wednesday...

A: Wednesday to Wednesday.

Q: ...so it's, like, a full week...

A: But we still...

Q: ...you got them and a full week he's got them and...

A: Yeah.

Q: ...at times he's busy working. Then they're with his - with who?

A: With my mom.

Q: With your mom.

A: And she's the one that watches them.

Q: Okay.

A: So we - I know it's a whole week, um, splitting but we still see the boys every day 'cause he picks them up. He drops them off and then when the babysitter who lived on this side by River Park - I would pick them up every day so we would always see the boys so (unintelligible).

Q: And your mom kinda fills in for both of you guys then?

A: Yeah.

Q: Okay.

A: And, like, he has a really good relationship with my family...

Q: Okay.

A: ...and vice versa. Um, so we had - we communicate daily relating to the boys. Um, a couple nights ago we - he came over and we had a conver- so you asked if we, like, had relations and we...

Q: Mm-hm.

A: It's not frequent but we have.

Q: Mm-hm.

A: And we - we had sex maybe a couple days ago.

Q: Okay.

A: And then he came over maybe the next day and he was - he would always say that, like, he would make jokes, like, at my expense related to what I did. So he would say like, "Oh your work boyfriend or your work husband." And...

Q: Comments referring to...

A: To Matt.

Q: ...this other person that you were seeing.

A: Yeah.

Q: Okay.

A: And so, um, he would always say, "I'm sorry. It's just I have to, like, I have to just laugh about it at this point. It's the only way I can cope." And so okay, whatever.

Q: And is this the same person that - this is the person that's the reason for the separation initially earlier this year?

A: Yeah.

Q: Okay.

A: And so he would randomly ask me about him, if we still see each other and I - well we're separated. I don't feel like he needs to know that. Um, and so a couple nights ago he was over and he was asking me, um, if I still talk to him and - no he said - he said something along the lines o- of I've come to the conclusion, and I've accepted the fact that you're with him. Just tell me the truth.

Q: And this person's name is what?

A: Matt (unintelligible).

Q: Matt?

A: Matt.

Q: And - and does - has Max and Matt ever had interaction or maybe got into a fight or any...

A: No. Just when Max...

Q: How about...

A: ...found the text messages...

Q: Mm-hm.

A: ...he texted him. He called him. He, like, threatened (unintelligible).

Q: When was this?

A: In - mmm, in February.

Q: Okay.

A: He didn't threaten to kill him but he threatened to tell the school that we work 'cause we work at a school.

Q: Oh.

A: He was threatening to tell the school that basically we were having an affair.

Q: So that's the only known communication that you - you, I mean...

A: And then I...

Q: ...you would know, right.

A: Yeah. It was...

Q: I mean, you're - you - you're close with Max and Matt. You would know if they had any...

A: Yeah.

Q: Okay.

A: I - I had made him delete everything, um, shortly after he...

Q: Uh-huh.

A: ...all that stuff back in spring. Um, and so a couple nights ago he was ask- he said that and I told him, "Well the truth is I'm not with Matt. We do have a sexual relationship but we're not together."

Q: Mm-hm.

A: And so he was just like, "Just tell me the truth. Like, do you see him? Do you still talk to him?" And again I'm - I - I was like, "Why do you need to know?" Like...

Q: And this - this conversation now that we're referring to, uh, is closer to today's date, right?

A: It is.

Q: You're - you're saying that...

A: This was maybe Tues-...

Q: ...you guys connected a couple days ago.

A: ...Tuesday night.

Q: You guys had sex and then while he's with you he's making these remarks...

A: Mm-hm.

Q: ...uh, about Matt and...

A: Mm-hm.

Q: ...you know, how you were seeing him.

A: Yeah.

Q: Okay. I understand.

A: And so that conversation to me seemed the most mature conversation we've had because there was no arguing. I (unintelligible).

Q: And he's expressing, like, you know, this - he's telling you...

A: He was basically...

Q: ...he's being transparent.

A: Yeah.

Q: This is how I cope with it. You know, I kinda got to joke about it.

A: And he basically said like, "I've come to the reali- it's okay. Just tell me the truth." But I didn't wanna go into de- like, I didn't wanna tell him yeah we have sex sometimes. I didn't wanna tell him that so I just told him like, "I'm not with him and the truth is I don't want to be with Matt." We do have a sexual relationship however. I just didn't feel like Max needed to know that.

Q: How did he react to hearing that? And this was a, like, you're saying two days ago?

A: I didn't tell him that we have a sexual relationship.

Q: Oh.

A: No. I - I'm thinking to myself, like, he doesn't need to know this.

Q: I gotcha.

A: But I did tell him like, "I'm not with Matt. We are not in a relationship."

Q: I see. Okay.

A: We're not.

Q: But you didn't provide the detail that...

A: Yeah.

Q: ...you guys would just kind of, you know, you have a - on occasion you guys will have sex.

A: Yeah.

Q: Understood. All right. So you just basically told him hey, you know, uh, there's nothing there.

A: Yeah.

Q: Okay.

A: And so then it was just kinda left at that. Like I said I felt like it was a pretty mature rela- uh, conversation because there was no arguing. He seemed to be okay with the idea that I may still have communication with Matt.

Q: Mm-hm.

A: And so we kinda just left it at that. Um, that was - I wanna say it was - I don't know if it was Wednesday or Tuesday. Um, and s-...

Q: Right 'cause we're at Saturday morning.

A: Saturday.

Q: Yeah.

A: And so, um, yes- um, Friday morning, um, we had gotten kinda into it and now I feel really bad about that. But we had gotten into it because, um, the boys had s- it was my - my week Wednesday to next Wednesday. And so I had the boys and they had woken up while I was trying to get ready, and so I called Max to help me because I already knew I was gonna be late to work and so, um, I asked if he could come help me. Um, I told him, "You can just shower here but just please come because they're not gonna let me get ready." I - I - I - I've been feeling overwhelmed and he knew that so he came over. He was showering. I started to get really agitated because he was, like, shaving his chest in the shower and I'm like, "Really? I'm trying to get ready and you're shaving your chest. Like, just take a shower."

Q: At your apartment.

A: Yeah. "Like, just take a shower so you can get ready to work - for work and you can help me with the kids." And so...

Q: So you - you - you were running late. You're having issues with the kids and he res- he comes from where?

A: From his house 'cause he...

Q: The Oak address.

A: Oak address.

Q: Okay.

A: He came to help me 'cause I asked him to help me with the boys while I got ready.

Q: I haven't even been to the Oak address or keyed it into my map. It's I assume pretty close to the Dante address.

A: It's, like, six minutes.

Q: Okay.

A: Six minutes. And so he had - when I called him he said, "I'm just gonna shower real quick." And I said, "Can you just shower here please because...

Q: I see.

A: ...it's just you shower, get ready. It's gonna be the same thing as you coming to get them when they're ready to go." So he came over and he was showering and then I look over and he's shaving his chest. And so I made a comment like, "Really? Like, you're shaving your chest right now?" And so I was just getting agitated and then, um, I made a comment about like, "You owe me coffee." And he said, "Yeah, I'll send you money so you can pick up a coffee." And I'm like, "No. Like, I'm not gonna have time," um, like, joking to him that, like, go get me a coffee. So then he was like, "Okay, I'll go get you a coffee. That's fine. I'll take the boys." And then I started getting agitated because he was just taking - taking forever to get the boys ready and they kept coming up to me and grabbing me and wanting my attention and I was trying to get ready to...

Q: And he's basically not doing what, uh, you'd called him there to do it sounds like, right?

A: Yeah.

Q: Okay.

A: And so I was getting upset and so then he - he could tell that I was getting upset so he said, "I'm gonna go and I'll get you a coffee." So then I was - basically I feel so stupid. It's - I was just - I've been feeling so overwhelmed and I took it out on him. And so, um, I called him as I was heading out. I said, "I'm leaving," and he says, "I'm next in line to the window to get your coffee. I'll go take it to you." And I said, "No, my ETA's already 7:56." I go in at 8:00. I like to get to school at 7:40 'cause kids are already lined up to see me at 8:00 am. And so I just don't like to be rushed and so I told him that. I'm like, "It's fine. Just keep it." And so I was upset. He was upset. We hang up. Everything that could go wrong was going wrong that morning. It was taking me forever so I called him and said, "Hey, like, I'm barely leaving. Like, where are you?" And he's like, "I already left." So then, um...

Q: Left with the boys.

A: Left with the boys and the coffee. And so then I was just texting him. I was being a bitch. I was like, "I hope you enjoy your coffee." And he's like, "I tossed them," and then he said, "I hope you have a good day." And I slursh - he - something like that. I said, "It's gonna be a terrible fucking day," and he's like, "Same," and I said, "Good." And then later he apologized and he told me that he had bought me a cold and hot drink 'cause he didn't know which one I prefer. And so then I apologized at the end of the s- school day because I just - it was so busy. So I called him at the end of the day and I apologized. I had already, like, texted him but I...

Q: And what time's this about? School get out around 3:00 or 4:00 or...

A: 3:22.

Q: Okay.

A: That's around the time that I called him and I apologized and I just told him, "I'd just been feeling really overwhelmed and I let it out and I took it out on you." And he said, "I understand." And so I just - I apologized and he said, "Don't worry about it." So it was my day with the boys Friday but his nephew

plays for Sanger Varsity, so he wanted to take them to the game since they're in the playoffs. So he asked if he could take them and I said, "That's fine."

