# EXHIBIT 11

**INTERVIEW WITH DAMIAN RODRIGUEZ**
**Q=Det. Ryan Rockwell**
**A=Damian Rodriguez**

Q: This is Detective Rockwell.

A: Hello, this is Damian.

Q: Oh hi, Damian. Thanks for callin' back. Hey, um, the reason I'm calling is, uh, the incident that occurred on Saturday, uh, morning, the early morning hours, um, involving your friend Max.

A: Yeah.

Q: And, uh, your name had come to my attention, um, based on talking to (Maria), his wife and...

A: Yes.

Q: Um, I just - I, you know, as the detective investigating this case, um, it's important for me to talk to anyone and everyone, uh, that was involved in any way even by, you know, phone or text communication with either Max or (Maria), um, during the incident as it was unfolding. And it's my understanding there was some form of communication between, uh, you and Max and I was just tryin' to understand, you know, what - what that all entailed and if you'd be willing to talk to me about that.

A: Uh, yeah, I could do that.

Q: Okay. Yeah. So, I mean, can you just kinda well first of all, I mean, um, who are Max and (Maria) to you?

A: So Max is my childhood friend. Um, we had been friends basically best friends since like sixth grade.

Q: Okay. Well I wanna start this conversation by saying I'm - I'm very sorry for your loss sir. This is, uh, this entire situation is just tragic on so many levels. And I - I'm - as I'm lookin' deeper into this, I'm seein' how it's affected, um, a lotta people, um, all around. I'm sure you understand that. But I just wanna express my condolences. Um, sorry for your loss.

A: Thanks.

Q: Uh, sounds like you knew Max for a while. Um, and - and (Maria), um, well what's your relation with her? Just, um, you know, do you consider her a friend or is just Max's, uh, wife or...

A: Yes. Yeah, I mean, you know, I met her back when they first started dating and, um, they actually chose me and my wife to be godparents of one of their sons.

Q: Oh wow. Okay. Um, all right. So I just really wanna focus on, uh, Saturday morning and, um, your communication with Max. It's my understanding talking to (Maria) that you don't even live in Fresno. You live, um, she said - I think she said in Merced.

A: Correct.

Q: Okay. So I imagine your communication with Max, uh, was just via phone, uh, or text, uh, not in person on that day?

A: Yeah. Yeah, just phone. Um, I was...

Q: Phone? Phone calls?

A: ...outta town that - yeah, phone call and text.

Q: Okay.

A: Well I was trying to text him. He didn't text me.

Q: Okay. And you said you were out of town?

A: Yeah, we were in, um, Man- Manteca.

Q: Okay. Okay. So what, uh, like about what time did, uh, was there communication between you and Max?

A: Um, let me - I don't remember exactly when, uh, he called me, um.

Q: You can look at your call log if it would help refresh your memory. It's fine.

A: Yeah. Yeah. Lemme...

Q: Take your time.

A: Let me check. So, um, he called me at 4:19 am.

Q: Okay. And, uh, how long was that call?

A: Uh, three minutes.

Q: Okay. Were there any other phone calls between you guys that morning?

A: Uh, just I was attempting to call him but n- none of 'em went through.

Q: Okay. So just that one call was, uh, your communication with, uh, Max on that morning, the three-minute call?

A: Yeah.

Q: Okay, um, so what did that call consist of?

A: Well he was basically kinda just tellin' me what was going on. Um, he had started off by saying that he had, um, evaded the police like three times, um, in his car. And then he said, um, that he had called - he had called I think some suicide prevention hotline. Um, but that the - the person that he had called on the hotline I don't know that they - they hung up on him or they gave up on him or something.

Q: Mmm.

A: Um, and then he said...

Q: Was - was he, I mean, that - that's - that's, um, you know, that's a pretty serious step there, right? I mean, callin' a suicide prevention hotline and then gettin' hung up on is, um, well I don't know what to say to that. But, um, was

he saying things like that was indicating that's how he was feeling or...

A: Well so after that he, um, well I asked him - 'cause I thought he was driving. 'Cause, uh, (Maria) told me that he was driving and so I thought he was driving.

