# EXHIBIT 12

EXHIBIT
5
Depo of M. Sosa
July 28, 2025




11:34
5G
10
M
Max Sosa
Who you with? 1:05 AM
lol do I pretend or just run in to you? Lol 😂 1:05 AM
You may fu 1:06 AM
Might save to pay 1:06 AM
Have to 1:06 AM
The won't let me in lol 1:06 AM
They said my dick to big lol 1:06 AM
Edited
lol 1:07 AM
Im at the entrance lol 1:07 AM
Hurry girls trying to talk me lol 1:07 AM
We 1:07 AM
We 1:07 AM
lol save me lol 1:08 AM
Ok they are fine sorry take your time 1:09 AM
Today 2:36 AM
Matt Lea ML 2:36 AM
Delivered
iMessage


3:33
5G
DR
Damian
I want to see if he knows his plates
4:09 AM
I called Eli to tell him to call max
4:09 AM
Or can see something at the house with his plates
4:09 AM
He's still on the phone with the officer
4:09 AM
We're both out of town together
4:10 AM
He's gonna do something.
4:10 AM
Is max being cooperative with the police?
4:10 AM
No
4:13 AM
But he's talking to them?
4:14 AM
He's at a charging station somewhere
4:24 AM
4:25 AM
4:26 AM
4:27 AM
4:27 AM
iMessage


11:21
5G
10
ML
Matt
you I'm going to suck on your neck and and ear. Then I'm going lay you on your stomach and deep throat from the back while I put pressure on your lower back with one hand and choking you with my other hand. I'll then put you on your knees and stick my dick in your mouth, grab your hair and start throat fucking you until you gag. I'll pull my dick out and slap your face with it. Then I'll cum all over your face and tits
Fuckkkk I need that. I'm getting so wet for you just thinking about it. Next week please, when I don't have my kids..I want you to fuck me so good like that. I want my neighbors to hear me moan your name, I want them all to know how good you fuck me.
Today 2:36 AM
Come over now please
I want you to fuck me
My door is unlocked unlocked
Delivered
Today 9:21 AM
Bro... 10 missed calls from you and your ex. And he tried to pull up to my apartment?
iMessage