# EXHIBIT 15

***media exhibit***
***filed with notice of lodgment***