# EXHIBIT 18

***media exhibit***

***filed with notice of lodgment***