# EXHIBIT 24

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-- o0o --

CERTIFIED COPY

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

vs.

Case No. 1:23-cv-01575-JLT-SAB

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

[CONTINUED ON PAGE 2]

VIDEOCONFERENCE VIDEORECORDED DEPOSITION OF
MARTHA ZEPEDA OLIVARES

Yreka, California
Tuesday, August 5, 2025
1:19 p.m. to 4:50 p.m.

By: Taylor Ann Waltrip, CA CSR 14090
Our File: 8404

FRESNO DEPOSITION REPORTERS, INC.
516 W. SHAW AVENUE, SUITE 111, FRESNO, CALIFORNIA
PO BOX 755 WOODLAKE, CALIFORNIA 93286

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-- o0o --

[CONTINUED FROM PAGE 1]

MARIA SOSA, L.S. by and through Guardian ad litem; MARIA SOSA; M.S., by and through Guardian ad litem, JENNIFER LOPEZ, individually and as successors-in-interest to Maximiliano Sosa

Plaintiffs,

vs.

CITY OF FRESNO and DOES 1-5,

Defendants.

VIDEOCONFERENCE VIDEORECORDED DEPOSITION OF MARTHA ZEPEDA OLIVARES

Yreka, California
Tuesday, August 5, 2025
1:19 p.m. to 4:50 p.m.

By: Taylor Ann Waltrip, CA CSR 14090
Our File: 8404

FRESNO DEPOSITION REPORTERS, INC.
516 W. SHAW AVENUE, SUITE 111, FRESNO, CALIFORNIA
PO BOX 755 WOODLAKE, CALIFORNIA 93286

-- o0o --

The deposition of Maria Zepeda Olivares was taken in the above-entitled matter pursuant to stipulations via videoconference by all counsel, the interpreter, Maria Zepeda Olivares, and the court reporter.

Maria Zepeda Olivares's physical location for the taking of the deposition was: Yreka, California.

The reporter's physical location for the taking of the deposition was: Fresno, California.

-- o0o --

A P P E A R A N C E S

For the Plaintiffs, Maria Sosa, L.S. by and through Guardian ad litem Maria Sosa, M.S. by and through guardian ad litem Jennifer Lopez, individually and as successors-in-interest to Maximiliano Sosa:

STEVEN A. LERMAN & ASSOCIATES, INC.
By: Nicholas M. Lerman
Attorney at Law
6033 West Century Boulevard
Suite 740
Los Angeles, California 90045
(310) 659-8166
nlerman@lermanslaw.com
- AND -
LAW OFFICES OF DALE K. GALIPO
By: Cooper Alison-Mayne
Attorney at Law
21800 Burbank Boulevard
Suite 310
Woodland Hills, California 91367
(818) 347-3333
cmayne@galipolaw.com

A P P E A R A N C E S  C O N T I N U E D

For the Plaintiffs, Martha Zepeda Olivares, individually and on behalf of the Estate of Maximiliano Sosa, Jr., and Maximiliano Sosa, Sr.:

LAW OFFICES OF KEVIN G. LITTLE
By: Kevin G. Little
Attorney at Law
PO Box 8656
Fresno, California 93747
(559) 342-5800
kevin@kevinglittle.com

For the Defendants, City of Fresno, Unknown Law Enforcement Officers, and Police Chief Paco Balderrama:

MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP
By: Maya Rodriguez-Sorensen
Attorney at Law
801 South Figueroa Street
15th Floor
Los Angeles, California 90017-3012
(213) 624-6900
maya.sorensen@manningkass.com

Also present:

Efren Sanchez, Spanish Interpreter

-- o0o --

# I N D E X


| Maria Zepeda Olivares | Page |
|---|---|
| Examination by Ms. Sorensen | 7 |
| Examination by Mr. Lerman | 49 |
| Examination by Mr. Little | 61 |
| Further examination by Ms. Sorensen | 64 |


-- o0o --

## E X H I B I T S


| Defendants' Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 8 | Notice of Deposition of Martha Zepeda Olivares | 13 |
| Exhibit 9 | Martha Zepeda Olivares document production (Bates SOSA-MARTHA-DEPO-DOCS 001 through 010) | 13 |
| Exhibit 10 | Text messages (Bates SOSA-RFPD-7-3-2025-01 through 19) | 29 |


## INFORMATION TO BE SUPPLIED:

(None.)

## QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

| PAGE | LINE |
|---|---|
| 50 | 15 |
| 53 | 21 |

TUESDAY ~ AUGUST 5, 2025 ~ 1:19 P.M. - 4:50 P.M.

THE VIDEO OPERATOR: This is the videorecorded deposition of Martha Olivares. One moment.

This is the videorecorded deposition of Martha Olivares taken on behalf of the defendant in the matter of Martha Zepeda Olivares, et al., versus City of Fresno, et al., and related action. This case is venued in the U.S. District Court, Eastern District of California. The case number is 1:23-cv-01575-JLT-SAB. This deposition is being held via video conference on August 5, 2025.

The video operator is Patricia Hamstra of PES Video Service. Our main office is located in Fresno, California. The court reporter is Taylor Waltrip of Fresno Deposition Reporters located in Fresno, California.

