Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

---

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanley A. Boone

**DECLARATION OF CUSTODIAN OF RECORDS LT. ZEB PRICE**

*Filed concurrently with*
Notice of Motion
Memorandum of Points and Authorities
Separate Statement of Undisputed Facts
Joint Statement of Undisputed Facts
Declaration of Maya Sorensen
Notice of Lodgment
[Proposed] Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

MANNING | KASS

**DECLARATION OF LT. LESLIE WILLIAMS**

I, Zeb Price, declare as follows:

1. I am currently employed by the City of Fresno as a lieutenant and the civil litigation commander. I have been employed as a lieutenant for three years. I have been employed as civil liability commander for three months. I have been employed by the City of Fresno for twenty-two years. I have personal knowledge of the matters set forth herein and can competently testify under oath to the following facts, except as to those matters that are stated on information and belief.

2. I am a civil litigation liaison for the City of Fresno's Police Department, and I am familiar with the department's record keeping policies and procedures for downloading, storing, and maintaining documents, records, photographs, and audio and video recordings. I hereby certify that the records identified in this declaration were made at or near the time of occurrence by, or from information transmitted by, someone with knowledge of the facts documented therein, and kept in the regular course of police business of the City of Fresno's Police Department. I am thus informed and believe that such records constitute business records pursuant to the Federal Rules of Evidence 803(6).

3. All of the documents, records, audio and videos referenced in this declaration were photocopied and/or were electronically transmitted from my office and I have reviewed each of the documents, records, audio and video files and attest that they are true and correct copies.

4. Attached as **Exhibit 1** to the Declaration of Maya Sorensen, filed concurrently herewith ("Sorensen Declaration"), is a transcript of Maria Sosa's call to 9-1-1 at 3:08 a.m. on November 4, 2023. I understand counsel produced this document to Plaintiffs bearing Bates Nos. FRESNO 0005740 through FRESNO 0005749.

5. Attached as **Exhibit 3** to the Sorensen Declaration is a true and correct copy of Fresno Police Department's CAD Report dated November 4, 2023. I understand counsel produced this document to plaintiffs bearing Bates Nos. FRESNO 000241 through FRESNO 000299.

6. Attached as **Exhibit 4** to the Sorensen Declaration is a true and correct copy of American Ambulance's report dated November 4, 2023. I understand counsel produced this document to plaintiffs bearing Bates Nos. FRESNO 000301 through FRESNO 000303.

7. Attached as **Exhibit 5** to the Sorensen Declaration is a true and correct copy of the Fresno County Coroner's report of Maximilano Sosa, Jr.'s death dated December 18, 2023. I understand counsel produced this document to plaintiffs bearing Bates Nos. FRESNO 000226 through FRESNO 000240.

8. Attached as **Exhibit 6** to the Sorensen Declaration is a true and correct copy of a toxicology report from Central Valley Toxicology, Inc. dated November 15, 2023. I understand counsel produced this document to plaintiffs bearing Bates No. FRESNO 000300.

9. Attached as **Exhibit 7** to the Sorensen Declaration is a true and correct copy of a Fresno Police Department Supplemental Report dated November 15, 2023. I understand counsel produced this document to plaintiffs bearing Bates Nos. FRESNO 000165 through 000225.

10. Attached as **Exhibit 8** to the Sorensen Declaration is a true and correct copy of a crime scene photograph related to the subject incident. This photograph is excerpted from a larger set of crime scene photographs. I understand counsel produced this photograph to plaintiffs bearing Bates No. FRESNO 001073.

11. Attached as a **Exhibit 9** to the Sorensen Declaration is a true and correct copy is a true and correct copy of a crime scene photograph related to the subject incident. This photograph is excerpted from a larger set of crime scene photographs. I understand counsel produced this photograph to plaintiffs bearing Bates No. FRESNO 001083.

12. Attached as **Exhibit 10** to the Sorensen Declaration is a true and correct copy of a transcript of Detective Ryan Rockwell's interview with Maria Sosa on November 4, 2023. I understand counsel produced this photograph to plaintiffs bearing Bates nos. FRESNO 000414 through FRESNO 000431.

13. Attached as **Exhibit 11** to the Sorensen Declaration is a true and correct copy of a transcript of Detective Ryan Rockwell's interview with Damian Rodriguez dated November 8, 2023. I understand counsel produced this document to plaintiffs bearing Bates Nos. FRESNO 000433 through FRESNO 000443

13. Attached as **Exhibit 13** to the Sorensen Declaration is a true and correct copy of Fresno Police Department's Policy 300 dated July 4, 2023. I understand counsel produced this



MK MANNING | KASS

document to plaintiffs bearing Bates Nos. FRESNO 001538 through FRESNO 001544.

14. Attached as **Exhibit 14** to the Notice of Lodgment is a true and correct copy of the audio recording of Maria Sosa's 3:08 a.m. call to 9-1-1 on November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 005739. Ms. Sosa authenticated this recording at her deposition.

15. Attached as **Exhibit 15** to the Notice of Lodgment is a true and correct copy of the audio recording of Maria Sosa's 3:44 a.m. call to 9-1-1 on November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000670.

16. Attached as **Exhibit 16** to the Notice of Lodgment is a true and correct copy of Fresno Police Department radio traffic from the subject incident on November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000671.

17. Attached as **Exhibit 17** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video from Officer Jonathan Abraham dated November 4, 2023 (start time 3:30:23 a.m.). I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000689.

18. Attached as **Exhibit 18** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video from Officer John Ayers dated November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000705.

19. Attached as **Exhibit 19** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video from Officer Jonathan Abraham dated November 4, 2023 (start time 4:11:47 a.m.). I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000690.

20. Attached as **Exhibit 20** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video from Officer Brandon Crockett dated November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000696.

21. Attached as **Exhibit 21** to the Notice of Lodgment is a true and correct copy of the Body Worn Camera video from Officer Anthony Aguilar dated November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000687.

22. Attached as **Exhibit 22** to the Notice of Lodgment is a true and correct copy of the audio recording of Detective Ryan Rockwell's interview with Maria Sosa on November 4, 2023. I understand counsel produced this file to plaintiffs bearing Bates No. FRESNO 000432.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of October, 2026, at Fresno, California.

*/s/ Zeb Price*
Lt. Zeb Price

MANNING | KASS