Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanley A. Boone

**NOTICE OF LODGMENT IN SUPPORT OF CITY OF FRESNO'S MOTION FOR SUMMARY JUDGMENT**

**Filed concurrently with:**
Notice of Motion
Memorandum of Points and Authorities
Separate Statement of Undisputed Facts
Declaration of Maya Sorensen
Declaration of Custodian of Records__
Proposed Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

MK MANNING | KASS

**TO THE HONORABLE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the following non-paper exhibits will be lodged manually in support of Defendants' Motion for Summary Judgment:

1. **Exhibit 14** is a true and correct copy of the audio of a 9-1-1 call dated November 4, 2023 from plaintiff Maria Sosa regarding her husband who was threatening to kill himself and her lover produced to plaintiffs in this action.

2. **Exhibit 15** is a true and correct copy of the audio of a 9-1-1 call dated November 4, 2023 from plaintiff Maria Sosa informing 9-1-1 that decedent Max Sosa may try to get officers to kill him produced to plaintiffs in this action.

3. **Exhibit 16** is a true and correct copy of radio traffic documenting the events of the underlying incident produced to plaintiffs in this action.

4. **Exhibit 17** is a true and correct copy of the Body Worn Camera video of Officer Jonathan Abraham dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000689.

5. **Exhibit 18** is a true and correct copy of the Body Worn Camera video of Officer John Ayers dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000705.

6. **Exhibit 19** is a true and correct copy of the Body Worn Camera video of Officer Jonathan Abraham dated November 4, 2023, produced to plaintiffs in this action.

7. **Exhibit 20** is a true and correct copy of the Body Worn Camera video of Officer Brandon Crockett dated November 4, 2023, produced to plaintiffs in this action.

8. **Exhibit 21** is a true and correct copy of the Body Worn Camera video of Officer Anthony Aguilar dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000687.

9. **Exhibit 22** is a true and correct copy of Maria Sosa's interview with Detective Rockwell used as an exhibit in plaintiff Maria Sosa's deposition.

DATED: May 14, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen
Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO and FRESNO POLICE DEPARTMENT