Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,<br><br>Defendants. | Case No. 1:23-cv-01575-JLT-SAB<br><br>District Judge: Jennifer L. Thurston<br>Magistrate Judge: Stanley A. Boone<br><br>**NOTICE OF ERRATA** |
| MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1-5,<br><br>Defendants. | |

MK MANNING | KASS

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 16, 2026, Defendants filed a motion for summary judgment. Dkt. No. 93. Subsequent to that filing, defense counsel discovered the Notice of Lodgment filed in support of the motion (Dkt. No. 93-35) bore the incorrect date, and inadvertently omitted the following paragraph:

> Pursuant to Civil Local Rule 133(j), Defendants concurrently lodge the complete transcripts of the depositions of: Maria Sosa, Maximiliano Sosa, Sr., Martha Zepeda Olivares, Officer John Ayers, Officer Jonathan Abraham, Officer Brandon Crockett, Officer Anthony Aguilar, and Captain Joe Alvarez.

A corrected Notice of Lodgment is attached hereto. Defendants apologize to the Court and counsel for any confusion this caused.

DATED: October 21, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Susannah R. Conn
Susannah Conn
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanley A. Boone

**NOTICE OF LODGMENT IN SUPPORT OF CITY OF FRESNO'S MOTION FOR SUMMARY JUDGMENT**

**Filed concurrently with:**
Notice of Motion
Memorandum of Points and Authorities
Separate Statement of Undisputed Facts
Declaration of Maya Sorensen
Declaration of Custodian of Records__
Proposed Order

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

**TO THE HONORABLE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the following non-paper exhibits will be lodged manually in support of Defendants' Motion for Summary Judgment:

1. **Exhibit 14** is a true and correct copy of the audio of a 9-1-1 call dated November 4, 2023 from plaintiff Maria Sosa regarding her husband who was threatening to kill himself and her lover produced to plaintiffs in this action.

2. **Exhibit 15** is a true and correct copy of the audio of a 9-1-1 call dated November 4, 2023 from plaintiff Maria Sosa informing 9-1-1 that decedent Max Sosa may try to get officers to kill him produced to plaintiffs in this action.

3. **Exhibit 16** is a true and correct copy of radio traffic documenting the events of the underlying incident produced to plaintiffs in this action.

4. **Exhibit 17** is a true and correct copy of the Body Worn Camera video of Officer Jonathan Abraham dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000689.

5. **Exhibit 18** is a true and correct copy of the Body Worn Camera video of Officer John Ayers dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000705.

6. **Exhibit 19** is a true and correct copy of the Body Worn Camera video of Officer Jonathan Abraham dated November 4, 2023, produced to plaintiffs in this action.

7. **Exhibit 20** is a true and correct copy of the Body Worn Camera video of Officer Brandon Crockett dated November 4, 2023, produced to plaintiffs in this action.

8. **Exhibit 21** is a true and correct copy of the Body Worn Camera video of Officer Anthony Aguilar dated November 4, 2023, produced to plaintiffs in this action bearing Bates No. FRESNO 000687.

9. **Exhibit 22** is a true and correct copy of Maria Sosa's interview with Detective Rockwell used as an exhibit in plaintiff Maria Sosa's deposition.

Pursuant to Civil Local Rule 133(j), Defendants concurrently lodge the complete transcripts of the depositions of: Maria Sosa, Maximiliano Sosa, Sr., Martha Zepeda Olivares, Officer John



MANNING | KASS

Ayers, Officer Jonathan Abraham, Officer Brandon Crockett, Officer Anthony Aguilar, and Captain Joe Alvarez.

DATED: October 16, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen
Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

MANNING | KASS