**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA SOSA, M.S. by and through guardian ad litem Jennifer Lopez, and L.S. by and through guardian ad litem Jennifer Lopez,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO and DOES 1–5,<br>Defendants. | Case No.: 11:23-cv-01575-JLT-SAB<br><br>**DECLARATION OF JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S. (C.C.P. § 377.32)**<br><br>[*Application for Appointment as Guardian Ad Litem*, *Consent of Nominee*, and *Proposed Orde*r filed concurrently herewith] |

**C.C.P. § 377.32 DECLARATION OF JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S., SUCCESSOR IN INTEREST TO MAXIMILIANO SOSA, JR.**

I, Jennifer Lopez, do hereby declare as follows:

1. My name is Jennifer Lopez. I am a competent adult over the age of eighteen and the natural aunt of minor plaintiff M.S.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Maximiliano Sosa, Jr. ("Decedent").

4. M.S. is Decedent's son. M.S. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure as his biological son.

5. No other persons have a superior right to commence this action.

6. Maximiliano Sosa, Jr.'s death certificate is filed concurrently as **Exhibit A**.

I, Jennifer Lopez, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10/29/2026 in Fresno County.

Jennifer Lopez
Jennifer Lopez (Oct 29, 2026 19:38:57 PDT)
Jennifer Lopez

# 2024.09.06 - DECLARATION OF JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S.

Final Audit Report 2026-10-30

| | |
|---|---|
| Created: | 2026-10-29 |
| By: | Darci Gilbert (dgilbert@galipolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAqoEsOgUy_f0blFNt4pe13olT06iY8XV |

## "2024.09.06 - DECLARATION OF JENNIFER LOPEZ AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.S." History

Document created by Darci Gilbert (dgilbert@galipolaw.com)
2026-10-29 - 8:10:12 PM GMT

Document emailed to jennlopez99@gmail.com for signature
2026-10-29 - 8:10:31 PM GMT

Email viewed by jennlopez99@gmail.com
2026-10-30 - 2:37:37 AM GMT

Signer jennlopez99@gmail.com entered name at signing as Jennifer Lopez
2026-10-30 - 2:38:55 AM GMT

Document e-signed by Jennifer Lopez (jennlopez99@gmail.com)
Signature Date: 2026-10-30 - 2:38:57 AM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-10-30 - 2:38:57 AM GMT

# EXHIBIT A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of FRESNO

## DEPARTMENT OF PUBLIC HEALTH
## FRESNO, CALIFORNIA

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052023243671

LOCAL REGISTRATION NUMBER: 3202310006751

**DECEDENT'S PERSONAL DATA**

| | |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | MAXIMILIANO |
| 2. MIDDLE | - |
| 3. LAST (Family) | SOSA, JR |
| AKA. ALSO KNOWN AS | MAX SOSA, JR. |
| 4. DATE OF BIRTH | 05/20/1990 |
| 5. AGE Yrs. | 33 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | [ ] YES [X] NO [ ] UNK |
| 12. MARITAL STATUS/SRDP | MARRIED |
| 7. DATE OF DEATH | 11/04/2023 |
| 8. HOUR | 0458 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | [X] YES MEXICAN [ ] NO |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | HEAVY EQUIPMENT MECHANIC |
| 18. KIND OF BUSINESS OR INDUSTRY | HEAVY EQUIPMENT REPAIR |
| 19. YEARS IN OCCUPATION | 13 |

**USUAL RESIDENCE**

| | |
|---|---|
| 20. DECEDENT'S RESIDENCE | 5632 S. ZELKOVIA AVE. |
| 21. CITY | DEL REY |
| 22. COUNTY/PROVINCE | FRESNO |
| 23. ZIP CODE | 93616 |
| 24. YEARS IN COUNTY | 33 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| | |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | MARIA DEL CARMEN SOSA, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 5632 S. ZELKOVIA AVE., DEL REY, CA 93616 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| | |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | MARIA DEL CARMEN |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | LOPEZ |
| 31. NAME OF FATHER/PARENT – FIRST | MAXIMILIANO |
| 32. MIDDLE | - |
| 33. LAST | SOSA, SR |
| 34. BIRTH STATE | UNK, MX |
| 35. NAME OF MOTHER/PARENT – FIRST | MARTHA |
| 36. MIDDLE | - |
| 37. LAST (BIRTH NAME) | ZEPEDA |
| 38. BIRTH STATE | UNK, MX |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| | |
|---|---|
| 39. DISPOSITION DATE | 11/21/2023 |
| 40. PLACE OF FINAL DISPOSITION | SANGER CEMETERY DISTRICT, 568 S. RAINBOW ROUTE, SANGER, CA 93657 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | ARI RAFAEL OCHOA |
| 43. LICENSE NUMBER | EMB8242 |
| 44. NAME OF FUNERAL ESTABLISHMENT | WALLIN'S SANGER FUNERAL HOME |
| 45. LICENSE NUMBER | FD502 |
| 46. SIGNATURE OF LOCAL REGISTRAR | RAIS VOHRA, MD |
| 47. DATE | 11/08/2023 |

**PLACE OF DEATH**

| | |
|---|---|
| 101. PLACE OF DEATH | APARTMENT COMPLEX |
| 102. IF HOSPITAL, SPECIFY ONE | [ ] IP [ ] ER/OP [ ] DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other |
| 104. COUNTY | FRESNO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 5555 N. DANTE AVE APT # 124 |
| 106. CITY | FRESNO |

**CAUSE OF DEATH**

| | |
|---|---|
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | GUNSHOT WOUNDS TO CHEST |
| Time Interval Between Onset and Death (AT) | MINS |
| (B) | |
| (C) | |
| (D) | |
| 108. DEATH REPORTED TO CORONER? | [X] YES [ ] NO |
| REFERRAL NUMBER | 23-11-0032 |
| 109. BIOPSY PERFORMED? | [ ] YES [X] NO |
| 110. AUTOPSY PERFORMED? | [X] YES [ ] NO |
| 111. USED IN DETERMINING CAUSE? | [X] YES [ ] NO |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 | |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | [ ] YES [X] NO [ ] UNK |

**PHYSICIAN'S CERTIFICATION**

| | |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | |
| 116. LICENSE NUMBER | |
| 117. DATE | |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

**CORONER'S USE ONLY**

| | |
|---|---|
| 119. MANNER OF DEATH | [ ] Natural [ ] Accident [X] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined |
| 120. INJURED AT WORK? | [ ] YES [X] NO [ ] UNK |
| 121. INJURY DATE | 11/04/2023 |
| 122. HOUR | 0430 EST |
| 123. PLACE OF INJURY | OTHER: APARTMENT COMPLEX |
| 124. DESCRIBE HOW INJURY OCCURRED | DECEDENT SHOT BY LAW ENFORCEMENT |
| 125. LOCATION OF INJURY | APARTMENT COMPLEX, 5555 N. DANTE AVE APT # 124, FRESNO, CA 93722 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JENNY RENE STRONG |
| 127. DATE | 11/08/2023 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JENNY RENE STRONG, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF FRESNO

This is a true and exact reproduction of the document officially registered and placed on file in the Vital Records Section, Fresno Co. Department of Public Health.

*001515679*

DATE ISSUED: NOV 0 9 2023

Rais Vohra MD
RAIS VOHRA, M.D.
FRESNO COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

THE COUNTY OF FRESNO 1856