Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
P.O. Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
Email: service@kevinglittle.com

Attorney for Plaintiffs MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR., and MAXIMILIANO SOSA, SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

---

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Hon. Jennifer L. Thurston
Magistrate Judge: Hon. Stanley A. Boone

**PLAINTIFFS MARTHA ZEPEDA OLIVARES AND MAXIMILIANO SOSA, SR.'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [Fed. R. Evid. 201]**

[Filed concurrently with Memorandum of Points and Authorities; Response to Separate Statement of Undisputed Facts; Statement of Additional Disputed Facts; Declarations of Kevin G. Little, Martha Zepeda Olivares and Maximiliano Sosa, Sr.; Evidentiary Objections]

Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:



KGL
LAW OFFICE OF KEVIN G. LITTLE
*Fresno | San Francisco | San Diego*

KGL
LAW OFFICE OF KEVIN G. LITTLE
*Fresno | San Francisco | San Diego*

Pursuant to Federal Rule of Evidence 201, Plaintiffs MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR., and MAXIMILIANO SOSA, SR. (the "Olivares Plaintiffs") respectfully request that the Court take judicial notice of the following two records of the Superior Court of California, County of Fresno, in the probate proceeding *In re Estate of Maximiliano Sosa, Jr.*, Case No. 23CEPR01424, in support of their opposition to Defendants' Motion for Summary Judgment (Dkt. 93). A true and correct copy of the petition is Exhibit K to the Declaration of Cooper Mayne (Dkt. 99-3), and a true and correct copy of the examiner's note is Exhibit F to the concurrently filed Declaration of Kevin G. Little.

## I. THE RECORDS

Mayne Declaration Exhibit K is the Petition for Termination of Proceedings and Discharge (Prob. Code § 12251) filed electronically by Martha Zepeda Olivares, as administrator of the Estate, on July 1, 2026, in Case No. 23CEPR01424. It is the only petition pending in the case. The petition states that letters were first issued on June 21, 2024 (item 3.a), and that the only potential asset of the Estate is this civil action (item 4.h). It is signed by Ms. Olivares under penalty of perjury.

Little Declaration Exhibit F is the Probate Examiner Notes for the Department 402 calendar of September 29, 2026, reviewed on September 28, 2026, for that petition. The note states that the matter is "CONTINUED TO 11/4/2026 by Examiner" because "[a]dditional time is needed for review the petition for termination," and that an appearance on September 29, 2026, is not necessary.

## II. THE REQUEST

A court may take judicial notice of a fact that is "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information," Fed. R. Evid. 201(c)(2), and may do so "at any stage of the proceeding." Fed. R. Evid. 201(d). Records of other

KGL
LAW OFFICE OF KEVIN G. LITTLE
*Fresno | San Francisco | San Diego*

courts, including state superior courts, are proper subjects of judicial notice where, as here, the proceedings have a direct relation to the matters at issue. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

The Olivares Plaintiffs ask the Court to notice these records for a limited purpose: that the petition was filed on the date shown, what relief it requests, that it is pending, and that the matter has been continued to November 4, 2026. They do not ask the Court to accept the truth of any disputed factual statement in either document. A court may notice the existence and contents of a filing in another court without accepting the truth of the matters asserted in it. *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001). The petition is offered as a filed and operative pleading, to show the status of the probate proceeding and when Martha acted, and the examiner's note is offered to show the state of the court's calendar.

These facts are relevant to Part IV of Defendants' Motion, in which Defendants argue that Martha's status as administrator, and the possible designation of the Sosa Plaintiffs as the Estate's representatives, bears on whether Martha may continue to pursue the survival claims. Mot. at 7-8, 10 & n.3. The Court has already ruled that Martha is the Estate's legal representative. Dkt. 84 at 5. The petition and the examiner's note show that a petition to terminate the administration is pending and is set for hearing on November 4, 2026, sixteen days before the hearing on Defendants' Motion, and Martha's verified petition states that the parties have agreed that Ms. Sosa is capable of representing the Estate's interests in this civil action. Together they show that the Estate's claims will pass without interruption to the Sosa Plaintiffs, who are already before the Court, and that no dismissal is warranted in the interval. *See* Fed. R. Civ. P. 17(a)(3), 25.

The records are public records of the Superior Court. Defendants can readily verify them, and judicial notice will cause them no prejudice.

## III. CONCLUSION

The Olivares Plaintiffs respectfully request that the Court take judicial notice of Exhibit K to the Mayne Declaration and Exhibit F to the Little Declaration for the limited purposes stated above.

Dated: October 30, 2026

LAW OFFICE OF KEVIN G. LITTLE

By: *<u>/s/Kevin G. Little</u>*
Kevin G. Little
Attorney for Plaintiffs MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR., and MAXIMILIANO SOSA, SR.

KGL
LAW OFFICE OF KEVIN G. LITTLE
*Fresno | San Francisco | San Diego*

KGL
LAW OFFICE OF KEVIN G. LITTLE
*Fresno | San Francisco | San Diego*

**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**

Having considered the Request for Judicial Notice of Plaintiffs Martha Zepeda Olivares and Maximiliano Sosa, Sr., and good cause appearing, the Request is GRANTED. Pursuant to Federal Rule of Evidence 201, the Court takes judicial notice of Exhibit K to the Declaration of Cooper Mayne (Dkt. 99-3) and Exhibit F to the Declaration of Kevin G. Little, namely the petition filed on July 1, 2026, in *In re Estate of Maximiliano Sosa, Jr.*, Fresno Superior Court Case No. 23CEPR01424, and the probate examiner's note continuing the hearing on that petition to November 4, 2026, for the existence and contents of those records and not for the truth of any disputed factual statement in them.

IT IS SO ORDERED.

Dated: ____________________

______________________________________
UNITED STATES DISTRICT JUDGE

# EXHIBIT F

(Also Exhibit F to the Declaration of Kevin G. Little)

**1B Maximilliano Sosa, JR (Estate) 23CEPR01424**

**Attorney: Cooper Alison-Mayne, (for Petitioner, Maria Sosa, Lucas Sosa, and Maximiliano Sosa, III)**
**Attorney: Kevin G. Little (for Administrator, Martha Zepeda)**

**Petition for Termination of Proceedings and Discharge**

| | | | | |
|---|---|---|---|---|
| **Age:**<br>**DOB:** | | | | **NEEDS/PROBLEMS/COMMENTS:**<br><br>**CONTINUED TO 11/4/2026 by Examiner.** Additional time is needed for review the petition for termination.<br><br>Appearance on 9/29/2026 is not necessary/required. |
| | | | | |
| | | | | |
| | | | | |
| **Cont. from** | | | | |
| | **Aff.Sub.Wit.** | | | |
| | **Verified** | | | |
| | **Inventory** | | | |
| | **PTC** | | | |
| | **Not.Cred.** | | | |
| | **Notice of Hrg** | | | |
| | **Aff.Mail** | | | |
| | **Aff.Pub.** | | | |
| | **Sp.Ntc.** | | | |
| | **Pers.Serv.** | | | |
| | **Conf. Screen** | | | |
| | **Letters** | | | |
| | **Duties/Supp** | | | |
| | **Objections** | | | |
| | **Video Receipt** | | | |
| | **CI Report** | | | |
| | **9202** | | | |
| | **Order** | | | |
| | **Aff. Posting** | | | **Reviewed by:** cvn |
| | **Status Rpt** | | | **Reviewed on:** 9/28/2026 |
| | **UCCJEA** | | | **Updates:** |
| | **Citation** | | | **Recommendation:** |
| | **FTB Notice** | | | **File 1B – Sosa** |

**1B**