Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

District Judge: Jennifer L. Thurston
Magistrate Judge: Stanely A. Boone

**AMENDED JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

**FACTS AGREED AS UNDISPUTED BEFORE DEFENDANTS' MOTION FILED:**

1. Plaintiff Maria Sosa called 9-1-1 at 3:08 a.m. on November 4, 2023.

2. Fresno Police Department deemed the call "Emergency, Presumed Lifethreatening."

3. A zero priority call is the highest priority call.

4. At 3:21 a.m. on November 4, 2023, Fresno Police Officers Ayers, Abraham and Equihua arrived at Maria Sosa's apartment.

5. During the incident, Officer Abraham said, "She [Maria] has to come with me."

6. Maximiliano Sosa, Jr. said, "That's my boys' mom. I'm not gonna hurt her."

7. At 4:58 a.m. Maximiliano Sosa, Jr. was pronounced dead at the scene.

8. M.S. and L.S. are Maximiliano Sosa, Jr.'s children.

9. Maximiliano Sosa, Jr. and Maria Sosa were married on July 11, 2014.

10. At all relevant times, Officer John Ayers was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

11. At all relevant times, Officer Jonathan Abraham was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

12. At all relevant times, Officer Brandon Crockett was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

13. At all relevant times, Officer Anthony Aguilar was a Patrol Officer employed by the Fresno Police Department and acting under color of law.

**ADDITIONAL UNDISPUTED FACTS BASED ON PLAINTIFFS' RESPONSES TO DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED FACTS[1]:**

1. On November 3, 2023, Maria went out to socialize with her friends.

2. Max offered to pick Maria up and drive her home, and Maria agreed.

3. Max and Maria joked with each other over text while Max waited outside the bar.

4. Max also seemed "normal" earlier in the week, according to his father.

[1] *See* Dkt. Nos. 99-1, 100-4. Defendants have preserved the numbering of these facts from the Separate Statement of Undisputed Facts filed in support of their Motion for Summary Judgment. Dkt. No. 93-1.



MANNING | KASS

MANNING | KASS

6. Max woke Maria up sometime after 2:36 a.m. and before 3:08 a.m.

7. Maria later reported that Max called her a "whore" and a "liar."

9. Max had found text messages on Maria's phone between Maria and her affair partner.

10. Max texted his friends that he "found out" Maria was "still f*cking" her affair partner.

12. Max also sent himself Maria's affair partner's contact information from her phone.

15. Max was "highly emotional" and Maria tried to calm him down.

16. Max told Maria he was going to find the affair partner and kill him and kill himself, and left the apartment.

17. Maria told the dispatcher that Max had taken a bottle of tequila and had gone to confront her affair partner.

19. Maria provided the dispatcher a description of Max, what he was wearing, and the car he was driving.

20. At 3:10 a.m., Fresno Police Department created a zero-priority call for a suicidal male.

21. Maria told the officers that Max had left, saying he was going to kill her affair partner or himself.

24. At 3:30:58 a.m. Max returned to the Dante Apartment Complex.

30. At 3:32 a.m. Equihua broadcast, "He tried to run me over."

32. Between 3:33 a.m. and 3:58 a.m., officers pursued Max's vehicle several times.

35. While the vehicle pursuits were in progress, Maria and Max spoke on the phone.

38. At 3:42 a.m., Ayers broadcast that he was going back to the Dante Apartment Complex in case Max returned there.

39. At 3:44 a.m. Maria called 9-1-1 again to report that Max made comments about wanting to die.

40. Maria told the dispatcher she was worried Max would make it look like he was armed so the police would shoot him.

41. Maria told the dispatcher Max had evaded the police and she did not know where he was.

42. At 3:46 a.m., dispatch broadcast Max's intention to commit suicide by cop.

43. At 3:55 a.m. Ayers returned back to Maria's apartment.

44. When Ayers returned, Maria was on the phone with Max and handed the phone to Ayers.

45. Max cursed at Ayers and hung up.

46. At 3:57 a.m. Maria called Max.

47. Ayers tried to talk to Max again but Max hung up.

48. Ayers told Maria that her calling Max was "getting [Max] in an angry mood," and told her not to call him again.

49. After officers lost track of Max for a third time, FPD Sergeant Oliver directed units to cease pursuit.

50. At 3:59 a.m. Maria spoke to Max's close friend, Damian.

51. At 4:00 a.m. Maria told Ayers Max has never done anything like this, has never been arrested or placed on an involuntary psychiatric hold.

