Mildred K. O'Linn (State Bar No. 159055)
*missy.olinn@manningkass.com*
Maya Sorensen (State Bar No. 250722)
*Maya.Sorensen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

MARTHA ZEPEDA OLIVARES, individually and on behalf of the ESTATE OF MAXIMILIANO SOSA, JR.; MAXIMILIANO SOSA, SR.,

Plaintiffs,

v.

CITY OF FRESNO, UNKNOWN LAW ENFORCEMENT OFFICERS, POLICE CHIEF PACO BALDERRAMA and DOES 1-30,

Defendants.

MARIA SOSA, L.S. by and through guardian ad litem MARIA SOSA, M.S. by and through guardian ad litem JENNIFER LOPEZ, individually and as successors-in-interest to Maximilian Sosa,

Plaintiffs,

v.

CITY OF FRESNO and DOES 1-5,

Defendants.

Case No. 1:23-cv-01575-JLT-SAB

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Judge: Hon. Jennifer L. Thurston
Date: November 20, 2026
Time: 9:00 a.m.
Crtrm.: 4

District Judge: Jennifer L. Thurston
Magistrate Judge:

MANNING | KASS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Evidence, Rule 201, Defendants City of Fresno, Former Chief Paco Balderrama, and Officers John Ayers, Jonathan Abraham, Brandon Crockett and Anthony Aguilar respectfully request the Court to judicially notice of the following documents from the Order of the Superior Court of California, Probate Division, in Case No. 23CEPR01424: a minute order dated November 4, 2026, granting the petition to terminate the estate proceedings (**Exhibit A**); and a minute order dated November 4, 2026, denying as moot Plaintiffs Maria Sosa, L.S. and M.S.'s motion to substitute as the administrators of the estate (**Exhibit B**).

Federal Rule of Evidence 201 permits the Court to take judicial notice of facts "not subject to reasonable dispute" or which "can be accurately and readily determined from sourced whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1) and (2). The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). The court "may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d). Courts may take judicial notice of "proceedings in other courts … if those proceedings have a direct relation to matters at issue." *Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

These conditions are satisfied here: Exhibits A and B, and the facts evidenced by them, bear directly on Plaintiff Martha Zepeda Olivares's standing to pursue her decedent son's survival claims, for the reasons stated in the parties' briefing. *See* Dkt. No. 93 at 19-22; Dkt. No. 99 at 11-12; Dkt. No. 100 at 11-12.[1] Exhibits A and B are records of a judicial proceeding that is directly related to this action and not subject to reasonable dispute. *See Mau v. City & Cnty. of Honolulu*, 807 F. Supp. 3d 1169, 1185 (S.D. Cal. 2025). Defendants request the Court take judicial notice of the termination of the estate proceedings, as documented in Exhibits A and B.

///

///

[1] Citations are to CM/ECF pagination.

DATED: November 9, 2026

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Maya Sorensen

Maya Sorensen
Attorneys for Defendants, CITY OF FRESNO, FMR. POLICE CHIEF PACO BALDERRAMA, JOHN AYERS, BRANDON CROCKETT, JONATHAN ABRAHAM, and ANTHONY AGUILAR

MANNING | KASS

# EXHIBIT A

**IN THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF FRESNO**
**PROBATE DIVISION**
**DEPARTMENT 402**

Maximilliano Sosa, JR (Estate)

| | |
|---|---|
| Case No. | **23CEPR01424** |
| Event Date: | **11/04/2026** |
| Event Type: | **Petition** |
| Mtn/OSC: | |
| Add'l Info: | **Continued Petition for Termination of Proceedings and Discharge** |
| Judge: | **Gary Orozco** |
| Clerk: | **Seng Yang** |
| Reporter: | |

## Minutes

Update Scheduled Events - 11/04/2026 Petition in Department 402
Event Result: Granted

**Appearances:**

Attorney: Kevin Little appearing via Zoom on behalf of Administrator - Martha Zepeda Olivares.

Attorney: Cooper Alison-Mayne appearing via Zoom on behalf of Petitioners.

**Nature of Proceedings:**

Court finds notice has been given as required by law.

Petition is granted subject to review of the submitted proposed order. Order to be signed ex parte.

# EXHIBIT B

**IN THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF FRESNO**
**PROBATE DIVISION**
**DEPARTMENT 402**

Maximilliano Sosa, JR (Estate)

| | |
|---|---|
| Case No. | **23CEPR01424** |
| Event Date: | **11/04/2026** |
| Event Type: | **Petition** |
| Mtn/OSC: | |
| Add'l Info: | **Continued Petition by Beneficiaries Maria Sosa, L[redacted] S[redacted], and M[redacted] S[redacted] III to Substitute Administrator of Estate** |
| Judge: | **Gary Orozco** |
| Clerk: | **Seng Yang** |
| Reporter: | |

## Minutes

Update Scheduled Events - 11/04/2026 Petition in Department 402
Event Result: Heard - Orders Made

**Appearances:**

Attorney: Cooper Alison-Mayne appearing via Zoom on behalf of Petitioners.

Attorney: Kevin Little appearing via Zoom on behalf of Administrator - Martha Zepeda Olivares.

**Nature of Proceedings:**

Court orders the petition is rendered moot as the Petition to Terminate has been granted.