Q: Football?

A: Yeah football.

Q: Mm-hm.

A: And so he said, um, "I'll take the boys." It was, um, one of my friend's birthday so I'm like, "I'll go out to dinner with her for her birthday." She had invited me. Long story short my plans with her fell through so I ended up hanging out with my other girlfriends which he knew about. He knew that I was gonna go to Tower with my friends. Um, he ends up telling me, like, later after work that he wanted to take the boys but because Lucas has a runny nose and Maxi's just getting better from a cough, he didn't think it was a good idea to have them out in the cold for so long. So he asked if my mom can just watch the boys and he would pick them up later, like, once the game was over, like, at 10:00.

Q: Mm-hm.

A: But then we talked about that that maybe that - not - might - might not be a good idea for him to take them out in the cold but just let them stay with my mom.

Q: Mm-hm.

A: So then we're just...

Q: So they go - they go to the game or not?

A: He went to the game but the boys did not.

Q: The boys stayed with your mom.

A: They stayed with my mom.

Q: Okay.

A: And so then...

Q: And you're with your friend.

A: My friends at Tower.

Q: Just hanging out. Okay.

A: And so she texts me saying that if - if I wanna go over, if he can come over and that if he needs me to - if he needs him - what - if I need him to pick me up. I'm sorry. And I said yes because I wasn't driving.

Q: So what time are we talking about now?

A: This is midnight.

Q: After the Sanger football game. Okay.

A: Midnight.

Q: Midnight you're with your friends down in Tower.

A: And he's texting like, "If you want me to pick you up I'll pick you up." I agree so then he shows up...

Q: Okay.

A: ...at around - I think I showed the text to the other detective. It was, like, 1:09 maybe he shows up and then, um, I was drunk. So we walk out, we get a hot dog. Um, looking back he was definitely drunk. He was definitely drinking before he got there. Um...

Q: So he shows up to pick you up and he's intoxicated.

A: Yes.

Q: You, I mean, were you able to smell it or was it his speech or what was it that...

A: No, but just - just I could tell, like, he was being goofy...

Q: Okay.

A: ...and silly. That's usually when he is...

Q: And you guys have been together a long time and you're able to - you - you can kinda tell...

A: Yeah.

Q: ...when he's been drinking.

A: Yeah.

Q: Okay.

A: I know he wasn't, like, shit-faced drunk where he couldn't, like, walk straight but I can tell that he had been drinking.

Q: Mm-hm.

A: And so...

Q: Where - where's he meet you at, like, in the Tower?

A: Right outside Bobby's.

Q: Okay.

A: And then we walked over to the front.

Q: Does he pull in the front or the back or...

A: He was literally right in the front by one of the posts. I remember peeking out and seeing him.

Q: With the Tesla.

A: No, just him standing outside.

Q: Oh. He walked up on foot.

A: Mm-hm.

Q: Where did he park?

A: I have no idea.

Q: Okay.

A: I don't remember after eating the hot dog. I remember walking towards the car but I...

Q: So he didn't give you a ride out of there then.

A: He did give me a ride out of there.

Q: Oh he did.

A: But I just don't remember that.

Q: You just don't remember where the - you got to the car.

A: Yeah. From there we walked.

Q: You're just not sure.

A: Yeah.

Q: Had you been drinking as well?

A: Yeah I had been drinking.

Q: How much?

A: So then - oh gosh. Um, I think I had maybe four or five drinks...

Q: Okay.

A: ...throughout the night. We started - we met up, like, at 7:30-ish.

Q: Uh-huh.

A: So from, like, 7:30 to...

Q: Okay.

A: ...whenever.

Q: So - so he shows up around midnight, um...

A: To pick me up.

Q: ...with his Tesla. He's clearly been drinking and then you guys go get a - a hot dog?

A: Hot dog.

Q: Is that, like, at the...

A: Yeah we literally walked right across...

Q: ...at the stand - the - that's out on the street?

A: Mm-hm. We got a hot dog - all - all of us.

Q: Where's that one located?

A: Literally right a- right across.

Q: From Bobby's?

A: Yeah. So this is Splash and then this street over right here.

Q: Okay.

A: Um...

Q: Yeah I think I know where you're talking about.

A: And so we get a hot dog and then I just remember, like, being in the car. I fell asleep and then I just remember being woken up in bed and he is calling me a whore, a liar, a slut and that I - I made - I'm making him do this and that he was gonna go kill Matt and himself.

Q: Okay. I - I wanna get into this in great detail but I feel like we just jumped...

A: Okay.

Q: ...from Tower to boom you're waking up, right?

A: Yeah. I just - I don't remember - I don't remember being in the car.

Q: Okay. I mean, if you don't remember you don't remember.

A: I...

Q: That's - I just wanna - I wanna make sure I clarify that, right?

A: Yeah. No I don't remember.

Q: You don't remember exactly where he was parked but you did get back to his Tesla at some point. Did anyone go to the vehicle with you guys or was it just you two?

A: No. I...

Q: You don't know if he, like, maybe gave your girlfriends a ride home or...

A: No. I know - I know that - no because, um, we drove - Jackie drove me and Perla there and then her boyfriend who lives out of town met us there. He wasn't drinking so he was gonna be the DD back.

Q: Okay.

A: But Max volunteered to pick me up.

Q: Okay.

A: So then I left and...

Q: But did - did he give anyone else a ride out of there other than you?

A: No, because I do remember that we had parked in different - 'cause I reme- I do remember that as we were, like, dispersing, like, they went this way and we went this way and then that was it. I don't remember...

Q: Was he hanging out with you and your friends or when - when you showed up was it just you and him?

A: No. All of my friends.

Q: Okay. Who were the friends that were with you?

A: It was Jackie Verdugo.

Q: Verdugo?

A: Mm-hm.

Q: How old is she?

A: She's 27.

Q: Do you got her phone number?

A: Yes.

Q: We'll get all that at, uh, once you give me all the names here.

A: Okay.

Q: Uh, who else were you with?

A: Perla In- Inzunza. Perla, P-E-R-L-A I-N-...

Q: Perla...

A: Inzunza, I-N-...

Q: I-N. Uh-huh.

A: ...-Z-U-N-Z-A.

Q: How old is she?

A: She's 27 as well and then Michael. Munroe I believe is his last name, M-U-N-R-O-E.

Q: 'Kay.

A: And he's 33.

Q: Anyone else?

A: I know, um, Jose Martinez. I don't know if they were still there at the end of - of the night with, like, when we were having our hot dogs but he was with us. He was...

Q: He was with you earlier?

A: Mm-hm.

Q: You're not sure if he was among the group at the end?

A: I don't remember if he ended up leaving before the hot dogs or after.

Q: Oh I'll take his info too.

A: Jose Martinez. I - I'm as- I'm gonna assume his age is like 37.

Q: Approx 37.

A: And then, um, his girlfriend Alexis. I don't know her last name. It starts with an L I think and she's about 25.

Q: And you're unsure if, uh...

A: I'm unsure...

Q: ...Jose and Alexis were with you guys at the - at the end.

A: ...with - with us when we got the hot dogs.

Q: I understand.

A: Yeah.

Q: Um, uh, what - what is Jackie, Perla and Michael's relation to you and everyone else? Like, is - is Michael the boyfriend of Jackie or Perla or...

A: Yes. Michael is Jackie's boyfriend.

Q: Okay.

A: And then, um, Jose and Alexis are dating.

Q: Got that.

A: And then - so - so my friends are Jackie, Perla and Jose...

Q: Jackie, Per-...

A: ...and by association their partners.

Q: Perla and Jos- I see. Okay. I understand. You - but you would have phone numbers for Jackie, Perla and Jose. The other two people you would not?

A: And Alexis. Not...

Q: And Alexis. Okay.

A: ...not Michael.

Q: Can I get those? I may not even need to call them but it'd be good for me just to have their contact info, uh, in the event I do. W- how was he behaving around them? Was there anything, uh, you know, out of the ordinary about his behavior when he was with this group with you guys?

A: So I'm so sorry. Um...

Q: No it's okay. You can just read it off to me. Go ahead.

A: This is - Jackie's is 209-...

Q: Mm-hm.

A: ...-489-1720.

Q: Mm-kay.

A: Perla is 559-...

Q: Mm-hm.

A: ...-802-2554. Jose is 559-...

Q: Mm-hm.

A: ...-960-7437.

Q: And then you say Alexis.

A: And then I have Alexis. I might have her last name actually. Lits- Lits- Litster.

Q: L-I-T-...

A: S-T-E-R.

Q: ...-S-T-E-R. Okay.

A: And her phone number is 559-285-6874.

Q: 6874. Got it. Okay. How was he behaving around them? Was there anything unusual about his behavior or was he cool?

A: He was - no he was just, like, being goofy. I remember at one point...

Q: Just, like, he'd had a - some drinks like you said.

A: Yeah. Yeah. Like, Michael at one point - because my - my littlest one - he's just all over the place and I remember Michael made a comment like, "That's their dad, right?" And I said, "Yeah." And this was his first time meeting him and he says, "Yeah I can tell. I can tell that's Lucas' daddy," because he was just being goofy.

Q: Mm-kay. All right. So you end up back, uh, at your apartment.