Q: Mm-hm.

A: But I told him to pull over and, um, just, you know, just pull over and stop. Somebody said that he was at a charging station.

Q: How'd you hear...

A: Um.

Q: He told you that?

A: Yeah, he told me that.

Q: Oh okay. Like for the Tesla you mean to, like, charge the car?

A: Yeah, yeah. Yeah, I think so.

Q: Okay.

A: I mean, that's what he said.

Q: Mm-hm.

A: Um, and then I told him, "Okay," well like just - I told him like, just, you know, like, "Talk to the police." Like, "Just stop," basically. Like, "Stop what you're doing."

Q: Mm-hm.

A: And he said like, "No." Like - like, "It's not gonna - it's not gonna work." Like, I think he said that, um, he almost hit an officer with his car.

Q: Mm-hm.

A: Um, so, like - like, they weren't gonna or he didn't wanna, like, just like it wasn't gonna work. He was just not willing to cooperate with the police, I guess.

Q: Mm-hm.

A: Is what - is what he was saying. Um, but then after that, he said, um, that it was just gonna either be him or the guy that was involved with his wife and the affair and or, you know, uh, an officer, um.

Q: What do you think he meant by that?

A: Uh, well that somebody was - one of those three were gonna lose their life.

Q: Okay. Did - did, I mean, did he say what this was all about? Like what triggered, um, him to feel this way?

A: Uh, no, he didn't tell me.

Q: He didn't. So he just - he just called you, um, and just dumped all this on you. Uh, it sounds like he's throwin' a lot at you in this three-minute phone call. Uh, but he didn't provide any context to like what - like what set him off?

A: No, there was no context in the phone call. But, um, earlier - so earlier that night around like 3 o'clock or so...

Q: Mm-hm.

A: ...he actually messaged me and another friend, um, saying that (Maria) was still seeing that other person. Um, but I didn't see that message. I was asleep, um, but.

Q: You didn't see that 'til you, like, the next morning?

A: Until, yeah. And that went on until like I woke up...

Q: Mm-hm.

A: ...from the calls and everything.

Q: So that did provide context, uh, later when you saw that, but when you're actually having this conversation, I imagine the call woke you up at 4:00 in

the morning.

A: Well (Maria) had called me...

Q: Oh okay.

A: ...um, first.

Q: Okay.

A: Yeah, (Maria) had called me first.

Q: What did (Maria) say?

A: Um, so that I'm not too - I don't remember too well what she was tellin' me. But she just mentioned that he was really upset, um, and that he was driving under the influence and she just wanted me to attempt to call him.

Q: Oh okay. So was the three-minute call between you and Max, uh, a call that you placed to him after talking to (Maria) or did he call you? Was it an incoming call?

A: No, it was an incoming call. But I had attempted to call him as well.

Q: Oh I see.

A: But he didn't answer me.

Q: Okay, I understand. So after talking to (Maria), uh, then you tried callin' him and he wasn't answering and then eventually he called you, uh, during...

A: Yeah.

Q: ...the three-minute call that we've been discussing. I see, okay.

A: Yeah.

Q: I got it. Um, so, I mean, it sounded like Max, you know, he - he snapped that morning and he's wantin' to either hurt himself or this person that was in an affair with (Maria) or an officer. Have you ever seen or heard Max, uh, acting out like this before?

A: No.

Q: Like suicidal?

A: No.

Q: Okay. So this is completely - was completely outta character for him is what you're, uh, kinda tellin' me.

A: Yeah.

Q: Okay. Okay. Um, you know, I - I don't think I really have any further questions for you other than when was this call between you and (Maria) before, uh, you know, then you started trying to reach out to Max, then eventually he got ahold of you closer to 4:30? Can you find that in your call log? And that - that's (Maria) calling...

A: Um.

Q: That's (Maria) calling you, right?

A: Uh, yes. So she had - she had first attempted to call me at 3:41.

Q: Mm-hm.

A: But I was asleep. And then I - I finally woke up to her call at 3:47.

Q: And how long was that call?

A: Uh, one minute.

Q: Okay so pretty brief.