We are going on the record at approximately 1:15 p.m.

Will counsel please state their appearances for the record.

MS. SORENSEN: Maya Rodriguez Sorensen. I represent the City of Fresno.

MR. LERMAN: Nick Lerman on behalf of plaintiffs Maria Sosa and children.

MR. MAYNE: Cooper Mayne.

MR. LITTLE: Kevin Little -- oh, sorry.

MR. MAYNE: Cooper Mayne also on behalf of plaintiffs Maria Sosa and children.

MR. LITTLE: Kevin Little on behalf of the plaintiffs and the witness.

THE VIDEO OPERATOR: Will the court reporter please swear the interpreter and the witness.

THE STENOGRAPHER: Good afternoon. My name is Taylor Ann Waltrip. I am a California Certified Shorthand Reporter and the deposition officer. My license number is 14090.

Efren Sanchez,
being by me first duly sworn
to translate English into Spanish and Spanish
into English for the witness, interpreted the following:

Martha Zepeda Olivares,
being by me first duly sworn, was
examined and testified as is hereinafter set forth.

EXAMINATION

BY MS. SORENSEN:

Q. Good afternoon. Ms. Zepeda, can you please state your full name for the record.

A. Martha Zepeda Olivares.

A. It will be seven years in October.
Q. Okay. And before you were living in Yreka, where did you live?
A. I was living in Hanford, California.
Q. Okay. And is Hanford close to Fresno?
A. Yes.
Q. Who lives with you in your -- who lives with you in your home in Yreka now?
A. My nephew lives with me, and -- you can call this other person my partner. And my partner.
Q. Okay. Have you ever been married before?
A. Yes.
Q. And how many times have you been married?
A. Once.
Q. And was that to Mr. Sosa, Jr.'s father, Maximiliano Sosa, Sr.?
A. Yes, yes.
Q. And how long were you married to him?
A. We were together for 14 years, but we were married in '93 or '92; I don't remember exactly.
Q. Okay. And when did you -- okay. So you were together with him for 14 years, but you were married for a shorter period of time than that?
A. Yes.
Q. Okay. And how many children do you have?

A. The question needs to be repeated.
THE INTERPRETER: I'll ask it again. The interpreter will ask it again.
THE WITNESS: I had four.
BY MS. SORENSEN:
Q. Okay. And you have one daughter named Selise, correct?
A. Yes.
Q. And then -- and then you also have Mr. Sosa, Jr., your son.
A. Yes.
Q. And who are the other two children? What are their names?
A. That would be Eddie Pena Zepeda, and the other one Raquel Guadeloupe Pena Zepeda.
Q. Are you currently employed?
A. No.
Q. Have you ever been convicted of a felony?
A. No.
Q. And have you ever been part of a civil lawsuit before this one?
A. No.
Q. Have you ever gone by any other names other than Martha Olivares Zepeda?
A. Before being -- becoming a US citizen, my full

October 3rd of 2023, and it's also a TikTok video on the 17th page. And it says something about FEMA.
Do you remember what this video was about?
A. I don't remember.
Q. Okay. Ms. Olivares, has Mr. Sosa, Jr., ever provided you with financial support?
A. He would always talk about supporting me when ever I became old.
Q. Okay. But did he support you when he was still alive?
A. No.
Q. Okay. Now, before Max died, approximately when was the last instance that you spent time with him in person?
A. Before -- in person, before he died, that was October when I was with him.
Q. And that was --
A. In person, like I said earlier, that was in October when I was with him. And after that, it was just through Face Time.
Q. Okay. So the last time you saw him was in -- during that two-week time when you were helping him watch his sons while he was working?
A. Yes, yes.
Q. And that was only about a month before he passed

its okay, I'm with Denice?

A. Can you repeat the question?

Q. Did he say something along the lines of it's okay, Mom, I'm with Denice?

A. Yes.

Q. Okay. All right. I want to ask you a little bit about damages, which I'll explain a little bit about what that is.

Well, before I get to that, I did -- I just want to know, to your knowledge, did Mr. Sosa, Jr., drink alcohol too much?

A. Before what happened with Maria, no. It was after that that he started to drink.

Q. Okay. And do you know if your son ever had any trouble with substance abuse?

A. No.

Q. Did he ever have a history of getting into violent fights or doing anything violent to anybody?

A. No.

Q. And to your knowledge, did Mr. Sosa, Jr., ever have any psychological problems or issues?

A. While he was alive, as far as I know, no. He did not.

Q. Okay. Okay. So I want to turn to the issue with damages. And I'll just let you know that there are several

I, Taylor Ann Waltrip, CSR 14090, do hereby declare:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure and the deposition is a rtue record of the testimony given by the witness.

That said deposition was taken down by me in shorthand at the time and place therein names and thereafter reduced to text under my direction.

__X__ That the witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

_____ No changes have been provided by the witness during the period allowed.

_____ The changes made by the witness are appended to the transcript.

_____ No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 9th day of August, 2025.

______________________________
Taylor Ann Waltrip, CSR 14090