52. At 4:03 a.m. Ayers called Max.

65. At 4:12 a.m. Abraham arrived at Maria's apartment.

67. At 4:14 a.m., Abraham and Ayers returned to the apartment, where Maria was again talking to Max on the phone.

68. Ayers took the phone from Maria and tried again to talk to Max.

69. Ayers told Max he wanted to help him.

70. Max said, "There's nothing you can do."

71. Max said, "When a man reaches rock bottom, that's it."

72. Max said, "It's either me, him [the affair partner], or one of you f*cking police officers."

73. Max said, "Listen, if my wife didn't give a f*ck about me, you think I'm gonna f*cking believe that you give a f*ck about me? No."



MK MANNING | KASS

74. Max said, “I’m gonna take down not just myself, but you with me.”

75. Max said, “I’m gonna come after you, motherf*cker.”

76. At 4:18 a.m. Ayers hung up the call.

77. At 4:24 a.m. Abraham, who was holding Maria’s phone, told Maria that Damian texted that Max was at a charging station.

78. Ayers broadcast that Max was at a charging station, possibly at Herndon & 99.

79. At 4:28 a.m., Abraham and Ayers exited the apartment to canvas the area.

80. Ayers radioed that he did not see Max or Max’s Tesla.

81. At 4:29 a.m., Abraham and Ayers stepped back in to the apartment, where Maria was once again on the phone with Max asking him to “please just tell me where you are.”

82. Max said, “Tonight I die.”

83. Max said, “You ruined me.”

84. Max said, “Congratulations, you won.”

85. At 4:30 a.m**.** Ayers took the phone from Maria and hung up, telling her not to answer it again.

86. At 4:35 a.m. Abraham said “I think a door just – ” and went to investigate.

87. Abraham opened the door to the apartment and saw Max coming up the walkway.

88. Max said, “Are you ready for this?” while raising his right hand, in which he was holding scissors.

89. The scissors Max was holding were kitchen shears, just over 9 inches long, with cutting blades approximately 4 inches long.

90. Abraham said twice, “Don’t do it, bro.”

93. Ayers and Abraham both drew their guns and pointed them at Max.

94. Ayers and Abraham moved back to increase the distance between themselves and Max.

97. Max told Maria, “This is what you wanted. This is what you f*cking wanted.”

98. Maria pleaded with Max, “Please don’t do this” and to think of his children.

99. Ayers and Abraham broadcast that Max had returned to the apartment, and



MK MANNING | KASS

requested assistance.

100. Between 4:35 a.m. and 4:38 a.m., Abraham and Ayers told Max seven times to "Get back!" and also warned him, "Stop it!" and "I'm telling you."

103. Max continued to curse at the Officers and said that no one understood the sacrifices he had made for Maria.

105. At 4:35:18 a.m. Abraham said, "Don't do it, bro."

106. At 4:35:23 a.m. Ayers radioed that Max was inside Maria's apartment armed with scissors.

107. At 4:36:04 a.m., Max said to Abraham, "Pop it, dude. Are you ready for this?"

108. At 4:36:54 a.m. Max said, "Have you shot anybody before? Today's gonna be the day."

109. At 4:37:06 a.m. Crockett arrived to the apartment.

111. At 4:37:16 a.m. Crockett told Max, "Let's chill out, man," to which Max responded "No! F*ck no!"

112. At 4:37:29 a.m. Crockett broadcast "One at gunpoint, scissors in right hand."

113. At 4:37:35 a.m. Aguilar arrived to Maria's apartment.

114. Crockett, who was standing outside the doorway, quickly described the situation inside.

115. At 4:37:43 a.m. Max said, "This is how it ends. This is what you wanted."

117. At 4:38:05 a.m. Abraham said, "If you don't want to talk to us, talk to one of my partners. How about that?"

118. Max responded, "No, I don't want to talk to any of them f*cking guys. My fate is sealed, my guy."

119. At 4:38:29 a.m. Aguilar asked Max, "Hey, can we talk?"

120. Max responded, "F*ck no!"and "I am done with this, dude."

121. At 4:38:13 a.m. Max talked about killing Maria's affair partner. When Ayers said, "He's not here, Max," Max responded, "Exactly. So it's gonna be my life or you guys. That's it. That's all it's gonna come down to."