A: Mm-hm. I don't think I remember...

Q: And you're not really sure, you know, any - okay.

A: ...walking in. I don't remember when he grabbed my phone. I...

Q: Well, I mean, you were out having some fun, right? You were, I mean, that's understandable, right? Um, so you're telling me that really the next thing you remember is him waking you up and you're in your bed...

A: He took my phone.

Q: ...in your bedroom?

A: Mm-hm. In my bed.

Q: Uh-huh.

A: He has, um...

Q: He has your phone.

A: He has my phone and he's calling me...

Q: How'd he get into it? You got a password?

A: I don't know if he maybe saw me putting in my password or he put it to my face. I don't know.

Q: Okay. But it is password protected.

A: It is password protected.

Q: And it's face ID and number to open it? Okay.

A: He might've maybe remembered my code from seeing me enter it.

Q: Have you had the same password for years?

A: For a while.

Q: I mean, since you're together?

A: No not since - no since we split up I changed it.

Q: Okay.

A: Um, but, I mean, we were around each other enough that maybe he saw me.

Q: Yeah. And you - you're drinking. There's a portion of the evening you don't remember. I mean...

A: Or maybe he asked me and I opened it for him. I just don't remember.

Q: Okay. Okay. So he's - but he's got your phone and is he, like...

A: He's got my phone.

Q: ...is he standing over you? Like, where is he?

A: He's - so I - let's pretend this is my bed...

Q: Mm-hm.

A: ...and I'm on the furthest right side...

Q: Mm-hm.

A: ...next to my little nightstand. He's sitting here at the edge of the bed or standing, but he's, like, right here with the phone and he's calling me a whore and a slut, a liar and that I'm...

Q: So he's really close to you then.

A: Yeah.

Q: I mean, he's right there.

A: And yeah he's, like, really upset and saying that you're - something like you're the reason. You - you caused this or something like that. And then he s-...

Q: Is he showing you something specific? Are you able to recall what he's showing you?

A: I just see that he's on the messages. So in my mind after everything just kinda, like, sinks in is realizing that he was reading the messages between Matt and I.

Q: Okay. It wouldn't be other - another person. It would be...

A: Matt.

Q: He's focused on Matt. It's not like you've got other people that he would've found...

A: No. Because he...

Q: ...uh, messages to be upset about. It's Matt.

A: ...he said, like, he remembers his name. He remembers his face.

Q: Was he referring to Matt, like, when - as he's going off on you?

A: He's calling him.

Q: Uh - uh, through?

A: He sent him - he sends himself...

Q: Through the Messenger?

A: No. He sends himself his contact and is calling him on his cell phone.

Q: Oh.

A: So when I grab my phone I see that he tried calling Matt a few times...

Q: Mm-hm.

A: ...and he had texted Matt saying, "I want you to come fuck me. The door is unlocked."

Q: Oh, like, he was trying to bait. Oh wow.

A: Yep.

Q: Okay. So he was tr- he was basically trying to bait Matt over there...

A: (Unintelligible).

Q: ...messaging from your phone. Okay...

A: Yeah.

Q: ...saying that you - the door's unlocked and come...

A: Come.

Q: ...fuck me. Okay. Uh, that - and you have that. Okay. I d- I definitely, uh, need - need to take a photo of that.

A: I - I - yes I deleted it. They're not permanently deleted but as I was sitting in here just my anxiety and just - I don't - I don't even wanna think about Matt. I deleted the messages but they're still there in Deleted.

Q: Like, in the Deleted...

A: Yeah.

Q: ...folder. Okay. Well we'll get to that and we'll need to recover that. I - I do need - that's, uh, very important, right. Okay. Um, so he's - he's basically standing right there at the side of the bed. He's putting your phone in - in your face. You're just waking up. You - all you're able to tell - its messages.

A: Yeah.

Q: But you know that oh he's found the messages between me and Matt.

A: And that this was literally as we got there because I remember seeing the time and it was only, like, 2:00-something, 2:20, 2:30. So he must've been looking through my phone and then woke me up.

Q: Okay. I mean, do you know, uh, it sounds like based on what you were describing before you're not really quite clear on w- when you got home but...

A: No, but I'm just...

Q: ...but, you know, you're remembering back. Hey you were at the Tower District around midnight, right?

A: And so, like, 1:10-ish we got hot dogs.

Q: You left around - you think around 1:00? Okay.

A: So maybe we left - maybe we left around 2:00 and then by the time we got there he opened the phone and then it all just - to me it feels like it all just happened boom boom boom. And so he's telling me this. He - and he says something along the lines of, like, you caused this and then he says, "I'm gonna go kill him and kill myself."

Q: Okay. Just - but just so I'm clear the - the - the phone - the phone that he took from you, right, he's g- shared the number for Matt with himself, but he's also still manipulating your phone and sending a message.

A: No he had already sent the message.

Q: Oh okay.

A: He had sent those messages and then he (unintelligible).

Q: How did you learn that? I mean, did you go look through your messages?

A: Because I opened - I - when - when I opened my phone it was on Matt's messages...

Q: And that message was there.

A: ...and I see those messages that said, "The door is unlocked."

Q: Was there any- was there anything else other than that one message you're referring to there?

A: Just - no. It - it was like, "Come fuck me. The door is unlocked." Two separate messages. And then I saw in the call log because I was trying to call him that he had called Matt, like, four times.

Q: On your ph- on your phone.

A: On my phone.

Q: And...

A: But then I see that he had sent himself his con- his contact. Um, they - he shared it with himself and he was definitely on the phone in the apartment as he was walking out.

Q: And all that stuff is still there for you to be able to show to me and, uh, okay. And you said he tried calling on your phone four times?

A: Yeah. If I remember correctly.

Q: You've shown this to detectives already you said, something earlier in this conversation?

A: I don't know if I s- showed him that but...

Q: But you showed him some things about these conversations?

A: Yeah. He called him four times. The last call was at 3:04.

Q: Okay. We'll get all that then when we get that. Um, all right. All right. So he's - he's there. He's - he's upset. He's going off and then where I kinda interrupted you is you said that he made some statements to cause harm not only to Matt but to himself as well.

A: Mm-hm.

Q: Like, do you remember specifically what he's saying in this moment?

A: Just something like I'm gonna go kill him and myself.

Q: Okay. Okay.

A: And he's on the phone. Like, he's trying to call him.

Q: Okay.

A: I can hear the ringing.

Q: Okay.

A: And so...

Q: What does he do next?

A: He walks out of the apartment and I'm still kinda, like, dazed, confused a little bit. Like, I know what's going on and it's...

Q: You're just waking up...

A: Yeah and...

Q: ...and you just had several drinks.

A: ...and then it just sinks in. So I look out the window and I - I see his Tesla and I don't see him and so I'm assuming he's leaving. So then I put some shorts on and I walk out and I s- I think I see him, like, from the corner of my eye, like, in this area of the parking lot as I'm walking out of that, like, a little, like, walkway, um, 'cause it's, like, my apartment building's here and then the other one.

Q: Yeah, I've been there. Uh-huh.

A: And then that little...

Q: There's a little breezeway in between.

A: Yeah.

Q: Yeah.

A: And then he was over here. I can kinda see him but then I go this way because I don't know what my thought process was to maybe, like, intercept him if he's gonna (unintelligible).

Q: You know what? I'm getting a little bit confused on just direction and stuff. I wanna make sure I have it right.

A: Sorry.

Q: Is there a way you can do a little - would you mind...

A: Yeah. No.

Q: ...just a little sketch there just so I understand exactly where you're describing.

A: So this is - I don't know what that building is but this is my building.

Q: Okay.

A: And there's that little, like, wall...

Q: Middle.

A: ...and then that's my door...

Q: Mm-hm. Okay.

A: ...my door.

Q: I follow you.

A: And then there's that little - and then there's...

Q: Right. And then there's a parking lot up there...

A: Uh-huh. This is the parking lot.

Q: ...where you're s- where you're - that's - yeah. Okay. Yep.

A: And then, like, the little walkway thing here. So I'm walking out. I kind of see him somewhere over here and I don't know w- I don't know where...

Q: He's on foot. He...

A: He's on foot...

Q: Where was his Tesla?

A: ...but his Tesla's, like, right here.

Q: In a stall over there?

A: It's, like, pretty close. I don't know if he parked in the handicap but it was...

Q: Is it in - is - is it - which way is the nose of the car facing?

A: This way.

Q: Got it. Okay.

A: And so then I don't know what possessed me to go this way. I don't know if maybe I thought, like, if I walk this way I can intercept him if he drives out this way.

Q: Mm-hm.

A: And so I'm on foot. He catches up to me and then, um, he's again telling me things, calling me names and saying that he's gonna - he wants to kill himself but he wants to take Matt with him. And then at one point...

Q: And he's following behind you as he's saying these things?

A: Yeah. And then at one point he, like, grabs me. I don't know how. I just know he - it was, like, a really strong grab.

Q: From behind?

A: From - I don't know from behind, but I just remember feeling, like, his - his arms. And then...

Q: Was it like he was wrapping his arms around you or was he grasping the back of your arms?

A: No I - I think it was more like this.

Q: So, like, grabbing onto the back of your arms?

A: Like, something - something - yeah.

Q: Okay.

A: I just remember feeling him.

Q: Like, your triceps?

A: And it - it startled me because he's never been physical and so I - I don't remember if I, like, stumbled but it was...

Q: What did he say as he's doing this? Like...

A: This is that little other walkway in other apartments over here.

Q: Right. And eventually this curb leads out to the front, right?

A: And I'm, like, somewhere right - with him. Mm-hm.

Q: Okay.

A: He's just calling me names and...

Q: Like what?

A: Like, that I'm a whore. That I'm a liar. That I'm a slut, saying that he's gonna go look for Matt. And so I tell him, "No, please don't." We end up walking this way and as I'm walking in I feel him again. And then I don't know if he throws me but I fall into my living room. I f- I feel like he threw me.

Q: But what did you feel? What do you remember feeling?

A: I just remember, like, I just remember feeling his - his - his hands, like, just, like, the strength of his...

Q: Mm-hm.

A: ...his - his hands, his - on my arms.

Q: Where on your body were you feeling this?

A: Like, right here.

Q: Like, your triceps, the back of your arms.

A: I think he was kinda, like, he - he, like, walked me in like this.

Q: Okay.

A: And then I fell into my living room.

Q: This is as you're entering?

A: Mm-hm.

Q: Okay.

A: As I'm entering and so then I fall in my living room and I'm just trying to get him to stop.

Q: Were you shoved or...

A: I - I feel like I was 'cause I fell.

Q: Uh-huh.

A: Like I said I don't know. It all just happened so quick but I just...

Q: Uh, okay.

A: ...remember feeling, like, his - his hands on my arms.

Q: All I can...

A: And...

Q: ...all I can ask is what you remember, right, so that's fine.

A: Because it took me by surprise because he's never been physical like that.

Q: Okay.

A: And so I fall and I just ask him to please stop, please stop.

Q: And he comes in too?

A: He comes in and he says no and I think he's still calling Matt at this point.

Q: Where are you now? Did you get up? Are you on the ground still?

A: No I think I get up. I get up and then he just walks out and then by the time I get...

Q: So he's barely in there for a moment and you think he's calling Matt?

A: It's - it's just a moment. Yeah. Yeah. And so I'm, like, somewhere in here and my bedroom is over here.

Q: Uh-huh.

A: I go in to see the - outside my window and I see that he backs up and just speeds off this way. So from the moment that I got up or whatever, that I left

the living room when he walked out and I got to my window he had already backed out and sped away. And so that's when I got scared because he had never put his hands on me. He's saying that he wants to go kill Matt and himself and then - and the way that he backed out and sped off really scared me. Um, I saw my car keys and I thought I should go follow him. But then I remembered that I left my car at Jackie's house because she drove us to Tower. So then I come in and that's when I call 911.

Q: Okay. How many times did you call the police?

A: I called, um, the initial time at 3:08 and then I kept calling to get updates, 3:40, 3:41, 3:42, 3:44. And that was it.

Q: So as he kinda follows you into the apartment, uh, and from behind he grabs your arms, like, your tricep areas. You're not sure if he pushed you, but you ended up stumblin' and fallin' to the ground, um, you - you made it sound like he wasn't in there for very long?

A: No. (Unintelligible).

Q: Can you estimate, like, how long he was in there?

A: Seconds, a minute tops.

Q: 'Kay. And he had your phone?

A: He had his phone because he had...

Q: He...

A: ...shared Matt's contact to himself.

Q: Oh that's how he's trying - so I - I just wanna be clear. At what point did you regain possession of your phone? Was it right there in the bed...

A: (Unintelligible).

Q: ...or did he...

A: Yeah.

Q: ...take it back?

A: In the bed.

Q: Okay.

A: He was in the bed 'cause (unintelligible).

Q: So right there in the bed when you're lookin' through the messages and - and...

A: And we had...

Q: ...you've seen...

A: (Unintelligible).

Q: ...all these things, he never reclaimed possession of the phone or...

A: No.

Q: ...anything like that. Okay. And he's tryin' to call Matt. You believe he's trying to call Matt, right?

A: Mm-hm.

Q: It's not like you ever took his phone to look at his - at this point, right?

A: Yeah.

Q: Is he - how do you...

A: (Unintelligible).

Q: Why - what makes you think he's trying to call Matt? Is he saying that, did he get through?

A: He just - he's - I see the frustration in his face 'cause it's ringing and then it - nobody answers.

Q: Is he verbalizing anything to you? Like, who he's calling or what he's...

A: No.

Q: ...doing?

A: I don't know.

Q: But you believe he, you know, he's, like, frantically upset calling this...

A: Yeah.

Q: ...person you believe to be Matt? Okay. And what kinda words are exchanged, like, as you fall on the ground? Does he acknowledge the fact that he knocked you down or...

A: No.

Q: ...apologize or anything? 'Cause this seem- this sounds kinda what you're describing is not something that he does. I mean...

A: No.

Q: ...putting hands...

A: No.

Q: ...on you. You said this is the first time...

A: He never...

Q: ...he's ever put hands on you.

A: ...apologized. He was just - he was just angry.

Q: Okay.

A: He was just angry and...

Q: And after about a minute or so he just storms out?

A: He just storms out, backs out and drives away.

Q: And you - you're describing him as, you know, the Tesla that was parked in you believe possibly the handicap spot right there, uh, facing, what is that east?

A: Mm-hm.

Q: You're saying he just kinda takes that loop...

A: Over...

Q: ...to the north and then down, out to the east...

A: To the back gate.

Q: ...to the - to the gate? Okay. And was he driving? Like, what was his driving like?

A: Erratic. He, like, it was literally, like, backed out and just - I just saw the car go speed off, like...

Q: Okay.

A: And so...

Q: And that's when you called the police?

A: I wanted to follow him and I realized I didn't have my car. So then I called the police.

Q: What did you tell dispatch?

A: I told them that he - I think - I think I - I said, like, he woke me up. He saw some text messages. And...

Q: Did you talk about the physical stuff?

A: No.

Q: Okay.

A: No. At that moment I didn't - I consciously made the decision not to.

Q: How come?

A: Because I - I didn't want it to be anything bigger.

Q: I understand. Okay.

A: And so...

Q: So you're just talkin' about him wakin' you up, you know, mad about these text messages. Did you, you know, provide his information, a description, his vehicle?

A: I might have. Yeah. I think I told them that he drove a Tesla.

Q: Uh-huh.

A: And his name. Um, I maybe - I think I provided his address. But that was about it.

Q: Did you tell them anything about him drinking or?

A: I don't remember.

Q: Okay.

A: I don't.

Q: How about his location? Did you describe that he fled...

A: I told them that he...

Q: ...from the area or that...

A: ...left.

Q: ...he was at the location?

A: I told them that he left and that he was on his way to Villa Lucia, which is the apartments that Matt lives in.

Q: Oh, okay. Where are those at? I - they sound familiar. I just can't...

A: Well...

Q: ...picture.

A: ...Figarden and where Milburn turns into whatever that little street by the...

Q: Right there by the tracks?

A: ...park. Mm-hm, those tracks.

Q: Okay.

A: (Unintelligible) park.

Q: Yeah. I know what you're talking about.

A: And so then he eventually comes back and says, "You're lucky the gate was closed."

Q: So he comes back?

A: He comes back.

Q: And you'd already placed this call to the cops it sounds like.

A: I believe he comes back. I'm sorry. Now I don't remember if he comes back or...

Q: That's okay.

A: ...if I - if I had him on the phone. 'Cause I kept trying to call him. And he just kept telling me, like, that I'm a liar. That it's - he's doing this because of me and that he wants to kill himself and Matt.

Q: Okay. So just - I just wanna make sure I got it right. So wa- he takes off and that's when you call the cops or had you...

A: Yeah.

Q: ...called the cops and while you're on the phone...

A: No. He...

Q: ...he's leaving?

A: He takes off.

Q: You're providing info that he may...

A: Yeah.

Q: ...have gone to Matt's over at...

A: Mm-hm, he takes off.

Q: ...Villa Lucia.

A: I wanted to follow him, realize I don't have a car.

Q: You couldn't. You didn't...

A: (Unintelligible).

Q: ...have a car. I - I gotcha. So he's gone when you make this call. You provide a possible location for where he's headed.

A: Mm-hm.

Q: Um, do you go into details about him saying he wants to kill this person. Did you give Matt's name?

A: I don't know if I gave it to dispatch. But I did give it to the police officer...

Q: Okay.

A: ...who responded.

Q: But I'm just asking about the 911 one call right now, right?

A: Oh yeah.

Q: And it wasn't 911 call, right?

A: It was 911.

Q: Okay.

A: I don't remember if I gave those details.

Q: Okay. Uh.

A: (Unintelligible) did tell him that he had - he was going towards Villa Lucia.

Q: Got it. And then how - do you recall how much time passes before you see, uh, Max again?

A: No.

Q: What are the circumstances when you see Max again? Are you in your apartment? Are you outside? Where are you?

A: I think (unintelligible) inside.

Q: Okay.

A: I honestly after I - I was on the phone with dispatch everything from that it's just, like, spotty. Because I was having a lot of anxiety. I was really scared. I was frantically trying to call whoever I called, his best friends. Um, they weren't answering. I called Jackie, Perla, Jose. Um, I at one point get a hold of Jose and, um, he's just trying to calm me down at that point. I had already hung up with, um - um, uh, dispatch 'cause I think the officer was already - had already responded or was already coming in. I'm sorry.

Q: Mm-hm.

A: Um.

Q: You mentioned the word anxiety. Uh, I think more than once. Uh, I just wanna be clear. Do - do - do you have any, uh, diagnosis or you just...

A: No. I...

Q: You know...

A: ...just...

Q: ...when you're feeling...

A: I feel it.

Q: ...stressed?

A: Like, I feel, like, I'm...

Q: Okay.

A: ...jittery and I feel like my heart is racing.

Q: So...

A: (Unintelligible).

Q: ...under stressful situations, like, you, uh, exhibit...

A: Mm-hm.

Q: ...very noticeable signs of anxiety.

A: Yeah.

Q: 'Cause you're able to recognize?

A: Yeah.

Q: Oh okay. All right. But you were indicating that at some point he came back, right? Uh, and you'd already called the cops by this time. Uh, do you recall being contacted by the police?

A: Um, I just remember one officer showing up.

Q: Okay.

A: I don't remember them calling me. I do remember me trying to call them back, 911.

Q: Yeah. You - you'd indicated that you'd called dispatch...

A: I just let them know...

Q ...back multiple times.

A: (Unintelligible) they had found him because I was really worried.

Q: You're askin' for updates? Okay. Um, but my question is, you know, do you recall being contacted by the police?

A: Like, them calling my phone?

Q: In person, police officers?

A: Oh yes, yes, yes.

Q: Okay.

A: Yes.

Q: Okay.

A: Yes.

Q: That's the part I wanted to...

A: I'm sorry.

Q: ...talk about. It's okay. Um, you know, I understand that you'd made this call. You're makin' multiple follow-up calls, trying to figure out what's goin' on. I'm just trying to clearly understand, you know, how things unfolded after you'd made this call to the police, right? So where were you contacted by the police? Where were you at when you were contacted by the police?

A: I think I wanna say that I was on the phone with dispatch and they told me that they had arrived.

Q: And you're - you're in your apartment?

A: In my - in my bedroom.

Q: When you made this 911 call did you remain in that, in your...

A: Yes.

Q: ...apartment the whole...

A: I never...

Q: ...time?

A: I never left.

Q: You remained there?

A: The...

Q: Okay.

A: That - where I went this way and then we walked back in.

Q: Right. And you went back in and then he, you know, comes in briefly. He's trying to call Matt, uh, and then takes off angry. And that's when you call in with...

A: Yeah.

Q: ...the information, right? Okay. So you're on the line with dispatch at one - one of these points and they're, like, hey officers have arrived. Um, where do the officers contact you at? Do you open the door...

A: (Unintelligible).

Q: ...for them?

A: Yeah.

Q: Okay.

A: I opened the door.

Q: Okay. And where's your conversation with them taking place?

A: In the living room.

Q: Of your apartment?

A: Mm-hm.

Q: Got it. Do you remember how many officers you're - you're talking to?

A: I saw two in there, but there was the one who stayed in there the longest, um, the shorter of the two.

Q: So two officers contacted...

A: Yeah.

Q: ...you and came into your apartment?

A: Mm-hm.

Q: Okay. What was that interaction like? Uh, you know, like, what - what did you tell them?

A: I just told them what had happened, that he had left. Um, I - okay. Like I said I made the decision not to tell them about the - the physical.

Q: Mm-hm.

A: Um, and that I was just scared and worried because he had made the statement that he wanted to go kill Matt and himself. And when I told Max on the phone that I had called the police, he, uh, made a comment, something like, "I'm gonna take a cop with me" or "take a pig with me."

Q: When did he tell you this?

A: On the phone.

Q: At what point though? Was this before the police arrived or do you remember?

A: I - I don't know if the police were already there. But it was definitely, um, after I had called dispatch. When I had called 911, sorry. Um, I - it was - I called 911. Then I tried calling his friends. And then at one point I called him and this is for brief conversations where he was telling me that, um, he was...

Q: So let me see real quick. If you could open that again. So, uh, 3:57, there was a outgoing call, 27 seconds. This is all to Max Sosa, right? Yeah.

A: Mm-hm.

Q: Okay. Uh, 3:55 outgoing call. So 48 seconds.

A: 48, yes

Q: And...

A: 43 seconds at least.

Q: 3:54. Yeah. 43 seconds, outgoing call. Okay. So they're all pretty brief calls. Those are all you calling him?

A: Mm-hm.

Q: And during one of those conversa- like what - maybe you could kinda summarize what those conversations consisted of.

A: It was just me trying to get him to come back, to stop. I don't remember exactly. But I was just so focused on him saying that he wanted to - he wanted to take a cop out because then that's when it hit me that he wanted to do something so that they would shoot him.

Q: Was he being specific?

A: No. Just when he said that he wanted to take a cop or a pig with him.

Q: Had you ever heard him say anything like that before?

A: Never - never had run-ins with law enforcement.

Q: I mean it sounds - he's - he's wanting to, you know, suicide by cop is what he's describing to you, right?

A: Yeah.

Q: What did you, like, what did you tell him? How did you react to that? How - how did - these conversations were really short. Did it result in you hanging up or him hanging up?

A: It was always him hanging up.

Q: Him hanging up?

A: I think at one point, um, I think I did hang up to call, um, to call his friend or I don't know. I don't remember.

Q: Okay.

A: I think that's where the last call - I don't know. I don't - I just re- I - I - I briefly remember having him on the line and then another one, call coming in.

Q: Mm-hm.

A: But it was - yeah, it was him ending the conversations.

Q: Okay. Eh, those are three separate calls. Was it just on one call that he made these remarks or was it on...

A: No. It was...

Q: ...more than one call?

A: It was all of these other ones. 'Cause then I - I - I - I was on the phone with him for four minutes at 4:13. There was at one point where the police...

Q: Let's see.

A: ...officer who had responded.

Q: 4:13 incoming call to you, uh.

A: Yeah.

Q: At 4:13 am And that was...

A: Four...

Q: ...a four-minute call?

A: Yeah. And then I don't know if this was incoming as well. Yeah, two minutes. And these longer ones are when the officers tried to talk to him.

Q: Like, were they...

A: I was on the phone.

Q: Uh, the officers were with...

A: And then...

Q: ...you?

A: They were with me. So then they said, "Let me talk to him."

Q: I gotcha.

A: And then at one point they told me not to answer the phone call because I was getting upset.

Q: Okay. I'll hash all that out...

A: (Unintelligible).

Q: ...when - when, uh, when I get the photos here at the end. I just - it's gonna be important for me to get, you know, photos that at least document your call log 'cause I - I'm gonna end up goin' through, uh, his phone at some point. And I wanna make sure everything matches up, right? And I understand what I'm looking at and what those consists of. So we'll get to that here in a sec. But okay. So you're - you're dealing with the police officers now. Two officers?

A: Mm-hm.

Q: You're saying they came in. They're talking to you in your living room.

A: Mm-hm.

Q: And, uh, clearly here by what you're tellin' me that even at - at a point while you're with these officers, um, he's calling you. Incoming calls, yeah?

A: Mm-hm.

Q: And these are the calls that, uh, you hand the phone or put - you...

A: Mm-hm.

Q: ...put him on speakerphone or somethin'...

A: I had it on...

Q: ...to the officers?

A: ...speaker.

Q: Uh-huh.

A: And then, um...

Q: And what are the officers...

A: ...the officer...

Q: What are the officers saying to Max? What is...

A: 'Cause...

Q: ...Max saying to the...

A: Like...

Q: ...officers?

A: ...where he's at? Um, I know at one point, um, Max was, like, I think threatening the police officer, um.

Q: On the phone call?

A: On the phone call, um.

Q: Like, what kinda - what - would you recall what he was saying specifically?

A: I don't remember specifically.

Q: Okay.

A: I just remember it was threatening and then, um, I don't know if it was in person when Max ended up showing up at the end or if it was on the phone. But he was telling one of the cops like, "Do you, um, what are you doing

here? You should be with your wife, your girlfriend. She's probably cheating on you." Um.

Q: He's tellin' that to the police?

A: Mm-hm.

Q: Okay, uh.

A: And, um...

Q: Is he providing any of the information they're asking questions about, like, you know, you're sitting there...

A: No, like...

Q: ...asking for his location...

A: (Unintelligible).

Q: ...or?

A: Um, I know at one point (Damien), his best friend is telling me that he was at the charging station.

Q: Okay.

A: And they were trying to figure out...

Q: [7]Was - was he making threats, like, directly to the police on the phone?

A: I wanna say yes. I just don't remember what the specific threats were.

Q: Right. Okay.

A: 'Cause then when he came in, when Max came in, when he physically came back into the apartment, he pointed at the one officer that he was talking to he's, like, or the one in the hallway saying, "Were you the one I was on the phone with?"

Q: Okay.

A: And then he's like, "No, it was you." And then he had grabbed the scissors and he, like, kinda went like this.

Q: Okay. So let's talk about that. You're - so you're saying you're dealing with the police for a while and then eventually at some point...

A: Eventually at...

Q: He...

A: ...some point...

Q: Max shows up?

A: ...he just shows up.

Q: How long are you dealing with the police before he shows up? Do you know?

A: Maybe 30 minutes. I don't know.

Q: Oh so the police are there for a little while?

A: Yeah. They were there for a while. I - I don't have - I can't, like, I can't process time right now, like, how long.

Q: I understand.

A: But they were there for a while.

Q: Okay.

A: Um, they were whenever Max...

Q: It feels like it was at least a half hour is which you recall?

A: Yeah.

Q: Okay.

A: I had remember hearing them saying that, um, 'cause I would try to ask for updates. Like, "Have you guys found him? No - no. Um, I think at one point I may have heard that he, like, almost runs one of them over or something, um.

Q: And heard that how?

A: Like, um, conversation.

Q: Between the officers?

A: Yeah.

Q: Oh okay, okay.

A: And...

Q: It wasn't anything...

A: No.

Q: ...that Max told you?

A: No.

Q: Okay. Uh, so then let's jump ahead to, you know, when Max shows up, okay? Uh, your - your - your recall on time is - is not too clear. That's understandable. I mean you were just wakin' up, you know, you'd been drinking a couple hours before, um, and now you're exposed to a really - really stressful situation. That's inducing anxiety, right? But at some point he shows up and the police are at the location with you. Is what you're telling me?

A: Yeah. They're inside the apartment.

Q: Whereabouts when he shows up? Where are the officers?

A: I - I think there was more than the two outside, um.

Q: You think? But let's...

A: I didn't...

Q: ...just talk about what you know...

A: ...know but...

Q: ...for sure.

A: ...inside - yes.

Q: Uh-huh.

A: Inside was, I'm sitting on the couch. The door is right here and I have one officer about where you're at and then the other one's kind of, like, in the hallway.

Q: So the couch is located?

A: So if this is the door. This is the window.

Q: Okay.

A: This is my couch. This is the TV. And then the dining and then...

Q: Got it.

A: ...the kitchen area.

Q: So basically if you go in the door just to the left?

A: Right here, uh-huh.

Q: Okay.

A: It's - yeah. Just to the left. I'm sitting here. There's an officer here and then there's another one in the hallway.

Q: Okay.

A: And then that's when Max walks in.

Q: Okay. So let's talk about what happened when Max walks in, all right? What do you - what do you remember? What did you see?

A: He - he walks in. Well I remember the officers asking me if he had weapons. And I told them that I didn't see him with any weapons. But I do remember --

and I don't know if I told the officers -- but he walked out with the bottle of tequila that I had on the counter.

Q: Okay.

A: That's all I saw him with. As far as I knew, he didn't have any weapons. But...

Q: That's when he...

A: ...it...

Q: ...left for that final time?

A: Uh-huh. But then it dawned on me that he could've grabbed a knife. But as far as I knew when I told the officer, he doesn't have any weapons, he had bought the - what is it? The upper of the AR I think there's, like, two...

Q: Mm-hm - mm-hm.

A: ...that he owns, but it's not...

Q: He didn't have a completed rifle?

A: No, no.

Q: Okay.

A: He didn't - he never completed it. Um, so as far as I knew he was in possession of no weapons. And so then when he comes in I see that he has scissors in his hands or kitchen scissors.

Q: Kitchen scissors?

A: And he's holding up...

Q: You're describing the kind that, uh, like, you'd find with a knife set...

A: Yeah.

Q: ...in a butcher block?

A: Yeah.

Q: Okay.

A: And he just walks in holding it like this. At one point he's, like, talking to the officers. The officer that's in the hallway said something about like, "Think about your daughter" or something like that. "Think about your girls." And he, Max gets mad and says, "You don't ev- you don't even fuckin' know or whatever. It's boys, like, you don't fuckin' know anything." And then that's when he kinda directs his attention at the other one and asks, like, if he was the one that he was talking to. And then he does this motion with the scissors where he, like, opens them. And that's when they drew their guns. I'm assuming it was their guns. And they kept telling him that, "We don't have to do this." And he - Max says something like yes, we do or something like that. I wanted to try to talk to him. But the officer told me not to. He kinda, like, motioned for me to stay back. And then at one point the officer in the hallway -- I don't know what he tells him -- but he tells the other one to, like, go out or something. And so he walks out. And then immediately after Max - Max follows. And then I hear what I think was a taser. And then I hear two loud pops. And then nothing, just silence.

Q: I'm sorry you had to see all that. Were you on the couch the whole time as this is all unfolding?

A: In my mind I kept telling myself that the pops were, like - like, how that - whatever the - not - not a - a - a real gun.

Q: Mm-hm.

A: But in my mind that he's okay. He's just on the floor.

Q: How did you get out of there?

A: I was sitting in the living room for what seemed like the longest. I could hear stuff outside in the hallway. And then at one point one of the officers directs me to - and tells me to stay in the bedroom. And I stayed in the bedroom for what seemed like hours. And they told me not to walk out. And then a female detective comes in. And she tells me that we have to come here but that I can't come out the front. So she tells me that I have to go out the patio door and asks if I have, like, a step stool or something. And so I grabbed a step stool and jumped over.

Q: You had to climb over the fence, the little patio enclosure? What'd you see as you're leaving?

A: I saw police tape everywhere. And I saw a lot of police cars.

Q: I just wanna back up and - and make sure I - I get, uh, as much detail as I can about when he comes in the door, all right.? And everything that unfolded right there. You described him having some kitchen shears in his hand, right? I mean is that somethin' that he had immediately upon entering the room or did he grab them from...

A: No.

Q: ...somewhere?

A: He had it. I - I - he literally walked in because the - the door opens out onto, like, the kitchen counter thing.

Q: So the door swings in...

A: In.

Q: ...is what you're describing?

A: So yeah.

Q: 'Kay.

A: 'Cause he walked in and I saw him with the scissors so...

Q: As soon as he stepped in?

A: Yeah.

Q: Did you recognize those scissors?

A: Yeah. I knew that they were mine. Well, I assumed that they were mine because they're the same color as the ones on my knife block they have with a black handle.

Q: Okay.

A: I have two.

Q: What hand is he holding them in?

A: I think he's holding it with his right.

Q: Is he right-handed? Yeah? And it sounds like, you know, you describe him interacting with these officers, um, made a remark to one about how, you know, that officer didn't even have his information right about him having son, not a daughter or somethin' like that and wantin' to know which one called, right?

A: Yeah, which one he was talking to.

Q: Uh, what else is he saying? Is he - is he making any threats to harm, uh, you, uh, an...

A: No.

Q: ...officer?

A: (Unintelligible).

Q: Himself? Is...

A: I'm actual-...

Q: Do you recall anything like that being...

A: I...

Q: ...said?

A: ...do remember one of the officers saying something. I - it must have been when I got up to try to talk to Max. And they - he said, Max said something like, "That's the mother of my children." Like, from what I got, I don't remember what he said. But like, that he wasn't gonna hurt me.

Q: Mm-hm. Okay. He said somethin' about...

A: Something along...

Q: He's not gonna hurt you? Okay. What about to the police though? Did he make any remarks that he wanted to harm them or even himself? Did he make any remarks that he wanted to hurt himself? Do you recall hearing anything like that?

A: No, but just I mean based on everything what I got from everything that had happened and him coming in with the scissors I knew - I knew what he wanted to happen.

Q: And what's that?

A: Because I told him, I said, "Think of the boys." And he said something like, "I don't care anymore." And then when he, like, did this with the scissors that's when I started to get more scared because I thought either he does something to himself or he'll, like, charge at one of them.

Q: You - you just mentioned just a couple sentences ago that you knew what he wanted to do. But I need to - to hear from - that from you.

A: Suicide by cop.

Q: How long was his interaction with the police? It sounds like he was exchanging words with them. I mean do you recall how long he was in there before? You said he followed one of the officers outside.

A: Minutes.

Q: Sorry?

A: A couple of minutes.

Q: What were the...

A: It didn't really - it seemed really fast yet not fast. Like, to me it la- it just lasted forever. But I know it was, like, super quick from when he walked in, whatever he was saying. And then when he walked out after the one officer.

Q: What were the officers saying to him?

A: They were just trying to calm him down. They - I remember hearing, "We don't have to do this." And Max saying something like, "Yes, we do"

something like that. And then just asking if he was the one that he was talking to.

Q: Was it both officers that were talking to him and trying to...

A: Yeah.

Q: ...reason with him?

A: Both of them. Um, I know Max was very upset. He kept saying like, "Are you the motherfucker?" Or something like that, like, the way he was talking to them was very angry.

Q: Were the officers talking to him in an angry way? Sorry?

A: No.

Q: Okay.

A: I don't...

Q: What - and you're - you're describing that they were saying, you know, "We don't have to do this." He's sayin', "Yes, we do." Like, what - what else do you recall the officers saying?

A: I don't remember.

Q: Okay.

A: I just - just remember just looking at him and he looked so angry.

Q: Max?

A: Like, he looked determined...

Q: What do you mean...

A: ...to do...

Q: ...by that?

A: I don't know what. Just, like, he had no fear. Because of the way that he was talking to the police officers, like, his body language.

Q: What about his face and the way his face, you know, his facial expression?

A: He just looked mad. Like, just I don't know how to explain it. Just, like, the best way that I can describe it is just, like, defeated, like, just done. Like, I don't - I don't know.

Q: And you said at some point, uh, an officer exited?

A: Mm-hm.

Q: Um, you said there was one that was kinda near you...

A: If he (unintelligible).

Q: ...by the couch and one that was by the hallway, right?

A: I wa- I think the - the one in the hallway told the one that was near me to, like, step out or something.

Q: Okay.

A: And that's when he walked in front of Max and then Max followed. And then the other officer followed me. By that point I couldn't see what was going on. But they - they said something outside. And then I just heard the taser, the - the little noise of the taser. And then...

Q: You're familiar with the noise a taser makes?

A: Mm-hm.

Q: Okay. You heard that?

A: Right. But at least I'm assuming that that's what it was 'cause that...

Q: Mm-hm.

A: ...what my mind went to.

Q: Mm-hm.

A: That he got tased.

Q: Okay.

A: And then I heard pops.

Q: How many?

A: I think two.

Q: Did you hear the officers saying anything around this time? Like, is the taser...

A: They were saying...

Q: ...is that...

A: They were saying something to him. I just don't remember what.

Q: Okay. What about Max? What was he sayin'? Do you remember him sayin' anything?

A: I don't remember. I was just focused on him and seeing him walk out. It just all happened so fast.

Q: Did he still have the scissors in his, the kitchen shears in his hand as he exited?

A: I think so. Yeah. He still had 'em in his hand when he was talking to us there. So when the other officer walked out I - I - I think he still had 'em in his hand.

Q: Other than the scissors did you see him armed with anything else tonight?

A: No.

Q: Okay. Um, I'm gonna get some photos of the call log. But do you have anything you wanna clarify?

Q1: Uh, yeah, yeah, just real quick. Did Matt ever answer any of those phone calls?

A: I don't think so.

Q1: Have you talked to Matt since? Okay. Um, when Max went back, when the officers were inside the apartment was the door open or closed?

A: It was open.

Q1: Okay. Do you remember seeing Max come in?

A: Mm-hm.

Q1: Okay. When he came in, I know at some point you mentioned that he was opening and closing was that as he was walking or when he was...

A: No.

Q1: ...inside?

A: It was he walked in. They acknowledged him walking in. And then he was asking about who he was on the phone with or something. And then I just remember that motion that he did.

Q1: When Max walked in, how was he holding those scissors?

A: I think he was just kinda holding them like this.

Q1: Okay.

A: Like, in one hand.

Q1: In one hand?

A: Mm-hm.

Q1: Um, was he just holding 'em or was he - any - any movements on that?

A: No, it was - I - I don't remember him, like, being like this or no. It was - I think it was just, like, he was just holding it, walking in.

Q1: Okay.

A: Relaxed. I don't know.

Q: Um, we may end up, uh, getting a warrant for this. But I'm just gonna ask ya anyway. Uh, the residence that you live out there on Dante, that's your apartment, right?

A: Yeah.

Q: Any other adults on the lease?

A: My sister.

Q: Your sister? Okay, okay. Uh, where's she at?

A: She lives with my parents. She never moved in.

Q: What's her name?

A: (Jennifer Lopez).

Q: So she doesn't actually live there or have property there?

A: Mm-mm.

Q: What's her phone number? What I was gonna ask is, um, are you okay with giving consent, permission for us to just...

A: I...

Q: ...document your residence, photograph it, um, and do what we need to do? Is that somethin' that's okay with you?

A: That's fine.

Q: Okay. What's the number again?

A: 559-430-4632.

Q: But she just was on the lease, doesn't live there, stay there, doesn't have property there...

A: No.

Q: ...nothin'? And all this time you live there since March?

A: The plan was for her to move in - in summer but she...

Q: It just didn't happen. It's just you and the boys? Okay - okay. I'd like to get some photos of, um, everything that you discussed as relates to the messages, you know, how he sent that - that message, uh, as like a way to try and bait Matt. Um, the calls, every call that you had with him since this, everything blew up, you know, and he left. Um, and you said there was calls as well that he had made to Matt on your phone? So, like, all that stuff I'd like to just grab some - some photos of that real quick. Um, would - would you mind pullin' that up? We'll just kinda start all the way back, uh, at the beginning, right? Let's start with - let's go with the messages first or the message. You said there was two, right? It was, um, and I'm paraphrasing. It was the - the door's open was one message and then come fuck me was the other or somethin' like that?

A: Mm-hm.

Q: Okay.

A: (Unintelligible).

Q: All right. Well I just need you to kinda show me again on - okay? Here we go. So this is to Matt, right? Oh okay. I'm sorry. I'm seein' a recent one here, too. So this is him...

A: Oh that was...

Q: ...replying to you this morning?

A: Yes.

Q: Got it. So there's actually three. They were sent at 2:36 am. Um, first one reads, "Come over now, please." That one was at 2:36 followed by two more. This next one's at 2:37 am. It says, "I want you to fuck me." And then the third one is at 2:38 and that one says, "My door is unlocked - unlocked." And then the message before that - that...

A: That was...

Q: That's you, right? So it's just those three that I read there for my partner is the ones? Okay - okay. Um, I'll let you manipulate your phone. Uh, let's go to, uh, the call log. Um, so let's find the one where he called. I would assume it was

around this time 2:36 that he made, you said four consecutive calls from your memory that were to Matt?

A: Yeah.

Q: Okay. It's - okay. I see it right there.

A: Mm-hm.

Q: So that one's actually at 3:04.

A: Mmm.

Q: Okay. Right there at the top. There we go. So Martin there's gonna be four calls. Um, three were made at 3:03 am. Sorry I said three. Two were made at 3:03 am. Two were made at 3:04 am. And they all appear to be unanswered. I mean they're, you know, three seconds - three seconds - three seconds and five seconds consecutively, chronologically. Okay. And then - so let me ask. It looks like there was a little bit of a - a break in time, right? About 2:36 and he's sending these bait messages. And then we've got these four calls, uh, close to a half hour later. And you're saying when you got your phone, when he shows up over the bed...

A: He never...

Q: ...this has all been done?

A: Yeah.

Q: So he waited a good half hour?

A: He was probably waiting for all the messages.

Q: Yeah. Okay. As men- but - but what I'm gettin' at is we have actual timestamp evidence here showing us that, you know, he was baiting Matt about 30 minutes before making calls to Matt. And then at some point after, you know, 3:04 that's when he comes to you, right? And then you'd called the police, according to your call log. Can you pull that now? There's the 911 call right there. Okay. 911 calls at, uh, 3:40 am. Okay. Uh, so that would, you know, that shows about another half hour, 35 minutes. Um, but you indicated in your statement that - I mean this all kinda happened pretty quick, right? Like, he shows up. He's over you in - in the bed. Um, you know, with - with the...

A: Wait.

Q1: Zero call in 03:08 hours?

A: Oh yeah, it was only...

Q: Oh yeah. She missed that one. Yeah. That's - that was - was that the original time you called?

Q1: The original first police call 03:08.

Q: That's right, that's right. Okay. Good catch, uh, Martin.

A: Okay.

Q: Right. So there's two. That's right 'cause you had indicated...

A: I was...

Q: ...there was return calls to the police.

A: Yeah.

Q: Right? Tryin' to figure out updates. I understand. Okay. So 03:08 would be the original - original call. This was a 12-minute call with the police. 12-minute call with 911. Oops. Uh. Yeah, 3:40. The one at 3:40 was only 16 seconds. And then there's another one at 3:42, call canceled. Another one at 3:44.

A: There's one where I tried calling the...

Q: This one's two minutes. Uh, I'm sorry.

A: Like, there's one where I tried calling the police department. I don't know which number it is though.

Q: Just what, like, the non-emergency number?

A: Yeah. 'Cause I - I think 'cause I couldn't get through to 911.

Q: I'll see if I could recognize it then.

A: It has to be the only random.

Q: So you got the 3:44, two minutes?

Q1: 3:44, two minutes.

Q: Okay. I may have scrolled right past that one 'cause we're well past all that time. Let's see here. There, 621-7000. So there was a call to 621-7000, 15 seconds long. Did you get through?

A: Mm-mm.

Q: No? Okay. So you just tried gettin' through.

Q1: What time was that?

Q: 3:40. Okay. And then, um, it's important to also understand how many calls were with Max. Again if I just kinda roll through these and take photos, okay? So it looks like - so yeah. So between him sending those messages to - or sorry, those calls to Matt and you makin' the first police call was only four minutes. So yeah, it just based on the call log, it unfolded pretty quickly like you're describing within a few minutes. You know, him in there. You're seeing these calls on your call log that you didn't even make. And then you're callin' the police four minutes later. So 3:04 he tried calling Matt. Those are not calls that were made by you, right? None of them, not one...

A: No.

Q: ...to Matt at 3:04? Those are all calls that were made while you were asleep?

A: I think so. Yeah. I don't remember...

Q: Right.

A: ...calling Matt.

Q: Right. Okay. All right, all right. So I show the first call after the first 911 call that was at 3:08. Uh, with Max Sosa was at 03:38 and that was a two-minute long call. Then the next one is 03:41. And I'm sorry. I didn't note on that prior one 3:38. I think we've been through these already but just to double-check. This 3:38 was an incoming call for two minutes. And 3:41 was an outgoing call, 45 seconds. Then there's three calls that are stacked. I think these might

have been the ones we - we previously discussed. Um, and those calls were at 3:54, 3:55, 3:57. All outgoing and consecutively 43 seconds long, 48 seconds long and 27 seconds long. And there's a four-minute-long call incoming, uh, at 4:13 am from Max. And there's a missed call at 4:18 am from Max. And there is - and two-minute long incoming call at 4:28 from Max. And I think that's the last one we got, right?

Q1: Yeah, 4:28.

Q: You got the 4:28 one? Okay.

Q1: Two minutes. And then just confirming there was a call. You said the first call was 03:08?

Q: Well, that was - that was the first 911 call. Yes.

Q1: First call with Max is - is 03:38?

Q: Yeah. Let me just verify that for ya. Yes, correct. According to what's on the call log.

Q1: Call coming in, two minutes.

Q: Have you - I know you - it's very easy just to swipe left and delete. Have you deleted anything off of here? Okay. I see you've got multiple voicemails on here. Was there any voicemails that he left...

A: I don't...

Q: ...you?

A: ...know. I don't think so. You can...

Q1: Wanna take a look?

A: No.

Q: No voicemails from Max?

A: Mm-mm.

Q: Okay. Um, and no, like, written communication from him, text messages indicating he wanted to harm himself or suicide by cop as you said, anything like that?

A: No, I was just, um...

Q: So your last text message with him was - oh, thank you. I almost forgot. At 2:36 am, uh, from Maria's phone, a text message was sent to Max, Max's phone. And it is the contact for Matt. I need to take a picture of Matt's contact if that's okay?

A: Mm-hm.

Q: And then I'd also like to get a picture of Max's contact as well.

A: Okay.

Q: Okay. You mind pulling up Max's contact for me please? Oh, so two or Max 284-7984-559 area code. Okay - okay. Um, and then your prior communication I know I took a photo of it with your, like, your last actual text message with - with Max was - you mind pullin' that back up, your te- last text with him? I just - I'll have to pull the time over to see when it was. Okay. Here we go. Oh so your last text was at 1:09 am.

A: Mm-hm. When he was standing outside Bobby's.

Q: And then he's texting, "LOL, save me. Okay. They are fine. Sorry, take your time." Do you know what that means?

Q1: Like, what's he talking about?

A: I think 'cause he had said something about...

Q: Oh, so actually if I go back a few text messages before that...

A: Yeah.

Q: ...at 1:07 he's like, "I'm at the entrance. LOL hurry. Girls trying to talk to me. Hurry. Girls are trying to talk to me." Okay. So is that him telling you he's outside Bobby's? Okay. So basically there's a text message. I'll take another photo here just to get the time, uh, that indicates he's arrived at Bobby Salazar's. And he's outside waitin' for her at 1:07 am. I'm trying to think if I'm

forgetting anything else. I know there was a lot - a lot goin' on here as far as the timeline and messaging and stuff. Am I forgetting anything that you'd referenced during your statement? No? Okay. Did - didn't you say that you'd deleted something or am I misremembering?

A: Uh Matt's text thread. I recovered it. And that's how you were able to see those text.

Q: Was it a screenshot that...

Q1: No.

Q: ...you were showin' me or?

A: It was the - I had deleted the thread.

Q: Mm-hm.

A: ...Matt's thread. But then I recovered it so that you can see where...

Q: Oh, was it, like...

A: (Unintelligible).

Q: ...saved in your cloud or something and?

A: Yeah. It was just, like, in the recently deleted.

Q: Oh okay, okay. All right. But what you showed me was representative of what you'd recovered and everything that was there, right? Okay. I just wanna make sure of that. Eh, anything else to fill in question wise? Okay. Um, there's really no easy way for me to tell you this. But I'm sorry Max didn't make it tonight. I hate to have to break this news to ya. I'm sorry for your loss.

A: No, you're lying.

Q: I wish I was.

A: They're tellin' you lies.

Q: I wish I was. I wish I was. I'm - I'm so sorry, Maria. I really am. I'm gonna leave you with (Christina) for a moment, okay? Um, we're gonna just go compare notes for a couple minutes and we'll be back, okay?

A: No. It's my fault.

A1: No, no.

Q: Pause recording, 11:36. Make that resume recording, 11:39. Maria, I - I'm - I am so sorry for loss (unintelligible), okay? But what happened, um, it is just a - a sad situation for everybody.

A: I should have never called the cops.

Q: I - I don't want you to beat yourself up about this.

A: I shouldn't never have called.

Q: It's not - it's not - it's not your actions that resulted in what happened tonight.

A: Yes, it was.

Q: And (Christina), I - I hope you, you know, you'd be a good, uh, line of support for her, you know, I - I understand why she's feeling this way right now. But, um...

A: No.

Q: ...you have family.

A: Please.

Q: You have family waiting outside for you, okay? They're gonna be here to support ya, all right? Uh, one thing I wanna express to you right now, okay? Um, 'cause this isn't the last we're gonna talk, okay? You're gonna - you're gonna get to know me here over the coming days and weeks. Um, your phone, I don't wanna put you in a situation where, you know, I - I take the phone and - and um, you know, have to have you without a line of communication. Uh, but there's a real possibility I'll need to recontact you in the coming days. Um, and - and perhaps just get a little more information. Would you be willing to cooperate with me on that? Uh, and, like, if I need to recontact you at a later time to maybe get a little more info just as - as relates to what happened

tonight. That's all I care about. Uh, would you be okay with that at a later time?

A: I don't know what you said.

Q: Okay. I know. I understand this is a lot to take in, right? And I'm gonna repeat it. Um, it's your phone, right? Your cell phone. There's - there's a lot of important stuff on there that I just, I took some snapshots of, right?

A: Please tell me you're kidding.

Q: I'm gonna leave my card with you guys, okay? Uh, can you please just assure me of one thing? You're not gonna delete anything off your phone. You promise? Okay. I know - I know you're goin' through a lot right now. And I'm - I'm not gonna - I'm not gonna keep you here any longer, okay? I'm gonna leave both my card or I'm gonna leave my card with you and my partner will leave one, uh, with you as well. Okay? The best way to get in touch with you, is that your cell phone number that you provided me?

A: Yeah.

Q: Yes?

A: (Unintelligible).

Q: Okay.

A: (Unintelligible).

Q: Okay.

A: 'Cause, like, honestly (unintelligible) saying that...

Q: I just - I just ask that you don't - please don't delete any of this stuff off your phone, okay? All right? You just make sure she understands that, okay? Uh, with that said, um, do you guys have any questions for me before, uh, we get you guys outta here?

A1: You'll just be contacting her, right?

Q: Yeah. I - I'll probably be reaching out to her, um, again at some point here in the near future, okay? But, um, I think she needs some time to grieve.

A1: Yeah.

Q: It's obvious that she does, okay? All right, um, your glasses fell down right there.

A1: Can I get my two friends to come to the door so they can help me?

Q1: Yeah. So you - you wanna tell them to come to the M Street side?

Q: Yeah, that'd probably be the best.

Q1: It'd be easier.

A1: Okay. (Unintelligible).

Q1: And there may be parking there if they wanna park a car.

A1: Thank you.

Q: Yeah. They can park anywhere right there. It - it's just gonna be temporary to get you guys out that door.

A: Wait. Where are they (unintelligible)?

A1: I'm gonna (unintelligible) on M street? Oh, M Street. Can you come to M Street?

Q: M as in Mary. Yeah.

Q1: Just the opposite side.

A1: Yes. So that I can walk her out and you guys can walk to the door to help me get her.

Q: Let 'em know there's a crosswalk right there. There's some stairs by the side of the building.

A1: There's stairs by the side of the building. There's a crosswalk.

Q1: They could even technically park in the red zone, I think.

Q: Yeah.

A1: You - you guys temporarily park in the red zone. Okay - okay. Let me know when you're here. Okay - okay.

A: Do - do you guys have his phone?

Q: Um, I assume that he had his phone on him or it's in his car. Uh, I currently I don't have it. Uh, and I'm not sure where it's at but we'll find it.

A: All right.

Q: Uh, do you think it...

A: Do you have...

Q: ...might be somewhere that we're...

A: No.

Q: ...not gonna find it?

A: I - I just - oh my God. I just - oh my God. This can't be real. I just - I don't want his family to - to see the messages or to see whatever. You - you know what I'm saying? His family.

Q: Oh they're not. No, no, no. You don't have to worry about that, okay? His phone is gonna remain in police custody, okay? And your phone, which has messages on it, I'm re- we're releasing it to you, right? I'm being sensitive to the fact right now that you are goin' through a - a very - very traumatic situation, okay? Um, you know, you - you were, uh, it sounds like assaulted last night. And then, um, a loved one of yours was killed, okay? And, uh, that's a lot to go through. I didn't wanna take your phone as evidence and leave you without a line of communication to your friends and family right now. But what I was trying to express just a few minutes ago -- and I know you're really shook up -- is I just wanna, you know, let you know that at some point I may have to come back to you and just revisit some of the things that are on your phone. Uh, and I don't want you to delete anything, right? And you're - you're promising me you're not - you're not gonna delete anything, right?

A: Yeah, I'm not gonna delete anything.

Q: Okay. All right. I think that's probably enough time for them to get around. I'll walk you guys out the door here and, uh, we'll get you guys home. Yeah. Take whatever - whatever you like here.

A1: What are you gonna (unintelligible)?

Q1: Hello.

Q: You got it Martin?

Q1: Yeah.

Q: Okay.

((Crosstalk))

Q: End recording, 11:47.

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed ______________________________________________________________