A: Yeah, like I said I think she was - that was just when she was telling me that he was upset and he was driving under the influence and she asked if I could reach him or call him.

Q: Okay. And then the text message you said that was between you and a friend...

A: Uh-huh.

Q: ...uh, what time was that?

A: Um, so.

Q: It was a group text between you, Max and someone else. Is that what I'm understanding?

A: Yes.

Q: Okay. Yeah, what time was that one?

A: That was at 3:25.

Q: And what did it say?

A: Um, it's - want verbatim?

Q: Sure.

A: It says, "I found out she's still fucking him," and he put a sad emoji.

Q: Okay. And that was who's this other person that was involved in that group text?

A: His - his name is (Eli Sierra).

Q: Okay. (Eli Sierra). We actually have, uh, Max's phone. So I'll be able to find this, uh, this message you're referring to. My partner actually has it. He's the one that's going through that. So, um, I'll be able to kinda cross-reference what you're describing, um, when I look at Max's phone. Um, but that helps so.

A: Mm-hm.

Q: All right, so that's - I just wanna make sure that really kinda covers, uh, your communication with Max on that morning, the early morning hours of November 4?

A: Mm-hm.

Q: Okay. Did the call between you and Max end in a way where like he hung up or you hung up or, like, how did the call end?

A: So, um, uh, what was - what was the last thing that I told you that he said?

Q: Uh, you know, I mean, you just - you kinda paraphrased the - the conversation about how he'd lost the cops about three times. You know, they - they were chasin' him and - and lost 'em. And, uh, you know, how he was, um, making statements that it was either gonna be him, uh, this person that was, uh, havin' an affair with (Maria) or an officer. And, uh, that's kinda generally what you told me the conversation consisted of.

A: Correct.

Q: Somethin' about him bein' at a charging station.

A: Yes.

Q: Uh, but not really specific on the location of that charging station or was - was he?

A: No, he didn't tell me he was - where.

Q: Yeah, so that, I mean, I think those are kinda the important, uh, things that you've told me about as relates to the conversation. Um, but I was just curious, like, if there's anything more that was said and kinda how the conversation ended.

A: So - so - so, yeah. So I told him like, "No." Like, you know, like, "It doesn't have to be like that." Like, I tried getting him to basically calm down, right?

Q: Mm-hm.

A: Um, but, um, I don't know, like, something - I don't know, something abruptly happened I guess because he just said, uh, "I gotta go. Thank you for everything. And I love you."

Q: And that was it?

A: That was it.

Q: Okay, all right. All right, Damian, um, I - I - I'm not gonna take any more of your time. I appreciate you callin' me back. Um, I have your name down as - as Damian, um, Rodriguez.

A: Yes.

Q: Is that correct?

A: Yes.

Q: Uh, is it Damian with a - E-N - or - A-N?

A: A-N.

Q: Okay. And is this your cell phone, uh, that I'm talkin' to you on right here, 559-531-5369?

A: Yes.

Q: Okay. What's your address?

A: It's, um, 3306 M Street in Merced.

Q: M or N? Like N as in Nora or M as in Mary?

A: Mary.

Q: Okay M street in Merced. And, uh, Damian Rodriguez is probably kind of a common name. What's your birthday?

A: November 17, 1990.

Q: Ninety, okay. All right, Damian again, um, I just wanna express my condolences. Um, I'm sorry for your loss of, uh, your longtime friend, okay? It's just a tragic situation. Um, again my name's Detective Rockwell and I'm the lead detective on this case. In the event that, um, anything comes to mind that, uh, you think I should know about or, you know, uh, maybe somethin' you forgot to tell me about, uh, comes to mind later, you can always reach me at this number, okay?

A: Okay.

Q: All right, Damian. Thank you. You take care.

A: All right, thanks. You too.

Q: Okay bye.

Woman: (Unintelligible).

Q: That's Damian Rodriguez, uh, friend of the deceased in this case suspect Max Sosa. It's November 8, 2023, 0853 hours, case 2311040123.

This transcript has been reviewed with the audio recording submitted and it is an accurate transcription.
Signed ________________________________________________