MANNING | KASS

122. At 4:38:38 a.m. Aguilar readied his Taser.

124. Ayers walked toward the door and exited the apartment.

125. Maria remained seated on the couch.

126. At 4:38:52 a.m. Aguilar stepped away to call in the details of the Officers' situation.

127. At 4:38:59 a.m. Max told Abraham he could also leave by the front door.

128. At 4:39:02 a.m. Crockett, standing at the threshold, motioned for Maria to come outside.

129. At 4:39:20 a.m. Abraham said twice, "Maria, get out."

130. Maria stood and started walking toward the door.

131. At 4:39:23 a.m. Max turned and approached the door, facing Ayers, Crockett and Aguilar.

132. Crockett and Ayers stepped back.

133. The Officers shouted: "Wait!" (one time), "Stop!" (one time); "Get back, bro!" (two times) "Hey!" (one time) and "Chill out!" (two times).

134. At 4:39:25 a.m. Max crossed the threshold and exited the apartment.

135. At 4:39:26 a.m. Aguilar deployed his Taser, striking Max.

137. Aguilar did not have time to, and did not attempt to, reload and redeploy the Taser.

140. Shots fired at 4:39:28 a.m.

141. Max fell to the ground, still holding the scissors.

143. Aguilar called in "Shots fired."

144. Ayers, Crockett, and Aguilar estimated that Mr. Sosa was about a foot to a foot and a half from Officer Crockett when the shots were fired.

146. At 4:39:50 a.m. Crockett retrieved a medical kit from his vehicle.

147. At 4:40:10 a.m. Aguilar approached Max, retrieved the scissors and tossed them away.

148. At 4:40:40 a.m. the Officers began administering emergency medical aid to Max.

150. Max's blood alcohol level was 0.09.



MK MANNING | KASS

151. Max Sr. is Max's biological father.

152. Martha is Max's biological mother.

153. M.S. and L.S. are Max's biological children.[2]

154. Max and Maria were married on July 11, 2014.[3]

157. Max Sr., Martha, M.S. and L.S. were not present when Max was shot and killed.

158. Maria was in the apartment when Max was shot and killed and did not see Max's actions towards the Officers or the Officers' actions towards Max once Max left the apartment.

176. The Fresno Police Department's Use of Force Policy states:

> "The use of deadly force is only justified when the officer reasonably believes it is necessary in the following circumstances (Penal Code § 835a):
>
> (a) An officer may use deadly force to protect themselves or others from what they reasonably believe is an imminent threat of death or serious bodily injury to the officer or another person.
>
> (b) An officer may use deadly force to apprehend a fleeing person for any felony that threatened or resulted in death or serious bodily injury, if the officer reasonably believes that the person will cause death or serious bodily injury to another unless immediately apprehended."

177. In the five years preceding Max's death, there were six other incidents of the use of deadly force against an individual in crisis who was armed with an edged weapon.

178. Only one of the six cases resulted in settlement and none resulted in a verdict.

179. The use of force was determined to be within policy and justified in each of the six cases.

180. The District Attorney or Department of Justice reviewed each of the six cases and did not bring charges or make any findings of criminality.

181. In the five years preceding Max's death, the Fresno Police Department has never determined in connection with a use of deadly force that the officers involved did not use sufficient deescalation efforts.

---

[2] This fact duplicates Joint Undisputed Fact No. 8 in the original list.

[3] This fact duplicates Joint Undisputed Fact No. 9 in the original list.





MK MANNING | KASS

DATED: November 9, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen

Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR